UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THOMAS P. BUTLER,

    Plaintiff,

v.

WILLIAM J HENDERSON,

    Defendants.

CASE NO. 00-6193-CIV- LENARD
MAGISTRATE JUDGE TURNOFF

(Formerly 00-0537-CIV-MORENO - MAGISTRATE JUDGE DUBE')

**CLERK'S NOTICE OF JUDICIAL OFFICER REASSIGNMENT CORRECTING CLERICAL ERROR**

[FILED by INTAKE FEB 8 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. MIAMI]

Pursuant to this District's policy Blind Case Assignment of Judicial Officers and due to a clerical error previously entered, on the 8th day of February, 2000, this case should be assigned to the calendar of the Honorable Judge Joan A. Lenard.

All parties to this action are noticed as follow:

    1.    That the above-styled cause be and same is hereby reassigned to the calendar of the Honorable Judge Joan A. Lenard, United States District Judge for all further proceedings, and

    2.    That all papers hereafter filed shall bear the assigned case number followed by the surname of the assigned Judicial Officer as follows:

**00-6193-CIV-LENARD**

**Magistrate Judge TURNOFF**

thereby indicating the Judge to whom all future documents should be routed or otherwise brought for attention, in accordance with S.D.Fla. L.R. 5.1.A.2.

DONE at the Federal Courthouse Square, Miami, Florida, this 6th day of January, 2000.

CLARENCE MADDOX
CLERK OF COURT

By: _____
    Deputy Clerk

c:    Hon. LENARD, U.S. District Judge
       Hon. MORENO, U.S. District Judge
       All counsel of record/pro se parties