# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

THOMAS P. BUTLER
V.
WILLIAM J. HENDERSON, Poster Master General

SUMMONS IN A CIVIL CASE

CASE NUMBER: 00-6193
~~00-0537~~
CIV-LENARD
MAGISTRATE JUDGE
TURNOFF

TO: (Name and address of defendant)
WILLIAM J. HENDERSON
Post Master General
475 L'Enfant Plaza, SW
Washington, DC 20260

FILED BY __ D.C.
00 FEB -8 PM 12:22
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIA

YOU ARE HEREBY SUMMONED and required to serve up on PLAINTIFF'S ATTORNEY (name and address)

Tom Butler
7840 Camino Real P-105
Miami FL 33143-6871

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK

(BY) DEPUTY CLERK

DATE    FEB 8 2000