UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THOMAS BUTLER,

    Plaintiff,

v.

WILLIAM HENDERSON,
POST MASTER GENERAL, of the
UNITED STATES POSTAL SERVICE
AGENCY,

    Defendant.
_____/

Case No.: 00-0537-CIV-MORENO/DUBE
6193-CIV-JAZ

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE, that Plaintiff, THOMAS BUTLER, herein appears in this action through his attorney, Stewart Lee Karlin. Henceforth, please serve all papers upon Stewart Lee Karlin, Attorney at Law, 400 Southeast Eighth Street, Fort Lauderdale, Florida 33316, tel: (954) 462-1201, fax (954) 462-3151.

Dated: Fort Lauderdale, Florida
       May 3, 2000

_____
STEWART LEE KARLIN
Attorney for Plaintiff
400 Southeast Eighth Street
Fort Lauderdale, Florida 33316
(305) 462-1201
Florida Bar No. 961159