UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THOMAS BUTLER,

        Plaintiff,

Case No.: ~~00-0537-CIV-MORENO/DUBE~~

00-6193-CIV-JAC

v.

WILLIAM HENDERSON,
POST MASTER GENERAL, of the
UNITED STATES POSTAL SERVICE
AGENCY,

        Defendant.
_____/

**PLAINTIFF'S UNOPPOSED MOTION
FOR AN EXTENSION OF TIME TO SERVE THE SUMMONS AND AMENDED COMPLAINT**

        COMES NOW the plaintiff, THOMAS BUTLER, by and through the undersigned attorney, and respectfully moves the Court to enlarge the time within which he may serve the summons and amended complaint upon defendant and in support thereof would state as follows:

        1.    Plaintiff commenced this Title VII action **pro se** on February 8, 2000. The case is complex in that it deals with approximately five EEOC charges dating back to 1997 and continuing to date. Thus, the file is substantial. The undersigned has recently been retained and has filed a notice of appearance, and an amended complaint. However, under Federal Rule of Civil Procedure 4, plaintiff must serve his summons amended complaint no later than May 8, 2000. Plaintiff is seeking an extension to June 15, 2000 in which to effectuate service.

        2.    It should be noted that th amended complaint has to be served on the U.S. Postal Service in Washington D.C. as well as the Department of Justice and the U.S. Attorney's Office in the Southern District.

        3.    This short extension of time will not result in any prejudice to the defendant



whatsoever, however, the prejudice to the plaintiff is great since the statute of limitations in a Title VII case is only ninety days.

4. This is the first request for the relief requested herein.

WHEREFORE, the plaintiff, respectfully moves the Court to enlarge the time within which he may serve the summons and complaint to June 15, 2000.

### MEMORANDUM OF LAW

In support of the foregoing motion, plaintiff relies upon Federal Rule of Civil Procedure 4.

Dated: Fort Lauderdale, Florida
May 3, 2000

_____
STEWART LEE KARLIN, ESQ.
Attorney for Plaintiff
400 SE 8th Street
Fort Lauderdale, Florida 33316
(954) 462-1201
Fla Bar No. 961159