UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THOMAS BUTLER,            Case No.: 00-6193 CIV- Lenard/Turnoff
~~00-0537-CIV-MORENO/DUBE~~

    Plaintiff,

v.

WILLIAM HENDERSON,
POST MASTER GENERAL, of the
UNITED STATES POSTAL SERVICE
AGENCY,

    Defendant.
_____/

FILED by ___ D.C.

MAY 0 9 2000

CLARENCE ___
CLERK U.S. ___
S.D. OF FLA ___

## ORDER

THIS CAUSE has come before the Court upon the motion for extension of time filed by plaintiff. The Court has considered the motion, and being otherwise duly advised, it is

ORDERED AND ADJUDGED that said motion be and the same is hereby GRANTED. The plaintiff shall have up to and including June 15, 2000, within which to serve the summons and amended complaint.

DONE AND ORDERED in Chambers in Dade County, Miami, Florida this 9 day of May, 2000.

_____
U.S. District Judge

Copies Furnished to:

Stewart Lee Karlin, Esq.