# UNITED STATES DISTRICT COURT

**SOUTHERN** DISTRICT **FLORIDA**

THOMAS BUTLER,

      Plaintiff,

v.

WILLIAM J. HENDERSON,
POSTMASTER GENERAL, of the
UNITED STATES,

      Defendant.

**SUMMONS IN A CIVIL ACTION**

Case No.: ~~00-0537-CIV-MORENO~~
~~MAGISTRATE JUDGE DUBE~~

00-6193 - CIV - JAL

To: (Name and Address of Defendant)

    Thomas E. Scott
    United States Attorney
    99 N.E. 4th Street, 3rd Floor
    Miami, Florida 33132

    **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

Plaintiff's Attorney (name and address)

    Stewart Lee Karlin, Esq.
    Attorney At Law
    400 S.E. 8 Street
    Fort Lauderdale, Florida 33316
    (954) 462-1201

an answer to the compliant in which is herewith served upon you, within  Sixty (60) days  after service of this summons upon you, exclusive of the day of service. **If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.**

Clarence Maddox

CLERK

BY DEPUTY CLERK

MAY 3 2000

DATE

AO 440 (Rev 1/90)Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| SERVICE OF THE SUMMONS AND COMPLAINT WAS MADE BY ME | DATE: |
| NAME OF SERVER (Print) | TITLE: |

*Check one box below to indicate appropriate method of service*

[ ] Served personally upon the defendant. Place where served: _____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left: _____

[ ] Return unexecuted: _____

[ ] Other (specify) _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date

_____
Signature of Server

_____
Address of Server

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.