# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT __FLORIDA__

| | |
|---|---|
| THOMAS BUTLER, | **SUMMONS IN A CIVIL ACTION** |
| Plaintiff, | Case No.: ~~00-0537-CIV-MORENO~~<br>~~MAGISTRATE JUDGE DUBE~~<br><br>00-6193 CIV JAL |
| v. | |
| WILLIAM J. HENDERSON,<br>POSTMASTER GENERAL, of the<br>UNITED STATES, | |
| Defendant. | |

To: (Name and Address of Defendant)

Janet Reno, Attorney General
Main Justice Building
10th Street and Constitution Ave., N.W., Room 511
Washington, DC  20530

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

Plaintiff's Attorney (name and address)

Stewart Lee Karlin, Esq.
Attorney At Law
400 S.E. 8 Street
Fort Lauderdale, Florida 33316
(954) 462-1201

an answer to the compliant in which is herewith served upon you, within __Sixty (60) days__ after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**Clarence Maddox**

MAY 3 2000

CLERK                                      DATE

_[signature]_

BY DEPUTY CLERK

AO 440 (Rev. 11/90) Summons in a Civil Action



AO 440 (Rev 1/90) Summons in a Civil Action

| RETURN OF SERVICE |  |
|---|---|
| SERVICE OF THE SUMMONS AND COMPLAINT WAS MADE BY ME | DATE: |
| NAME OF SERVER (Print) | TITLE: |

*Check one box below to indicate appropriate method of service*

[ ] Served personally upon the defendant. Place where served: _____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Return unexecuted: _____

[ ] Other (specify) _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
          Date

_____
Signature of Server

_____
Address of Server

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure