CSW

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**NIGHT BOX FILED**
JUN 9 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

CASE NO. 00-6193-CIV JORDAN

THOMAS BUTLER,

    **Plaintiff,**

v.

WILLIAM J. HENDERSON,
POSTMASTER GENERAL,

    **Defendant.**
_____/

## DEFENDANT'S ANSWER TO COMPLAINT

COMES NOW, the Defendant, William J. Henderson, Postmaster General, United States Postal Service, by and through the undersigned Assistant United States Attorney, files this answer to the allegations contained in Plaintiff's complaint, as follows:

1. Regarding Paragraph 1 of the Complaint, theses allegations consist of a preliminary statement which contains jurisdictional averments, to which no response is required. To the extent a response is deemed necessary, these allegations are denied.

2. Regarding Paragraph 2 of the Complaint, theses allegations consist of jurisdictional averments or otherwise calls for conclusions of law, to which no response is necessary. To the extent a response is deemed necessary, these allegations are denied.

3. Regarding Paragraph 3 of the Complaint, Defendant admits that Plaintiff has filed discrimination complaints. The remainder of Paragraph 3 calls for a conclusion of law, to which no response is required. To the extent a response is deemed necessary, these allegations are denied.



Defendant further denies that Plaintiff was subjected to any unlawful discrimination whatsoever by Defendant.

4.  Regarding Paragraph 4 of the Complaint, theses allegations call for a conclusion of law, to which no response is necessary. To the extent a response is deemed necessary, these allegations are denied.

5.  Defendant admits the allegations in Paragraph 5 of the Complaint.

6.  Regarding Paragraph 6 of the Complaint, Defendant admits that Plaintiff filed discrimination complaints. The remainder of the paragraph calls for conclusions of law, to which no response is required.

7.  Regarding Paragraph 7 of the Complaint, these allegations are denied.

8.  Regarding Paragraph 8 of the Complaint, these allegations are denied.

9.  Regarding Paragraph 9 of the Complaint, these allegations are denied.

10. Regarding Paragraph 10 of the Complaint, these allegations are denied.

11. Regarding Paragraph 11 of the Complaint, these allegations are denied.

12. Regarding Paragraph 12 of the Complaint, these allegations are denied.

13. Regarding Paragraph 13 of the Complaint, these allegations are denied.

Regarding the unnumbered Paragraph following Paragraph 13, the Complaint alleges a prayer for damages, to which no response is required. Notwithstanding the foregoing, the Defendant denies that Plaintiff is entitled to any damages from Defendant, or to any relief whatsoever.

## AFFIRMATIVE DEFENSES

Having responded fully to all allegations in the Complaint, the Defendant William J. Henderson, Postmaster General, United States Postal Service, asserts the following affirmative defenses:

## FIRST DEFENSE

Plaintiff has failed to state a claim on which relief can be granted.

## SECOND DEFENSE

Plaintiff has failed to exhaust his mandatory administrative remedies prior to filing this lawsuit in federal court.

## THIRD DEFENSE

Plaintiff has failed to file this action within the required limitations period.

WHEREFORE, the Defendant William J. Henderson, Postmaster General, United States Postal Service, having answered fully, respectfully requests that judgement be entered in favor of the Defendant William J. Henderson, Postmaster General, United States Postal Service.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By _____
CHARLES S. WHITE
Assistant United States Attorney
Fla. Bar No. 394981
99 N.E. 4th Street
Miami, Florida 33131
Tel. (305) 961-9286
Fax. (305) 530-7139

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was furnished by U.S. Mail on June 9, 2000 to Stewart Lee Karlin, Esq., Attorney for Plaintiff, 400 Southeast Eight Street, Fort Lauderdale, Florida 33316.

By _____
CHARLES S. WHITE
Assistant United States Attorney