NIGHT BOX
FILED

III - 6 2000

CLARENCE MADDOX
CLERK, USDC/SD FLA/MIA

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

THOMAS BUTLER,                                    Case No.: 00-6193-CIV-LENARD

      Plaintiff,

v.

WILLIAM HENDERSON,
POST MASTER GENERAL, of the
UNITED STATES POSTAL SERVICE
AGENCY,

      Defendant.

_____/

## CERTIFICATE OF INTERESTED PARTIES

1.  Thomas Butler, Plaintiff

2.  Stewart Lee Karlin

Dated:  Fort Lauderdale, Florida
       July 3, 2000

STEWART LEE KARLIN
Attorney for Plaintiff
400 Southeast Eighth Street
Fort Lauderdale, Florida 33316
(305) 462-1201
Florida Bar No. 961159

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing  by first class mail  to:

Charles S. White, , ASUA 99 N.E. 4th Street, Miami, FL 33131  on this 5th day of July, 2000.

STEWART LEE KARLIN, ESQ.
Florida Bar No. 0961159
400 Southeast Eighth Street
Fort Lauderdale, Florida 33316
(954) 462-1201