UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THOMAS BUTLER,            Case No.: 00-6193-CIV-LENARD

        Plaintiff,

v.

WILLIAM HENDERSON,
POST MASTER GENERAL, of the
UNITED STATES POSTAL SERVICE
AGENCY,

        Defendant.
_____/

## JOINT SCHEDULING REPORT

The parties, by and through his respective undersigned counsel, hereby serves this Scheduling Report in compliance with and in the manner prescribed by Local Rule 16 of the Southern District of Florida.

**A.**      **Specific Discovery Schedule**

1.      The discovery deadline - March 15, 2001.

At this time there is no need to conduct discovery in phases or limited to particular issues. After mutual exchange of identities of witnesses and documents, the parties may propound interrogatories, requests for admissions and requests for production as necessary. Also the parties intend to take depositions of all witnesses identified, as well as any experts.

2.      Deadline for plaintiff to disclose experts and summaries-December 1, 2000 for plaintiff and deadline for defendant is January 3, 2001. The deadline for the completion of expert discovery is April 1, 2001 and for motions to exclude testimony is June 1, 2001.

3.      Deadline to file dispositive motions - April 15, 2001.

4.      Ten days before calender call for filing joint pretrial stipulation.

B. **Likelihood of Settlement**

The parties will explore the possibility of settlement at the conclusion of discovery.

C. **Likelihood of Additional Parties**

The parties do not anticipate any additional parties-deadline is November 1, 2000.

D. **Proposed Limits on the time**

Proposed deadlines for joinder of other parties and to amend pleadings—November 1, 2000.

Deadline to file dispositive motions—April 15, 2001.

Deadline to complete discovery—March 15, 2001.

E. **Simplification of Issues**

The parties will attempt to simplify the claims and defenses.

F. **Amendment to Pleadings**

None at this time-deadline November 1, 2000 unless good cause can be shown.

G. **Admission of Fact and Authentication of Documents**

The parties will cooperate concerning stipulating to facts and authentication of documents and obtain advance rulings on admissibility of evidence.

H. **Avoidance of Unnecessary and Cumulative Evidence**

The parties will attempt to avoid unnecessary and cumulative evidence.

I. **Need for a Reference to Magistrate or Special Master**

None. The parties do not consent to a trial before a magistrate judge.

J. **Projected Time for Trial.**

The parties believe that three days will be necessary for trial in this action. Plaintiff has requested trial by jury in this case.

K. **Proposed Approximate Dates for Final Pretrial Conferences and Trial.**

The parties request a pre-trial conference on July 1, 2001, and a trial date of August 1,

2001.

L. **Other Information That May Be Helpful To The Court.**

The parties are aware of no other matters which would aid the Court in the fair and expeditious administration and disposition of this action. The parties agree to cooperate to bring such matters to the Court's attention as soon as possible.

M. **The Need For a Variance of Discovery Limitations Imposed by the Local Rules.**

None.

N. **Jury**

This is a Jury Case.

O. **Motions**

There are no pending motions.

P. **Mediation**

March 1, 2001

Q. **Fact Witness Disclosure**

December 1, 2000.

Dated: Miami, Florida
July 10, 2000

THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____          _____
CHARLES S. WHITE                      STEWART LEE KARLIN, ESQ.
Assistant U.S. Attorney               Attorney for Plaintiff
Attorney for Defendant                400 Southeast Eighth Street
99 N.E. 4th Street                    Fort Lauderdale, Florida 33316
Miami, FL 33131
Florida Bar No.:                      Florida Bar No.: 961159

3