UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6193-CIV-LENARD/TURNOFF

THOMAS BUTLER,

    Plaintiff(s),

vs.

WILLIAM J. HENDERSON,
POSTMASTER GENERAL,

    Defendant(s).
_____/



## ORDER TO SHOW CAUSE

**THIS CAUSE** came before the Court <u>sua sponte</u>. On examination of the record, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    On June 22, 2000, the Court issued an Order Referring Pretrial Discoveyr Motions to Magistrate, Order Directing Parties to File Certificates of Interested Parties and Joint Scheduling Report (D.E. #12).

2.    To date, Defendant has failed to submit a Certificate of Interested Parties and Corporate Disclosure Statement.

3.    Defendant shall have up to and including **July 28, 2000** to file with the Court a Certificate of Interested Parties and Corporate Disclosure Statement.

4.    **Failure to comply with this Order or to submit notice of good cause for failure to comply will subject the party or counsel to appropriate penalties, including but not limited to dismissal of the cause, or the striking of defenses and entry of judgment pursuant to S.D.**

Case No. 00-6193-CIV-LENARD/TURNOFF

**Fla. L.R. 16.1M.**

  **DONE AND ORDERED** in Chambers at Miami, Florida this _17_ day of July, 2000.

              */s/ Joan A. Lenard*
              JOAN A. LENARD
              UNITED STATES DISTRICT JUDGE

Copies furnished to:
Magistrate Judge William C. Turnoff

Stewart Lee Karlin, Esq.
400 S.E. 8th Street
Ft. Lauderdale, FL 33316

Charles S. White, Esq.
Assistant U. S. Attorney
99 N.E. 4th Street
Miami, FL 33131