CSW

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



NIGHT BOX
FILED

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

CASE NO. 00-6193-CIV LENARD/Turnoff

THOMAS BUTLER,

    Plaintiff,

v.

WILLIAM J. HENDERSON,
POSTMASTER GENERAL,

    Defendant.
_____/

### DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

COMES NOW, the Defendant, William J. Henderson, Postmaster General, United States Postal Service, by and through the undersigned Assistant United States Attorney, files this Certificate of Interested Parties and Corporate Disclosure Statement, as follows:

1. William J. Henderson, Post Master General
2. United States Postal Service
3. Guy A. LEWIS, United States Attorney
3. Charles S. White, Assistant U.S. Attorney

                Respectfully submitted,
                GUY A. LEWIS
                UNITED STATES ATTORNEY

By                
                CHARLES S. WHITE
                Assistant United States Attorney
                Fla. Bar No. 394981
                99 N.E. 4th Street
                Miami, Florida 33131
                Tel. (305) 961-9286
                Fax. (305) 530-7139

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was furnished by U.S. Mail on July 19, 2000 to Stewart Lee Karlin, Esq., Attorney for Plaintiff, 400 Southeast Eight Street, Fort Lauderdale, Florida 33316.

By _____
CHARLES S. WHITE
Assistant United States Attorney