CSW

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



NIGHT BOX
FILED

AUG 0 3 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

CASE NO. 00-6193-CIV JORDAN

THOMAS BUTLER,

    Plaintiff,

v.

WILLIAM J. HENDERSON,
POSTMASTER GENERAL,

    Defendant.
_____/

### DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant Postmaster General, United States Postal Service, by and through the undersigned counsel, and moves for dismissal, pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure, because the Court lacks subject matter jurisdiction over claims contained in the lawsuit, and because Plaintiff has failed to state a claim upon which relief can be granted. In the alternative, Defendant moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure because Plaintiff cannot show that Defendant's articulated legitimate non-discriminatory reasons for its actions are pretext for unlawful discrimination. Therefore, judgment should be granted in favor of



Defendant as a matter of law. A memorandum of law in support of this motion is attached.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By _____
CHARLES S. WHITE
Assistant United States Attorney
Fla. Bar No. 394981
99 N.E. 4th Street
Miami, Florida 33131
Tel. (305) 961-9286
Fax. (305) 530-7139

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was furnished by U.S. Mail on August 3, 2000 to Stewart Lee Karlin, Esq., Attorney for Plaintiff, 400 Southeast Eight Street, Fort Lauderdale, Florida 33316.

By _____
CHARLES S. WHITE
Assistant United States Attorney