

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THOMAS BUTLER,

                Plaintiff,

v.

WILLIAM HENDERSON,
POST MASTER GENERAL, of the
UNITED STATES POSTAL SERVICE
AGENCY,

                Defendant.
_____/

Case No.: 00-6193-CIV-LENARD
MAGISTRATE JUDGE TRUNOFF

## PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME

COMES NOW the plaintiff, THOMAS BUTLER, by and through the undersigned attorney and respectfully moves the Court to enlarge the time within the plaintiff may file a response to defendant's motion for summary judgment:

1. Defendant served its motion for summary judgment on August 3, 2000 and was received on August 7, 2000 making the response due on August 21, 2000.

2. Plaintiff is requesting an extension until August 31, 2000 to allow plaintiff to put in a response to the summary judgment in this case.

3. It should be noted that plaintiff's attorney is a sole practitioner and due to a confluence of scheduling conflicts in the last couple weeks, it is very difficult to file a timely response. For example, plaintiff had been in numerous depositions, mediation and hearings for the past two weeks.

5. This extension will not effect any other deadline.

6. Plaintiff has spoken to the attorney for the defendant and he has consented to this



short continuance.

WHEREFORE, for all the foregoing reasons, the plaintiff requests that the Motion be granted.

### MEMORANDUM OF LAW

In support of the foregoing motion, plaintiff relies upon local Rule 7.1 (A)(3), of the United States District Court for the Southern District of Florida.,

Dated:   Fort Lauderdale, Florida
         August 18, 2000

STEWART LEE KARLIN, ESQ.
Attorney for Plaintiff
400 SE 8th Street
Fort Lauderdale, Florida 33316
(954) 462-1201
Fla Bar No. 961159

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing by hand to: CHARLES S. WHITE, Assistant U.S. Attorney, 99 N.E. 4th Street, Miami, FL 33131 on this 18th day of August, 2000.

STEWART LEE KARLIN, ESQ.
Florida Bar No. 0961159
400 Southeast Eighth Street
Fort Lauderdale, Florida 33316
(954) 462-1201