UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THOMAS BUTLER,

          Plaintiff,

v.

WILLIAM HENDERSON,
POST MASTER GENERAL, of the
UNITED STATES POSTAL SERVICE
AGENCY,

          Defendant.
_____/

Case No.: 00-6193-CIV-LENARD
MAGISTRATE JUDGE TRUNOFF



### PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME

COMES NOW the plaintiff, THOMAS BUTLER, by and through the undersigned attorney and respectfully moves the Court to enlarge the time within the plaintiff may file a response to defendant's motion for summary judgment:

1. Defendant served its motion for summary judgment on August 3, 2000 and was received on August 7, 2000 making the response due on August 21, 2000.

2. Subsequently, plaintiff requested an extension until August 31, 2000 to allow plaintiff to file a response to the summary judgment in this case.

3. Although much of the motion is procedural in nature, plaintiff's input and affidavit is necessary and integral to the defense of part of the summary judgment.

4. However, plaintiff had a previously arranged a three week vacation from August 18, 2000 to September 11, 2000. This vacation was pre-paid and plaintiff is camping in the Alaskan wilderness and thus is inaccessible..



5.  Thus, without plaintiff's participation in the summary judgment response, his case would be severely prejudiced.

6.  On the other hand, there is absolutely no prejudice in granting this short continuance since a trial in this matter is not scheduled for two years in September, 2002. Thus, this short continuance will not impact on any dates in the scheduling order or discovery.

7.  Plaintiff has spoken to the attorney for the defendant and he has consented to this short continuance.

WHEREFORE, for all the foregoing reasons, the plaintiff requests that the Motion be granted.

## MEMORANDUM OF LAW

In support of the foregoing motion, plaintiff relies upon local Rule 7.1 (A)(3), of the United States District Court for the Southern District of Florida.,


Dated: Fort Lauderdale, Florida
       August 31, 2000

STEWART LEE KARLIN, ESQ.
Attorney for Plaintiff
400 SE 8th Street
Fort Lauderdale, Florida 33316
(954) 462-1201
Fla Bar No. 961159

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing by hand to: CHARLES S. WHITE, Assistant U.S. Attorney, 99 N.E. 4th Street, Miami, FL 33131 on this 31st day of August, 2000.

STEWART LEE KARLIN, ESQ.
Florida Bar No. 0961159
400 Southeast Eighth Street
Fort Lauderdale, Florida 33316
(954) 462-1201