UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00-6193 CV JAL/WCT

THOMAS BUTLER,    Case No.: 00-0537-CIV-MORENO/DUBE

   Plaintiff,

v.

WILLIAM HENDERSON,
POST MASTER GENERAL, of the
UNITED STATES POSTAL SERVICE
AGENCY,

   Defendant.
_____/

FILED by ___ D.C.

AUG 31 2000

CLARENCE MADDOX
CLERK U.S. DIST.
S.D. OF FLA

## ORDER

THIS CAUSE has come before the Court upon the motion for extension of time filed by plaintiff. The Court has considered the motion, and being otherwise duly advised, it is

ORDERED AND ADJUDGED that said motion be and the same is hereby GRANTED. The plaintiff shall have up to and including September 15, 2000, within which to serve defendant its response to the summary judgment and judgment on the pleadings motions.

DONE AND ORDERED in Chambers in Dade County, Miami, Florida this 31 day of August, 2000.

_____
U.S. District Judge

Copies Furnished to:

Stewart Lee Karlin, Esq.
Charles White, Asst. U.S. Attorney