UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 00-6193-CIV-LENARD/TRUNOFF

THOMAS BUTLER,

        Plaintiff,

v.

WILLIAM HENDERSON,
POST MASTER GENERAL, of the
UNITED STATES POSTAL SERVICE
AGENCY,

        Defendant.

_____/

## PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, THOMAS BUTLER, through undersigned counsel, hereby submits the following Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment.

### 1.   Introduction

Plaintiff herein submits this memorandum in opposition to Defendant's motion for summary judgment.

### 2.   Factual Statement

This summary judgment has filed without the benefit of any discovery. There are a number of EEOC files and since discovery has not even commenced (the trial is not scheduled for two years, this summary judgment should be denied without prejudice to give the parties an opportunity to conduct discovery.

The complaint alleges that plaintiff was initially employed as a Mail Handler in 1987 and was promoted to Supervisor, Distribution of Operations in 1994. Plaintiff is an American Caucasian and had previously filed EEO complaints internally which is protected activity under the Act in 1997.

1

Plaintiff was subjected to a continuous pattern of conduct of retaliation which substantially altered the terms, conditions and privileges including adverse employment actions and a hostile work environment by reason of race, national origin and retaliation.

The complaint alleges that he was subjected to disparate treatment as follows:

a.     defendant failed to allow plaintiff to return to work for several months after taking medical leave, despite the fact that he had been cleared by his doctors and the medical unit of the defendant to return to work. As a direct consequence of defendant not allowing plaintiff to return to work, he as not eligible for the Economic Value Added Credit and had to take out loan to pay his bills;

b.     despite repeated attempts by plaintiff to review his personnel file for five months and then when the personnel file was finally produced and an unwarranted and untimely letter of warning was placed in plaintiff's personnel file;

c.     defendant placed plaintiff on enforced leave despite the fact that he had been cleared to return to work;

d.     Closely scrutinizing plaintiff work performance and conduct;

e.     harassment;

f.     humiliated and berated in front of coworkers;

g.     numerous inflammatory comments were made by management to plaintiff such as but not limited to being called stupid, look for a new job, I'm tired of your nonchalant attitude, and even an insensitive remark was made concerning the death of plaintiff's brother;

h.     deliberately scheduling meeting during plaintiff's lunch hour;

i.     plaintiff's schedule was changed;

j.     plaintiff was denied the right to interview to the position of Environmental

Compliance Coordinator;

k.    plaintiff was denied light duty work that was available;

l.    plaintiff received biased and unfounded warning;

m.    plaintiff was even asked to leave the building;

n.    other discriminatory conduct.

Defendant has attempted to argue that each act is separate and distinct. However, that position misconstrues plaintiff position that each act cannot be isolated but forms a continuous on going pattern of retaliatory conduct against plaintiff.

## ARGUMENT

### POINT I

### DEFENDANT HAS THE BURDEN OF SHOWING THAT
### THERE ARE NO GENUINE MATERIAL ISSUES OF FACT

In connection with a motion for summary judgment, the Court's function is to determine whether a material factual issue exists, not to resolve any existing factual issues. United States v. Diebold Inc., 369 U.S. 654 (1962). A court may grant summary judgment under Fed.R.Civ.P. 56(c) only when "there is no genuine issue as to any material fact and . . . the moving party is entitled to a judgment as a matter of law." Fed.R.Civ.P. 56(c). Where, as here, the non-movant bears the ultimate burden to prove at trial that the defendant discriminated against plaintiff, he may defeat the summary judgment motion by procuring sufficient specific facts to establish that there is a genuine issue of material fact for trial. Celotex Corp. v. Catrett, 477 U.S. 317, 322, 106 S.Ct. 2548, 2553, 91 L.Ed.2d 265 (1986). Also, the party moving for summary judgment has the burden of showing the absence of genuine issue of material fact. Weinberger v. Hynson, 412 U.S. 609 (1973). In addition, in ruling on a motion for summary judgment, a court must resolve all ambiguities and draw all reasonable inferences in favor of the party defending against the motion.

3

Welch v. Celotex Corp, 951 F2d 1235, 1237 (11 Cir. 1992) Hoffman v. Allied Corp, 912 F2d 1379 (11th Cir. 1990), Eastway Construction Corp. v. City of New York, 762 F.2d 243, 249 (2d Cir. 1985), cert. denied.

In assessing whether the movant has met this burden, the district court must review the evidence and all factual inferences drawn therefrom, in the light most favorable to the non-moving party. Welch v. Celotex Corp, 951 F2d 1235, 1237 (11 Cir. 1992); Rollins v. TechSouth, Inc., 951 F2d 1525, 1528 (11th Cir. 1987). If the movant successfully discharges its burden, the burden then shifts to the non-movant to establish, by going beyond the pleadings, that there exists genuine issues of material facts. Matushita Electric Industrial Co. v. Zenith Radio Corp. 475 U.S. 574, 586-87, 106 S.Ct. 1328, 1355-56, 89 L.Ed. 2d 538 (1086); Clark v. Coats & Clark, Inc. 929 F2d 604, 608 (11th Cir. 1991).

Applicable substantive law will identify those facts that are material. Anderson v. Liberty Lobby, 477 U.S. 242, 248, 106 S.Ct. 2505, 2510, 91 L.Ed. 2d 202 (1986). Genuine disputes are those in which the evidence is such that a reasonable jury could return a verdict for the non-movant. For factual issues to be considered genuine, they must have a real basis in the record. Matushita, 475 U.S. at 586-87, 106 S. Ct., at 1355-56. It is not part of the court's function, when deciding a motion for summary judgement to decide issues of material fact, but determine whether such issues exist to be tried. Anderson, 477 U.S. at 249, 106 S.Ct. at 2135. The court must avoid weighing conflicting evidence or making credibility determinations. Id, at 255, 106 S.Ct. at 2513- Instead, "the evidence of the non-movant is to be believed, and all justifiable inferences are to be drawn in his favor". Where a reasonable fact finder may "draw more than one inference from the facts, and the inference creates a general issue of material fact, then the court should refuse to grant summary judgment." Barfield v. Briertonm, 883 F2d 923, 933-34 (11th Cir.1989) (citation omitted).

The Court have recognized that in discrimination cases, an employer's true motivations are particularly difficult to ascertain, see United States Postal Service Board of Governors v. Aikens, 460 U.S. 711, 716, 103 S.Ct. 1478, 1482, 75 L.Ed.2d 403 (1983) (acknowledging that discrimination cases present difficult issues for the trier of fact, as "there will seldom be `eye witness' testimony as to the employer's mental processes"), thereby making such factual determinations generally unsuitable for disposition at the summary judgment stage. Lowe v. City of Monrovia 775 F.2d 998, 1009 (9th Cir.1985). For summary judgment purposes one must show that the reasons articulated to terminate Captain Duncan is in dispute. As the Supreme Court recently stated that one only must show the legitimate reasons are not the true reasons for his termination. Put simply that in this case that the actions taken against plaintiff are in dispute. Reeves v. Sanderson Plumbing. 2000 WL 743663 (U.S. S. Ct. June 12, 2000).

**The allegations are closely related and grow out of the allegations contained in the other charges of discrimination.[1]**

**A.    Charge Nos.: 1-H-333-0012-00 and 1-H-333-0047-99**

Defendant asserts that charge no. 0012 is premature since it was filed on March 8, 2000. Defendant asserts that because the events described occurred subsequent to the filing of Plaintiff's initial Charge with the EEOC, and because six months had not elapsed at the time of filing suit, there is no jurisdiction to hear that claim and thus it should be dismissed (without prejudice) since there is no jurisdiction to hear the claim To dismiss the claim as premature would be a waste of judicial resources since it could be re-filed since that claim is ripe as of September 8, 2000.. Moreover, the Courts have held that when related conduct has occurred, the Courts have jurisdiction to hear subsequent related conduct.

---

[1]Plaintiff withdraws charge number 1-H-333-0018-97 since apparently a related proceedings before the Merit System Protection Board was settled.

In Ermel I. Coon v. Georgia Pacific Corporation, et al.829 F.2d 1563, 1570 (11th Cir. 1997), the Eleventh Circuit cited Theodore Kirkland v. Buffalo Board of Education, which held:

> "...the jurisdictional requirements of Title VII were not intended to be construed so narrowly... The issuance of a right to sue letter...does permit a court to consider claims of discrimination reasonably related to the allegations in the complaint filed with the EEOC, including new acts occurring during the pendency of the charge before the EEOC." 622 F.2d 1066, 1068 (2nd Cir. 1980).

The events which occurred subsequently are closely related and as such the Eleventh Circuit has held that the allegations in Plaintiff's Amended Complaint:

> "may encompass any discrimination like or related to the allegations contained in the charge and growing out of such allegation during the pendency of the case before the Commission." Ermel I. Coon v. Georgia Pacific Corporation, et al.829 F.2d 1563, 1569 (11th Cir. 1997).

The EEOC charge filed in February, 1998 are closely related. For example, the harassment that plaintiff was subjected too was continuing in nature and has now resulted in plaintiff's termination. He is in the process of filing a charge of retaliation concerning his termination. The complaint alleges that plaintiff was subjected to different terms, conditions and privileges of employment including harassment and abusive conduct toward him. The complaint reflects the exact same basis retaliation claiming the exact same disparate treatment to wit the harassment which has been outlined with specificity above. Because all of the allegations contained in Plaintiff's Complaint are reasonably related to the formal complaints which were filed by plaintiff (Exhibit "A"), the summary judgment should be denied as to the two charges above. To hold otherwise would

require plaintiff to file a separate EEOC charge for each and every time a comment is made, a detrimental schedule change is made and meeting appears to be scheduled to conflict with his lunch hour.

**B.    Charge Nos.: 0011-98 and 0034-97**

Defendant failed to allow plaintiff to return to work for several months after taking medical leave, despite the fact that he had been cleared by his doctors and the medical unit of the defendant to return to work.  This is not the same issue which was settled concerning enforced leave but is separate period of time when the plaintiff was out on medical leave, not enforced leave. As a direct consequence of defendant not allowing plaintiff to return to work, he as not eligible for the Economic Value Added Credit and had to take out loan to pay his bills.  Plaintiff submits that this was clearly an act of retaliation due to his prior EEO activity and is so closely tied to his failure to get the credit that it was in fact investigated by the EEOC.  See Exhibit

Despite repeated attempts by plaintiff to review his personnel file for five months and then when the personnel file was finally produced and unwarranted and untimely letter of warning was placed in plaintiff's personnel file.  This again follows the pattern of harassment (which now has resulted in plaintiff's termination) which was on going and continuing since it would have been a permanent part of his record and reflects the retaliatory intent of the Postal Service against plaintiff.

In addition, the following conduct has occurred in 1999 to date and clearly is related to the continuos pattern of retaliation such as humiliated and berated in front of coworkers; numerous inflammatory comments were made by management to plaintiff such as but not limited to being called stupid, look for a new job, I'm tired of your nonchalant attitude, and even an insensitive remark was made concerning the death of plaintiff's brother; plaintiff's schedule was changed; plaintiff received biased and unfounded warning and plaintiff was even asked to leave the building;

Defendant alleges that plaintiff who was pro se during his administrative EEO procedure

did not have the acumen to defendant against a summary judgment and thus was at a great disadvantage.

## CONCLUSION

Plaintiff respectfully submits that the summary judgment be denied in its entirety or in the alternative denied without prejudice pursuant to Rule 56 (f).

Dated:  Fort Lauderdale, Florida
        September 13, 2000

Respectfully submitted,

STEWART LEE KARLIN, ESQ.
Attorney for Plaintiff
400 Southeast Eighth Street
Fort Lauderdale, Florida 33316
(954) 462-1201
Fla. Bar No.:  961159

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing  by hand to: ~~Marcella Cohen~~ Charles S. White ~~Auerbach,~~ U.S. Attorney, ASUA ~~500 East Broward Blvd. Suite 700, Ft Lauderdale, FL 33304~~ 99 N.E. 4th Street Miami, FL 33131 on this 13TH day of September, 2000.

STEWART LEE KARLIN, ESQ.
Florida Bar No. 0961159
400 Southeast Eighth Street
Fort Lauderdale, Florida 33316
(954) 462-1201

8

E X H I B I T "A"

U.S. Postal Service

# EEO Complaint of Discrimination
## in the Postal Service

*IN PERSON*

See Instructions and Privacy Act Statement
on Reverse

| 1. Name | 2. SSN 42 | Case No. |
|---|---|---|
| Butler Tom | 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 | 1-H-333-0036-97 |

| 3. Mailing Address | 4. Home Phone | 5. Work Phone |
|---|---|---|
| 7840 CAMINO REAL A-105 MIAMI FL 33143-6871 | (305) 271-1898 | (594) 436-4356 |

| 6. Position Title (USPS Employees Only) | 7. Grade Level (USPS Employees Only) |
|---|---|
| S.D.O. | 16 |

| 8. Installation Where You Believe Discrimination Occurred (Identify Installation, City, State, and Zip+4) | 9. Name & Title of Person(s) Who Took the Action(s) You Allege Was Discriminatory |
|---|---|
| SFMPC PEMBROKE PINES FL 33082-9998 | I'm not sure who sent the Low to Tobe Love. I suspect Bob Allen, Gergio Ferma or Jack Watson may have. I need You to invest. This for me. How could a Low show up in my file by Accident. |

10. I designate this person to be my representative.

| a. Name | Title |
|---|---|
| ALAN DONELAN | VICE PRESIDENT NAPS |

| Mailing Address | 1800 CORAL WAY MIAMI FL |
|---|---|
| b. Home Phone | c. Work Phone (305) 869-5109 |

| 11. Type of Discrimination Alleged | 12. Date on Which Alleged Act of Discrimination Took Place |
|---|---|
| Race (Specify): WHITE NON HISPANIC Sex (Specify): MALE Color (Specify): WHITE Age (Specify): 43 Religion (Specify): QUAKER Retaliation (Specify Prior EEO Activity 3-7-97 National Origin (Specify): USA Disability (Specify): | 7/25/97 |

13. Explain the specific actions or situation that resulted in your allegation(s) as to how you believe you were discriminated against (treated differently from other employees or applicants) because of race, color, religion, national origin, sex, age, or disability.

