UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 00-6193-CIV-LENARD/TRUNOFF

THOMAS BUTLER,

      Plaintiff,

v.

WILLIAM HENDERSON,
POST MASTER GENERAL, of the
UNITED STATES POSTAL SERVICE
AGENCY,

      Defendant.
_____/

### NOTICE OF FILING PLAINTIFF'S AFFIDAVIT

Plaintiff, hereby serves notice to all parties concerned that he is filing the attached affidavit.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to: Charles S. White, U.S. Attorney, ASUA 99 N.E. 4th Street, Miami, Florida 33131, on this 13TH day of September, 2000.

STEWART LEE KARLIN, ESQ.
Florida Bar No. 0961159
400 Southeast Eighth Street
Fort Lauderdale, Florida 33316
(954) 462-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 00-6193-CIV-LENARD/TRUNOFF

THOMAS BUTLER,

    Plaintiff,

v.

               **AFFIDAVIT**

WILLIAM HENDERSON,
POST MASTER GENERAL, of the
UNITED STATES POSTAL SERVICE
AGENCY,

    Defendant.
_____/

  BEFORE ME, the undersigned authority duly qualified to administer oaths and take acknowledgments, personally appeared THOMAS BUTLER, who being by me first duly sworn upon her oath, deposes and states that:

  1. I am the plaintiff in the above captioned matter and submit this affidavit in connection with the on going pattern of retaliation by the Postal Service.

  2. Since filing my initial EEO, the Postal Service has waged a retaliatory campaign against me which has caused a hostile work environment and has now led to my termination.

  3. There has been many instances of retaliation. For example, the Defendant failed to allow me to return to work for several months after taking medical leave, despite the fact that I had been cleared by my doctors and the medical unit of the defendant to return to work. As a direct consequence of defendant not allowing me to return to work, I was not eligible for the Economic Value Added Credit and had to take out a loan to pay my bills. This single act of retaliation caused enormous stress on me;

  4. Another example of the harassment, was that I attempted to review my personnel file. However, I was denied, despite repeated attempts by me to review my personnel file for five

months. Eventually I was able to review it after a letter was sent to the Postmaster General on May 27, 1997, the file appeared after one week of sending this letter. But when the personnel file was finally produced and an unwarranted and untimely letter of warning had been placed in my personnel file. Although to the outside observer this episode may not appear to be that egregious but was evidence of the constant retaliatory behavior exhibited by the Postal Service it was upsetting to me since a permanent warning was placed in my file without any notice.

5. The postal service was closely scrutinizing my work performance and conduct. For example, my work performance was criticized by Mr. Fernandez in the presence of my subordinate employees in an effort to embarrass and humiliate me This happened on several occasions and I never saw Mr. Fernandez behave in such a manor with other supervisors that he managed.

6. Also, numerous inflammatory comments were made by management to me such as but not limited to being called stupid, look for a new job, I'm tired of your nonchalant attitude, even an insensitive remark was made concerning the death of plaintiff's brother; and I'll see you that you will never work as a supervisor again. These comments were made by Rosie Carlies, Manager of Distribution and Operations and Sergio Fernandez, Manager of Distribution and Operations.

7. Another example of the harassment was deliberately scheduling a meeting during plaintiff's lunch hour and made me eat my lunch at the meeting. To my knowledge, I have not seen any other supervisors forced to eat their lunch during a meeting. My schedule was changed frequently to make it impossible for me to learn the operation and workers which impeded my performance as a supervisor. I was kicked out of a staff meeting without cause.

8. I was denied light duty work that was available in May, 1997.

9. I received a biased and unfounded letter of warning having to many workers in the operation when a short time later Ms. Ettienne had almost twice the allotted number (I had only

three more than the allotment) but she was not given a letter of warning.

    10.    Ms. Carlies ordered me to leave the building without just cause in front of co-workers and subordinate employees which was extraordinarily embarrassing

    11.    It is clear to me that the Postal Service targeted me due to retaliation whiich resulted in a hostile work environment and has now caused my discharge from my life time civil service career at the Postal Service.

THOMAS BUTLER

**STATE OF FLORIDA** )
**COUNTY OF BROWARD** )

I hereby certify that on this day personally appeared before me, an officer duly authorized to administer oath and take acknowledgments, THOMAS BUTLER, known to be the person described in and who executed the foregoing.

In witness thereof, I have hereunto set my hand and affixed my official seal this 13th day of September, 2000.

(✓) personally known to me or,

( ) has produced a _____ (type of identification)

who ( ) did or ( ) did not take an oath.


Stewart L Karlin
My Commission CC838297
Expires May 18, 2003

Notary, State of Florida at Large

My Commission Expires: _____