UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THOMAS BUTLER,  Case No.: 00-6193-CIV-LENARD
MAGISTRATE JUDGE TRUNOFF

    Plaintiff,

v.

WILLIAM HENDERSON,
POST MASTER GENERAL, of the
UNITED STATES POSTAL SERVICE
AGENCY,

    Defendant.
_____/



### PLAINTIFF RULE 56 (f) MOTION

Plaintiff requests this Court to enter order an abating the matter pursuant to Rule 56 (f) for the following reasons:

1. There has been no discovery yet and the case is at the earliest stages.

2. In support of this motion plaintiff rely upon the pleadings, and the memorandum of law filed with this motion.

WHEREFORE, plaintiff request this Court to enter an order abating the motion.

Dated: Fort Lauderdale, Florida
       September 12, 2000

                                      Respectfully submitted,

                                      STEWART LEE KARLIN, ESQ.
                                      Florida Bar No. 0961159
                                      400 Southeast Eighth Street
                                      Fort Lauderdale, Florida 33316
                                      (954) 462-1201

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing by hand to: Marcella Cohen Auerbach, U.S. Attorney, ASUA Charles S. White, U.S. Attorney, ASUA 99 N.E. 4th Street, Miami, Florida 33131, on this 13TH day of September, 2000.

_____
STEWART LEE KARLIN, ESQ.
Florida Bar No. 0961159
400 Southeast Eighth Street
Fort Lauderdale, Florida 33316
(954) 462-1201