UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6193-CIV-LENARD/TURNOFF

THOMAS BUTLER,

      Plaintiff(s),

vs.

WILLIAM  J.  HENDERSON,
POSTMASTER GENERAL,

      Defendant(s).

_____/



## ORDER DIRECTING PLAINTIFF'S COUNSEL TO SUBMIT
## PROPOSED ORDER SCHEDULING MEDIATION

THIS CAUSE is before the Court on sua sponte. After review of the file, being duly

advised in the premises, and pursuant to Federal Rule of Civil Procedure 16(c)(9) and Southern

District Local Rule 16.2, it is hereby

ORDERED as follows:

1. The Court's August 3, 2000 Order of Referral to Mediation and Directing Parties to

Submit Proposed Order Scheduling Mediation (D.E. #18) ordered all parties to participate in

mediation, to be completed no later than September 3, 2002.

2.     A place, date and time for mediation convenient to the mediator, counsel of

record, and unrepresented parties shall now be established. **Counsel for the Plaintiff shall**

**complete the form order attached and submit it to the Court on or before 4:30 p.m.**

**September 15, 2000.**

     **FAILURE TO COMPLY with this Order will subject the party or counsel to**

Case No. 00-6193-CIV-LENARD/TURNOFF

appropriate penalties, including but not limited to dismissal of the cause, or the striking of

defenses and entry of judgment pursuant to S.D. Fla. L.R. 16.1M.

**DONE AND ORDERED** in Chambers at Miami, Florida this ___6___ day of September,

2000.

_____
JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Magistrate Judge William C. Turnoff

Stewart Lee Karlin, Esq.
400 S.E. 8th Street
Ft. Lauderdale, FL 33316

Charles S. White, Esq.
Assistant U. S. Attorney
99 N.E. 4th Street
Miami, FL 33131