UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6193-CIV-LENARD/TURNOFF

THOMAS BUTLER,

   Plaintiff(s),

vs.

WILLIAM J. HENDERSON,
POSTMASTER GENERAL,

   Defendant(s).
_____/

FILED by _JG_ D.C.
SEP 18 2000
CLERK
S.D. OF FLA.

## ORDER SCHEDULING MEDIATION

THE MEDIATION CONFERENCE in this matter shall be held with _Florida Mediation Group_ on _10/3_, 200_0_, at _10.10_ a.m., at _200 E. Broward Blvd. #400, Ft. Lauderdale_, Florida.

Within five (5) days following the mediation conference, the mediator shall file a Mediation Report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse.

**DONE AND ORDERED** at Miami, Florida, this _13_ day of _Sept._, 2000.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge William C. Turnoff

Stewart Lee Karlin, Esq.
400 S.E. 8th Street
Ft. Lauderdale, FL 33316

Charles S. White, Esq.
Assistant U. S. Attorney
99 N.E. 4th Street
Miami, FL 33131