UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.   : 00-6193-CIV-LENARD

THOMAS BUTLER

    Plaintiff(s),

NOTICE OF MEDIATION CONFERENCE DATE

vs.

WILLIAM HENDERSON

    Defendant(s).
*******************************

| | |
|---|---|
| DATE AND TIME: | 10/03/2000 Tuesday 10:00 A.M.* |
| LOCATION: | Florida Mediation Group<br>Cumberland Building, Suite 400<br>800 East Broward Boulevard<br>Ft. Lauderdale, FL 954-522-9991 |
| MEDIATOR: | Certified Mediator / Florida Mediation Group, Inc.<br>**Cindy Niad Hannah, Esq.**<br>The mediator is a neutral and may not act as an advocate for any party. |
| FEES: | FINAL PAYMENT DUE WITH IN 10 DAYS OF THE MEDIATION: SEE ATTACHED |
| SUMMARY: | The parties are requested to present a SUMMARY of facts and issues to the Mediator five days prior to the scheduled Mediation Conference. |
| NOTICE: | Please notify Florida Mediation Group immediately of any scheduling problems and copy the Mediator on any pleadings which may impact or affect the mediation. |

*4 HOURS HAVE BEEN RESERVED FOR THE MEDIATION.  IF YOU THINK YOU WILL NEED MORE TIME, PLEASE CALL US IMMEDIATELY.

ALLENE D. NICHOLSON, ESQ.
FLORIDA MEDIATION GROUP, INC.
Courthouse Plaza, Suite 1010
28 West Flagler Street
Miami, Florida 33130
(305) 579-9990 Fax 579-9991
FMG File No.: 0-42423

PAGE 2.

```
CASE NO.         : 00-6193-CIV-LENARD
FMG FILE NO.     : 0-42423
PLAINTIFF        : BUTLER
```

Copies on September 20, 2000 to:

Stewart Lee Karlin, Esq.
Law Office Stewart Lee Karlin
400 SE Eighth Street
Ft. Lauderdale  FL  33316
954-462-1201 Fax 1-954-462-3151


Charles S. White, Esq.
Assistant U.S. Attorney
99 NE Fourth Street
Suite 300
Miami  FL  33132
305-961-9286 Fax 305-530-7139