UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6193-CIV-LENARD/TURNOFF

THOMAS BUTLER,

    Plaintiff(s),

vs.

WILLIAM J. HENDERSON,
POSTMASTER GENERAL,

    Defendant(s).
_____/

FILED by ___ D.C.
OCT 3 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## ORDER TO SHOW CAUSE

**THIS CAUSE** came before the Court <u>sua sponte</u>. On examination of the record, it is hereby **ORDERED AND ADJUDGED** as follows:

1. On September 18, 2000 the Court issued an Order Scheduling Mediation (D.E. #30) scheduling mediation of this matter for October 3, 2000 and directed the filing of a Mediation Report within 5 days following the mediation.

2. To date, no Mediation Report or other motion for relief from Order has been filed.

3. Plaintiff and Defendant shall have up to and including **4:30 p.m. November 10, 2000** to file with the Court either a Report from the Mediator or a Joint Status Report.

4. **Failure to comply with this Order or to submit notice of good cause for failure to comply will subject the party or counsel to appropriate penalties, including but not limited to dismissal of the cause, or the striking of defenses and entry of judgment pursuant to S.D. Fla. L.R. 16.1M.**

Case No. 00-6193-CIV-LENARD/TURNOFF

**DONE AND ORDERED** in Chambers at Miami, Florida this 30 day of October, 2000.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Magistrate Judge William C. Turnoff

Stewart Lee Karlin, Esq.
400 S.E. 8th Street
Ft. Lauderdale, FL 33316

Charles S. White, Esq.
Assistant U. S. Attorney
99 N.E. 4th Street
Miami, FL 33131