## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

THOMAS BUTLER,　　　　　　　　　　Case No.: 00-6193-CIV-LENARD

　　　　　Plaintiff,

v.

WILLIAM HENDERSON,
POST MASTER GENERAL, of the
UNITED STATES POSTAL SERVICE
AGENCY,

　　　　　Defendant.
_____/



### JOINT STATUS REPORT

1. I am plaintiff's counsel in the above captioned matter and submit this response pursuant to the Court Order to show cause pertaining to why the mediation did not go forward as scheduled.

2. As the Court is aware, this action has been recently commenced and is not set for trial for over a year. Discovery has just commenced.

3. Although the parties initially felt that early mediation could bring an early resolution to the case, after a lengthy discussion, the parties realized that to have the mediation early would produce an impasse. The parties are far apart and without the benefit of discovery, meaningful settlement discussions were not possible. Thus, the parties continued the mediation.

4. Both parties meant no disrespect to the Court and thus respectfully submit that under the circumstances any sanction is not warranted. The parties also request that it be able to reschedule the mediation for some time in March, 2001.

GUY LEWIS
UNITED STATES ATTORNEY

_____
CHARLES S. WHITE
Assistant U.S. Attorney
Attorney for Defendant
99 N.E. 4th Street
Miami, FL 33131
Florida Bar No.:

_____
STEWART LEE KARLIN, ESQ.
Attorney for Plaintiff
400 Southeast Eighth Street
Fort Lauderdale, Florida 33316

Florida Bar No.: 961159