UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6193-CIV-LENARD/TURNOFF

THOMAS BUTLER,

    Plaintiff(s),

vs.

WILLIAM J. HENDERSON,
POSTMASTER GENERAL,

    Defendant(s).
_____/



FILED by ___ D.C.
NOV 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

### ORDER SCHEDULING MEDIATION

THE MEDIATION CONFERENCE in this matter shall be held with _Florida Mediation Group, Salvatore Fiore, Mediator, 800 E. Broward Blvd._ on _Feb. 15_, 200_1_, at _10:00_ _A_.m., at _Fort Lauderdale_, Florida. This date has been agreed to by the Mediator and the Parties and shall not be rescheduled without leave of Court.

Within five (5) days following the mediation conference, the mediator shall file a Mediation Report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse.

DONE AND ORDERED at Miami, Florida, this _28_ day of _November_, 2000.

                                            JOAN A. LENARD
                                            UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge William C. Turnoff

Stewart Lee Karlin, Esq.
400 S.E. 8th Street
Ft. Lauderdale, FL 33316

Charles S. White, Esq.
Assistant U. S. Attorney
99 N.E. 4th Street
Miami, FL 33131