UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
FEB 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6193-CIV-LENARD/TURNOFF

THOMAS BUTLER,

    Plaintiff,

vs.

WILLIAM HENDERSON, POSTMASTER GENERAL, of the UNITED STATES POSTAL SERVICE AGENCY,

    Defendant.

_____/

## ORDER GRANTING PLAINTIFF'S RULE 56(f) MOTION AND DISMISSING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE

**THIS CAUSE** is before the Court on Plaintiff's Rule 56(f) Motion (D.E. 25), filed September 14, 2000. On August 3, 2000, Defendant filed a Motion to Dismiss or in the Alternative Motion for Summary Judgment. (D.E. 19). The Court finds that this action was recently commenced and that the parties have not had adequate time to conduct discovery. Based on the Court's review of the Motion and the record, it is

    **ORDERED AND ADJUDGED** that:

    (1) Plaintiff's Rule 56 (f) Motion (D.E. 25), filed September 14, 2000, is **GRANTED**.



(2) Defendant's Motion for Summary Judgment (D.E. 19), filed August 3, 2000, is **DENIED** without prejudice. The Court reserves ruling on Defendant's Motion to Dismiss (D.E. 19), filed August 3, 2000. Plaintiff shall have up to and including February 26, 2001 within which to respond to Defendant's Motion to Dismiss.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___1___ day of February, 2001.

> JOAN A. LENARD
> UNITED STATES DISTRICT JUDGE

cc:

U.S. Magistrate William C. Turnoff

Stewart Lee Karlin, Esq.
400 Southeast Eighth Street
Fort Lauderdale, FL 33316

Charles S. White, AUSA

2