UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THOMAS BUTLER,

        Plaintiff,

v.

WILLIAM HENDERSON,
POST MASTER GENERAL, of the
UNITED STATES POSTAL SERVICE
AGENCY,

        Defendant.
_____/

Case No.: 00-6193-CIV-LENARD

NIGHT BOX
FILED

FEB 14 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

## JOINT MOTION FOR AN EXTENSION OF TIME

The parties by and through the undersigned attorney, herein submits this motion for an extension:

1. By order of this court, the parties must attend a mediation on February 15, 2001. However, as the Court is aware, this action has been recently commenced and is not set for trial until September, 2002 and the mediation deadline is not set until September, 2002. Discovery has just commenced.

2. Although the parties initially felt that early mediation could bring an early resolution to the case, after a lengthy discussion, the parties realized that to have the mediation early would produce an impasse. The parties are far apart and without the benefit of discovery, meaningful settlement discussions are not possible. Thus, the parties respectfully request that the mediation be continued.

3. In addition, the discovery deadline is set for March 15, 2001, and the dispositive motion deadline for April 15, 2001 even though the trial is set in September, 2002. The parties would respectfully request that discovery period be extended to December 31, 2001 and the dispositive motion deadline to March 1, 2002.

6. It should be noted accordingly, and for all the foregoing reasons, the parties request that the extension be granted.

WHEREFORE, for all the foregoing reasons, the parties requests that the Motion be granted..

Dated: Fort Lauderdale, Florida
February 14, 2001

GUY LEWIS
UNITED STATES ATTORNEY

CHARLES S. WHITE
Assistant U.S. Attorney
Attorney for Defendant
99 N.E. 4th Street
Miami, FL 33131
Florida Bar No.:

STEWART LEE KARLIN, ESQ.
Attorney for Plaintiff
400 Southeast Eighth Street
Fort Lauderdale, Florida 33316

Florida Bar No.: 961159

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 00-6193-CIV-LENARD/TRUNOFF

THOMAS BUTLER,

        Plaintiff,

v.

WILLIAM HENDERSON,
POST MASTER GENERAL, of the
UNITED STATES POSTAL SERVICE
AGENCY,

        Defendant.
_____/

## AGREED ORDER

THIS CAUSE come before the Court upon Motion filed by the parties. The Court has considered the motion, and being otherwise duly advised, it is

ORDER AND ADJUDGED that said motion be and the same is hereby GRANTED. The mediation is continued to January 2002, the discovery deadline is continued to December 31, 2001 and the dispositive motion deadline is March 1, 2002.

DONE AND ORDERED in Chambers in Dade County, Florida this ____, day of February, 2001.

                                                              _____
                                                              U.S. DISTRICT JUDGE

Copies Furnished to:

Stewart Lee Karlin, Esq.
Charles White, Asst. U.S. Attorney