UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 00-6193-CIV-LENARD/TRUNOFF

THOMAS BUTLER,

        Plaintiff,

v.

WILLIAM HENDERSON,
POST MASTER GENERAL, of the
UNITED STATES POSTAL SERVICE
AGENCY,

        Defendant.
_____/


FILED by _____ D.C.
FEB 1 6 2001

## AGREED ORDER

THIS CAUSE come before the Court upon Motion filed by the parties. The Court has considered the motion, and being otherwise duly advised, it is

ORDER AND ADJUDGED that said motion be and the same is hereby GRANTED. The mediation is continued to January 2002, the discovery deadline is continued to December 31, 2001 and the dispositive motion deadline is March 1, 2002.

DONE AND ORDERED in Chambers in Dade County, Florida this _16_, day of February, 2001.

                                                                         U.S. DISTRICT JUDGE

Copies furnished to:

Stewart Lee Karlin, Esq.
Charles White, Asst. U.S. Attorney