UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THOMAS BUTLER,

    Plaintiff,

v.

WILLIAM HENDERSON,
POST MASTER GENERAL, of the
UNITED STATES POSTAL SERVICE
AGENCY,

    Defendant.
_____/

Case No.: 00-6193-CIV-LENARD

NOTICE OF PLAINTIFF'S
COUNSEL'S CHANGE OF ADDRESS

    The Plaintiff states that the undersigned counsel has changed his address, effective January 1, 2002 to:

    Las Offices
    Stewart Lee Karlin, Esq.
    The Advocate Building-Second Floor
    315 S.E. 7th Street
    Fort Lauderdale, Florida 33301

    Telephone No.:  (954) 462-1201
    Facsimile No.:  (954) 462-3151
    E-mail Address:  edlawkarlin@aol.com

Dated: Fort Lauderdale, Florida
       December 20, 2001

    STEWART LEE KARLIN, ESQ.
    Attorney for Plaintiff
    The Advocate Building-Second Floor
    315 S.E. 7th Street
    Fort Lauderdale, Florida 33301
    (954) 462-1201
    edlawkarlin@aol.com
    Florida Bar No. 0961159

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing by hand to: CHARLES S. WHITE, Assistant U.S. Attorney, 99 N.E. 4th Street, Miami, FL 33131 on this 24th day of December, 2001.

STEWART LEE KARLIN, ESQ.
Attorney for Plaintiff
The Advocate Building-Second Floor
315 S.E. 7th Street
Fort Lauderdale, Florida 33301
(954) 462-1201
edlawkarlin@aol.com
Florida Bar No. 0961159