UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6193-CIV-LENARD/TURNOFF

THOMAS BUTLER,

    Plaintiff(s),

vs.

JOHN E. POTTER, POSTMASTER GENERAL,

    Defendant(s).
_____/



### TWENTY-ONE DAY NOTICE OF CONSIDERATION OF MOTION FOR SUMMARY JUDGMENT

**THIS CAUSE** is before the Court on a Defendant's Renewed Motion for Summary Judgment filed Januayr 18, 2002. Based on the Court's review of the Motion and the record in this case, it is

**ORDERED AND ADJUDGED** that:

(1)    The Court will take the Motion for Summary Judgment, all materials in support, and materials in opposition under advisement no sooner than twenty-one (21) days from when the Court files this Order. The Court provides this Notice pursuant to Federal Rule of Civil Procedure 56(c). <u>Restigouche, v. Town of Jupiter</u> 59 F.3d 1208, 1213 (11th Cir.1995); <u>Brown v. Shinbaum</u>, 828 F.2d 707, 708 (11th Cir. 1987); <u>Milburn v. United States</u>, 734 F.2d 762, 765 (11th Cir.1987).

(2)    The opposing party's memorandum in opposition to the Motion for Summary Judgment shall be filed no later than 10 days plus mailing time, not including Saturdays, Sundays, or federal holidays, from the date of the filing of the Motion for Summary



-2-

Case No. 00-6193-CIV-LENARD/TURNOFF

Judgment. Southern District of Florida Local Rule 7.1.C.1(a) and FRCP 56(c) and 6(a). If the Movant so desires, the Movant may file a reply to the opposition within the time period set forth by the Federal and Local Rules.

(3)  Plaintiff and Defendant may file sworn affidavits or other admissible material in support of their positions. The failure of a party to exercise its rights to file materials in opposition to a summary judgment motion pursuant to this Notice and Federal Rule of Civil Procedure 56 may result in the Court accepting any of the moving party's uncontroverted evidence as true.

(4)  The Court further notes that a party's failure to respond adequately to this Notice and the Motion may result in a final judgement adverse to the opposing party being entered without the benefit of trial. Celotex Corp. v. Catrett, 477 U.S. 317, 322-323 (1986).

**DONE AND ORDERED** in Chambers at Miami, Florida this 24 day of January, 2002.

_____
JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Magistrate Judge William C. Turnoff

Stewart Lee Karlin, Esq.
400 S.E. 8th Street
Ft. Lauderdale, FL 33316

Charles S. White, Esq.
Assistant U. S. Attorney
99 N.E. 4th Street
Miami, FL 33131