UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THOMAS BUTLER,

            Case No.: 00-6193-CIV-LENARD
            MAGISTRATE JUDGE TURNOFF

      Plaintiff,

v.

WILLIAM HENDERSON,
POST MASTER GENERAL, of the
UNITED STATES POSTAL SERVICE
AGENCY,

      Defendant.
_____/

### PLAINTIFF'S UNOPPOSED
### MOTION FOR AN EXTENSION OF TIME

COMES NOW the plaintiff, THOMAS BUTLER, by and through the undersigned attorney and respectfully moves the Court to enlarge the time within the plaintiff may file a response to defendant's motion for summary judgment:

1. Defendant renewed its motion for summary judgment making the response due on February 5, 2002

2. Plaintiff is requesting an extension until February 15, 2002 to allow plaintiff to file a response to the summary judgment in this case.

3. Plaintiff's input and affidavit is necessary and integral to the defense of part of the summary judgment which is complex in nature.

4. However, plaintiff had a multitude of deadlines including appellate briefs and numerous other deadlines

5. For example, a reply brief is due on *Borino v. Publix,* Case No.: 4D01-3267 due on February 12, 2002 pending before th Fourth District Court of Appeals   and brief



in *Ezewike v. State of Florida,* Appeal Case No: 01-164914, served and filed on January 31, 2002 before the Eleventh Circuit  There are numerous other deadlines as well.

6. On the other hand, there is absolutely no prejudice in granting this short continuance since a trial in this matter is not scheduled until September, 2002. Thus, this short continuance will not impact on any dates in the scheduling order or discovery.

7. Plaintiff has spoken to the attorney for the defendant and he has consented to this short continuance.

WHEREFORE, for all the foregoing reasons, the plaintiff requests that the Motion be granted.

## MEMORANDUM OF LAW

In support of the foregoing motion, plaintiff relies upon local Rule 7.1 (A)(3), of the United States District Court for the Southern District of Florida.,

Dated: Fort Lauderdale, Florida
February 4, 2002

STEWART LEE KARLIN, ESQ.
Attorney for Plaintiff
400 SE 8th Street
Fort Lauderdale, Florida  33316
(954) 462-1201
Fla Bar No. 961159

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing by hand to: CHARLES S. WHITE, Assistant U.S. Attorney, 99 N.E. 4th Street, Miami, FL 33131 on this 4th day of February, 2002.

STEWART LEE KARLIN, ESQ.
Florida Bar No. 0961159
400 Southeast Eighth Street
Fort Lauderdale, Florida 33316
(954) 462-1201