UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THOMAS BUTLER,   Case No.: 00-6193-CIV-LENARD/TURNOFF

    Plaintiff,

v.

WILLIAM HENDERSON,
POST MASTER GENERAL, of the
UNITED STATES POSTAL SERVICE
AGENCY,

    Defendant.
_____/



FILED by RG D.C.
FEB - 5 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER

THIS CAUSE has come before the Court upon the motion for extension of time filed by plaintiff. The Court has considered the motion, and being otherwise duly advised, it is

ORDERED AND ADJUDGED that said motion be and the same is hereby GRANTED. The plaintiff shall have up to and including February 15, 2002, within which to serve defendant its response to the summary judgment and motion to dismiss.

DONE AND ORDERED in Chambers in Dade County, Miami, Florida this 5 day of February, 2002

_____
U.S. District Judge

Copies Furnished to:

Stewart Lee Karlin, Esq.
Charles White, Asst. U.S. Attorney