UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THOMAS BUTLER,                                Case No.: 00-6193-CIV-LENARD
                                              MAGISTRATE JUDGE TRUNOFF
　　　　　Plaintiff,

v.

WILLIAM HENDERSON,
POST MASTER GENERAL, of the
UNITED STATES POSTAL SERVICE
AGENCY,

　　　　　Defendant.
_____/

NIGHT BOX
FILED

FEB 15 2002

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

### PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME

COMES NOW the plaintiff, THOMAS BUTLER, by and through the undersigned attorney and respectfully moves the Court to enlarge the time within the plaintiff may file a response to defendant's motion for summary judgment:

1. Defendant renewed its motion for summary judgment making the response due on February 5, 2002

2. Plaintiff is requesting an extension until February 22, 2002 to allow plaintiff to file a response to the summary judgment in this case.

3. Plaintiff's input and affidavit is necessary and integral to the defense of part of the summary judgment which is complex in nature. However, plaintiff was suddenly and unexpectedly hospitalized due to an emergency appendicitis which required the removal of his appendix approximately one week ago.

4. Plaintiff should be able to fully participate in the preparation of the summary judgment response next week.



5.  There is absolutely no prejudice in granting this short continuance since a trial in this matter is not scheduled until September, 2002. Thus, this short continuance will not impact on any dates in the scheduling order or discovery.

7.  Plaintiff has attempted to reach the attorney for the defendant and have been unable to reach him but expect that he would consented to this short continuance.

WHEREFORE, for all the foregoing reasons, the plaintiff requests that the Motion be granted.

## MEMORANDUM OF LAW

In support of the foregoing motion, plaintiff relies upon local Rule 7.1 (A)(3), of the United States District Court for the Southern District of Florida.,

Dated: Fort Lauderdale, Florida
February 15, 2002

STEWART LEE KARLIN, ESQ.
Attorney for Plaintiff
315 SE 7th Street, 2nd Floor
Fort Lauderdale, Florida 33301
(954) 462-1201
Fla Bar No. 961159

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing by hand to: CHARLES S. WHITE, Assistant U.S. Attorney, 99 N.E. 4th Street, Miami, FL 33131 on this 4th day of February, 2002.

STEWART LEE KARLIN, ESQ.
Florida Bar No. 0961159
315 SE 7th Street, 2nd Floor
Fort Lauderdale, Florida 33301
(954) 462-1201