UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 00-6193-CIV-LENARD
~~00-0537-CIV-MORENO/DUBE~~

THOMAS BUTLER,

        Plaintiff,

v.

WILLIAM HENDERSON,
POST MASTER GENERAL, of the
UNITED STATES POSTAL SERVICE
AGENCY,

        Defendant.
_____/



FILED by XG D.C.

FEB 21 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER

THIS CAUSE has come before the Court upon the motion for extension of time filed by plaintiff. The Court has considered the motion, and being otherwise duly advised, it is

ORDERED AND ADJUDGED that said motion be and the same is hereby GRANTED. The plaintiff shall have up to and including February 22, 2002, within which to serve defendant its response to the summary judgment and motion to dismiss.

DONE AND ORDERED in Chambers in Dade County, Miami, Florida this 21 day of February, 2002

                                    U.S. District Judge

Copies Furnished to:

Stewart Lee Karlin, Esq.
Charles White, Asst. U.S. Attorney

Since the initiation of this Court's FAXBACK program, the parties are no longer required to submit envelopes with their motions & proposed orders. Orders should include a full service list.