On 7/25/97 I received a package from Labor Relations (Tobe Love) in the package was a Low from Jack Watson dated in Feb of 1992 I had never seen this Low. I was unaware that I was e____ to get the Letter Lor along discover it By Accident in the package from Tobe Love on 7.2_ A____ (Nearly 5 months after the alledged Letter was dated I believe it to be an unethical and discriminatory procedure. Furthermore, I content it was designed to be retaliatory and discrimynatory to prior EEO of 3-7-97. only white sdo on Tour I that was Retaliated against with an unethical Low.

| 14. I have discussed my complaint with an EEO Counselor Yes (Date of final interview: Per Certified # 2 361 220 No NO DISCUSSION HAS TAKEN PLACE CSO | 15. Name and Signature of EEO Counselor |
|---|---|

16. Corrective Action Sought HAVE MR FERNANDEZ STOP harrassing me - 10-25-97 ASSIGNED TO T-3
2. USPS Pay Medical Costs and Fees - owcp accepted claim
3. USPS Return my sk, A/L and monies for Holiday pay, night differential or
4. USPS pay compensatory or punitive damage award of $5,000    7. Attorney Cost & Fees
5. USPS not affect my rights to EVA for this year    6. Low Destroyed - Tobe Stated it was

| 17. Signature of Complainant | 18. Date of this Complaint |
|---|---|
| Thomas P Butler | 10-26-97 |

PS Form 2565, December 1995

Processing Center
P.O. Box 19357, Dept. SFD47

MAY 1 3 1998

**UNITED STATES**
**POSTAL SERVICE**

**EEO Investigative Affidavit**
**(Complainant)**

| Page No. | No. Pages | Case No. |
|---|---|---|
| 1 | 1 | 1-H-333-0036-97 |

| 1. Affiant's Name (First, Middle, Last) | 2. Employing Postal Facility |
|---|---|
| Tom Butler | South Florida |

| 3. Position Title | 4. Grade Level | 5. Postal Address and ZIP + 4 | 6. Unit Assigned |
|---|---|---|---|
| Supervisor Distribution & Operations | 16 | 16000 Pines Blvd. Pembroke Pines, FL 33026-9998 | T-3 Platform |

## Privacy Act Statement

The collection of this information is authorized by Public Law 92-261, Equal Employment Act of 1972, 29 U.S.C., sections 621 et seq. and 701 et.seq.; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage, to the

Office of Management and Budget for review of private relief legislation, to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Provision of the information requested is mandatory for the complainant, and for the Postal Service and other Federal employee witnesses. Failure of the complainant to provide requested information could result in the complaint being dismissed. Failure of Postal Service and other Federal employees to provide requested information could result in disciplinary action. Provision of the information requested by other persons is voluntary and failure to provide such information will result in no adverse effect.

1. Is your position and place of employment the same as it was on (date of incident) 7/25/97?

   YES   LEVEL 16 SUPERVISOR AT THE SFMPC

2. Please state what purviews are being alleged by you; sex, color, age, race, religion, reprisal/retaliation, physical/mental disabilities; (based on the purviews accepted in the investigation letter) (Example: sex - male, religion - Catholic, etc.)

   SEX - MALE
   COLOR - WHITE, NON HISPANIC
   AGE - 43 Now 44
   RELIGION - Society of FRIENDS (QUAKER)
   RACE - CAUCASIAN
   REPRISAL/RETALIATION (PRIOR EEO ACTIVITY)

| Affiant's Signature | Date |
|---|---|
| Thomas P Butler | May 4, 1998 |

PAGE NO. _____

Mailing Office  Processing Cen
P.O. Box 19357, Dept. S
W. Palm Beach, FL 33416-93



**UNITED STATES**
**POSTAL SERVICE**
## EEO Investigative Affidavit
### (Continuation Sheet)

| Page No. | No. Pages | Case No. |
|----------|-----------|----------|
| 2 | | 1-H-333-0036-97 |

3. The Scope of Investigation letter stated that you are alleging the following: "Complainant alleges discrimination based on Race(Caucasian), Color(White), Religion(Quaker), Sex(Male), Age(43) & Reprisal(Prior EEO Activity), in that on 7/25/97 he was given a copy of a L.O.W. which he had never received." Explain specifically why you believe you were discriminated against and which Management Official(s) discriminated against you.

On 3/5/97 I had been harassed by Latin Male Supervisor, under 40, non Quaker to the point of severe requiring medical treatment. The harrassment is documented by witness statements, my own testimony, & harassing unethical documents. The L.O.W. was snuck into my file without my knowing of its existence. I received a positive evaluation but later was rejected for EVA Bonus. I was denied advancement for Environmental Compliance Coordinator by an employee that had "better qualifications" even though I had a college degree in the field (Biology) and other employee did not have. Management did not let me review my personnel file until after 5 months, 4 attempts and a letter to Marvin Runyon asking for his help. I yet + two months later I continue to get no resolution from this case (only more time responding, more effort to heal myself).

4. Are you aware of a policy/regulation relative to the action or situation? (ELM, National Agreement, Written Postal Policy, etc.) (Please include a copy of these policies if available.) Yes

ELM 1  Employee Coded Conduct – no unethical statements   L.O.W. –

ELM 2  Employee Code of Conduct – Do not take work hours away from Employee that has worked FLSA                          those hours (as Sergio did to me)

3  EEO Discrimination – Zero Tolerance – (not allowed to return to work, low, loss of EVA, Retaliation ER)

4.  Zero Tolerance – Threats made by Sergio Fernandez toward me

5.  not allowed to return to work – MSPB decession allowed me to return to work

5. Do you know of any similarly situated employee(s) treated differently than you? (Names, pay locations, facility, work #, how they were treated differently. Example: If sex as purview: Jane Smith, Pay location 107, Female, Chicago Post Office, 555-5555)

436-4359  Robert Brace, Pay Location 101, male, under 40, SFAPC 436-4359 non Caucasian, non Quaker, b

436-4359  Josephine DeJesus, Pay Location 101, female, under 40, SFAPC 436-4359 non Caucasian, non Blesker, H

Neither were given L.O.W. in their file without their knowledge and n retaliation to Prior EEO activity & MSPB activity.

| Affiant's Signature | Date |
|---------------------|------|
| ✓ Thomas P Butler | 5-4-98 |

**UNITED STATES POSTAL SERVICE**

**EEO Investigative Affidavit**
(Continuation Sheet)

| Page No. | No. Pages | Case No. |
|---|---|---|
| 3 | | 1-H-333-0036-97 |

6. (Answer only if this complaint relates to Reprisal, inclusive of prior EEO activity, witness in an EEO investigation and/or representative in prior EEO Complaints). Please explain what specific case(s) and on what date this specific case(s) took place which causes you to believe that the action taken by the Responsible Management Official was an act of Reprisal. (It is necessary to be very specific with regard to the above requested information.) Also, please comment on the specific involvement, if any, of the Responsible Management Official(s) and if applicable how and when the Responsible Management Official became aware of your EEO activity. (Include specific case numbers, dates, copies of all related documentation regarding the above.)

1 H 333 0018 97
1 H 333 0011 98
1 H 333 0036 97

Prior EEO 3-12-97 - harrassment by Sergio Fernandez     DOI
3-5-97     Fernandez
10-27-97 - unethical Low snuck into file     7-25-97     Fernandez, Dillon, Louie, Watson
11-17-97 - Disallowment of EVA     11-4-97     Maynard
∴ all of the above has been documented and submitted to EEO office

_____ I want to point out that the EEO office already has This information. They are requesting it again which will take additional time, money, and energy to compile it again. I feel The Punitive & Compensatable moneys will have to be raised to adjust to these requests.

1 only individual in our district put on enforced leave, Fernandez, Dillon, L. Relations
2 harrassment by Fernandez - Joann - why is he doing it? You tell me Tom
3.    "    "    "    - Joann, Watson    AL to Indiana at Xmas - approved in er at last minute
4.    "    "    "    - have many lunch during meeting    10 Disc times
5. FLSA violation Fernandez - Joann, surprised but resolved it few months later
6. harrassment + intimidation - 8/6/97 Anita williams - witness Letter
    7/19/97 NAPS Minutes
    7/19/97 Katherine Radcliff - witness
    Ruth Murray Letter - witness
    Sharon Ricci Statement - witness — Dillon, Fernandez, Fin
    7/3/97 Ed Cuevas Letter - witness
    7/2/97 Sharon Ricci Letter - witness

7. retaliation — EAS merit evaluation 11-20-96 - Keith Maynard, never got back to me as promised note Mike Boican received 10 x My EVA Doesn't
1 H 333 0018-97    8 EEO harrassment by Sergio Fernandez - 3-12-97    Fernandez
1 H 333 0011 98 9 EEO unethical Law    10-27-97    Fernandez Dillon Watson, Louie
1 H 333 0036 97 10 EEO Disallowment of EVA    11-17-97    Maynard

| Affiant's Signature | Date |
|---|---|
| ✓ Thomas P Butler | ✓ 5-4-98 |

**UNITED STATES**
**POSTAL SERVICE**
**EEO Investigative Affidavit**
(Continuation Sheet)

| Page No. 4 | No. Pages | Case No. 1-H-333-0036-97 |
|---|---|---|

7. Mr. Tom Butler the Scope of Investigation letter stated Complainant alleges discrimination based on Race(Caucasian), Color(White), Religion(Quaker), Sex(Male), Age(43) & Reprisal(Prior EEO Activity), in that on 7/25/97 he was given a copy of a L.O.W. which he had never received.. Was this resolved with the grievance procedure? If not, what do you want to resolve this complaint?

No 8th. I wrote a letter to Dillon about how unethical it was for management to put a LOW into my file without my ever having seen it, especially when I was under attack by management because of a health condition brought about by harassment & intimidation from manager Sergio Fernandez. I contacted Tobe Lowe, Labor Specialist and she called me back stating that it would be removed, it shouldn't have been there. Dillon also responded with a letter to me at Arming Angl that I had't seen it and that it should not have been there. They told me they would have it removed from my file. But this doesn't wipe out the ongoing harassment, intimidation, and stress that I had been receiving. It is just another example of the RETALIATION I have been receiving.

1. Take out LOW of Feb R97 from Tuck Watson - Done by Dillon per letter Aug 6, 1997)
2. ATTORNEY COST & FEES
3. MEDICAL COST & FEES
4. Compensatory & Punitive Damages Award
5. Return of all leave, night differential, OT & benefits
6. INTEREST ON LOANS
7. Harrassment & Intimidation be stopped
8. EVA BONUS
9. TO BE MADE WHOLE
10. Reimbursed phone calls to work, doctor, NAPS labor injury comp - washington DC, MSPB
11. TSP made whole
12. Reimbursed mileage - to doctor, drug store, injury comp NAPS, Job search, Labor, MEETING (Proposed Decisions-Robert A Dillon)
13. Leave buyback plus wop not to count against
14. Reimbursement for mailings
15. Reimbursement cost for preparing documentation EEO forms, medical paperwork, copying.
16. Reimbursement Driving Time, Lost Leisure Time

17. 35,000 Pain & Suffering false Low & FLSA violation 4-12-97
18. 10,000 out of pocket / Leisure expenses to prepare all th information
19. ADDITIONAL 5,000 for Resp To Last Two EEO's

50,000 TOTAL For Pain Suffering Retaliation Discrim

50,000 FOR w.FE Pa Sti

| Affiant's Signature Thomas P Butler | Date 5-4-98 |
|---|---|

3. I was promoted to a supervisor while at the GMF in Miami. I was relocated to SFMPC as one of the Junior Supervisors, Excessed to this Facility from Miami. Soon Mr Fernandez began Harassing me about everything I was doing. Being a Quaker (turning the cheek), I continued working and ignoring the verbal threats, abuse, harassment, and descrimination I was receiving. I was over Age 40 (43) and Mr Fernandez was under age 40. I felt that maybe he had not experienced how to treat a person with Dignity & Respect yet. I feel that Mr Fernandez took my Religious beliefs to be a sign of weakness and tried to take advantage of my beliefs. Mr Fernandez decided to violate FLSA and took away time that I had worked. I could not let this happen. I brought it to Joanne Feindt's attention and she corrected the situation. After other incidents Joann asked me "why Sergio was doing these things to me?" I said "I don't know, you tell me!" Then Sergio had me write up 10 Disciplinary packages 1 hour before I was to leave on my vacation in December. I once again informed Joann of this intolerable act of Mr Fernandez. Mr Fernandez's personal attacks on me escalated. He berated me in front of my peers, employees. He continued threatening remarks and intimidation stating such things as "This is your Training week, wait til next week" on Mar 5, 1987 after continual harassment, I suffered a severe medical problem and sought immediate medical attention (before I could even get home). I was out on FMLV when Mr Fernandez Harassed me with further documentation. It escalated to the point of having Mr Dillon issuing me a letter of enforced Leave (only Manager in our District to receive one). I was the only white, non Hispanic male over 40, Quaker, on T-1 500 to Recieve this adverse actn. The MSPB allowed me to return to work. However subsequently I was not allowed my EVA Bonus even though I had a positive evaluation and had been cleared to work much earlier by the medical unit at GMF.
        Management attempted to discredit me further by submitting & filing a Low into my File without my Knowledge. Eventually after phone calls to Tube Love (Labor) and a letter to Dillon, They eventually removed this unethical Low, that somehow got into my File by "Mistake" During this Time action was being Taken against me.

**Affidavit**                                                PAGE NO. _____

I WAS NOT ALLOWED TO REVIEW my Personal File for 5 months. Afte 4 WRITTEN REQUESTS including a letter to Postmaster General Marvin Runson asking for his help DID I Finally get To review my File (why?)

I have had To file 3 EEOs:

| DOI | REASONS | EEO | | |
|---|---|---|---|---|
| 3-5-97 | HaRASSMENT by Sergie Fernandez | 3-12-97 | (1H 333 001897) | Fernandez |
| 7-25-97 | uNethical LOW, RETALIATION | 10-27-97 | (1H 333 00 1198) | Fernandez, DillonLoutt, WA |
| 11-4-97 | Disallowment of EVA, RETALIATION | 11-17-97 | (1H 333 00 3697) | Maymard |

I WAS EVEN DENIED AN INTERVIEW FOR ADVANCEMENT AS AN ENVIRONMENTAL COMPLIANCE COORDINATOR. I WAS TOLD IN A written letter That Another employee WAS BETTER QUALIFIED EVEN though I had a college degree in BIOLOGY and the other employee DID NOT have higher education. I WAS TOLD the employee had been detailed to this position for 5 months therefore was better qualified.

I DID NOT PURSUE THIS SITUATION AT THE TIME Because of the Harassment I was TRYING TO overcome. IN ADDITION I Knew That my MDO would have to evaluate me. AND I was certain, That From Past Experiences, That Mr Fernandez would NOT HAVE GIVEN ME A FAIR SHAKE, REGARDLESS OF MY QUALIFICATIONS

I have yet to BE MADE WHOLE OR FAIRLY COMPENSATED FOR THESE WRONG DOINGS of MR FERNANDEZ (nearly 1yr, 2 months). I continue to Spend Time & Energy Trying to Resolve These wrongs. I've lost Leisure Time, my wife has and continues To struggle through this situation. My costs continue to increase Through documentation PReparation, mailing, Loss of interest and Retirement benefits, Pain & suffering. Loss of income from other work has also been negatively affected by these proceedings.

I Dont feel that it is Right for an individual of a different Color, Religion Age, nationality, or Reprisal To have To go through so much BECAUSE OF who THEY ARE. IT IS A SAD STATE of AFFAIR.

DOCUMENTATION
EEO 1H 333 00 1897
EEO 1H 33300 1198
___ 1H 33300 3697

WITNESS STATEMENTS
8-16-97   ANITA WILLIAMS
7-19-97   NAPS
7-19-97   KATHERINE RADICIONI, RUTH MURRAY, Sheira Riley
7-13-97   ED Cuevas

DOCUMENTS
MSPB   NOTICE TO REPORT
DECISION  ENFORCED LEAVE
          MEDICAL CLEARANCE GMF
          MEDICAL CLEARANCE DR.
          EAS MERIT EVALUATION
          LETTER To GeorgD.Illon 8-1-97

MAY 1 3 1998

# UNITED STATES
# POSTAL SERVICE

| | Case No. |
|---|---|
| **(CERTIFICATION)** | 1-H-333-0036-97 |

I have read the attached statement, consisting of ____7____ pages, and it is true and complete to the best of my      knowledge and belief. In making this statement, I understand Section 1001, Title 18 of the U.S. Code which      states:

"Whoever, in any manner within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme or device a material fact or makes any false, fictitious   or fraudulent statements or representation, or makes or uses any false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry,  shall be fined not more than $10,000 or imprisoned not more than 5 years, or both."

## Privacy Act Statement

The collection of this information is authorized by Public Law 92-261, Equal Employment Act of 1972, 29 U.S.C., sections 621 et seq. and 701 et seq., and Executive Order 11478, as amended.  This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program.  As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes;  where pertinent in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits,  to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function, to the Federal Records Center for storage, to the

Office of Management and Budget for review of private relief legislation, to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act.  Provision of the information requested is mandatory for the complainant, and for the Postal Service and other Federal employee witnesses.   Failure of the complainant to provide requested information could result in the complaint being dismissed.  Failure of Postal Service and other Federal employees to provide requested information could result in disciplinary action.  Provision of the information requested by other persons is voluntary and failure to provide such information will result in no adverse effect.

## Oath/Affirmation

Subscribed and (sworn) (affirmed) before me, on this ___4___ day of ___MAY___ , 19 _98_.

| EEO Investigator's Signature | Affiant's Signature (Sign in the presence of EEO Investigator) |
|---|---|
| Please do not write in this area | Please do not write in this area |

## Declaration

**I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.**

***(Affiant, sign and date if attached statement was not completed in the presence of the EEO Investigator)***

| Affiant's Signature | Date |
|---|---|
| √ _Thomas P Butler_ | √ 5-4-98 |

PS Form 2571, September 1992

# Affidavit

Originating Office   Processing Center
P.O. Box 19357, Dept. SFD
W. Palm Beach, FL 33416-9357
AIPS #82

| UNITED STATES POSTAL SERVICE | | Page No. | No. Pages | Case No. |
|---|---|---|---|---|
| **EO Investigative Affidavit** **(Complainant)** | | 1 | 1 | 1-H-333-0018-97 |

| 1. Affiant's Name (First, Middle, Last) | | 2. Employing Postal Facility | |
|---|---|---|---|
| Tom Butler | | South FL Mail Pro. Center | |
| 3. Position Title Supervisor, Dist Opns | 4. Grade Level EAS 16 | 5. Postal Address and ZIP + 4 16000 Pines Blvd. Pembroke Pines, FL 33082-9998 | 6. Unit Assigned |

### Privacy Act Statement

The collection of this information is authorized by Public Law 90-391, Equal Employment Act of 1972, 29 U.S.C., sections 621 et seq. and 701 et seq., and Executive Order 11478 as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes where pertinent in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request; when relevant to its decision concerning employment, security clearances, security or suitability, investigations, contracts, licenses, grants or other benefits; to a congressional office at your request, to an expert, consultant, or other person under contract with the USPS to fulfill an agency function, to the Federal Records Center for storage; to the

Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614 or to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction, and to a labor organization as required by the National Labor Relations Act. Provision of the information requested is mandatory for the complainant, and for the Postal Service and other Federal employee witnesses. Failure of the complainant to provide requested information could result in the complaint being dismissed. Failure of Postal Service and other Federal employees to provide requested information could result in disciplinary action. Provision of the information requested by other persons is voluntary and failure to provide such information will result in no adverse effect.

---

1. Is your position and place of employment the same as it was on (date of incident) 3/5/97?

    SDO 16 , SFMPC ; YES    — T-3

2. Please state what purviews are being alleged by you; sex, color, age, race, religion, reprisal/retaliation, physical/mental disabilities; (based on the purviews accepted in the investigation letter) (Example: sex - male, religion - Catholic, etc.)

    RETALIATION
    COLOR - WHITE
    RELIGION - QUAKER
    AGE - OVER 40
    RACE - CAUCASIAN (NON HISPANIC)
    NATIONAL ORIGIN - USA
    SEX - MALE

| Affiant's Signature | Date |
|---|---|
| ✓ Thomas P Butler | ✓ 12-29-97 |

UNITED STATES
POSTAL SERVICE

## Investigative Affidavit
### (Continuation Sheet)

| Page No. | No. Pages | Case No. |
|---|---|---|
| 2 | 2 | 1-H-333-0018-97 |

3. The Scope of Investigation letter stated that you are alleging the following: "Complainant alleges discrimination based on race,color,religion,sex,nat.origin,and age in that on 5/5/97 — 3/6/97 he was harassed by his supervisor about his job performance and subsequently placed on enforced leave" Explain specifically why you believe you were discriminated against and which Management Official(s) discriminated against you.

I am the only white male non-Hispanic, over age 40, of Quaker Religion Born in the USA, Suffering I-1 to be continually harassed and intimidated by Sergio Fernandez mpc. Mr Fernandez is a Hispanic male, under age 40, non-United born in cuba. As stated about 3-5-97, after a 30 min. MEETING in the mix office (Angelo Ten Sergio - Rose), I was counseling employee. To his surprise Mr Fernandez Broke up the counseling and began harassing me about my operation (which he had pulled me away from for 40 min. tes). Mr Fernandez has been harassing me and creating a stressed environment for me since I first came to the SFMPC. He has made me

4. Are you aware of a policy/regulation relative to the action or situation? (ELM, National Agreement, Written Postal Policy, etc.) (Please include a copy of these policies if available.)

YES

5. Do you know of any similarly situated employee(s) treated differently than you? (Names, pay locations, facility, work #, how they were treated differently. Example: If sex is purview: Jane Smith, Pay location 107, Female, Chicago Post Office, 555-5555)

ROBERT BRACE — Pay Location 101, male, under 40, non Caucasian, non QUAKER HE WAS NEVER EMBARASSED, HUMILIATED, THREATENED, OR INTIMIDATED By SERGIO FERNANDEZ

I AM THE ONLY KNOWN INDIVIDUAL PLACED ON ENFORCED LEAVE IN OUR DISTRICT

| Affiant's Signature | Date |
|---|---|
| √ Thomas P Butler | √ 12-29-97 |

**UNITED STATES POSTAL SERVICE**

**EEO Investigative Affidavit**
**(Continuation Sheet)**

| Page No. | No. Pages | Case No. |
|---|---|---|
| 3 | 3 | 1-H-333-0018-97 |

3 (continued) — have Lunch During a meeting that was scheduled at my lunch time. On 2/12/9 He was vindictive toward me concerning a staffing problem, he stated "I'll take care of that, I'll put you in charge of the FSM." On 2/25/97 He threatened me stating "This is your training week. Wait till Next week." On 4/12/96 He changed my hours worked. I had Joann Feidt correct this violation of FLSA. On 3/4/97 some employees met with Joann Feidt concerning employee complaints of Sergio Fernandez. I feel my operation & self have suffered consipendry reprissal. On Numerous occasions Mr. Furpandez has humiliated and embarussed me in front of my employees and peers. He intimidates employees & supervisors on the workroom floor. On 3/5/97 I went home stressed out.

On 7/25/97 I received a package from Labor Relations (Tobe Love). In the package was a Low from Jack Watson dated in Feb of 1987. I had never seen this low. I was unaware that I was even going to get the letter let alone discover it by accident in the package from Tobe Love on 7-25-97. (Nearly 5 months after the alledged letter was dated. I believe it to be an unethical and discriminatory procedure. Furthermore I contend it was designed to be retalitory and discriminatory to my prior EEO of 3-7-97. (Bob Dillen, Jack Watson, Sergio Fernandez, Tobe Love, Joann Feidt)

On 11-4-97 Keith Maynard (Acting Plant Manager) notified me of exclusion from EVA Bonus stating Lack of contribution. I felt like my nerves had been hammered thinking that my MSPA case had been resolved, then This retaliation occurred threatening me with additional Loss of income pain and suffering. I told Keith this was unfair & unethical since I had been cleared to work by the USPS medical unit and my Doctor. He stated he didnt know of my case and would get back to me the following Monday (He has yet to get back with me as of 12-29-97). He insisted I had a lack of contribution which I again stated it was not my fault. I subsequently had to go home having a relapse of my prior condition.

Note also it took Nearly 5 months and 4 attempts in writing including a letter to Postmaster General Marvin Runyon in order to get a chance to see my official Personnel file. Note Mike Balcom said IG T-3 received 10 times the amount of EVA that I receive

| Affiant's Signature | Date |
|---|---|
| √ Thomas P Butler | √ 12-29-97 |

UNITED STATES
POSTAL SERVICE
O **Investigative Affidavit**
(Continuation Sheet)

| Page No. 4 | No. Pages 4 | Case No. 1-H-333-0018-97 |
|---|---|---|

6. Mr. Tom Butler  the Scope of Investigation letter stated Complainant alleges discrimination based on race, color, religion, sex, nat. origin, and age in that on 5/5/97 he was harassed by his supervisor about his job performance and subsequently placed on enforced leave. Was this resolved with the grievance procedure? If not, what do you want to resolve this complaint?

NO.

1. ATTORNEY COST AND FEES
2. MEDICAL COST AND FEES
3. COMPENSATORY AND PUNATIVE DAMAGES/PLACE 5000 + 10,000 PAIN & SUFFERING
4. MADE WHOLE - RETURN OF ALL LEAVE, NIGHT DIFFERENTIAL, OT, TIME SAVINGS, INTEREST, OT + BENEFITS, ...
5. HARASSMENT AND INTIMIDATION BE STOPPED
6. REINSTATEMENT OF ALL EVP MONIES
7. REIMBURSED PHONE CALLS/TO WORK, DOCTOR, NAPS, LABOR, INJURY COMP WASHINGTON DC, RESERVE LAW, MSPB ATTORNEYS etc related to this situation
8. Reimbursed mileage - doctor, chiropractor, injury comp, NAPS, Job search, Labor, meetings, ... ............ related to this situation
9. Reimbursed - Attorney fees - court fees
10. Return interest on Loans forced to Take out on Retirement Policies
11. Reimbursed for mailings and paper copy costs
12. Reimbursed TSP
13. Reimbursed for time completing all EEO forms AND medical paperwork, Driving, copying, mailing, counseling etc.
14. LOW Destroyed Feb 1997 - Jack Watson wrote
15. all NFO regarding These EEO Be expunged from all files after settlement (within 15 days).
16. I want to know How AN EEO CAN GET INTO a Labor Package of Defense when it was never issued.
17. ADDITIONAL $10,000 for false LOW Feb 1997
18. ADDITIONAL $10,000 for false work hours by Sergio Fernandez on 4-12-96.

| Affiant's Signature  √  Thomas P Butler | Date  √  12-29-97 |
|---|---|



**UNITED STATES POSTAL SERVICE**

## EEO Investigative Affidavit

### (Continuation Sheet)

| Page No. | No. Pages | Case No. |
|----------|-----------|----------|
| 4 | | 1-H-333-0036-97 |

7. Mr. Tom Butler the Scope of Investigation letter stated Complainant alleges discrimination based on Race(Caucasian), Color(White), Religion(Quaker), Sex(Male), Age(43) & Reprisal(Prior EEO Activity), in that on 7/25/97 he was given a copy of a L.O.W. which he had never received.. Was this resolved with the grievance procedure? If not, what do you want to resolve this complaint?

No [8/97] I wrote a letter to Dillon about how unethical it was for management to put a LOW into my file without my ever having seen it, especially when I was under attack by management because of a health condition, brought about by harrassment & intimidation from manager Sergio Fernandez. I contacted Toby Lowe, doctor specialist and she called me back stating that it would be removed, it should not have been there. Dillon also responded with a Letter to me affirming (Aug 6. 97) that I hadn't seen it and that it should not have been there. They told me they would have it removed from my file, but this doesn't wipe out the ongoing harrassment, intimidation, and stress that I had been receiving. It is just another example of the RETALIATION I have been receiving.

1. The Row out Low of Feb A97 Fam Jack Watson - Done by Dillon per Letter Aug 6, 1997)
2. ATTORNEY COST & FEES
3. ABDICAL COST & FEES
4. Compensitory & Punitive Demages Award
5. Return of all leave, night differential, OT & Benefits
6. Interest on Loans
7. Harrassment & intimidation be stopped
8. EVA Bonus
9. To be made whole
10. Reimbursed phone calls to work, doctors, NAPS, labor, injury comp - Washington DC, MSPB
11. TSP made whole
12. Reimbursed mileage to doctor, drug store, injury comp NAPS, Job Search, Labor meeting (Proposed Decissions - Robert Dillon)
13. Leave buyback plus monies to count AGAINST
14. Reimbursement for mailings
15. Reimbursement cost for preparing documentation EEO forms, medical paperwork, copying
16. Reimbursement DownTime, Lost Leisure Time

17. 36,000 Pain & Suffering Fibro Low & FLSA violation 4-12-96
18. 10,000 out of pocket/Leisure expenses to prepare all this information
19. Additional 5,000 for Response to last two EEO's
    50,000 Total for pain Suffering Retaliation Discrimination
    50,000 For life pain Suffer...

| Affiant's Signature | Date |
|---------------------|------|
| ✓ Thomas P Butler | ✓ 5-4-98 |

**UNITED STATES**
**POSTAL SERVICE**

| Case No. |
| --- |
| 1-H-333-0018-97 |

### (CERTIFICATION)

I have read the attached statement, consisting of ___4___ pages, and it is true and complete to the best of my    knowledge and belief. In making this statement, I understand Section 1001, Title 18 of the U.S. Code which    states:

"Whoever, in any manner within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme or device a material fact or makes any false, fictitious  or fraudulent statements or representation, or makes or uses any false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry, shall be fined not more than $10,000 or imprisoned not more than 5 years, or both."

### Privacy Act Statement

The collection of this information is authorized by Public Law 92-261, Equal Employment Act of 1972, 29 U.S.C., sections 621 et seq. and 701 et seq., and Executive Order 11478, as amended  This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program.  As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes, where pertinent in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits;  to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the

Office of Management and Budget for review of private relief legislation, to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for Investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Provision of the information requested is mandatory for the complainant, and for the Postal Service and other Federal employee witnesses.  Failure of the complainant to provide requested information could result in the complaint being dismissed. Failure of Postal Service and other Federal employees to provide requested information could result in disciplinary action.  Provision of the information requested by other persons is voluntary and failure to provide such information will result in no adverse effect.

### Oath/Affirmation

Subscribed and (sworn) (affirmed) before me, on this _____ day of _____ , 19 ____.

| EEO Investigator's Signature | Affiant's Signature (Sign in the presence of EEO Investigator) |
| --- | --- |
| Please do not write in this area | Please do not write in this area |

### Declaration

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

*(Affiant, sign and date if attached statement was not completed in the presence of the EEO Investigator)*

| Affiant's Signature ✓ *Thomas P Butler* | Date ✓ 12-29-97 |
| --- | --- |

PS Form 2571, September 1992

DUE TO INVESTIGATION BEING CONDUCTED By Mail
certified Z 361 219 379
RE case# 1-H-333-0018-9

Originating Office:  Processing Center
PO Box 19357, Dept. SFD
W. Palm Beach, FL 33416-9357

AFPS ©©

AFFIDAVIT A

## EEO Investigative Affidavit
(Continuation Sheet)

| Page Number | Number of Pages |
|---|---|
| Case Number 1-H-333-0018-97 | |

Check off all of the statements that apply to you or that have applied to you at any time within the last two years.

1. I have had a change in my family status caused by marriage, divorce, or separation. The specific event which caused this change was _____, which occurred on (date) _____

2. There has been a death in my family or of someone close to me. The name of the deceased is _____. His/her relationship to me was _____.

3. I have had relationship problems.

4. I have had marital problems.

☑ 5. I have participated in (individual,) marital, relationship, or family counseling.
*NOT FOR FAMILY OR SOMEONE CLOSE : ONLY IN REGARDS TO STRESS FROM RELATIONSHIP TO MDC SERGIO & IN CONJUNCTION WITH MY DOCTOR Lopez-Brugnera Fernandez*

☑ 6. I have been seriously ill or diagnosed with a serious illness.
*Depression, Anxiety, stress due to manager Sergio Fernandez*

☑ 7. A member of my family or someone close to me has been seriously ill or has been diagnosed with a serious illness. His/her relationship to me is *BROTHER - DAVID*.
*ONGOING PROBLEMS SINCE HIS BIRTH (AGE 47)*

☑ 8. I, a member of my family, or someone close to me has had legal problems.
*ME, RESOLVING THIS EEO COMPLAINT, AND STRESS FROM MANAGER*

9. There has been a change in the number of people residing in my household.

10. I have changed my residence.

☑ 11. I have had financial difficulties. Check any which apply.
- ☐ Tax problems.
- ☐ Delinquent debts.
- ☐ Mortgage or foreclosure problems.
- ☑ New financial obligations. *SETTLING EEO Complaint due to stress from manager*
- ☐ Other: _____.

☑ 12. A traumatic event(s) occurred in my life. e.g., automobile accident, fire, flood, other natural disaster, victim of crime. The traumatic event(s) was: *STRESS FROM MDC SERGIO FERNANDEZ*, which occurred on the following date *March 5 1997*; and _____, which occurred on the following date _____

☑ 13. I, my spouse, or someone with whom I am/was living experienced a change in employment, for example: changed job, lost a job, was demoted or laid off, or was reduced in pay.
*~~I was not allowed to return to work after my doctor released me~~ MY WIFE was allowed to excell in sales*

14. I have had dietary problems. Check any which apply.
- ☐ Rapid weight loss.
- ☐ Anorexia.
- ☐ Bulimia.
- ☐ Rapid weight gain.
- ☐ Other: _____.

Affiant's Signature _Thomas P Butler_     Date _1-26-98_

# UNITED STATES
# POSTAL SERVICE

## (CERTIFICATION)

| Case No. |
| --- |
| 1-H-333-0018-97 |

I have read the attached statement, consisting of _____ pages, and it is true and complete to the best of my knowledge and belief. In making this statement, I understand Section 1001, Title 18 of the U.S. Code which states:

"Whoever, in any manner within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme or device a material fact or makes any false, fictitious or fraudulent statements or representation, or makes or uses any false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry, shall be fined not more than $10,000 or imprisoned not more than 5 years, or both."

## Privacy Act Statement

The collection of this information is authorized by Public Law 92-261, Equal Employment Act of 1972, 29 U.S.C., sections 621 et seq and 701 et seq., and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request, to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the

Office of Management and Budget for review of private relief legislation, to an independent certified public accountant during an official audit of USPS finances, to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614, to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction, and to a labor organization as required by the National Labor Relations Act. Provision of the information requested is mandatory for the complainant, and for the Postal Service and other Federal employee witnesses. Failure of the complainant to provide requested information could result in the complaint being dismissed. Failure of Postal Service and other Federal employees to provide requested information could result in disciplinary action. Provision of the information requested by other persons is voluntary and failure to provide such information will result in no adverse effect.

## Oath/Affirmation

Subscribed and (sworn) (affirmed) before me _____ on this __ day of _____, 19 __.

| EEO Investigator's Signature | Affiant's Signature (Sign in the presence of EEO Investigator) |
| --- | --- |
| Please do not write in this area | Please do not write in this area |

## Declaration

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

(Affiant, sign and date if attached statement was not completed in the presence of the EEO Investigator)

| Affiant's Signature | Date |
| --- | --- |
| Thomas P Butler | 1-26 95 |

PS Form 2571 September 1992

FEB 0 6 1998

U.S. Postal Service

# EEO Complaint of Discrimination
# in the Postal Service

See Instructions and Privacy Act Statement
on Reverse

| 1. Name | 2. SSN | Case No. |
|---|---|---|
| Butler, Tom | 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 | 1-H-333-0011-98 |

| 3. Mailing Address | 4. Home Phone | 5. Work Phone |
|---|---|---|
| 7940 CAMINO REAL P-105 MIAMI FL 33143-6871 | 305 271-1893 | 954 436-4356 |

| 6. Position Title (USPS Employees Only) | 7. Grade Level (USPS Employees Only) |
|---|---|
| SDO-16, SUPERVISOR DIST OPNS | EAS 16 |

| 8. Installation Where You Believe Discrimination Occurred (Identify Installation, City, State, and Zip-4) | 9. Name & Title of Person(s) Who Took the Action(s) You Allege Was Discriminatory |
|---|---|
| SFMPC 16000 PINES BLVD PEMBROKE PINES FL 33082-9998 | SERGIO FERNANDEZ     JACK WATSON BOB DILLON     KEITH MAYNARD ★ JOHN FEINOT TUBE LOVE |

10. I designate this person to be my representative. MYSELF AND ATTORNEY, IF NOT RESOLVED

| a. Name | Title |
|---|---|
| THOMAS P BUTLER | SDO-16 SUPERVISOR DIST OPNS |

| Mailing Address | |
|---|---|
| 7940 CAMINO REAL P-105 | |

| b. Home Phone | c. Work Phone |
|---|---|
| (305) 271-1895 | 954 436-4356 |

| 11. Type of Discrimination Alleged | 12. Date on Which Alleged Act of Discrimination Took Place |
|---|---|
| Race (Specify): CAUCASIAN    Color (Specify): WHITE    Religion (Specify): QUAKER    National Origin (Specify): USA    Sex (Specify): MALE    Age (Specify): 44    Retaliation (Specify Prior EEO Activity 3/7/97 ★)    Disability (Specify): | 11-4-97 |

13. Explain the specific actions or situation that resulted in your allegation(s) as to how you believe you were discriminated against (treated differently from other employees or applicants) because of race, color, religion, national origin, sex, age, or disability.

KEITH Maynard (ACTING PLANT MANAGER) notified me of Exclusion from EVA bonus stating lack of RETALIATION CONTRIBUTION. I FELT IT MSPB CASE RESOLVED. Then This retaliation. I told Keith This was unfair + unethical since I had been cleared to work by the USPS Medical Unit and my doctor but was not allowed to return To work until 10/28/97. It was not my fault. IN ADDITION I was due To Discriminatory Practice of Sergio Fernandez He said he didn't know of my case and would get back to me Monday. How can He exclude me from a bonus not Knowing the facts? He has YET TO GET BACK TO ME. How could he not know about Prior EEO Activity?

| 14. I have discussed my complaint with an EEO Counselor Yes (Date of final interview: Per Certified # Z 361 220 189    No | 15. Name and Signature of EEO Counselor |
|---|---|

16. Corrective Action Sought

REINSTATEMENT of EVA; TSP; $1000 FOR Time + Preparation And Related expenses for this and SEE Attached for RETALIATION!

| 17. Signature of Complaint | 18. Date of this Complaint |
|---|---|
| Thomas P Butler | 2-4-98 |

PS Form 2565, December 1995

Originating Office Processing Center
P.O. Box 13357 Seat. #FO-C
W Palm Beach FL 33416-8357

I have reported in an EEO Format That I was the only white male NON HISPANIC, over age 40, of Quaker Religion Born in the USA, supervisor on T-1 To be continually harassed and intimidated by MDO SERGIO FERNANDEZ, MR FERNANDEZ IS A HISPANIC MALE, under age 40, NON Quaker, BORN IN CUBA.

I am the only known individual in our district to be placed on enforced Leave. I've indicated that SOO16 Robert Brace, pay location 101, male, under 40, NON caucasian, NON QUAKER, WAS NEVER EMBARASSED, humiliated, Threatened or intimidated by MDO SERGIO FERNANDEZ.

As stated about 3-5-97, date of injury, After a 30 minute meeting in The MDO office (Angelo, Tom, Sergio — Rosie), I was counseling employee Julio Burgos (per Sergio Fernandez request). Mr Fernandez Broke up the counseling and began harassing me about my operation (which he had pulled me away from for a 40 minutes)

within ~15 minutes after this Harassment my condition worsened To the point I was dizzy, and couldn't function and had to request To Leave (3971), As I was Driving home I feared that my body was not normal, experiencing symptoms that ~~were~~ were unusual to me. I then drove immediately to the nearest Emergency medical Treatment Facility (MEMORIAL WEST HOSPITAL) (Documentation provided), MEMORIAL WEST REFERRED ME TO SEE A ~~Psychiatrist~~ Psychiatrist Thereby acknowledging the ~~Potential~~ severity of my injury. ~~Dr reminated to~~ Dr Evelyn Lopez ~~evaluated~~ Evaluated and Treated me and submitted my diagnosis to Risk management and the post MEDICAL UNIT of Dr Vicente (OMF)(Documentation submitted), the Doctors findings support my claim PAGE NO

relieving from my manager Sergio Fernandez.

I have stated that the incident of 3/5/97 triggered my stress to a level requiring immediate medical attention. Mr Fernandez had been harassing me and creating a stressful environment for me since I first came to SFMF. He has made me have Lunch during a meeting, that was scheduled at my Lunch Time (supportive statement provided). On 2/2/97 he was vindictive toward me concerning a staffing problem, he stated I'll take care of that, I'll put you in charge of the Fsm. on 2/25/97 He threatened me stating "This is your training week, wait till next week." on 4/12/96 He ~~~~~ changed my work hours (hours that I worked), a direct violation of FLSD. I had Joann Feindt correct this violation. on 3/4/97 some employees met with Joann Feindt concerning employee complaints of Sergio Fernandez, I feel my operation and self have suffered corresponding reprisal. On numerous occasions Mr Fernandez has humiliated and embarrassed me in front of my employees and peers. He intimidates employees and supervisors on the workroom Floor, ~~~~~ ~~~~~ ~~~~~ - Letter 8/6/97 Dan Williams, ~~~~~ ~~~~~ ~~~~~ Letter July 19, 1997 Katherine Robinson, letter also Ruth ~~~~ Statement of Facts, Sharon Ricci, letter 3/6/97 Ed ~~~~ ~~~~ 4/2/97 Sharon Ricci.

On 11/20/96 I received an EAS merit Performance Evaluation from Mgr Sergio Fernandez, Jack watson meeting the objectives and expectations of the position on 4/4/97 Keith Maynard (Acting Plant Manager) notified me of exclusion from EVA Bonus ~~~~~ Lack of contribution. I do not like my name ~~~~~ PAGE NO. ~~~~~

This retaliation occurred Threatening me with additional loss of income pain and suffering. I told keith this was unfair and unethical since I had been cleared to work by The USPS medical unit and my doctor, however I wasn't allowed to work. He stated he didn't know of my case and would get back to me the following monday (He has yet to get back with me as of 2/5/97. He insisted I had a lack of contribution which I again stated, it was not my fault. I subsequently had to go home having a relapse of my prior condition.

On 7/25/97 I received a package from Labor ___ (Tobe Lowe) In The package was a Low From Jack Watson dated in Feb of 1997, I had never seen This low I was unaware That I was even going to get the Letter Let alone discover it by accident in the package from Tobe Lowe on 7-25-97 (nearly 5 months after the alledged Letter was dated, I believe it to be an unethical and discriminatory procedure Furthermore I contend it was designed to be retaliatory and discriminatory to my prior EEO of 3-7-97 (Bob Elizor, Jack Watson, SERGIO Fernandez, Tobe Lowe, Joann Finch)

I have 9 other letters from employees attesting to my character (Re Amizguita, supp. maint. operations; P. Gance, amc; ✱ Lori Caress, Leda Berta, data etc.; Norm Thompson; Z. ___ Lowe; Sandra Castro; and Glenda Fite).

NOTE, it also took nearly 5 months and 4 attempts in writing including a letter to Postmaster General Marvin Runyon in order to get a c PAGE NO. ___ my official Personnel File (Document attached)

4.

NOTE TOO, Mike Balcom SDC 16 I-3 received 10 Times
the amount of ELA that I received.

The date of my injury was 3-5-97. Today in 2-5-98, eleven
months later, and my leisure time is still being picked apart
from voluminous reports, correspondence, affidavits, etc trying to
resolve this EEO, that is a direct result of having discriminatory
practices levied on me initially by mbo Fernandez, and subsequently
retaliatorily discrimination by mbo Fernandez and others.

I want to point out that my Sick Leave Balance was very
good prior to this incident. I have letters of recognition
concerning sick leave accumulation of 250 hrs within 3 years of service,
and over 500 hours of sick leave accumulation in less than 7 years of
service (documentation provided)

Workers Compensation was provided with copies of medical
costs, fees, phone calls, mileage, ~~dates to~~ interest on loans ~~from~~
Retirement Plans; mailing expenses, paper costs, time for
completing all EEO forms, medical paperwork, Driving, copying
mailing counseling, lost leisure time, as well as requests for
the return of all leave, night differential, OT, Thrift savings, Bonus
Holidays, ~~EVA~~ a pile EVA, I have over 1 Foot of paper documentation
at my home, and I have sent at least twice this amount out to
various agencies, doctors, lawyers, NARS representatives. I have
asked for $35,000 in additional money to cover ~~pain~~
Pain, Suffering, False Leave Feb 1997, and FLSA violations breach etc. Another
$10,000 would total $45,000 and would compensate for 1 years
Salary related to out of pocket leisure expenses to produce
all this information.

2 032 573 966

JUN 2 3 1998

| | Page No. | No. Pages | Case No. |
|---|---|---|---|
| **UNITED STATES POSTAL SERVICE**<br>**EEO Investigative Affidavit**<br>(Complainant) | 1 | | 1-H-333-0011-98SFD |

| 1. Affiant's Name (First, Middle, Last) | | 2. Employing Postal Facility | |
|---|---|---|---|
| Tom Butler | | S.F. MPC | |
| 3. Position Title | 4. Grade Level | 5. Postal Address and ZIP + 4 | 6. Unit Assigned |
| SDO | EAS-16 | P. O. Box 829631<br>Pembroke Pines, FL 33082-9631 | |

### Privacy Act Statement

The collection of this information is authorized by Public Law 92-261, Equal Employment Opportunity Act of 1972, 29 U.S.C. sections 621 et seq. and 701 et seq., and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes, where pertinent in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the

Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances, to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Provision of the information requested is mandatory for the complainant, and for the Postal Service and other Federal employee witnesses. Failure of the complainant to provide requested information could result in the complaint being dismissed. Failure of Postal Service and other Federal employees to provide requested information could result in disciplinary action. Provision of the information requested by other persons is voluntary and failure to provide such information will result in no adverse effect.

1. Is your position and place of employment the same as it was on (date of incident) 11/4/97?

   SDO 16    SFMPC ;  YES - T-3

2. Please state what purviews are being alleged by you; sex, color, age, race, religion, reprisal/retaliation, physical/mental disabilities; (based on the purviews accepted in the investigation letter) (Example:  sex - male, religion - Catholic, etc.)

   RETALIATION
   COLOR - WHITE
   RELIGION - QUAKER
   AGE - OVER 40
   RACE - CAUCASIAN (NON HISPANIC)
   NATIONAL ORIGIN - (USA)
   SEX - MALE

| Affiant's Signature | Date |
|---|---|
| Thomas P Butler | 6-22-98 |

**Affidavit**    A 1.96    PAGE NO. _____

2  C:2 593 96C



**UNITED STATES**
**POSTAL SERVICE**

**EEO Investigative Affidavit**

(Continuation Sheet)

| Page No. | No. Pages | Case No. |
|---|---|---|
| 2 | | 1-H-333-0011-98SFD |

3. The Scope of Investigation letter stated that you are alleging the following: "Complainant alleges discrimination based on Race(Caucasian), Color (White), Religion(Quaker),Origin(USA), Sex(Male), Retaliation(Prior EEO Activity), and Age(43) in that on 11/4/97 he was excluded from the EVA bonus due to lack of contribution." **Explain specifically why you believe you were discriminated against and which Management Official(s) discriminated against you.**

*Maxine
Dike
Fernandez
Watson
Lowe
Feinot*

on 3/4/97 I had been harrassed by latin male Superior, under 40, how Walker to the point requiring serious medical treatment. The harrassment is documented by witness statements, my own testimony and harrassing unethical document. The law was snuck into my file without my knowing of its existence. I received a positive evaluation but was later rejected for EVA Bonus. I was denied advancement for Environmental Compliance Coordinator by an employee that had "better qualifications, even though I had a college degree in the field (Biology) and the other employee did not. Management did not let me review my personnel file until after 5 months, 4 attempts and a letter to Marvin Runyon asking for his help. Management persists to slap me taking advantage of my religion Quaker of Turning the check, seeing it as a signal of weakness.

4. Are you aware of a policy/regulation relative to the action or situation? (ELM, National Agreement, Written Postal Policy, etc.) (Please include a copy of these policies if available.)

YES

ELM 1 Employee Code of Conduct - no unethical statements, Local
ELM 2 Employee Code of Conduct - Do not take work hours away from an Employee FLSA that has worked those hours (as Sergio did to me)
3 EEO Discrimination Reinstatement (not allowed to return to work, lost wages due to retaliation etc.
4 EEO Retaliation threats made by Sergio Fernandez toward me
5. not allowed to Return to work - MSPB decision allowed me to return to work

5. Do you know of any similarly situated employee(s) treated differently than you? (Names, pay locations, facility, work #, how they were treated differently. Example: If sex as purview: Jane Smith, Pay location 107, Female, Chicago Post Office, 555-5555)

Robert Bruce - pay location 101 male under 40 Non-Caucassian Non Walker. He was never Embarrassed, humiliated, threatened, or intimidated by Sergio Fernandez & he didn't require medical attention because of this treatment then was retaliated against by not being allowed to return to work per 2 Dr's instructions, then told he didn't deserve EVA because he wasn't working enough (which would not have been the case if Keith Maynard had not excluded me from this bonus and had management not retaliated against me for trying to preserve my standing through the EEO Process.

| Affiant's Signature | Date |
|---|---|
| Thomas P Bailes | 6-22-98 |

**Affidavit**

PAGE NO. _____

Originating Office: Processing Center
P.O. Box 19256 Dept. SFD-C
W. Palm Beach, FL 33416-9257
AIPS AD

C 32 543 966

**UNITED STATES**
**POSTAL SERVICE**

EEO Investigative Affidavit

(Continuation Sheet)

| Page No. 3 | No. Pages | Case No. 1-H-333-0011-98SFD |
|---|---|---|

6. (Answer only if this complaint relates to Reprisal, inclusive of prior EEO activity, witness in
an EEO investigation and/or representative in prior EEO Complaints). Please explain what
specific case(s) and on what date this specific case(s) took place which causes you to
believe that the action taken by the Responsible Management Official was an act of
Reprisal. (It is necessary to be very specific with regard to the above requested
information.) Also, please comment on the specific involvement, if any, of the Responsible
Management Official(s) and if applicable how and when the Responsible Management
Official became aware of your EEO activity. (Include specific case numbers, dates, copies
of all related documentation regarding the above.)

1-H-333-001897 — 3-12-97 harassment by Sergio Fernandez   3-5-97 Fernandez

1-H-333-001198 Prior EEO 10-27-97 — unethical law/sneak in file   7-25-97 Fernandez, Dillon

1-H-333-003697 Prior EEO 11-17-97 — disallowment of EWO   11-4-97 Maynard

   all of the above have been documented and submitted to the EEO office.

   I want to point out that the EEO office already has this information. They are
   requesting it again, which will take additional time, money, and energy to
   compile it again. I feel the punitive and compensable moneys will have to be
   raised to adjust to these requests.

1. only individual in our district put on enforced leave   Fernandez, Dillon, Labor Relations

2. Assessment by Fernandez — Jones why is he doing it? "you tell me" Tom

3. Assessment by Fernandez — Jones, Watson A/L to Indiana at Xmas application was denied.
                                                                           Last minute gas kidney.

4. harassment by Fernandez — Have my lunch during meeting.

5. FLSA violation Fernandez — Jones, surprised he resched. + after months late.

6. harassment + intimidation witnesses  8/6/97 Anita Williams letter
                                        7-15-97 NAPS meeting minutes
                                        7-9-97 Katherine Red, email, statement
                                                Ruth Murray     letter
                                                Sharon Rice statement
                                        7-13-97 Ed Collins statement
                                        7-12-97 Sharon Rice statement

7. RETALIATION - EAS MERIT EVALUATION 11-20-96 Keith Maynard, never get his evaluation
                                                met Mike Brown received letter

1-H-333-001897  8. EEO harassment by Sergio Fernandez 3-12-97   Fernandez

1-H-333-001198  9. EEO unethical law   10-27-97   Fernandez, Dillon

1-H-333-003697  10. EEO Disallowment of EWA   11-17-97   Maynard

| Affiant's Signature | Date |
|---|---|
| Thomas P Butler | 6-22-98 |

**Affidavit**   A 3 1

PAGE NO. ____

Originating Office — Processing Center
P O Box 14357, Dept. of PFC
W Palm Beach FL 33416-9357

**UNITED STATES**
**POSTAL SERVICE**

EEO Investigative Affidavit

(Continuation Sheet)

| Page No. | No. Pages | Case No. |
|---|---|---|
| 1 | | 1-H-333-0011-98SFD |

7. Mr. Tom Butler the Scope of Investigation letter stated Complainant alleges discrimination based on Race(Caucasian), Color (White), Religion(Quaker),Origin(USA), Sex(Male), Retaliation(Prior EEO Activity), and Age(43) in that on 11/4/97 he was excluded from the EVA bonus due to lack of contribution.. Was this resolved with the grievance procedure? If not, what do you want to resolve this complaint?  NO

1  Thereoff loss of Feb 1997 From Jack Watson - Done by Dillon per letter Aug 6, 1997
2  Attorney cost & fees
3  Medical costs & fees
4  Compensatory & Punitive Damages Award
5  Return of all Leave, night differential, OT & benefits
6  interest on losses repaid
7  Harassment & Intimidation be stopped
8  EVA Bonus
9  To be made whole
10  Reimbursed phone calls to work, doctor, Napo, Labor, injury comp (Wash. DC), MSPB
11  TSP made whole
12  Reimbursed mileage to doctor, Dug store, injury comp, NAPS, Job Search, Labor (meeting proposed decision Robert Dillon)
13  Leave buyback plus not count against
14  Reimbursement for mailings
15  Reimbursement cost for preparing documentation, EEO forms, medical paperwork, copying
16  Reimbursement Driving Time, lost leisure Time
17  $35,000 Pain & suffering False hood & FLSD violation 4-12-96
18  $15,000 out of pocket / Leisure expenses to prepare all this information
19  ADD Together $5000 for Responses to last Two EEO's
20  Additional $5000 for This EEO

   $55,000 Total - For Pain, suffering Retaliation, Discrimination
   $55,000      - For lost Pain & suffering

| Affiant's Signature | Date |
|---|---|
| Thomas I. Butler | 6-22-99 |

**Affidavit** 6  U.H.6        PAGE NO. 8

Originating Office    Processing Center
P.O. Box 19357, Dept. SFD-C
W. Palm Beach, FL 33416-9357

3  652 593 966

# UNITED STATES
# POSTAL SERVICE

| Case No. |
| 1-H-333-0011-98SFD |

## (CERTIFICATION)

I have read the attached statement, consisting of ___6___ pages, and it is true and complete to the best of my    knowledge and belief. In making this statement, I understand Section 1001, Title 18 of the U.S. Code which    states:

"Whoever, in any manner within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme or device a material fact or makes any false, fictitious or fraudulent statements or representation, or makes or uses any false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry, shall be fined not more than $10,000 or imprisoned not more than 5 years, or both."

### Privacy Act Statement

The collection of this information is authorized by Public Law 92-261, Equal Employment Act of 1972, 29 U.S.C., sections 621 et seq. and 701 et seq., and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits, to a congressional office at your request, to an expert, consultant, or other person under contract with the USPS to fulfill an agency function, to the Federal Records Center for storage; to the

Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614, to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Provision of the information requested is mandatory for the complainant, and for the Postal Service and other Federal employee witnesses. Failure of the complainant to provide requested information could result in the complaint being dismissed. Failure of Postal Service and other Federal employees to provide requested information could result in disciplinary action. Provision of the information requested by other persons is voluntary and failure to provide such information will result in no adverse effect.

### Oath/Affirmation

Subscribed and (sworn) (affirmed) before me, on this _____ day of _____, 19 ____.

| EEO Investigator's Signature | Affiant's Signature (Sign in the presence of EEO Investigator) |
| Please do not write in this area | Please do not write in this area |

### Declaration

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

*(Affiant, sign and date if attached statement was not completed in the presence of the EEO Investigator)*

| Affiant's Signature | Date |
| √ | √  6-22-98 |

PS Form 2571, September 1992

**Affidavit** A    5 J 6

Originating Office - Processing Center
P.O. Box 19357, Dept. SFD 0
W. Palm Beach FL 33416-9357

A/PS INC
AFFIDAVIT A

# EEO Investigative Affidavit
(Continuation Sheet)

| Page Number | Number of Pages |
|---|---|
| | |
| Case Number | |
| 4H-333-0011-98SPD | |

**JUL 3 1 1998**

Check off all of the statements that apply to you or that have applied to you at any time within the last two years.

☐ *N/A*  1.   I have had a change in my family status caused by marriage, divorce, or separation. The specific event which caused this change was _____, which occurred on (date) _____

☐  2.   There has been a death in my family or of someone close to me. The name of the deceased is _DAVID BUTLER_____. His/her relationship to me was _BROTHER_____
_DIED APRIL 12, 1998_

☐  3.   I have had relationship problems.

☐  4.   I have had marital problems.

☑  5.   I have participated in individual, marital, relationship, or family counseling. _DUE TO March 5 1997 INCIDENT WITH MR. FERNANDEZ'S HARASSMENT OF ME & the fear of seeing stress & anxiety and inconsistency with my Doctor Lopez Brignoni_

☑  6.   I have been seriously ill or diagnosed with a serious illness. _SEE #5 Depression anxiety, stress due to MANAGER SERGIO FERNANDEZ_

☑  7.   A member of my family or someone close to me has been seriously ill or has been diagnosed with a serious illness. His/her relationship to me is _SEE #2 - Brother - Death_
_HE HAD HAD ONGOING PROBLEMS SINCE HIS BIRTH (AGE 43)_

☑  8.   I, a member of my family, or someone close to me has had legal problems. _ME, RESOLVING THIS EEO COMPLAINT, AND STRESS FROM MANAGER_

☐  9.   There has been a change in the number of people residing in my household.

☐  10.  I have changed my residence.

☐  11.  I have had financial difficulties. Check any which apply
   ☐   Tax problems.
   ☐   Delinquent debts.
   ☐   Mortgage or foreclosure problems
   ☑   New financial obligations. _SETTLING EEO COMPLAINT, DUE TO STRESS FROM MANAGER_
   ☑   Other: _SEE #5 and THIS EEO BASED ON RETALIATION of ME_

☐  12.  A traumatic event(s) occurred in my life, e.g., automobile accident, fire, flood, other natural disaster, victim of crime. The traumatic event(s) was: _see #2 -death -brother_____
which occurred on the following date _April 12 1998_; and
_STRESS FROM MGR SERGIO FERNANDEZ_, which occurred on the following date
_March 5 1997_

☑  13.  I, my spouse, or someone with whom I am/was living experienced a change in employment, for example, changed job, lost a job, was demoted or laid off, or was reduced in pay
_SEE #5_   _I ATTEMPT TO return MSPB AND SUBSEQUENT EEO FOR RETALIAT-_

☐  14.  I have had dietary problems. Check any which apply. _I was NOT allowed to return to work after my doctor released me. My wife has continued to excell in sales_
   ☐   Rapid weight loss
   ☐   Anorexia
   ☐   Bulimia
   ☐   Rapid weight gain.
   ☐   Other: _____

| Affiant's Signature: *Thomas P. Butler* | Date 7-14-98 |
|---|---|

PS Form 2569-C, August 1994

# Affidavit

PAGE NO. 10

U.S. Postal Service

# Information for
# Precomplaint Counseling

99-442

| Certified No. | or Hand Delivered On |
|---|---|
| By (Initials) | Informal No. |

Important: Please Read Carefully. This is the only notification that you will receive regarding the necessity for you to complete this form. This form should be completed and returned to the EEO Office within 10 calendar days.

On **4-14**, 19 **99** you requested an appointment with an EEO Counselor.

## A. Requester Information

| Name (Last, First, MI) | Social Security No. | Home Telephone No. |
|---|---|---|
| Butler Tom | 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 | (305) 271-1898 |

| Mailing Address |
|---|
| 7870 Camino Real P-105    Miami, FL 33143-6971 |

| Postal Facility Where You Work | Position Title | Grade Level | Office Telephone No. |
|---|---|---|---|
| SFMPC | SDO | EAS-16 | (594) 436-4356 |

| Pay Location | Tour | Off Days (If Tour I, Show Nights Off) | Duty Hours |
|---|---|---|---|
| 301 | 3 | Mon, Tue | 1600 - 0050 |

| Employment Status (Check One) | | | | | Time in Current Position |
|---|---|---|---|---|---|
| ☐ Applicant | ☐ Casual | ☐ TE | ☒ Career | | ± 10 Years ____ Months |

## B. Discrimination Factors

In the Postal Service, prohibited discrimination includes actions taken based on your Race, Color, Religion, Sex, Age (40 +), National Origin, Physical and/or Mental Disability, or Retaliation (actions based on your participation in prior EEO activity). These categories are referred to on this form as factors. RACE, COLOR, SEX, RETALIATION, NATIONAL ORIGIN

What Factor(s) of Discrimination Are You Alleging (Be Specific; Describe, i.e., Race-Black, Sex-Female)?
RACE - WHITE NON HISPANIC                    NATIONAL ORIGIN  USA
SEX - MALE
RETALIATION - PRIOR EEO's
           - EVENTS OF MANAGER CARLIES TOWARD ME PRIOR TO LOW

For Retaliation Allegations Only: If you are alleging retaliation discrimination, provide the date(s) and specifics of the EEO activity which you feel caused you to be retaliated against.

1. On **3-12-97**, 19 **97**, I engaged in EEO activity.    Case No.: **1H 333-0018-97**

2. On **10-27-97**, 19 **97**, I engaged in EEO activity.    Case No.: **1H 333-011-98**

3. On **11-17-97**, 97  "  "  "  "  "         "  " **1H 333-0036-97**

## C. Description of Incident/Activity

Please use the space below to briefly describe the incident or activity which prompted you to seek EEO counseling at this time.

On **APRIL 18**, 19 **99**, the following occurred: I received two statements from employees AL Risk and Johnny Sanchez attesting to the fact that I was discriminated against by mng emailes concerning a low that was issued to me for having more than 3 employees in my operation (SWYB), I had appealed the low to BoB Dillon and subsequently to the SE AREA. Both appeals were overturned, the ??? action stood. When I received the two statements on April 18, 1999 I knew that I had been discriminated against, show disparity of treatment because Liz Efficie received no low. Retaliation from prior EEO's became even clearer. I wish this continued harrassment would stop.

Explain why you believe, based on the factors you cited in Section B, that you were treated differently than other employees in similar situations.

1. **LIZ ETTIENNE**
   (Name of Employee)                    **BLACK, HAITIAN, FEMALE, NO RETALIATION**
                                          (Factor(s) describing employee, i.e., Race-Black, Sex-Female)

   was treated differently than I when:

2. _____
   (Name of Employee)                    _____
                                          (Factor(s) describing employee, i.e., Race-Black, Sex-Female)

   was treated differently than I when:

3. _____
   (Name of Employee)                    _____
                                          (Factor(s) describing employee, i.e., Race-Black, Sex-Female)

   was treated differently than I when:

## D. Officials Responsible for Action

Provide the name(s) of the official(s) who took the action which prompted you to seek counseling at this time.

| 1a. Name   ROSIE CARLIES    Low | b. Title   MDO |
|---|---|
| c. Office   SFMPC | d. Grade Level   ? |
| 2a. Name   SE AREA MANAGEMENT—STEP B    Bob Dillon, &    STEP A | b. Title    ACTING PLANT MANAGER |
| c. Office   SFMPC | d. Grade Level   ? |

Retaliation Allegations Only: Was/were the official(s) listed in Section D above aware of your prior EEO activity (Explain)?    ☑ Yes    ☐ No

1a   Rosie Carlies          PROBABLY

2a   Bob Dillon             YES
2b   SE AREA MANAGEMENT     PROBABLY   Karen Borowski,
     HUMAN RESOURCES

## E. Resolution Sought

What are you seeking as a resolution to your complaint?
1 THROW OUT Low
2 ATTORNEY COSTS & FEES
3 compensatory & punitive Damages
4 Harassment & intimidation be stepped
5 TO BE MADE whole

6 Reimbursement for phone calls To doctor, attorney, maps,
7 Reimbursement for mileage to doctor, attorney, maps
8 Reimbursement for mailings
9 300,000 For Pain suffering, Retaliation, Discrimination
10 300,000 For Pain & suffering for wife
11 Reimbursement for driving Time and Lost Leisure Time
12 TSP made whole
13 obtain EUA Benes
14 return all leave, night differential & benefits
15 reimbursement cost of preparing documentation, copying & medical paperwork

## F. Grievance/MSPB Appeal

On the incident which prompted you to seek EEO counseling, have you:

| | | | | |
|---|---|---|---|---|
| 1. Filed a grievance on the issue? | ☑ No | ☐ Yes | If yes, _____(Date) | _____(Step) |
| 2. Filed an MSPB appeal on this issue? | ☑ No | ☐ Yes | If yes, _____(Date filed) | |
| 3. Veteran's Preference? | ☑ No | ☐ Yes | If yes, number of points _____ | |

TransFORM PS Form 2564-A, December 1995 (Page 2 of 3)

16 interest/on Loan repaid

## G. Anonymity

You have the right to remain anonymous at the Counseling stage of EEO Complaint Processing.

Do you desire anonymity?   ☐ Yes   ☐ No

## H. Representation

You have the right to retain representation of your choice. (Check One)

☐   I authorize the person listed below to represent me.

_____   _____
(Name of Representative)   (Title)

_____
(Organization)

_____
(Mailing Address)

_____   _____
(City/State/ZIP + 4)   (Telephone Number)

☑   I waive the right to representation at this time.

## I. Privacy Act Statement/USPS Standards of Conduct

Privacy Act Notice. The collection of this information is authorized by Public Law 92-261, Equal Employment Act of 1972; 29 U.S.C., sections 621 et seq. and 701 et. seq.; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center

for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

USPS Standards of Conduct. Postal Service regulations require all posts employees to cooperate in any postal investigation. Failure to supply the requested information could result in disciplinary action (ELM 666).

## J. Documentation

Please attach any documentation you wish to submit to support your allegation(s). Include a copy of any written action(s) which caused you to seek counseling at this time.

Note: If you are alleging mental and/or physical disability, you MUST submit medical documentation of your disability at this time or during counseling.

## K. Authorization

| Your Signature   Thomas P Butler | Date   4-19-99 |
|---|---|

Return To:

---

### NOTICE: COMPLETE THIS SECTION ONLY IF YOU NO LONGER SEEK EEO COUNSELING

I hereby request that you close this file from processing. I fully understand that this complaint file will not be reopened once closed, and I waive my right to any further EEO Appeal on this matter. I stipulate that my decision not to pursue counseling is voluntary and did not result from threat, coercion, intimidation, promise or inducement.

| Your Signature | Date |
|---|---|

*proposed / dropped*

1-H 333 0047 99

470 OFIC

 UNITED STATES
POSTAL SERVICE

September 30, 1999                 CERTIFIED NO.  Z 419 468 162
                                   RETURN RECEIPT REQUEST


Tom Butler
7840 Camino Real #1-5
Miami, FL  33143-6871

RE:  Final Interview Notice (outcome of EEO pre-complaint counseling)
**Case No. 1H-333-0047-99**, date of incident 04-18-99 .

Dear Counselee:

Due to the time restraint mandated by the CFR 1614, your complaint was not resolved.
Therefore we are forwarding your rights to appeal this matter.

Enclosed you will find a NOTICE OF RIGHT TO FILE AN INDIVIDUAL
COMPLAINT Form 2579.  Also, enclosed is a Form 2565, EEO COMPLAINT OF
DISCRIMINATION IN THE US POSTAL SERVICE.  Should you decide to pursue this
matter formally, please complete the Form 2565 in its entirety and submit to the SR. EEO
COMPLAINTS PROCESSING SPECIALIST, US POSTAL SERVICE, SOUTH
FLORIDA DISTRICT, 2200 NW 72 AVENUE, MIAMI, FL  33152-9411, within **fifteen
(15) days** of receipt of this letter.

The date you receive this notice will become the date of final interview.  Thank you for
your cooperation.

**PENALTY ENVELOPES WILL NOT BE ACCEPTED TO SUBMIT YOUR P.S.
FORM 2565 (APPEAL FORM).**


*Rosalind Moultry-Howard*
Mgr. EEO Complaint Processing
South Florida District

Attachments
cc: file
      Regular Mail w/attachments

rmh                                         EEO  Rosalind Weaver

U.S. Postal Service

# EEO Complaint of Discrimination in the Postal Service

See Instructions and Privacy Act Statement on Reverse

| 1 Name<br><br>TOM BUTLER | 2. SSN<br><br>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 | Case No.<br><br>1H333004799 |
|---|---|---|

| 3. Mailing Address<br><br>*[handwritten, illegible]*<br>*MIAMI FL 33143-[illegible]* | 4. Home Phone<br><br>*[illegible]* | 5. Work Phone<br><br>*[illegible]* |
|---|---|---|

| 6. Position Title (USPS Employees Only)<br><br>*SDC* | 7. Grade Level (USPS Employees Only)<br><br>*[illegible]* |
|---|---|

| 8. Installation Where You Believe Discrimination Occurred (Identify Installation, City, State, and ZIP+4)<br><br>*SFMP –*<br>*16000 PINES BLVD*<br>*PEMBROKE PINES FL 33082* | 9. Name & Title of Person(s) Who Took the Action(s) You Allege Was Discriminatory<br><br>*[illegible] – [illegible]*<br>*[illegible] – ACTING PLANT MANAGER*<br>*KAREN BERESKI – [illegible]* |
|---|---|

**10. I designate this person to be my representative.**

| a. Name<br><br>*Tom Butler* | Title<br><br>*SDC* |
|---|---|

Mailing Address
*7940 CAMINO REAL PMS*
*MIAMI FL 33143-2871*

| b. Home Phone<br><br>*305 271-[illegible]* | c. Work Phone<br><br>*594-432 #350* |
|---|---|

**11. Type of Discrimination Alleged**

☑ Race (Specify): *[illegible]*
☑ Color (Specify): *WHITE*
☑ Religion (Specify): *CHRISTIAN*
☑ National Origin (Specify): *AMERICAN*

☑ Sex (Specify): *MALE*
☑ Age (Specify): *45*
☐ Retaliation (Specify Prior EEO Activity):
☐ Disability (Specify) *[illegible]* 1H333004[illegible]
*[illegible]*

**12. Date on Which Alleged Act of Discrimination Took Place**

*[illegible]*

04/18/99

**13.** Explain the specific actions or situation that resulted in your allegation(s) as to how you believe you were discriminated against (treated differently from other employees or applicants because of race, color, religion, national origin, sex, age, or disability. *[illegible]*

*[illegible handwritten text]*

| 14. I have discussed my complaint with an EEO counselor<br><br>☐ Yes (Date of final interview: _____ )<br>☑ No | 15. Name and Signature of EEO Counselor<br><br>*[signature]*<br><br>PAT JACKSON |
|---|---|

**16. Corrective Action Sought**

*1. [illegible handwritten text]*
*2. [illegible handwritten text]*
*3. [illegible handwritten text]*

| 17. Signature of Complainant<br><br>*[signature]* | 18. Date of This Complaint |
|---|---|

TransFORM PS Form 2565, December 1995

U.S. Postal Service

# Notice of Right to File Individual Complaint

| Counselee Name (Last, First, MI) | Informal Case No |
|---|---|
| BUTLER, TOM | 1H333004799 |

This notice will attest to the fact that on _____ I advised you of the actions taken concerning the allegation(s) of discrimination which you brought to my attention. If the matters which you raised during the precomplaint processing stage have not been resolved, you have the right to file a formal complaint within 15 calendar days of the date this notice is received. PS Form 2565, EEO Complaint of Discrimination in the Postal Service, is being provided to you for this purpose. The complaint must be in writing, signed by you and delivered to:

> EEO OFFICE - SOUTH FL DISTRICT
> C/L ROSALIND MOULTRY-HOWARD
> 2200 NW 72 AVENUE
> MIAMI, FL  33152-9411

The complaint will be deemed timely filed if it is delivered in person or postmarked before the expiration of the 15 calendar day filing period, or, in the absence of a legible postmark, if it is received by mail within 5 calendar days of the expiration of the 15-day filing period.

An EEO discrimination complaint can be processed only if the complainant alleges he or she has been discriminated against on the basis of race, color, religion, sex, national origin, age, disability or retaliation for past EEO activity. In addition, courts have ruled the complainant has the burden of presenting evidence which would give rise to an inference of discrimination. A complaint must contain the following information:

(1) Your name, address, position, and level;

-- If you change your address, you have a regulatory requirement to immediately report the change to the EEO Compliance and Appeals Coordinator located in your area. (Employees at Postal Service Headquarters and Headquarters Field Units, and employees of the Inspection Service should notify the EEO Appeals Review Specialist at Postal Service Headquarters.)

(2) The specific action or matter complained of, the date of occurrence, and the names of the official(s) who took the action alleged to be discriminatory;

-- You cannot add matters which were not discussed during counseling.

(3) The specific type of discrimination alleged, e.g., race - black, sex - female, etc.;

-- If you allege disability discrimination, the alleged disability must be more than a temporary condition.

-- If you allege age discrimination, you must have been at least 40 years of age on the date the alleged discriminatory action occurred.

(4) A brief statement of the facts which led you to believe you were discriminated against, and the names of similarly situated individuals whom you believe were treated differently than you.

-- If you allege a failure to accommodate a disability or your religion, you must explain the accommodation sought and why you sought it.

-- If you allege retaliation you must show a connection between the action about which you are complaining and your past EEO activity, and you must show that management was aware that you had engaged in protected activity when the alleged discriminatory action occurred.

(5) The name of the EEO Counselor and the date the Notice of Right to File was received.

---

## Privacy Act Notice / USPS Standards of Conduct

**Privacy Act Notice.** The collection of this information is authorized by Public Law 92-261 Equal Employment Act of 1972, 29 U.S.C., sections 621 et seq. and 701 et seq., and Executive Order 11478 as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes, where pertinent, in a legal proceeding to which the USPS is a party or has an interest, to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center

for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction, and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

**USPS Standards of Conduct.** Postal Service regulations require all postal employees to cooperate in any postal investigation. Failure to supply the requested information could result in disciplinary action (ELM 666).

| Signature of Counselee | Date | Signature of Counselor | Date |
|---|---|---|---|
| *Tom F Butler* | | | |

Counselor, if Notice of Right to File is provided to Counselee by mail, it must be sent certified, return receipt requested. Attach signed PS Form 3811, Domestic Return Receipt, to this notice to evidence date of Counselee's receipt

TransFORM PS Form 2579-A, December 1995

*0026l*

U.S. Postal Service

## Information for Precomplaint Counseling

| Certified No | Or Hand Delivered on |
|---|---|
| By (Initials) | Informal No |

**Important: Please Read Carefully.** This is the only notification that you will receive regarding the need for you to complete this form. This form should be completed and returned to the EEO Office *within 10 calendar days*.

On ___1-27-00_____, you requested an appointment with an EEO Counselor
(Month, Day, Year)

### A. Requester Information

| Name (Last, First, MI) BUTLER, ____ | Social Security No | Home Telephone No 3-4-62 |
|---|---|---|

| Mailing Address | R4A P-105 / Miami Fl 33143-6871 |
|---|---|

| Postal Facility Where Your Work SFMPC | Position Title SDC | Grade Level 16 | Office Telephone No |
|---|---|---|---|

| Pay Location 3-1 | Tour | Off Days (If Tour 1, Show Nights Off) MONDAY, TUESDAY | Duty Hours 1600 - 0000 |
|---|---|---|---|

| Employment Status (Check One) ☐ Applicant   ☐ Casual   ☐ TE   ☑ Career | Time in Current Position SDC 10 years ____ months |
|---|---|

### B. Discrimination Factors

In the Postal Service, prohibited discrimination includes actions taken based on your **Race, Color, Religion, Sex, Age (40+), National Origin, Physical and/or Mental Disability, or Retaliation** (actions based on your participation in prior EEO activity). These categories are referred to on this form as factors.

What Factor(s) of Discrimination Are You Alleging? (Be Specific, Describe, i.e., Race-Black, Sex-Female)

RACE - CAUCASIAN        RETALIATION - EEO 1 H 333...
COLOR - WHITE
SEX - MALE

**For Retaliation Allegations Only:** If you are alleging retaliation discrimination, provide the dates and specifics of the EEO activity which you feel caused you to be retaliated against.

1. On ____9-14-99_____, I engaged in EEO activity   Case No ___1 H 333...___
   (Month, Day, Year)

2. On _____, I engaged in EEO activity   Case No _____
   (Month, Day, Year)

### C. Description of Incident/Activity

Please use the space below to briefly describe the incident or activity which prompted you to seek EEO counseling at this time

On ____1/25/2000_____ the following occurred
   (Month, Day, Year)

I RECEIVED A LETTER ... ... ... ... ...
A PROPOSED LETTER ... ... in ... (7) Day Time ...

PS Form 2564-A, December

Explain why you believe, based on the factors considered in _____ B. that you were treated differently than other employees in similar situations  RETALIATION

1. LIZ ETTIENNE                                    Race - BLACK        COLOR - BLACK
   (Name of Employee)                              Sex - FEMALE        Ⓐ
                                      (Factor(s) describing employee, i.e. Race-Black, Sex-Female)
   was treated differently than I when  MDC Carlies (BLACK female) gave me (A WHITE MALE) A Leave __ __ __
   For violating SVI while LIZ ETTIENNE (BLACK Female) was NOT GIVEN Leave For same
   violation. Sandy Richardson (BLACK female) sustained DECISION retaliating in support of
   2 MDC Carlies 2ND Level.

2. _____
   (Name of Employee)                              _____ (Factor describing employee i.e. Race-Black, Sex-Female
   was treated differently than I when  _____

3. _____
   (Name of Employee)
   was treated differently than I when: _____

## D. Officials Responsible for Action

Provide the name(s) of the officials who took the action which prompted you to seek counseling at this time

| 1a | Name | | b | Title | |
| --- | --- | --- | --- | --- | --- |
| | ROYE CARLIES | | | MDC | |
| c | Office | SFMPC (DETAILED) | d | Grade Level | |
| 2a | Name | SANDY RICHARDSON | b | Title | FLIGHT INSPECTOR |
| c | Office | SFMPC | d | Grade Level | |

Retaliation Allegations Only. Was/were the official(s) listed in Section D above aware of your prior EEO activity?
(Explain)   MDC Carlies was in-cc-investigated before on 4-14-99.  I Filed SINCE Richa...
☑ Yes  ☐ No   PRE-T EEO #333-0047-99  Prior to the prefered point in week of Friday Satur...
5 SATURDAY NOT ON ABSENT Nov 4, 1999 (The day after being sent home) in th...

## E. Resolution Sought   office (Bill V____ ss__ ... counseling in Nov - Off, ee)

What are you seeking as a resolution to your complaint?

Disable Both Leave's FROM ALL RECORDS

* BEE, EEO For Retaliatory Discrimination

## F. Grievance/MSPB Appeal

On the incident which prompted you to seek EEO counseling, have you

| 1 | Filed a grievance on the issue? | ☐ No | ☑ Yes  Date  12-5-99 |  |  (Step)_____ |
| 2 | Filed a MSPB appeal on this issue? | ☑ No | ☐ Yes  (If yes)_____ ____2-1-___ | (Date Filed) |
| 3 | Veteran's Preference? | ☑ No | ☐ Yes  (If yes) number of points _____ |

## G. Anonymity

You have the right to remain anonymous at the Counseling stage of EEO Complaint Processing

Do you desire anonymity?   ☐ Yes   ☑ No

U.S. Postal Service

# Notice of Right to File Individual Complaint

| Counselee Name (Last, First, MI) | Informal Case No. |
|---|---|
| BUTLER, TOM | 1H333001200 |

This notice will attest to the fact that on ___*"DATE OF RECEIPT"*___ I advised you of the actions taken concerning the allegation(s) of discrimination which you brought to my attention. If the matters which you raised during the precomplaint processing stage have not been resolved, you have the right to file a formal complaint within 15 calendar days of the date this notice is received. PS Form 2565, EEO Complaint of Discrimination in the Postal Service, is being provided to you for this purpose. The complaint must be in writing, signed by you and delivered to:

> EEO COMPLAINT PROCESSING
> 2200 NW 72 AVENUE
> SUITE 213
> MIAMI          FL    33152-9411

The complaint will be deemed timely filed if it is delivered in person or postmarked before the expiration of the 15 calendar day filing period, or, in the absence of a legible postmark, if it is received by mail within 5 calendar days of the expiration of the 15-day filing period.

An EEO discrimination complaint can be processed only if the complainant alleges he or she has been discriminated against on the basis of race, color, religion, sex, national origin, age, disability or retaliation for past EEO activity. In addition, courts have ruled the complainant has the burden of presenting evidence which would give rise to an inference of discrimination. A complaint must contain the following information:

(1) Your name, address, position, and level;

    -- If you change your address, you have a regulatory requirement to immediately report the change to the EEO Compliance and Appeals Coordinator located in your area. (Employees at Postal Service Headquarters and Headquarters Field Units, and employees of the Inspection Service should notify the EEO Appeals Review Specialist at Postal Service Headquarters.)

(2) The specific action or matter complained of, the date of occurrence, and the names of the official(s) who took the action alleged to be discriminatory;

    -- You cannot add matters which were not discussed during counseling.

(3) The specific type of discrimination alleged, e.g., race - black, sex - female, etc.;

    -- If you allege disability discrimination, the alleged disability must be more than a temporary condition.

    -- If you allege age discrimination, you must have been at least 40 years of age on the date the alleged discriminatory action occurred.

(4) A brief statement of the facts which led you to believe you were discriminated against, and the names of similarly situated individuals whom you believe were treated differently than you.

    -- If you allege a failure to accommodate a disability or your religion, you must explain the accommodation sought and why you sought it.

    -- If you allege retaliation you must show a connection between the action about which you are complaining and your past EEO activity, and you must show that management was aware that you had engaged in protected activity when the alleged discriminatory action occurred.

(5) The name of the EEO Counselor and the date the Notice of Right to File was received.

---

### Privacy Act Notice / USPS Standards of Conduct

**Privacy Act Notice.** The collection of this information is authorized by Public Law 92-261, Equal Employment Act of 1972, 29 U.S.C., sections 621 et seq. and 701 et seq.; and Executive Order 11478, as amended. This information will be used to adjudicate allegations of discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes, where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits, to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits, to a congressional office at your request, to an expert, consultant, or other person under contract with the USPS to fulfill an agency function, to the Federal Records Center for storage, to the Office of Management and Budget for review of private relief legislation, to an independent certified public accountant during an official audit of USPS finances, to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614, to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction, and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

**USPS Standards of Conduct.** Postal Service regulations require all postal employees to cooperate in any postal investigation. Failure to supply the requested information could result in disciplinary action (ELM 666).

| Signature of Counselee | Date | Signature of Counselor | Date |
|---|---|---|---|
| *Thomas P Butler* | 3-8-00 | *[signature]* FOR ROSALIND MOULTRY-HOWARD | 3\|1\|00 |

Counselor, if Notice of Right to File is provided to Counselee by mail, it must be sent certified, return receipt requested. Attach signed PS Form 3811, Domestic Return Receipt, to this notice to evidence date of Counselee's receipt.

U.S. Postal Service

# EEO Complaint of Discrimination
# in the Postal Service

See Instructions and Privacy Act Statement
on Reverse

| 1. Name | 2. SSN | Case No. |
|---|---|---|
| TOM BUTLER | 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 | 1H333001200 |

| 3. Mailing Address | 4. Home Phone | 5. Work Phone |
|---|---|---|
| 7840 CAMINO REAL P-105 MIAMI FL 33143-6871 | 305 271-1898 | (954) 436·4356 |

| 6. Position Title (USPS Employees Only) | 7. Grade Level (USPS Employees Only) |
|---|---|
| SDO | 16 |

| 8. Installation Where You Believe Discrimination Occurred (Identify Installation, City, State, and ZIP+4) | 9. Name & Title of Person(s) Who Took the Action(s) You Allege Was Discriminatory |
|---|---|
| SFMPC 16000 PINES BLVD. PEMBROKE PINES, FL 33082 | ROSIE CARLIES MAO T- |

10. I designate this person to be my representative.  *I RESERVE THIS RIGHT AT THIS TIME*

| a. Name | Title |
|---|---|
| Tom BUTLER | SDO |

Mailing Address
7840 CAMINO REAL P-105
MIAMI FL 33143-6871

| b. Home Phone | c. Work Phone |
|---|---|
| (305) 271-1898 | 954·436·4356 |

**11. Type of Discrimination Alleged**

- [X] Race (Specify): CAUASION
- [X] Color (Specify): WHITE
- [ ] Religion (Specify):
- [ ] National Origin (Specify):

- [X] Sex (Specify): MALE
- [ ] Age (Specify):
- [X] Retaliation (Specify Prior EEO Activity):
- [ ] Disability (Specify):

**12. Date on Which Alleged Act of Discrimination Took Place**

1/25/00

13. Explain the specific actions or situation that resulted in your allegation(s) as to how you believe you were discriminated against (treated differently from other employees or applicants) because of race, color, religion, national origin, sex, age, or disability.

SEE 3page ATTachment dated 3-13-00

| 14. I have discussed my complaint with an EEO counselor | 15. Name and Signature of EEO Counselor |
|---|---|
| [ ] Yes (Date of final interview: _____ ) [X] No | FOR ROSALIND MOULTRY-HOWARD |

16. Corrective Action Sought

$300,000

| 17. Signature of Complainant | 18. Date of This Complaint |
|---|---|
| Thomas P Butler | 3-8-00 |

TransFORM PS Form 2565, December 1995

I H 333-0012-00

3-13-00

ON 4-14-99, I OPPOSED DISCRIMINATORY PRACTICES OF
THE DEFENDANT (IH333-0047-99). MOO CARLIES HAD
TREATED ME MORE HARSHLY THAN THAN LIZ ETTIENNE,
A BLACK FEMALE WHO HAD NOT PARTICIPATED IN PROTECTED
ACTS AGAINST THE DEFENDANT. BECAUSE I PARTICIPATED
IN EEO ACTIVITIES AGAINST THE DEFENDANT, THE DEFENDANT
WAS MOTIVATED TO INTENTIONALLY DISCRIMINATE AGAINST
ME. THE DEFENDANT INTENTIONALLY INFLICTED EMOTIONAL
HARM TO CAUSE FUTURE HARM. SHE HAS REPEATEDLY USED
HARSH LANGUAGE TO INTIMIDATE ME WHICH IS AN DIRECT AND
UNFAIR LABOR PRACTICE. WHERE ON 4-5-98 MOO CARLIES
STATED "You had better Look for a NEW JOB." Three weeks
LATER MOO CARLIES ISSUED ME A Letter of Warning. MOO
CARLIES Further STATED "I'm TIRED OF YOUR NON CHALENT
ATTITUDE." I HAD EXPLAINED TO HER THAT I WAS
TAKING MEDICINE FOR A PRIOR ON THE JOB INJURY CONDITION
AND ALSO FOR THE FACT THAT MY BROTHER HAD JUST DIED ON
4-12-98. SHE STATED, "I wish I HAD SOME OF THAT."

A DIRECT CORRELATION EXISTED BETWEEN BOB Dillon
PRESSURING MOO Carlise To Take Action AGAINST ME FOR
PARTICIPATING IN PRIOR PROTECTED ACTIVITIES. THE Timing
of Bob Dillon's AFFIDAVIT (5-28-98), Dillon's Coercion
OF THE DEFENDANT concerning R-bie Laughlin interrogation (7-,
and MOO CARLIES THREAT TO THE PLAINTIFF (8-5-98) AND MOO'S
CARLIES DISCIPLINE of THE DEFENDANT (Low 8-21-98) show
DISCRIMINATORY INTENT.

THE PSYCHOLOGY IS QUITE SIMPLE. THE Defendant

MRS. CARLISE WAS IN CONTROL. SHE DECIDED TO DISCRIMINATE OR NOT AS SHE CHOSE. AFTER I FILED EEO charges Against her, the DYNAMICS CHANGED. THE EEO BECAME A PROFOUND CHALLENGE TO HER SUPERVISORY AUTHORITY. HER OWN BEHAVIOR BECAME SCRUTINIZED BY UPPER MANAGEMENT. NOW, MRS CARLISES, WITH THE HELP OF THE Agency IS BUILDING A PAPER TRAIL AGAINST ME, ATTEMPTING TO PROVE TO HER SUPERIORS THAT SHE WAS RIGHT ALL ALONG.

SECTION 704 of the Civil Rights Act of 1964 Protects the PLAINTIFF FOR PARTICIPATING IN THE PROCEEDINGS UNDER THE ACT. HOWEVER, MRS CARLIES DEVISED A SYSTEM OF CONTINUING VIOLATIONS. HER INTENT AND MOTIVE WAS HIDDEN BY THE PLAINTIFFS SO CALLED "INADEQUATE PERFORMANCE."

MANAGERS ESPECIALLY CONCERNED WITH "challenges to His/HER AUTHORITY" May RETALLIATE IN SUCH A WAY THAT AS/HER MOTIVATION IS QUITE CLEAR, SUCH AS AN ADVERSE ACTION TOWARD A THIRTEEN YEAR EMPLOYEE SOON AFTER learning THAT A CHARGE OF DISCRIMINATION HAS BEEN FILED. RETALIATION IS BY DEFINITION AN INTENTIONAL VIOLATION of THE Civil Rights Act. Words spoken Reflect the illegal intent. ROSIE STATED "You BETTER Look FOR A NEW JOB." MRS CARLIES ALSO STATED TO THE PLAINTIFF THAT "You Look STUPID." THIS WAS JUST MOMENTS BEFORE SHE KICKED THE PLAINTIFF OUT OF THE BUILDING, IN FRONT OF OTHER EMPLOYEES AND SUBSEQUENTLY ISSUED THE PLAINTIFF ADDITIONAL DISCIPLINE IN ANOTHER LOW IN lieu of 1 day SUSPENSION, EFFECTIVELY SUSPENDING THE PLAINTIFF TWICE FOR THE SAME REASON (Double JEPORDY).

Coupled with The FACT THAT MRS CARLIES (T-2) WAS NOT EVEN MY MRS (T-3) AND the TIMING OF

THESE EVENTS SUGGESTS RETALIATION. EVIDENCE HAS SHOWN THAT MANAGEMENT WAS UPSET, HAD MOTIVE FOR RETALIATION, AND RETALIATED. THE FACT THAT MRD CARLIES WAS UPSET FURTHER STRENGTHENS THIS CASE. THE VEILED THREATS WAS THE METHOD THE BOSS USED WARNING THE COMPLAINANT THAT HIS PROTECTED ACTIVITIES WERE IN-COMPATITABLE WITH HIS JOB. THE IMPOSITION OF NEW STANDARDS FOR THE PLAINTIFF (WHITE, MALE) THAN FOR LIZ ETTIENNE (BLACK FEMALE) STRONGLY SUGGESTS RETALIATION BY MRD CARLIES (BLACK FEMALE) AGAINST THE PLAINTIFF (WHITE MALE).

FOR THESE REASONS, PLAINTIFF ASKS FOR JUDGEMENT AGAINST THE DEFENDANT FOR DAMAGES OF $300,000, payment of attorney fees & costs pursuant to 42 USC §2000 E.5(K) and all other relief the court DEEMS APPROPRIATE

*Thomas P Butler*
THOMAS P BUTLER
3-13-00

*Building not numbered*

**UNITED STATES POSTAL SERVICE** **Information for Precomplaint Counseling** *00 072*

**Important: Please Read Carefully.** This is the only notification that you will receive regarding the necessity for you to complete this form. This form should be completed and returned to the EEO Office **within 10 calendar days.**

On: _11-4-99_ you requested an appointment with an EEO Counselor.

**A.  Requester Information**

| Name (Last, First, MI) *Butler, Tom* | Social Security No. | Home Telephone No. |
|---|---|---|

Mailing Address: *7840 Camino Real P 105 / Miami, Fl 33145*

| Postal Facility Where You Work: *SFMPC* | Position Title: | Grade Level *16* | Office Telephone No. *954 436 4356* |
|---|---|---|---|

| Pay Location *301* | Tour *3* | Off Days (If Tour 1, Show Nights Off) *Monday, Tuesday* | Duty Hours *1600 ~0050* |
|---|---|---|---|

Employment Status (Check One)

| Applicant | Casual | TE | Career ✓ | Time in Current Position |
|---|---|---|---|---|
| | | | | Years *10* 😊 Months |

**Discrimination Factors** *RETALIATION*

In the Postal Service prohibited discrimination includes actions taken based on your **Race, Color, Religion, Sex, Age (+40), National Origin, Physical and/or Mental Disability, or Retaliation** (actions based on your participation in prior EEO activity). These categories are referred to on this form as factors.

What Factor(s) of Discrimination Are You Alleging (Be Specific.  Describe, i.e. Race-Black; Sex-Female
*RACE  WHITE  NON HISPANIC          Religion - Quaker*
*RETALIATION   1 H 333-0018-97          1 H 333-0011-98*
*AGE 45          1 H 333-0047-99          1 H 333-0036-97*

**For Retaliation Allegations Only:** If you are alleging retaliation discrimination, provide the date(s) and specifics of the EEO activity which you feel caused you to be retaliated against.

| | | | |
|---|---|---|---|
| 1. On *4-14-99* *3-12-97* | I engaged in EEO Activity | Case Number: | *1 H 333 0047-99* *1 H 333 0018-97* |
| 2. On *11-17-97* *10-27-97* | I engaged in EEO Activity | Case Number: | *1H 333 0011-98* *1 H 333 0036-97* |

**C.  Description of Incident/Activity**

Please use the space below to briefly describe the incident or activity which prompted you to seek EEO counseling at this time.

On *11-3-99* , the following occurred:
*see attache "Description of Incident/Activity"*

PS Form 2564-A,  May 1993 (Page 1 of 3)

**G. Anonymity**

You have the right to remain anonymous at the counseling stage of the EEO complaints processing.

Do you desire anonymity:  ☐  Yes        ☑  No

You have the right to retain representation of your choice.  (Check One)

I authorize the person listed below to represent me.

| | |
|---|---|
| Name of Representative:  *Tom Butler* | Title:  *500* |
| Organization:  *NAPS Branch 599* | |
| Mailing Address:  *7840 Camino Real    P-105* | |
| City /State/Zip + 4:  *Miami FL 33??? 6871* | Telephone No. *(305) 271-1598* |

I waive the right to representation at this time      Yes      (No)

**I.  Privacy Act Statement**

The collection of this information is authorized by Public Law 92-261, Equal Employment Act of 1972, 29 U.S.C., sections 621 et seq. and 701 et.seq ; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the

Office of Management and Budget for review of private relief legislation, to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Provision of the information requested is mandatory for the complainant, and for the Postal Service and other Federal employee witnesses. Failure of the complainant to provide requested information could result in the complaint being dismissed. Failure of Postal Service and other Federal employees to provide requested information could result in disciplinary action. Provision of the information requested by other persons is voluntary and failure to provide such information will result in no adverse effect

**J.  Documentation**

Please attach any documentation you wish to submit to support your allegation(s. Include a copy of any written action(s) which caused you to seek counseling at this time.

**Note:**  If you are alleging mental and/or physical disability, you **MUST** submit medical documentation of your disability at this time or during counseling.

**K.  Authorization**

| Your signature  *Thomas P Butler* | Date  *11-6-99* | |
|---|---|---|

Return to:

EEO COMPLAINTS PROCESSING
SOUTH FL DISTRICT
U.S. POSTAL SERVICE
MIAMI FL  33152 9411

**NOTICE:  COMPLETE THIS SECTION ONLY IF YOU NO LONGER SEEK EEO COUNSELING**

I hereby request that you close this file from processing. I fully understand that this complaint file will not be reopened once closed, and I waive my right to any further EEO Appeal on this matter. I stipulate that my decision not to pursue counseling is voluntary and did not result from threat, coercion, intimidation, promise or inducement.

| Signature | Date |
|---|---|
| | |

## H. Representation

You have the right to retain representation of your choice. (Check One)

☐ I authorize the person listed below to represent me.

_____     _____
(Name of Representative)              (Title)

_____     _____
(Organization)

_____     _____
(Mailing Address)

_____     _____
(City/State/Zip +4)                     (Telephone Number)

☒ I waive the right to representation at this time.

## I. Privacy Act Notice

**Privacy Act Notice.** The collection of this information is authorized by the Equal Employment Opportunity Act of 1972, 42 U.S.C. 2000e-16; The Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. 633a; The Rehabilitation Act of 1973, as amended, 29 U.S.C. 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witness

## J. Documentation

Please attach any documentation you wish to submit to support your allegation(s). Include a copy of any written action(s) which caused you to seek counseling at this time.

Note: If you are alleging mental and/or physical disability, you MUST submit medical documentation of your disability at this time or during counseling.

## K. Authorization

| Your Signature | Date |
|---|---|
| *Thomas L Butler* | 3-1-00 |

Return To:

⌐                          ⌐

NOTICE: COMPLETE THIS SECTION ONLY IF YOU NO LONGER SEEK EEO COUNSELING

I hereby request that you close this file from processing. I fully understand that this complaint file will not be reopened once closed, and I waive my right to any further EEO Appeal on this matter. I stipulate that my decision not to pursue counseling is voluntary and did not result from threat, coercion, intimidation, promise or inducement

| Your Signature | Date |
|---|---|
|  |  |

PS Form 2564-A, December 1999 (Page 3 of 3)

**Explain why you believe based on the factors you cited in Section B that you were treated differently than other employees in similar situations.** _RETALIATION_

| 1. Name of Employee: | (Factor(s) describing employee i.e., Race-Black, Sex-Female) |
|---|---|
| was treated differently than I when: | |
| 2. Name of Employee: | (Factor(s) describing employee, i.e., Race-Black, Sex-Female) |
| was treated differently than I when: | |
| | |
| 3. Name of Employee : | (Factor(s) describing employee, i.e., Race-Black, Sex-Female) |
| was treated differently than I when: | |

**D.  Official(s) Responsible for Action:**

Provide the name(s) of the official(s) who took the action which prompted you to seek counseling at this time.

| 1,a.  Name: _ROSIE CARLIES_ | b.  Title  _MDO_ |
|---|---|
| c.  Office: _SEMPC_ | d.  Grade level |
| 2a.  Name | b.  Title |
| c.  Office | d.  Grade Level |

Retaliation Allegations Only:  Was/were the official(s) listed in Section D above aware of your prior EEO activity (Explain)? (Yes)    No

_YES', see the attached "Description of Incident/Activity_

**E.  Resolution Sought**

What are you seeking as a resolution to your complaint?

_$30,000_
_To be made whole for everything since 1997_
_These continuing violations be stopped._

**F.  Grievance/MSPB Appeal**

On the incident which prompted you to seek EEO counseling, have you:

| 1. File a grievance on the issue? | Yes? | No? ✓ | If yes, | Date | Step |
|---|---|---|---|---|---|
| 2. Filed an MSPB appeal on this issue? | Yes? | No? v | If yes, | | Date |
| 3. Veteran's Preference? | Yes? | No? | If yes, , number of points: | | |

PS Form 2564-A, May 1993 (Page 2 of 3)

# ADDITIONAL

# ATTACHMENTS

*Legal size paper*

# NOT

# SCANNED

## PLEASE REFER TO COURT FILE