**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 00-6193-CIV-LENARD/TRUNOFF**

THOMAS BUTLER,

        Plaintiff,

v.

WILLIAM HENDERSON,
POST MASTER GENERAL, of the
UNITED STATES POSTAL SERVICE
AGENCY,

        Defendant.
_____/

## NOTICE OF FILING PLAINTIFF'S AFFIDAVIT

        Plaintiff, hereby serves notice to all parties concerned that he is filing the attached affidavit.

        I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to: Charles S. White, ASUA, U.S. Attorney, 99 N.E. 4th Street, Miami, Florida 33131, on this 22nd day of February, 2002.

        STEWART LEE KARLIN, ESQ.
        Florida Bar No. 0961159
        315 Southeast Seventh Street, Second Floor
        Fort Lauderdale, Florida 33301
        (954) 462-1201

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 00-6193-CIV-LENARD/TRUNOFF

THOMAS BUTLER,

        Plaintiff,

v.

                                                **AFFIDAVIT**

WILLIAM HENDERSON,
POST MASTER GENERAL, of the
UNITED STATES POSTAL SERVICE
AGENCY,

        Defendant.
_____/

      BEFORE ME, the undersigned authority duly qualified to administer oaths and take acknowledgments, personally appeared THOMAS BUTLER, who being by me first duly sworn upon her oath, deposes and states that:

      1.    I am the plaintiff in the above captioned matter and submit this affidavit in connection with the on going pattern of retaliation by the Postal Service.

      2.    Since filing my initial EEO in March, 1997, EEOC Charge No. 1H 333 0018-97( Exhibit "A"), the Postal Service has waged a retaliatory campaign against me which has caused a hostile work environment and has now led to my termination. (I have been subsequently reinstated)

      3.    There has been many instances of retaliation.  Regarding the issue of whether my EEOC charge was settled, the issue before the Merit System Protection Board was after EEOC Charge No. 1H 333 0018-97 was filed.   I had  filed my first EEO in March, 1997 regarding harassment.  The Defendant  failed to allow me to return to work for several months after taking

medical leave, despite the fact that I had been cleared by my doctors and the medical unit of the defendant to return to work. In addition, the defendant was obligated to reinstate me under the FMLA. As a direct consequence of defendant not allowing me to return to work, I was not eligible for the Economic Value Added Credit EEOC Charge No. 1H 333 0036-97 (Exhibit "B") and had to take out a loan to pay my bills. This single act of retaliation caused enormous stress on me;

4.    Another example of the harassment, was that I attempted to review my personnel file. However, I was denied, despite repeated attempts by me to review my  personnel file for five months. Eventually I was able to review it after a letter was sent to the Postmaster General on May 27, 1997, the file appeared after one week of sending this letter. But when the personnel file was finally produced and an unwarranted and untimely letter of warning had been placed in my personnel file. Although to the outside observer this episode may not appear to be that egregious, but was evidence of the constant retaliatory behavior exhibited by the Postal Service. It was upsetting to me since a permanent warning was placed in my file without any notice to me whatsoever. EEOC Charge No. 1H 333 0011-98.  (Exhibit "C")

5.    The postal service was closely  scrutinizing my  work performance and conduct. For example, my work performance was criticized by Mr. Fernandez in the presence of my subordinate employees in an effort to embarrass and humiliate me This happened on several occasions and I never saw Mr. Fernandez behave in such a manor with other supervisors that he managed. EEOC Charge No. 1H 333 0018-97 (Exhibit "A")

6.    Also, numerous inflammatory comments were made by management to me such as but not limited to being called stupid, look for a new job, I'm tired of your nonchalant attitude, even an insensitive remark was made concerning the death of my brother ; and I'll see you that you will never work as a supervisor again. This is your training week, wait until next week.  I will write you up, then see if you can plan.  These comments were made by Rosie Carlies, Manager of Distribution and Operations and Sergio Fernandez, Manager of Distribution and Operations.EEOC

Charge No. 1H 333 0018-97, EEOC Charge No. 1H 333 0011-98, EEOC Charge No. 1H 333 0047-99, (Exhibit "D"), EEOC Charge No. 1H 333 0012-00. (Exhibit "E") It should be noted that I believe I did file a formal complaint of discrimination on EEOC Charge No. 1H 333 0047-99.

7.    Another example of the harassment was Mr. Fernandez deliberately scheduling a meetings during plaintiff's lunch hour. To my knowledge, I have not seen any other supervisors forced to eat their lunch during a meeting .EEOC Charge No. 1H 333 0018-97 My schedule was constantly changed ( five or mote) to make it impossible for me to learn the operation and workers which impeded my performance as a supervisor. EEOC Charge No. 1H 333 0018-97 I was kicked out of a staff meeting without cause by Rosie Carlies. EEOC Charge No. 1H 333 0047-99 and EEOC Charge No. 1H 333 0012-00. In fact, I was forced to work OCR, DBCS, BCS, SWYB, platform, manual flats, manual letters, and FSM. I am unaware of any other supervisor who had to work in so many different operations during a short period of time as another form of harassment.

8.    I was denied light duty work (Supervisor Tour II )that was available in May, 1997 but was filled by a temporary supervisor, Ray Otero in retaliation for my prior EEO activity in March, 1997.

9.    I received a biased and unfounded letter of warning having to many workers in the operation when a short time later Ms. Ettienne had almost twice the allotted number (I had only three more than the allotment) but she was not given a letter of warning to my knowedge.  EEOC Charge No. 1H 333 0047-99 and EEOC Charge No. 1H 333 0012-00.

10.    Ms. Carlies ordered me to leave the building without just cause in front of co-workers and subordinate employees which was extraordinarily embarrassing. EEOC Charge No. 1H 333 0012-00.

11.    It is clear to me that the Postal Service targeted me due to retaliation which resulted in a hostile work environment and which caused my discharge from my life time civil

service career at the Postal Service, although I have been subsequently reinstated.

*Thomas P Butler*

THOMAS BUTLER

STATE OF FLORIDA      )
COUNTY OF BROWARD      )

I hereby certify that on this day personally appeared before me, an officer duly authorized to administer oath and take acknowledgments, THOMAS BUTLER, known to be the person described in and who executed the foregoing.

In witness thereof, I have hereunto set my hand and affixed my official seal this 2nd day of ~~September, 2000.~~ Feb, 2001

(X) personally known to me or,

( ) has produced a _____ (type of identification)

who ( ) did or ( ) did not take an oath.


Stewart L Karlin
My Commission CC838297
Expires May 18, 2003

_____
Notary, State of Florida at Large

_____
My Commission Expires:

**E X H I B I T   " A "**

EEO OFFICE
SOUTH FLORIDA DISTRICT
MIAMI,FL  33152-9411

DATE: _3-31-97_

OUR REF:

SUBJECT: Acknowledgment of Pre-Complaint Counseling Request

TO    TOM BUTLER
      7840 CAMINO REAL P105
      MIAMI FL.33143-6871

This will acknowledge receipt of your request for pre-complaint counseling received _3-20-97_ for date(s) of incident(s) _3-5-97_.

You will be contacted by a Counselor/Investigator in the near future. Please be prepared to submit all documentation and statements relative to your complaint at that time.

_Gladys Lago_
Gladys Lago
Sr.EEOCP Spec.
South Florida District

**G. Anonymity**

You have the right to remain anonymous at the counseling stage of the EEO complaints processing.

Do you desire anonymity: ☒ Yes    ☐ No

You have the right to retain representation of your choice. (Check One)

I authorize the person listed below to represent me.

| | |
|---|---|
| Name of Representative: ALLAN DONELAN | Title: VICE PRESIDENT NAPS |
| Organization: NAPS | |
| Mailing Address: 1900 CORAL WAY | |
| City /State/Zip + 4: MIAMI FL | Telephone No. (305) 869-5109 |

I waive the right to representation at this time    Yes    No X

**I. Privacy Act Statement**

The collection of this information is authorized by Public Law 92-261, Equal Employment Act of 1972, 29 U.S.C., sections 621 et seq. and 701 et.seq.; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the

Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Provision of the information requested is mandatory for the complainant, and for the Postal Service and other Federal employee witnesses. Failure of the complainant to provide requested information could result in the complaint being dismissed. Failure of Postal Service and other Federal employees to provide requested information could result in disciplinary action. Provision of the information requested by other persons is voluntary and failure to provide such information will result in no adverse effect.

**J. Documentation**

Please attach any documentation you wish to submit to support your allegation(s). Include a copy of any written action(s) which caused you to seek counseling at this time.

Note: If you are alleging mental and/or physical disability, you MUST submit medical documentation of your disability at this time or during counseling. See previous submittals and currently attached information

**K. Authorization**

| Your signature | Date | |
|---|---|---|
| Thomas P Butler | 3-12-97 | |

Return to:

EEO COMPLAINTS PROCESSING
SOUTH FL DISTRICT
U.S. POSTAL SERVICE
MIAMI FL 33152 9411

**NOTICE: COMPLETE THIS SECTION ONLY IF YOU NO LONGER SEEK EEO COUNSELING**

I hereby request that you close this file from processing. I fully understand that this complaint file will not be reopened once closed, and I waive my right to any further EEO Appeal on this matter. I stipulate that my decision not to pursue counseling is voluntary and did not result from threat, coercion, intimidation, promise or inducement.

| Signature | Date |
|---|---|
| | |

Explain why you believe based on the factors you cited in Section B that you were treated differently than other employees in similar situations.

| 1. Name of Employee: | (Factor(s) describing employee. i.e., Race-Black, Sex-Female) |
|---|---|
| ROBERT BRACE  BLACK MALE UNDER 40 | |

was treated differently than I when: HE WAS NEVER EMBARRASSED, HUMILIATED, THREATENED OR INTIMIDATED BY SERGIO FERNANDE

| 2. Name of Employee: | (Factor(s) describing employee. i.e., Race-Black, Sex-Female) |
|---|---|
| | |

was treated differently than I when.

| 3. Name of Employee : | (Factor(s) describing employee. i.e., Race-Black, Sex-Female) |
|---|---|
| | |

was treated differently than I when:

## D. Official(s) Responsible for Action:

Provide the name(s) of the official(s) who took the action which prompted you to seek counseling at this time.

| 1.a. Name: | b. Title |
|---|---|
| SERGIO FERNANDEZ | MDO - TOUR 1 |
| c. Office: | d. Grade level |
| SOUTH FLORIDA P & D | EAS 20 |
| 2a. Name | b. Title |
| | |
| c. Office | d. Grade Level |
| | |

Retaliation Allegations Only:  Was/were the official(s) listed in Section D above aware of your prior EEO activity (Explain)? Yes        No

## E.  Resolution Sought

What are you seeking as a resolution to your complaint?

1 ATTORNEY COST AND FEES
2 MEDICAL COST AND FEES
3 COMPENSITORY AND PUNATIVE DAMAGES/AWARD
4 RETURN OF SICK LEAVE, NIGHT DIFFERENTIAL AND PAY

## F.  Grievance/MSPB Appeal

On the incident which prompted you to seek EEO counseling, have you:

| 1. File a grievance on the issue? | Yes? | No? X | If yes. | Date | | Su |
|---|---|---|---|---|---|---|
| 2. Filed an MSPB appeal on this issue? | Yes? | No? X | If yes, | | Date | |
| 3. Veteran's Preference? | Yes? | No? X | If yes, , number of points: | | | |

PS Form 2564-A, May 1993 (Page 2 of 3)

| *UNITED STATES*<br>*POSTAL SERVICE*<br>**EO Investigative Affidavit**<br>(Complainant) | | Page No.<br>1 | No. Pages | Case No.<br>1-H-333-0018-97 |
|---|---|---|---|---|
| 1. Affiant's Name (First, Middle, Last)<br>Tom Butler | | 2. Employing Postal Facility<br>South FL Mail Pro. Center | | |
| 3. Position Title<br>Supervisor, Dist Cons | 4. Grade Level<br>EAS 16 | 5. Postal Address and ZIP + 4<br>16000 Pines Blvd.<br>Pembroke Pines, FL 33082-9998 | | 6. Unit Assigned |

## Privacy Act Statement

The collection of this information is authorized by Public Law 92-261 Equal Employment Act of 1972, 29 U.S.C. sections 621 et seq. and 701 et seq., and Executive Order 11478 as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes, where pertinent in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request; when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the

Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Provision of the information requested is mandatory for the complainant, and for the Postal Service and other Federal employee witnesses. Failure of the complainant to provide requested information could result in the complaint being dismissed. Failure of Postal Service and other Federal employees to provide requested information could result in disciplinary action. Provision of the information requested by other persons is voluntary and failure to provide such information will result in no adverse effect.

1. Is your position and place of employment the same as it was on (date of incident) 3/5/97?

   EAS 16 , SFMPC ; YES    — T-3

2. Please state what purviews are being alleged by you; sex, color, age, race, religion, reprisal/retaliation, physical/mental disabilities; (based on the purviews accepted in the investigation letter) (Example: sex - male, religion - Catholic, etc.)

   RETALIATION
   COLOR - WHITE
   RELIGION - QUAKER
   AGE - OVER 40
   RACE - CAUCASIAN (NON HISPANIC)
   NATIONAL ORIGIN - USA
   SEX - MALE

| Affiant's Signature<br>√ Thomas P Butler | Date<br>√ 12-29-97 |
|---|---|

UNITED STATES
POSTAL SERVICE

Investigative Affidavit
(Continuation Sheet)

| Page No. 2 | No. Pages 2 | Case No. 1-H-333-0018-97 |
|---|---|---|

3. The Scope of Investigation letter stated that you are alleging the following: "Complainant alleges discrimination based on race,color,religion,sex,nat.origin,and age in that on 5/5/97 – 3/5/97 he was harassed by his supervisor about his job performance and subsequently placed on enforced leave" Explain specifically why you believe you were discriminated against and which Management Official(s) discriminated against you.

I am the only white male non-hispanic, over age 40, of Quaker Religion Born in the USA, beginning J-1 to be continually harassed and intimidated by Sergio Fernandez MDO. Mr Fernandez a hispanic male, under age 40, non Quaker, Born in cuba. As stated above 3-5-97, after a Sche. Meeting in the MDO office (Ayala to Sergio - Roye) I was counseling employee J. ho Burgos. Mr Fernandez Broke up the counseling and began Harrassing me about my operation (which he had pulled me away from for + 40 minutes). Mr Fernandez has been harassing me and creating a stressed environment for me since I first came to the SFMPC. He has made me

4. Are you aware of a policy/regulation relative to the action or situation? (ELM, National Agreement, Written Postal Policy, etc.) (Please include a copy of these policies if available.)

YES

5. Do you know of any similarly situated employee(s) treated differently than you? (Names, pay locations, facility, work #, how they were treated differently. Example: If sex as purview: Jane Smith, Pay location 107, Female, Chicago Post Office, 555-5555)

ROBERT BRACE – Pay Location 101 male, under 40, NON CAUCASSIAN, NON QUAKER HE WAS NEVER EMBARRASSED, HUMILITED, THREATENED, OR INTIMIDATED BY SERGIO FERNANDEZ

I AM THE ONLY KNOWN INDIVIDUAL PLACED ON ENFORCED LEAVE IN OUR DISTRICT

| Affiant's Signature ✓ Thomas P Butler | Date ✓ 12-29-97 |
|---|---|

Originating Office  Processing Center
PO Box 19357, Dept SFD
W. Palm Beach, FL 33416-9357

A/PS EC

**UNITED STATES POSTAL SERVICE**

**EEO Investigative Affidavit**
(Continuation Sheet)

| Page No. | No. Pages | Case No. |
|----------|-----------|----------|
| 3 | 3 | 1-H-333-0018-97 |

3 (continued) — have Lunch during a meeting that was scheduled at my Lunch Time. On 2/10/97 He was vindictive toward me concerning a staffing problem, he stated "I'll take care of That, I'll put you in charge of the FSM." On 2/25/97 He threatened me stating "This is your training week. Wait till next week." On 7/12/96 He changed my hours worked. I had Joann Feindt correct this violation of FLSA. On 3/4/97 some employees met with Joann Feindt concerning employee complaints of Sergio Fernandez. I feel my operation & self have suffered corresponding reprisal. On numerous occasions Mr Fernandez has humiliated and embarrassed me in front of my employees and peers. He intimidates employees & supervisors on the workroom floor. On 3/5/97 I went home stressed out.

On 7/25/97 I received a package from Labor Relations (Tobé Lowe). In the package was a Low From Jack Watson dated in Feb of 1997. I had never seen this Low. I was unaware that I was even going to get the letter let alone discover it by accident in the package from Tobé Lowe on 7-25-97 nearly 5 months after the alledged letter was dated. I believe it to be an unethical and discriminatory procedure. Furthermore I contend it was designed to be retaltory and discriminatory to my prior EEO - 3-7-97. (Bob Dillen, Jack Watson, Sergio Fernandez, Tobé Lowe, Joann Feindt)

On 11-4-97 Keith Maynard (Acting Plant Manager) notified me of exclusion from EVA Bonus stating lack of contribution. I felt like my nerves had been hammered Thinking that my MSPB case had been resolved, then This retaliation occurred threatening me with additional loss of income pain and suffering. I told Keith this was unfair & unethical since I had been cleared to work by the USPS medical unit and my Doctor. He stated he didnt know of my case and would get back to me the following Monday (He has yet to get back with me as of 12-29-97). He insisted I had a lack of contribution which I again stated it was not my fault. I subsequently had to go home having a relapse of my prior condition.

Note also it took nearly 5 months and 4 attempts in writing including a letter to Postmaster General Marvin Runyon in order to get a chance to see my official Personnel file. Note Mike Balzom SDO 16 T-3 received 10 times the amount of EVA that I received

| Affiant's Signature | Date |
|---------------------|------|
| √ Thomas P Butler | √ 12-29-97 |

Originating Office  Processing Center
PO Box 19357, Dept. SFD
N Palm Beach FL 33416-9357

UNITED STATES
POSTAL SERVICE

| | Page No. 4 | No. Pages 4 | Case No. 1-H-333-0018-97 |
|---|---|---|---|

Investigative Affidavit
(Continuation Sheet)

6. Mr. Tom Butler  the Scope of Investigation letter stated Complainant alleges discrimination based on race, color, religion, sex, nat. origin, and age in that on 5/5/97 he was harassed by his supervisor about his job performance and subsequently placed on enforced leave. Was this resolved with the grievance procedure? If not, what do you want to resolve this complaint?

NO!

1. Attorney cost and Fees
2. Medical cost and fees
3. Compensitory and punative damages/placed  5000 + 10,000  Pain & Suffering
4. Made whole - return of all leave, night differential, OT, diff. earnings, interest, OT + benefits
5. Harassment and intimidation be stopped
6. Reinstatement of all EUP monies
7. Reimbursed phone calls/to work, doctor, NAPS, Labor, injury comp, Washington D.C., Rosecleous MSP, attorneys etc related to this situation
8. Reimbursed mileage - doctor, drugstore, injury comp, NAPS, Job search, Labor, meetings etc related to this situation
9. Reimbursed - Attorney fees - court fees
10. Return interest on Loans forced to take out on Retirement Policies
11. Reimbursed for mailings and paper copy costs
12. Reimbursed TSP
13. Reimbursed for time completing all EEO forms and medical paperwork, Driving, copying mailing, counseling etc.
14. Low Destroyed Feb 1997 - Jack Watson wrote
15. all WFC regarding these EEO Be expunged from all Files after settlement (within 15 days).
16. I want to know how or when EEO can get into a Labor Package of Defense when it was never issued.
17. Add.tional $10,000 for false Low Feb 1997
18. Add.tional $10,000 for false work hours by Sergio Fernandez on 4-12-96.

| Affiant's Signature   Thomas P Butler | Date   12-29-97 |
|---|---|

Originating Office:  Processing Center
PO Box 19357, Dept. SFO
W. Palm Beach, FL 33416-9357

# EEO Investigative Affidavit
(Continuation Sheet)

| Page Number | Number of Pages |
|---|---|

Case Number
1-H-333-0018-97

Check off all of the statements that apply to you or that have applied to you at any time within the last two years.

☐ 1. I have had a change in my family status caused by marriage, divorce, or separation. The specific event which caused this change was _____, which occurred on date: _____

☐ 2. There has been a death in my family or of someone close to me. The name of the deceased is _____. His/her relationship to me was _____

☐ 3. I have had relationship problems.

☐ 4. I have had marital problems.

☑ 5. I have participated in (individual) marital, relationship, or family counseling. *NOT FOR FAMILY or someone close : ONLY IN REGARDS TO STRESS FROM RELATIONSHIP to MGR SERGIO FERNANDEZ, or IN CONJUNCTION WITH MY DOCTOR LOPEZ BRANCA.*

☑ 6. I have been seriously ill or diagnosed with a serious illness. *DEPRESSION, ANXIETY, STRESS DUE TO MANAGER SERGE FERNANDEZ*

☑ 7. A member of my family or someone close to me has been seriously ill or has been diagnosed with a serious illness. His/her relationship to me is *BROTHER - DAVID*. *ONGOING PROBLEMS SINCE HIS BIRTH (AGE 47)*

☑ 8. I, a member of my family, or someone close to me has had legal problems. *ME, RESOLVING THIS EEO COMPLAINT, AND STRESS FROM MANAGER*

☐ 9. There has been a change in the number of people residing in my household.

☐ 10. I have changed my residence.

☑ 11. I have had financial difficulties. Check any which apply.
   ☐ Tax problems.
   ☐ Delinquent debts.
   ☐ Mortgage or foreclosure problems
   ☑ New financial obligations. *SETTLING EEO Complaint, due to stress From manager*
   ☐ Other: _____

☑ 12. A traumatic event(s) occurred in my life, e.g., automobile accident, fire, flood, other natural disaster, victim of crime. The traumatic event(s) was *STRESS FROM MGR SERGIO FERNANDEZ* which occurred on the following date *MARCH 5 1997*; and _____, which occurred on the following date

☑ 13. I, my spouse, or someone with whom I am/was living experienced a change in employment, for example changed job, lost a job, was demoted, or laid off, or was reduced in pay. *I was not allowed to return to work after my doctor released me ~~indefinitely~~ MY WIFE was allowed to excell in sales*

☐ 14. I have had dietary problems. Check any which apply.
   ☐ Rapid weight loss.
   ☐ Anorexia.
   ☐ Bulimia.
   ☐ Rapid weight gain.
   ☐ Other: _____

Affiant's Signature _Thomas P. Butler_     Date _1-25-98_

| **UNITED STATES POSTAL SERVICE** | Case No. |
|---|---|
| **(CERTIFICATION)** | 1-H-333-0018-97 |

I have read the attached statement, consisting of _____ pages, and it is true and complete to the best of my knowledge and belief. In making this statement, I understand Section 1001, Title 18 of the U.S. Code which states:

"Whoever, in any manner within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme or device a material fact or makes any false, fictitious or fraudulent statements or representation, or makes or uses any false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry, shall be fined not more than $10,000 or imprisoned not more than 5 years, or both."

## Privacy Act Statement

The collection of this information is authorized by Public Law 92-261, Equal Employment Act of 1972, 29 U.S.C., sections 621 et seq. and 701 et seq., and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the

Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Provision of the information requested is mandatory for the complainant and for the Postal Service and other Federal employee witnesses. Failure of the complainant to provide requested information could result in the complaint being dismissed. Failure of Postal Service and other Federal employees to provide requested information could result in disciplinary action. Provision of the information requested by other persons is voluntary and failure to provide such information will result in no adverse effect.

## Oath/Affirmation

Subscribed and (sworn) (affirmed) before me _____ on this __ day of _____, 19 __.

| EEO investigator's Signature | Affiant's Signature (Sign in the presence of EEO investigator) |
|---|---|
| Please do not write in this area | Please do not write in this area |

## Declaration

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

(Affiant, sign and date if attached statement was not completed in the presence of the EEO investigator)

| Affiant's Signature    *Thomas P Butler* | Date    *1-26-98* |
|---|---|

PS Form 2571 September 1992

**E X H I B I T  "B"**

U. S. Postal Service

# EEO Complaint of Discrimination
## in the Postal Service

*IN PERSON*

See Instructions and Privacy Act Statement
on Reverse

| 1. Name Butler Tom | 2. SSN 42 *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* | Case No. 1-H-333-0036-97 |
|---|---|---|

| 3. Mailing Address 7840 CAMINO REAL A-105 MIAMI FL 33143-6871 | 4. Home Phone (305) 271-1898 | 5. Work Phone (594) 436-4356 |
|---|---|---|

| 6. Position Title (USPS Employees Only) S.D.O. | 7. Grade Level (USPS Employees Only) 16 |
|---|---|

| 8. Installation Where You Believe Discrimination Occurred (Identify Installation, City, State, and Zip+4) SFMPC PEMBROKE PINES FL 33082-9998 | 9. Name & Title of Person(s) Who Took the Action(s) You Allege Was Discriminatory I'm NOT sure who sent The Loc To Tobe Love Suspect Bob Dillon, Sergio Ferna or Jack Watson may have. I NEED You to invest. This Form Me How could a Low Show up in my F By Accident. |
|---|---|

10. I designate this person to be my representative.

| a. Name ALAN DONELAN | Title VICE PRESIDENT NAPS |
|---|---|

| Mailing Address 1800 CORAL WAY MIAMI FL | |
|---|---|

| b. Home Phone | c. Work Phone (305) 869-5109 |
|---|---|

| 11. Type of Discrimination Alleged Race (Specify): WHITE NON HISPANIC Sex (Specify): MALE Color (Specify): WHITE Age (Specify): 43 Religion (Specify): QUAKER Retaliation (Specify Prior EEO Activity 3-7-97 National Origin (Specify): USA Disability (Specify): | 12. Date on Which Alleged Act of Discrimination Took Place 7/25/97 |
|---|---|

13. Explain the specific actions or situation that resulted in your allegation(s) as to how you believe you were discriminated against (treated differently from other employees or applicants) because of race, color, religion, national origin, sex, age, or disability.

on 7/25/97 I received a package from Labor Relations (Tobe Love) in the package was a low from Jack Watson dated in Feb of 1992 I had never seen this low. I was u[nware] that I was e[ ] To get the Letter Let along discover it By Accident in the package from Tobe Love on 7- [ ] (Nearly 5 months after the alledged Letter was dated I believe it to be an unethical and disc[ ] procedure. Furthermore, I contend it was designed to be retaliatory and discriminatory to Prior EEO of 3-7-97. only white SOO on Tour 1 That was Retaliated against with an unethical low.

| 14. I have discussed my complaint with an EEO Counselor Yes (Date of final interview: Per Certified # 2 361 220 No NO DISCUSSION HAS TAKEN PLACE CSO | 15. Name and Signature of EEO Counselor |
|---|---|

16. Corrective Action Sought HAVE MR FERNANDEZ STOP harassing me - 10-25-97 Assigned to T-3
2. USPS Pay MEDICAL COSTS AND FEES — OWCP accepted claim
3. USPS Return my sk, A/L and annies for Holiday pay, night differential, OT
4. USPS Pay compensatory or punitive damage award of $15,000    7. Attorney cost & fees
5. USPS not affect my rights to EVA for this year    6. Low Destroyed - Tobe stated it wo[ ]

| 17. Signature of Complainant *Thomas P Butler* | 18. Date of this Complaint 10-2[ ]-97 |
|---|---|

PS Form 2565, December 1995

*32 B*

MAY 1 3 1998

| | | | |
|---|---|---|---|
| **UNITED STATES POSTAL SERVICE** | Page No. | No. Pages | Case No. |
| **EEO Investigative Affidavit** | 1 | 1 | 1-H-333-0036-97 |
| **(Complainant)** | | | |

| 1. Affiant's Name (First, Middle, Last) | 2. Employing Postal Facility |
|---|---|
| Tom Butler | South Florida |

| 3. Position Title | 4. Grade Level | 5. Postal Address and ZIP + 4 | 6. Unit Assigned |
|---|---|---|---|
| SUPERVISOR DISTRIBUTION & OPERATIONS | 16 | 16000 Pines Blvd. Pembroke Pines, FL 33026-9998 | T-3 PLATFORM |

## Privacy Act Statement

The collection of this information is authorized by Public Law 92-261, Equal Employment Act of 1972, 29 U.S.C., sections 621 et seq. and 701 et.seq.; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage, to the

Office of Management and Budget for review of private relief legislation, to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Provision of the information requested is mandatory for the complainant, and for the Postal Service and other Federal employee witnesses. Failure of the complainant to provide requested information could result in the complaint being dismissed. Failure of Postal Service and other Federal employees to provide requested information could result in disciplinary action. Provision of the information requested by other persons is voluntary and failure to provide such information will result in no adverse effect.

1. Is your position and place of employment the same as it was on (date of incident) 7/25/97?

   YES  LEVEL 16 SUPERVISOR AT THE SFMPC

2. Please state what purviews are being alleged by you: sex, color, age, race, religion, reprisal/retaliation, physical/mental disabilities; (based on the purviews accepted in the investigation letter) (Example: sex - male, religion - Catholic, etc.)

   SEX - MALE
   COLOR - WHITE, NON HISPANIC
   AGE - 43 NOW 44
   RELIGION - Society of FRIENDS (QUAKER)
   RACE - CAUCASIAN
   REPRISAL/RETALIATION (PRIOR EEO ACTIVITY)

| Affiant's Signature | Date |
|---|---|
| Thomas P Butler | May 4, 1998 |

PAGE NO.

**UNITED STATES POSTAL SERVICE**

**EEO Investigative Affidavit**

(Continuation Sheet)

| Page No. | No. Pages | Case No. |
|---|---|---|
| 2 | | 1-H-333-0036-97 |

3. The Scope of Investigation letter stated that you are alleging the following: "Complainant alleges discrimination based on Race(Caucasian), Color(White), Religion(Quaker), Sex(Male), Age(43) & Reprisal(Prior EEO Activity), in that on 7/25/97 he was given a copy of a L.O.W. which he had never received." Explain specifically why you believe you were discriminated against and which Management Official(s) discriminated against you.

On 3/5/97 I had been harrassed by Latin Male Supervisor, under 40, non Quaker To the Point of Serious medical Treatment. The harrassment is documented by witness statements, my own testimony, & harassing unethical documents. The Low was snuck into my file without my knowing of its existence. I received a positive evaluation but later was rejected for EVA Bonus. I was denied advancement for Environmental Compliance Coordinator by an employee that had better qualifications even though I had a college degree in the field (Bickay) and other employee did not have. Management did not let me review my personnel file until after 5 months, 4 attempts and a letter to Marvin Runyon asking for his help. I yr + two months later I continue to get no resolution from this case (only more time responding, more effort to heal myself)

4. Are you aware of a policy/regulation relative to the action or situation? (ELM, National Agreement, Written Postal Policy, etc.) (Please include a copy of these policies if available.) Yes  1. Low —

ELM 1   Employee Coded Conduct - no unethical statements

ELM 2   Employee Code of Conduct ⟩ Do NOT Take work hours away from Employee That has worked
         FLSA                    ⟩    those hours (as Sergio did to me)

3   EEO Discrimination - ZERO Tolerance — (not allowed To return to work, Low, loss of EVA, Retaliation, ER

4.  Zero Tolerance — Threats made by Sergio Fernandez toward me

5.  Not allowed To Return To work — MSPB decession allowed me to return to work

5. Do you know of any similarly situated employee(s) treated differently than you? (Names, pay locations, facility, work #, how they were treated differently. Example: If sex as purview: Jane Smith, Pay location 107, Female, Chicago Post Office, 555-5555)

436-4359   Robert Brace, Pay Location 101, male, under 40, SFMLC 436-4359 non Caucasian, non Quaker, &

436-4359   Josephine Dejesus, Pay Location 101, female, under 40, SFMLC 436-4359 non Caucasian, non Quaker, &

         Neither were given Low in Their file without their knowledge and in
retaliaton to Prior EEO activity & MSPB activity.

| Affiant's Signature | Date |
|---|---|
| Thomas P Butler | 5-4-98 |

**UNITED STATES POSTAL SERVICE**

**EEO Investigative Affidavit**
(Continuation Sheet)

| Page No. 3 | No. Pages | Case No. 1-H-333-C1036-97 |
| --- | --- | --- |

6. (Answer only if this complaint relates to Reprisal, inclusive of prior EEO activity, witness in an EEO investigation and/or representative in prior EEO Complaints). Please explain what specific case(s) and on what date this specific case(s) took place which causes you to believe that the action taken by the Responsible Management Official was an act of Reprisal. (It is necessary to be very specific with regard to the above requested information.) Also, please comment on the specific involvement, if any, of the Responsible Management Official(s) and if applicable how and when the Responsible Management Official became aware of your EEO activity. (Include specific case numbers, dates, copies of all related documentation regarding the above.)  DOE

1H 333 0018 97   Prior EEO 3-12-97 - harrassment by Sergio Fernandez   3-5-97   Fernandez
1H 333 0019 97             10-27-97 - unethical low snuck into file   7-25-97   Fernandez, Dillow, Love, Watson
1H 333 0036 97             11-17-97 - Disallowment of EVA   11-4-97   Maynard
∴ ALL of the above has been documented and submitted to EEO office

I want to point out that the EEO office already has this information. They are requesting it again which will take additional time, money, and energy to compile it again. I feel the Punitive & Compensatable moneys will have to be raised to adjust to these requests.

1 only individual in our district put on enforced leave, Fernandez, Dillow, L° Relations
2 harrassment by Fernandez - JoaNN - why is he doing it? - You tell me Tom
3.      "      "     "     - JoaNN, Watson   AL to Indiana at Xmas - approved (?) at last minute   10 Disc times
4.      "      "     "     - have many lunch during meeting
5. FLSA violation Fernandez - JoaNN, surprised but reached it few months later
6. harrassment + intimidation - 3/16/97 Anita Williams - witness  Letter
                        7/19/97  NAPS minutes
                        7/14/97  Katherine Radice (?) - witness
                                Ruth Murray Letter - witness
                                Sharon Ricci Statement - witness — Dillon, Fernand, Fer
                        7/3/97  Ed Cuevas Letter - witness
                        7/2/97  Sharon Ricci Letter, witness
7. retaliation  — EasmeNt evaluation  11-20-96 - Keith Maynard, never got back to me as Promised
                                Note Mike Balcom received 10 x my EVA Bonus

1H 333 0018 97   8  EEO harrassment by Sergio Fernandez   3-12-97   Fernandez
1H 333 0019 97   9  EEO unethical low   10-27-97   Fernandez Dillon Watson, Love
1H 333 0036 97   10  EEO Disallowment of EVA   11-17-97   Maynard

Affiant's Signature  Thomas P Butler

Date  5-4-98

**UNITED STATES**
**POSTAL SERVICE**

**EEO Investigative Affidavit**

(Continuation Sheet)

| Page No. | No. Pages | Case No |
|---|---|---|
| 4 | | 1-H-333-J036-97 |

7. Mr. Tom Butler  the Scope of Investigation letter stated Complainant alleges discrimination based on Race(Caucasian), Color(White), Religion(Quaker), Sex(Male), Age(43) & Reprisal(Prior EEO Activity), in that on 7/25/97 he was given a copy of a L.O.W. which he had never received..  Was this resolved with the grievance procedure? If not, what do you want to resolve this complaint?

No & I wrote a Letter To Dillon about how unethical it was for management to put A LOW into my file without my ever having seen it, especially when I was under attack by management because of a health condition brought about by harrassment & intimidation from manager Sergio Fernandez. I contacted Toby Lowe, Labor Specialist and she called me back stating that it would be removed, it should not Have been there, Dillon also responded with a Letter to me affirming Aug. That I hadn't seen it and that it should not have been there. They told me they would have it removed from my file, but this doesnot wipe out the ongoing harrassment, intimidation, and stress that I had been receiving. It is just another example of The RETALIATION I have been receiving.

---

1  TAKe out Low of Feb A97 From Jack Watson - Done by Dillon per Letter Aug 6, 1997
2. ATTORNEY COST & FEES
3. MEDICAL COST & FEES
4. Compensitory & Punitive Damages Award
5. Return of all Leave, night differential, OT & Benefits
6. INTEREST ON LOANS
7. Harrassment & INTimidation be stopped
8. EVA Bonus
9. To BE MADE whole
10. REimbursed phone calls To work, doctor, NAPS Labor injury comp -washington DC, MSPB
11. TSP made whole
12. Reimbursed mileage -to doctor, Drug store, injury comp NAPS, Job search, Labor, MEETING (Proposed Decission-Robert Dillon)
13. Leave buyback plus not not to Count AGAINST
14. Reimbursement for mailings
15. Reimbursement cost for preparing documentation EEO forms, medical paperwork, copying.
16. Reimbursement Driving Time, Lost leisure Time

17. 35,000 For a Settlement false Low & FLSA Violate 4-124
18. 10,000 out of pocket/Leave expenses To prepare all the internation
19. ADDITIONAl 5,000 for Ret, To Last Two EEO's
    50,000 Total For Rind Sette RETAL Discrim
    50,000 For w.FE A Set

| Affiant's Signature | Date |
|---|---|
| Thomas P Butler | 5-11-98 |

**E X H I B I T   " C "**

FEB 0 6 1998

## U.S. Postal Service
# EEO Complaint of Discrimination
# in the Postal Service

See Instructions and Privacy Act Statement
on Reverse

| 1. Name | 2. SSN | Case No |
|---|---|---|
| Butler, Tom | 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 | 1-H-333-0011-98 |

| 3. Mailing Address | 4. Home Phone | 5. Work Phone |
|---|---|---|
| 7946 CAMINO REAL P.105 MIAMI FL 33143-6371 | 305 271-1898 | 954 436 4356 |

| 6. Position Title (USPS Employees Only) | 7. Grade Level (USPS Employees Only) |
|---|---|
| SDO-16, SUPERVISOR DIST OP'S | EAS 16 |

| 8. Installation Where You Believe Discrimination Occurred (Identify Installation, City, State, and Zip+4) | 9. Name & Title of Person(s) Who Took the Action(s) You Allege Was Discriminatory |
|---|---|
| SFMPC 16000 PINES BLVD PEMBROKE PINES FL 33082-9998 | SERGIO FERNANDEZ   JACK WATSON BOB DILLON    KEITH MAYNARD ★ JOHN FEWOT TUBE LONE |

10. I designate this person to be my representative. MYSELF AND ATTORNEY IF NOT RESOLVED

| a. Name | Title |
|---|---|
| THOMAS P BUTLER | SDO-16 SUPERVISOR DIST OP'S |

b. Mailing Address
7946 CAMINO REAL P-105

| b. Home Phone | c. Work Phone |
|---|---|
| (305) 271-1898 | 954 436-4356 |

| 11. Type of Discrimination Alleged | | 12. Date on Which Alleged Act of Discrimination Took Place |
|---|---|---|
| Race (Specify): CACAUSSIAN     Sex (Specify): MALE | | |
| Color (Specify): WHITE     Age (Specify): 44 | | 11-4-97 |
| Religion (Specify): QUAKER     Retaliation (Specify) Prior EEO Activity 3/7/97 ★ | | |
| National Origin (Specify): USA     Disability (Specify): | | |

13. Explain the specific actions or situation that resulted in your allegation(s) as to how you believe you were discriminated against (treated differently from other employees or applicants) because of race, color, religion, national origin, sex, age, or disability

KEITH Maynard (ACTING PLANT MANAGER) notified me of exclusion from EVA bonus RETALIATION STATING lack of CONTRIBUTION. I FELT my MSPB case RESOLVED. Then This retaliation. I told Keith This was unfair & unethical since I had been cleared to work by The USPS Medical Unit and my doctor but was not allowed To return To work until 10/25/97. IT WAS NOT MY FAULT. IN ADDITION IT was due TO DISCRIMINATORY Practice of Sergio Fernandez He said he didn't know of any case and would get back to me Monday. How can He exclude me From a bonus not Knowing The facts? He has YET To GET BACK TO ME. How could he not know about Prior EEO ACTIVITY?

| 14. I have discussed my complaint with an EEO Counselor Yes (Date of final interview): Per Certified # 2 361 110 39 No | 15. Name and Signature of EEO Counselor |
|---|---|

16. Corrective Action Sought
REINSTATEMENT of EVA; TSP; $1000 FOR Time + PreparatiON AND Related expenses for the and SEE ATTACHED for RETALIATION!

| 17. Signature of Complaint | 18. Date of this Complaint |
|---|---|
| Thomas P Butler | 2-4-98 |

PS Form 2565, December 1995

PAGE NO. 1

I have reported in an EEO Format That I was the only white male Non Hispanic, over age 4?, of Quaker Religion Born in the USA, supervisor on T-1 To be continually harassed and intimidated by MOO SERGIO FERNANDEZ. MR FERNANDEZ is a Hispanic male, under age 40, NON Quaker, Born in CUBA.

I am the only known individual in our district to be placed on enforced Leave. I've indicated That soo16 Robert Brace, pay location 101, male, under 40, NON caucasion, NON Quaker, WAS NEVER Embarassed, humiliated, Threatened or intimidated by MOO SERGIO FERNANDEZ.

As stated about 3-5-97, dated injury, After a 30 minute meeting in The MOO office (Angelo, Tom, Sergio - Rosie), I was counseling employee Julio Burgos (per Sergio Fernandez request), Mr Fernandez Broke up the counseling and began harassing me about my operation (which he had pulled me away from for a 40 minute within 15 minutes after This Harassment my condition worsened To the Point I was dizzy, and couldn't function and had to request To Leave (3971). As I was Driving home, I feared that my behavior was not normal, experiencing symptoms That were causing concern. I then drove immediately to the nearest Emergency medical Treatment Facility (MEMORIAL WEST HOSPITAL). Documentation provided. MEMORIAL WEST REFERRED ME TO SEE A Psychiatrist, Thereby adding to the potential severity of my injury. Dr Evelyn Lopez did the Evaluated and Treated me and submitted medical and the Post medical of Dr Vicente (submitted). The doctors findings support my claim PAGE NO.

reassuring from my manager Sergio Fernandez.

I have stated that the incident of 3/5/97 triggered my stress to a devastating immediate reaction a factor in Fernandez had been harassing me and creating a stressed environment for me since. First came to SFMPC he has made me have lunch during a meeting that was scheduled at my lunch time (supportive statement provided). On 2/4/97 he was vindictive toward me concerning a meeting problem, he stated "I'll take care of that", put you in charge of the FSM. On 2/25/97 He threatened me stating "This is your training week wait till next week." On 4/2/96 He ~~changed~~ (requested that I worked) changed my work hours, a direct violation of FLSA. I had Joann Foindt correct this violation. On 3/4/97 some employees met with Joann Foindt concerning employee complaints of Sergio Fernandez, I feel my operation and self have suffered corresponding reprissal. On numerous occasions Mr. Fernandez has humiliated and embarrassed me in front of my employees and peers. He intimidates employees and supervisors on the workroom floor, (support in attached ~~documents~~) - Letter 8/6/97 Donna Williams, (see minutes...) Letter July 9, 1997 Katherine Ross ...; Letter ... Ruth Mullins; Statement of facts, Sharon Riley; Letter 4/3/97 Ed Cuevas ...; 4/2/97 Sharon Riley.

On 11/20/96 I received an EAS merit Performance Evaluation from my Sergio Fernandez, stated not meeting the objectives and expectations of the position. On 1/14/97 Keith Maynard (Acting Plant manager) notified me of exclusion from EAS Bonus per their locked contribution ... not like my nerves ... PAGE NO.

this retaliation occurred Threatening me with additional
loss of income pain and suffering. I told with this was
unfair and unethical since I had been cleared to work
by the USPS medical unit and my doctor, however I wasn't
allowed to work. He stated he didn't know of my case
and would get back to me the following monday (He
has yet to get back with me as of 2/5/97. He insisted I had
a lack of contribution which I again stated, it was not
my fault. I subsequently had to go home having a
relapse of my prior condition.

On 7/25/97 I received a package from Labor Relations
(Tobe Lowe) In the package was a Low From Jack
Watson dated in Feb of 1997. I had never seen this low. I was
unaware that I was even going to get the letter let alone
discover it by accident in the package from Tobe Lowe on
7-25-97 (nearly 5 months after the alleged letter was
dated. I believe it to be an unethical and discriminatory
procedure. Furthermore I contend it was designed to be retaliatory
and discriminatory to my prior EEO of 3-7-97 (Bob Libby,
Jack Watson, Sergio Fernandez, Tobe Lowe, John Ferri)

I have 9 other letters from employees attesting
to my character (Rie Amizquita, suservisor operations; P Garcia, amej
di conferences; Leda Berte, data ster; Non Thompson; Dave
Lowe; Sandra Costa; and Brenda FTE).

Note, it also took nearly 5 months and 4 attempts
in writing including a letter to postmaster general
Marvin Runyon in order to get a c

NOTE TOO, Mike Balcon SRC 16 T-3, received 10 Times the Amount of EUF ThaT I received.

The date of my Injury was 3-5-97. Today in 2-5-98, eleven Months Later and my leisure time is still being picked apart from volumeous reports, correspondence, affidavits, etc trying to resolve This EEO, ThaT itself is a direct result of having discriminatory practices levied on me initially by RDO Fernandez, and subsequently retaliatorily discrimination by RDO Fernandez and others

I want to Point out ThaT My Sick Leave Balance was very good prior To This incident. I have letters of recognition concerning sick leave accumulation of 250 hrs within 3 years of service, and over 500 hours of sick leave accumulated in less than 7 years of service (documentation provided)

Workers Compensation was provided with copies of medical costs, fees, phone calls, mileage, interest on loans from Retirement Plans, mailing expenses, paper costs, time completing all EEO forms, medical paperwork, Driving, copying mailing, counseling, lost leisure time, as well as requests for the return of all leave, night differential, oT, Thrift savings, bonus Holidays, EVA, I have over a pile 1 Foot of paper documentation at my home, and I have sent at least twice this amount out to various agencies, doctors, lawyers, NAPS representatives. I have asked for $35,000 in additional money To cover ~~_____~~ Pain, Suffering, False since Feb 1997, and FLSA _____ _____ _____ $10,000 would total $45,000 and would compensate for a years Salary related to out of pocket/leisure expenses To prepare all This information.



UNITED STATES
POSTAL SERVICE

**EEO Investigative Affidavit**

(Continuation Sheet)

| Page No. | No. Pages | Case No |
|----------|-----------|---------|
| 2 | | 1-H-333-0011-98SFD |

3. The Scope of Investigation letter stated that you are alleging the following: "Complainant alleges discrimination based on Race(Caucasian), Color (White), Religion(Quaker),Origin(USA), Sex(Male), Retaliation(Prior EEO Activity), and Age(43) in that on 11/4/97 he was excluded from the EVA bonus due to lack of contribution." **Explain specifically why you believe you were discriminated against and which Management Official(s) discriminated against you.**

*on 3/5/97 I had been harrassed by Latino male Supervisor, under 40, non Quaker to the point requiring sexist medical treatment. The harrassment is documented by witness statements, my own testimony and a disgusting unethical dream. The box was slipt into my file without my knowing of its existence. I received a positive evaluation but was later rejected for EVA Bonus. I was denied advancement for Environmental Compliance Coordinator by an employee that had "his/her qualifications, even though I had a college degree in the field (Biology) and the other employee did not. Management did not let me review my personnel file until after 5 months, 4 attempts and a letter to Marvin Runyon asking for his help. Management persists to slap me taking advantage of my religion (under of turning the cheek, seeing it as a sign of weakness.)*

4. Are you aware of a policy/regulation relative to the action or situation? (ELM, National Agreement, Written Postal Policy, etc.) (Please include a copy of these policies if available.)

*YES*

| | |
|---|---|
| ELM 1 | Employees Code of Conduct - non unethical statements , Lies! |
| ELM 2 | Employee Code of Conduct - Do not take work hours away from an Employee |
| USA | that has worked those hours (as Sergio did to me) |
| 3 | EEO Discrimination Zero tolerance (not allowed to return to work, loss of wages, retaliation etc. |
| 4 | EEO Policy statement - Threats made by Sergio Fernandez toward me |
| 5 | not allowed to Return to work - mgr's decision allowed me to return to work. |

5. Do you know of any similarly situated employee(s) treated differently than you? (Names, pay locations, facility, work #, how they were treated differently. Example: If sex as purview: Jane Smith, Pay location 107, Female, Chicago Post Office, 555-5555)

*Robert Bruce - pay location 101, male, under 40, Non Christian, Non Quaker. He was never embarrassed, humiliated Threatened or intimidated by Sergio Fernandez, he did not ask for a medical without because of this Treatment then was retaliated against by not being allowed to return to work per 2 Doctors instructions, Then told he did not deserve EVA because he wasn't working enough (which would not have been the case if Keith Maynard had not excluded me from this bonus) and had management not Retaliated against me for trying to preserve my standing through the EEO Process.*

| Affiant's Signature | Date |
|---------------------|------|
| *Thomas P Butler* | 6-22-98 |

**Affidavit**

PAGE NO. ____

**UNITED STATES POSTAL SERVICE**

**EEO Investigative Affidavit**

(Continuation Sheet)

| Page No. | No. Pages | Case No |
|---|---|---|
| 3 | | 1-H-333-0011-98SFD |

6. Answer only if this complaint relates to Reprisal, inclusive of prior EEO activity, witness in an EEO investigation and/or representative in prior EEO Complaints). Please explain what specific case(s) and on what date this specific case(s) took place which causes you to believe that the action taken by the Responsible Management Official was an act of Reprisal. (It is necessary to be very specific with regard to the above requested information.) Also, please comment on the specific involvement, if any, of the Responsible Management Official(s) and if applicable how and when the Responsible Management Official became aware of your EEO activity. (Include specific case numbers, dates, copies of all related documentation regarding the above.)

1. H 333 001 897   3-12-97  harassment by Sergio Fernadez   3-5-97  Fernandez

1. H 333 001 98   Prior EEO  10-27-97 - unethical law/sneak into file   7-25-97   Fernandez, Dillard

1. H 333 003 697   Prior EEO  11-17-97 - disallowment of EUA   11-4-97   Maynard

_...all of the above have been documented and submitted to the EEO office._

_I want to point out that the EEO office already has this information. They are requesting it again, which will take additional time, money, and energy to compile it again. I feel the punitive and compensable moneys will have to be raised to adjust to these requests._

1. only individual in our district put on enforced leave   Fernandez, Dillard, Labor Relations

2. harassment by Fernandez - Jenny, why is he doing it? "out to line" ...

3. harassment by Fernandez - Jenny, Watson   n/c to Indiana at X-mas, approved... last minute gas ...

4. harassment by Fernandez - Hate my lunch during meeting

5. FLSA violation Fernandez - Jones, supposed to reschedule it, ...

6. harassment + intimidation witnesses  4/16/97  Anita Williams letter
   7-19-97   NAPS meeting minutes
   7-19-97   Katherine Red...
   R-th Murray...
   Sharon Ricci statement...
   7-13-97   Ed Coons statement...
   7-12-97   Sharon Ricci statement...

7. RETALIATION - EAS MERIT EVALUATION  11-20-96  Keith Maynard...

   H 333 001 97   8.  1st EEO harassment by Sergio Fernandez  3-12-97  Fernandez

   H 333 001 98   9.  EEO unethical law  10-27-97  Fernandez, Dillard...

   H 333 003 697  10.  1st EEO Disallowment of EUA  11-17-97  Maynard

| Affiant's Signature | Date |
|---|---|
| Thomas F. Butler | 6-22-98 |

**Affidavit**

PAGE NO. ____



| **UNITED STATES POSTAL SERVICE** | Page No. 4 | No. Pages | Case No 1-H-333-0011-98SFD |
|---|---|---|---|

**EEO Investigative Affidavit**
(Continuation Sheet)

7. Mr. Tom Butler  the Scope of Investigation letter stated Complainant alleges discrimination based on Race(Caucasian), Color (White), Religion(Quaker),Origin(USA), Sex(Male), Retaliation(Prior EEO  Activity), and Age(43) in that on  11/4/97 he was excluded from the EVA bonus due to lack of contribution..  Was this resolved with the grievance procedure? if not, what do you want to resolve this complaint?   *NO*

1. Thru act Low of Feb 1997 From Jack watson - Done b, Dillov per letter Aug 6 1997
2. ATTORNEY costs & FEES
3. Medical costs & FEES
4. compensatory & Punative Damages Award
5. Return of all Leave, night differential, OT & benefits
6. interest on Loans repaid
7. Harassment & Intimidation be stopped
8. EVA Bonus
9. To be made whole
10. Reimbursed phone calls to work, doctor, Naps, Labor, injury comp (wash DC), MSPB
11. TSP made whole
12. Reimbursed mileage to doctor, Drug store, injury comp, NAPS, TSB search, Labor (meeting proposed designee: Robert Dillov)
13. Leave buyback plus ...... to count AGAINST
14. Reimbursement for mailings
15. Reimbursement cost for preparing documentation, EEO forms, medical paperwork, copies
16. Reimbursement Driving Time, Lost Leisure Time
17. $35,000 Pain & suffering False hour & FLSD violation 4/22/98
18. $10,000 out of pocket / Leisure expenses to prepare all this information
19. ADD Total $5,000 for Reprisals & Lost Time EEO's
20. ADDITIONAL $5,000 for This EEO

    $55,000 total - for Pain, suffering Retaliation, Discrimination
    $55,000          Retaliate Pain & suffering

| Affiant's Signature | Date |
|---|---|
| ..... Thomas I Butler | 6.22.98 |

**Affidavit**

P  C52 593 966

# UNITED STATES
# POSTAL SERVICE

| | Case No. |
| **(CERTIFICATION)** | 1-H-333-0011-98SFD |

I have read the attached statement, consisting of ___5___ pages, and it is true and complete to the best of my     knowledge and belief. In making this statement, I understand Section 1001, Title 18 of the U.S. Code which     states:

"Whoever, in any manner within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme or device a material fact or makes any false, fictitious or fraudulent statements or representation, or makes or uses any false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry, shall be fined not more than $10,000 or imprisoned not more than 5 years, or both."

## Privacy Act Statement

The collection of this information is authorized by Public Law 92-261 Equal Employment Act of 1972, 29 U.S.C., sections 621 et seq. and 701 et seq., and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes, where pertinent in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the

Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Provision of the information requested is mandatory for the complainant, and for the Postal Service and other Federal employee witnesses. Failure of the complainant to provide requested information could result in the complaint being dismissed. Failure of Postal Service and other Federal employees to provide requested information could result in disciplinary action. Provision of the information requested by other persons is voluntary and failure to provide such information will result in no adverse effect.

## Oath/Affirmation

Subscribed and (sworn) (affirmed) before me, on this _____ day of _____, 19 _____.

| EEO Investigator's Signature | Affiant's Signature (Sign in the presence of EEO Investigator) |
| Please do not write in this area | Please do not write in this area |

## Declaration

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

*(Affiant, sign and date if attached statement was not completed in the presence of the EEO Investigator)*

| Affiant's Signature | Date |
| *[signature]* | 6-22-98 |

PS Form 2571, September 1992

Originating Office Processing Center
W.P. Beach 99357 Dept SFD
W. Palm Beach FL 33416 9357

APS PA
AFFIDAVIT A

# Affidavit A    556

# EEO Investigative Affidavit
(Continuation Sheet)

| Page Number | Number of Pages | |
|---|---|---|
| | | JUL 3 1 '98 |

Case Number
1H-330-0011-98SFD

Check off all of the statements that apply to you or that have applied to you at any time within the last two years

☐ 1.    I have had a change in my family status caused by marriage, divorce, or separation. The specific event which caused this change was _____ which occurred on (date)
_____

☐ 2.    There has been a death in my family or of someone close to me. The name of the deceased is
DAVID BUTLER _____ His/her relationship to me was BROTHER _____
DIED APRIL 12 1998

☐ 3.    I have had relationship problems.

☐ 4.    I have had marital problems.

☑ 5.    I have participated in individual, marital, relationship, or family counseling
DUE TO March 5 1997 INCIDENT WITH MR FERNANDEZ S HARDSSMENT OF ME THE POINT OF SEVERE STRESS ANXIETY AND INCONSISTENCY WITH MY DOCTOR LOPEZ BRIGNONI

☑ 6.    I have been seriously ill or diagnosed with a serious illness.
SEE #5 DEPRESSION ANXIETY, STRESS DUE TO MANAGER SEAGIO FERNANDEZ

☑ 7.    A member of my family or someone close to me has been seriously ill or has been diagnosed with a serious illness. His/her relationship to me is SEE #2 - Brother - Death
HE HAD HAD ONGOING PROBLEMS SINCE HIS BIRTH (AGE 48)

☑ 8.    I, a member of my family, or someone close to me has had legal problems.
ME, RESOLVING THIS EEO COMPLAINT AND STRESS FROM MANAGER

☐ 9.    There has been a change in the number of people residing in my household.

☐ 10.   I have changed my residence.

☐ 11.   I have had financial difficulties   Check any which apply
    ☐    Tax problems.
    ☐    Delinquent debts.
    ☐    Mortgage or foreclosure problems
    ☑    New financial obligations  SETTLING EEO COMPLAINT DUE TO STRESS FROM MANAGER
    ☑    Other SEE #5 and THIS EEO BASED ON RETALIATION OF ME

☐ 12.   A traumatic event(s) occurred in my life, e.g., automobile accident, fire, flood, other natural disaster, victim of crime  The traumatic event(s) was SEE #2 - death - brother _____
which occurred on the following date APRIL 12 1998 ; and
STRESS FROM MGR SERGIO FERNANDEZ which occurred on the following date
March 5 1997

☑ 13.   (I) my spouse, or someone with whom (I am) was living experienced a change in employment, for example changed job, lost a job, was demoted or laid off, or was reduced in pay
SEE #5    ATTEMPT TO RETURN MSPB AND SUBSEQUENT EEO FOR RETALIAT.

☐ 14.   I have had dietary problems  Check any which apply
    ☐    Rapid weight loss.    I was NOT allowed To return to work after my
    ☐    Anorexia.    doctor released me. My wife has continued to
    ☐    Bulimia.    excell in sales
    ☐    Rapid weight gain.
    ☐    Other _____

| Affiant's Signature | Date |
|---|---|
| Thomas P Butler | 7-14-98 |

PS Form 2569-2, August 1994

# Affidavit

PAGE NO 10

E X H I B I T   " D "

U.S. Postal Service

# Information for
# Precomplaint Counseling

99-447

| Certified No. | or Hand Delivered On |
|---|---|
| By (Initials) | Informal No. |

Important: Please Read Carefully. This is the only notification that you will receive regarding the necessity for you to complete this form. This form should be completed and returned to the EEO Office within 10 calendar days.

On __4-14__, 19_99_ you requested an appointment with an EEO Counselor.

## A. Requester Information

Name (Last, First, MI)  **BHSA TOM**

Social Security No. 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

Home Telephone No. (305) 271-1898

Mailing Address  7840 CAMINO REAL P-105   MIAMI, FL 33143-6371

Postal Facility Where You Work  SFMPC

Position Title  SDO

Grade Level  EAS-16

Office Telephone No. (594) 436-4356

Pay Location 301

Tour 3

Off Days (If Tour I, Show Nights Off)  MON, TUE

Duty Hours 1600-0050

Employment Status (Check One): ☐ Applicant ☐ Casual ☐ TE ☒ Career

Time in Current Position ~ 10 Years _____ Months

## B. Discrimination Factors

In the Postal Service, prohibited discrimination includes actions taken based on your Race, Color, Religion, Sex, Age (40 +), National Origin, Physical and/or Mental Disability, or Retaliation (actions based on your participation in prior EEO activity). These categories are referred to on this form as factors. RACE, COLOR, SEX, RETALIATION, NATIONAL ORIGIN

What Factor(s) of Discrimination Are You Alleging (Be Specific; Describe, i.e., Race-Black, Sex-Female)?
RACE - WHITE NON HISPANIC
SEX - MALE
RETALIATION - PRIOR EEO'S
NATIONAL ORIGIN - USA
    - EVENTS OF MANAGED CARRIES TAUGHT ME PRONE TO LOW

For Retaliation Allegations Only: If you are alleging retaliation discrimination, provide the date(s) and specifics of the EEO activity which you feel caused you to be retaliated against.

1. On __3-12-97__, 19_97_, I engaged in EEO activity.  Case No.: 1H 333-0018-97
2. On __10-27-97__, 19_97_, I engaged in EEO activity.  Case No.: 1H 333-011-98
3. On __11-17-97__ _97_ " " " "  " " 1H 333-036-97

## C. Description of Incident/Activity

Please use the space below to briefly describe the incident or activity which prompted you to seek EEO counseling at this time.

On __APRIL 15__, 19_99_, the following occurred: I RECEIVED Two statements from employees AL RISK and Johnny Sauchez ATTESTING TO THE FACT THAT I WAS DISCRIMINATED AGAINST BY MY EMPLOYER concerning A LOW THAT was ISSUED TO ME for having more than 3 employees in my operation (SWYB), I had appealed the Low to B&B D.low and subsequent to the SE AREA. Both appeals were overturned, the action stood. when I received the two statements on April 15, 1999 I knew THAT I had been discriminated against, such disparity of Treatment because LIZ Etienne received no Low. Retaliation due prior EEO's became even clearer. I wish this continued harassment would stop.

FORM PS Form 2564-A, December 1995 (Page 1 of 3)

Explain why you believe, based on the factors you cited in Section B, that you were treated differently than other employees in similar situations.

1. _LIZ ETTIENNE_       _BLACK, HAITIAN, FEMALE, NO RETALIATION_
         (Name of Employee)           (Factor(s) describing employee, i.e., Race-Black, Sex-Female)

   was treated differently than I when:

2. _____       _____
         (Name of Employee)           (Factor(s) describing employee, i.e., Race-Black, Sex-Female)

   was treated differently than I when:

3. _____       _____
         (Name of Employee)           (Factor(s) describing employee, i.e., Race-Black, Sex-Female)

   was treated differently than I when:

## D. Officials Responsible for Action

Provide the name(s) of the official(s) who took the action which prompted you to seek counseling at this time.

| 1a. Name | | b. Title |
|---|---|---|
| Rosie Carlies     Low | | MDO |
| c. Office | | d. Grade Level |
| SFMPC | | ? |
| 2a. Name   SE AREA MANAGEMENT - STEP B | | b. Title |
| Bob D.llon, &     STEP A | | ACTING PLANT MANAGER |
| c. Office | | d. Grade Level |
| SFMPC | | ? |

Retaliation Allegations Only: Was/were the official(s) listed in Section D above aware of your prior EEO activity (Explain)?  ☑Yes  ☐No

1a   Rosie Carlies      PROBABLY

2a   Bob Dillon      YES
2b   SE AREA MANAGEMENT      PROBABLY Karen Borowski
     HUMAN RESOURCES

## E. Resolution Sought

What are you seeking as a resolution to your complaint?

1 THROW OUT Low
2 ATTORNEY COSTS & FEES
3 compensatory + Punitive Damages
4 Harassment + intimidation be stopped
5 TO BE MADE whole
6 Reimbursement for phone calls to dam, attorney, naps,
7 Reimbursement for milage to doctor, attorney, neps
8 Reimbursement for mailings
9. 300,000 for Pain Suffering, Retaliation, Discrimination
10 300,000 for Pain + suffering for wife
11 Reimbursement for driving Time and Lost Leisure Time
12 TSP made whole
13. obtain EUA boxes
14. refund all Leave, medi + differential of + benefits
15 reimbursement cost of preparing documentation, copying + medical paperwork

## F. Grievance/MSPB Appeal

On the incident which prompted you to seek EEO counseling, have you:

| | | | If yes, | | |
|---|---|---|---|---|---|
| 1. Filed a grievance on the issue? | ☑No | ☐Yes | _____ | (Date) | (Step) |
| 2. Filed an MSPB appeal on this issue? | ☑No | ☐Yes | _____ | (Date Filed) | |
| 3. Veteran's Preference? | ☑No | ☐Yes | If yes, number of points _____ | | |

## G. Anonymity

You have the right to remain anonymous at the Counseling stage of EEO Complaint Processing.

Do you desire anonymity?    ☐ Yes    ☐ No

## H. Representation

You have the right to retain representation of your choice. (Check One)

☐ I authorize the person listed below to represent me.

_____    _____
(Name of Representative)                                                    (Title)

_____
(Organization)

_____
(Mailing Address)

_____    _____
(City/State/ZIP + 4)                                                    (Telephone Number)

☑ I waive the right to representation at this time.

## I. Privacy Act Statement/USPS Standards of Conduct

Privacy Act Notice. The collection of this information is authorized by Public Law 92-261, Equal Employment Act of 1972; 29 U.S.C., sections 621 et seq. and 701 et. seq.; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center

for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

USPS Standards of Conduct. Postal Service regulations require all postal employees to cooperate in any postal investigation. Failure to supply the requested information could result in disciplinary action-ELM 666.

## J. Documentation

Please attach any documentation you wish to submit to support your allegation(s). Include a copy of any written action(s) which caused you to seek counseling at this time.

Note: If you are alleging mental and/or physical disability, you MUST submit medical documentation of your disability at this time or during counseling.

## K. Authorization

| Your Signature | Date |
|---|---|
| *Thomas P Butler* | 4-19-99 |

Return To:

_____

## NOTICE:  COMPLETE THIS SECTION ONLY IF YOU NO LONGER SEEK EEO COUNSELING

I hereby request that you close this file from processing. I fully understand that this complaint file will not be reopened once closed, and I waive my right to any further EEO Appeal on this matter. I stipulate that my decision not to pursue counseling is voluntary and did not result from threat, coercion, intimidation, promise or inducement.

| Your Signature | Date |
|---|---|
|  |  |

*proposal/dropped*

t. H 333 0047 99

÷7c o7ic

 UNITED STATES
POSTAL SERVICE

September 30, 1999                    CERTIFIED NO.  Z 419 468 162
                                      RETURN RECEIPT REQUEST

Tom Butler
7840 Camino Real #1-5
Miami, FL  33143-6871

RE:  Final Interview Notice (outcome of EEO pre-complaint counseling)
**Case No. 1H-333-0047-99**, date of incident 04-18-99 .

Dear Counselee:

Due to the time restraint mandated by the CFR 1614, your complaint was not resolved.
Therefore we are forwarding your rights to appeal this matter.

Enclosed you will find a NOTICE OF RIGHT TO FILE AN INDIVIDUAL
COMPLAINT Form 2579.  Also, enclosed is a Form 2565, EEO COMPLAINT OF
DISCRIMINATION IN THE US POSTAL SERVICE.  Should you decide to pursue this
matter formally, please complete the Form 2565 in its entirety and submit to the SR. EEO
COMPLAINTS PROCESSING SPECIALIST, US POSTAL SERVICE.  SOUTH
FLORIDA DISTRICT, 2200  NW 72 AVENUE, MIAMI, FL  33152-9411, within **fifteen
(15) days** of receipt of this letter.

The date you receive this notice will become the date of final interview.  Thank you for
your cooperation.

**PENALTY ENVELOPES WILL NOT BE ACCEPTED TO SUBMIT YOUR P.S.
FORM 2565 (APPEAL FORM).**

*Rosalind Moultry-Howard*
Mgr. EEO Complaint Processing
South Florida District

Attachments
cc:  file
     Regular Mail w/attachments

rmh                                             EEO  Rosalind Weaver

U.S. Postal Service

# EEO Complaint of Discrimination
# in the Postal Service

See Instructions and Privacy Act Statement
on Reverse

| 1. Name | 2. SSN | Case No. |
|---|---|---|
| TOM BUTLER | 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 | 1H333004799 |

| 3. Mailing Address | 4. Home Phone | 5. Work Phone |
|---|---|---|
| *7940 Camino v. Real Pnes* *Miami FL 33143-6971* | *305 271-1695* | *954-435-4350* |

| 6. Position Title (USPS Employees Only) | 7. Grade Level (USPS Employees Only) |
|---|---|
| *SDO* | *EAS 15* |

| 8. Installation Where You Believe Discrimination Occurred (Identify Installation, City, State, and ZIP+4) | 9. Name & Title of Person(s) Who Took the Action(s) You Allege Was Discriminatory |
|---|---|
| *SFMA* *10000 Pines Blvd* *Pembroke Pines FL 34052* | *Rene Lugo Postmaster* *Ron Nelock Station Point Manager* *KAREN BERESSAT Pembroke Pnes H ...* |

**10. I designate this person to be my representative.**

| a. Name | Title |
|---|---|
| *Tom Butler* | *SDO* |

Mailing Address
*7940 Camino Real Pnes* *Miami FL 33143-6971*

| b. Home Phone | c. Work Phone |
|---|---|
| *305 271-1695* | *954-435-4350* |

**11. Type of Discrimination Alleged**

- [x] Race (Specify): *White Caucasion Hispanic*
- [x] Color (Specify): *White*
- [x] Religion (Specify): *Christian*
- [x] National Origin (Specify): *American*
- [x] Sex (Specify): *MALE*
- [x] Age (Specify): *45*
- [x] Retaliation (Specify Prior EEO Activity): *5-12-97 1H 333 0069 7* *12-27-97 1H333 011 95* *11-17-97 1H 333 0369 97*
- [ ] Disability (Specify)

**12. Date on Which Alleged Act of Discrimination Took Place**

*TBS*

04/18/99

**13. Explain the specific actions or situation that resulted in your allegation(s) as to how you believe you were discriminated against (treated differently from other employees or applicants) because of race, color, religion, national origin, sex, age, or disability.** *RETALIATORY*

*See attached narrative for specific action of discrimination*

**14. I have discussed my complaint with an EEO counselor**

- [ ] Yes (Date of final interview: _____)
- [x] No

**15. Name and Signature of EEO Counselor**

PAT JACKSON

**16. Corrective Action Sought**

1. *...*
2. *...*
3. *...*

| 17. Signature of Complainant | 18. Date of This Complaint |
|---|---|
| *Thomas P Butler* | |

TransFORM PS Form 2565, December 1995

U.S. Postal Service

# Notice of Right to File Individual Complaint

| Counselee Name (Last, First, MI) | Informal Case No |
|---|---|
| BUTLER, TOM | 1H333004799 |

This notice will attest to the fact that on _____ I advised you of the actions taken concerning the allegation(s) of discrimination which you brought to my attention. If the matters which you raised during the precomplaint processing stage have not been resolved, you have the right to file a formal complaint within 15 calendar days of the date this notice is received. PS Form 2565, EEO Complaint of Discrimination in the Postal Service, is being provided to you for this purpose. The complaint must be in writing, signed by you and delivered to:

> EEO OFFICE - SOUTH FL DISTRICT
> C/L ROSALIND MOULTRY-HOWARD
> 2200 NW 72 AVENUE
> MIAMI, FL  33152-9411

The complaint will be deemed timely filed if it is delivered in person or postmarked before the expiration of the 15 calendar day filing period, or, in the absence of a legible postmark, if it is received by mail within 5 calendar days of the expiration of the 15-day filing period.

An EEO discrimination complaint can be processed only if the complainant alleges he or she has been discriminated against on the basis of race, color, religion, sex, national origin, age, disability or retaliation for past EEO activity. In addition, courts have ruled the complainant has the burden of presenting evidence which would give rise to an inference of discrimination. A complaint must contain the following information:

(1) Your name, address, position, and level:

-- If you change your address, you have a regulatory requirement to immediately report the change to the EEO Compliance and Appeals Coordinator located in your area. (Employees at Postal Service Headquarters and Headquarters Field Units, and employees of the Inspection Service should notify the EEO Appeals Review Specialist at Postal Service Headquarters.)

(2) The specific action or matter complained of, the date of occurrence, and the names of the official(s) who took the action alleged to be discriminatory;

-- You cannot add matters which were not discussed during counseling.

(3) The specific type of discrimination alleged, e.g., race - black, sex - female, etc.:

-- If you allege disability discrimination, the alleged disability must be more than a temporary condition.

-- If you allege age discrimination, you must have been at least 40 years of age on the date the alleged discriminatory action occurred.

(4) A brief statement of the facts which led you to believe you were discriminated against, and the names of similarly situated individuals whom you believe were treated differently than you.

-- If you allege a failure to accommodate a disability or your religion, you must explain the accommodation sought and why you sought it.

-- If you allege retaliation you must show a connection between the action about which you are complaining and your past EEO activity, and you must show that management was aware that you had engaged in protected activity when the alleged discriminatory action occurred.

(5) The name of the EEO Counselor and the date the Notice of Right to File was received.

---

## Privacy Act Notice / USPS Standards of Conduct

**Privacy Act Notice.** The collection of this information is authorized by Public Law 92-261, Equal Employment Act of 1972, 29 U.S.C., sections 621 et seq. and 701 et seq., and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes, where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center

for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

**USPS Standards of Conduct.** Postal Service regulations require all postal employees to cooperate in any postal investigation. Failure to supply the requested information could result in disciplinary action (ELM 666).

---

| Signature of Counselee | Date | Signature of Counselor | Date |
|---|---|---|---|
| | | | |

Counselor, if Notice of Right to File is provided to Counselee by mail, it must be sent certified, return receipt requested. Attach signed PS Form 3811, Domestic Return Receipt, to this notice to evidence date of Counselee's receipt.

0 0 2 6 1

| U.S. Postal Service | Certified No | Or Hand Delivered to |
|---|---|---|
| **Information for Precomplaint Counseling** | By (Initials) | Informal No |

**Important: Please Read Carefully.** This is the only notification that you will receive regarding the need for you to complete this form. This form should be completed and returned to the EEO Office *within 10 calendar days.*

On _1-27-00_ you requested an appointment with an EEO Counselor.
(Month, Day, Year)

**A. Requester Information**

| Name (Last, First, MI) BUTLER TERRY | Social Security No 3 4 52 6 __ | Home Telephone No (___) 271 __ |
|---|---|---|
| Mailing Address 12 fl ___ ___ Apt P105 / Miami Fl 3 43-6871 | | |
| Postal Facility Where You Work SFMPC | Position Title SDC | Grade Level 16 | Office Telephone No (___) 457 ___ 186 |
| Pay Location 3 1 | Tour | Off Days (If Tour I, Show Nights Off) MON DAY, TUESDAY | Duty Hours 1600 00:00 |
| Employment Status (Check One)  ☐ Applicant  ☐ Casual  ☐ TE  ☑ Career | | Time in Current Position (50%) 10 years ___ months |

**B. Discrimination Factors**

In the Postal Service, prohibited discrimination includes actions taken based on your **Race, Color, Religion, Sex, Age (40+), National Origin, Physical and/or Mental Disability, or Retaliation** (actions based on your participation in prior EEO activity). These categories are referred to on this form as factors.

What Factor(s) of Discrimination Are You Alleging? (Be Specific, Describe, i.e., Race-Black, Sex-Female)
RACE - CAUCASIAN          RETALIATION - EEO I # 333-00-47-5(9)
COLOR - WHITE
SEX - MALE

**For Retaliation Allegations Only:** If you are alleging retaliation discrimination, provide the date(s) and specifics of the EEO activity which you feel caused you to be retaliated against.

1. On _9-14-97_ I engaged in EEO activity.  Case No. _I # 333 __ __ __ __ __
   (Month, Day, Year)

2. On _____ I engaged in EEO activity.  Case No. _____
   (Month, Day, Year)

**C. Description of Incident/Activity**

Please use the space below to briefly describe the incident or activity which prompted you to seek EEO counseling at this time.

On _1/25/2000_ the following occurred
   (Month, Day, Year)

I RECEIVED A LETTER ___ ___ ___ ___ ___ ___ ___ ___
A PROPOSED LETTER ___ ___ ___ ___ (7) DAY ___ ___ ___ ___

PS Form 2564-A December ___ ___ ___

Explain why you believe based on the factors you cited in ___ and that you were treated differently than other employees in similar situations  RETALIATION

1. _LIZ  ETTIENNE_    Race - Black    Color - Black
   (Name of Employee)    Sex - Female
was treated differently than I when  MDC CARLIES (BLACK FEMALE) gave me (WHITE MALE) A LOW IN BOTH EC VOTING SUT WHILE LIZ ETTIENNE (BLACK FEMALE) WAS NOT GIVEN LOW FOR SAME VIOLATIONS. SANDY RICHARDSON (BLACK FEMALE) SUSTAINED DECKER RETALIATION IN SUPPORT OF MDC CARLIES 2ND LOW.

2. ___    Race-Black, Sex-Female
   (Name of Employee)
was treated differently than I when ___

3. ___    Race-Black, Sex-Female
   (Name of Employee)
was treated differently than I when ___

## D. Officials Responsible for Action

Provide the name(s) of the official(s) who took the action which prompted you to seek counseling at this time

| 1a. Name | ROYE CARLIES | b. Title | MDC |
| c. Office | SFMPL (DETAILED) | d. Grade Level | |
| 2a. Name | SANDY RICHARDSON | b. Title | FLIGHT INSTRUCTOR |
| c. Office | SFMPL | d. Grade Level | |

Retaliation Allegations Only: Was/were the official(s) listed in Section D above aware of your prior EEO activity?
(Explain)  MDC CARLIES WAS INVESTIGATED BEGUN 4-14-99 , I TOLD SANDY RICHARDSON
☑ Yes ☐ No  ABOUT EEO #333-1047-99 PRIOR TO THE PROFFERED LOW IN EC OF 7 DAYS SUSPENSION SI SPONSORED NARRATION ABOUT NO. 4, 1999 (THE 4TH OF BEING SENT HOME) IN SUPPORT

## E. Resolution Sought   OFFICE (BILL VICKERS SEA-TAC OFFICE IN ACT OFFICE)

What are you seeking as a resolution to your complaint?

DISABLE BOTH LOW'S FROM ALL RECORDS

* SEE EEO FOR Retaliatory DISCRIMINATION

## F. Grievance/MSPB Appeal

On the incident which prompted you to seek EEO counseling  have you

1. Filed a grievance on the issue?  ☐ No ☑ Yes  Date 12-5-99
2. Filed a MSPB appeal on this issue?  ☑ No ☐ Yes  Date 2-1-00
3. Veteran's Preference?  ☑ No ☐ Yes  number of points ___

## G. Anonymity

You have the right to remain anonymous at the Counseling stage of EEO Complaint Processing

Do you desire anonymity?  ☐ Yes  ☑ No

U.S. Postal Service

# EEO Complaint of Discrimination
# in the Postal Service

See Instructions and Privacy Act Statement
on Reverse

| 1. Name | 2. SSN | Case No |
|---|---|---|
| TOM BUTLER | 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 | 1H333004799 |

| 3. Mailing Address | 4. Home Phone | 5. Work Phone |
|---|---|---|
| 7340 CAMINO REAL PINES, MIAMI, FL 33143-6571 | 305 271-6595 | 544-436-4350 |

| 6. Position Title (USPS Employees Only) | 7. Grade Level (USPS Employees Only) |
|---|---|
| SDC | EAS 16 |

| 8. Installation Where You Believe Discrimination Occurred (Identify Installation, City, State, and ZIP+4) | 9. Name & Title of Person(s) Who Took the Action(s) You Allege Was Discriminatory |
|---|---|
| SFMPC 16000 PINES BLVD PEMBROKE PINES FL 33082 | KAREN BEREZASKI — SR. MANAGER PLANT MANAGER |

10. I designate this person to be my representative.

| a. Name | Title |
|---|---|
| Tom BUTLER | SDC |

Mailing Address
7340 CAMINO REAL PINES MIAMI FL 33143-6571

| b. Home Phone | c. Work Phone |
|---|---|
| 305 271-6595 | 544-436 #350 |

11. Type of Discrimination Alleged

- ☑ Race (Specify): BLACK
- ☑ Color (Specify): WHITE
- ☑ Religion (Specify): CHANGED
- ☑ National Origin (Specify): AMERICAN
- ☑ Sex (Specify): MALE
- ☑ Age (Specify): 45
- ☐ Retaliation (Specify Prior EEO Activity):
- ☑ Disability (Specify) 1H-247 1H 333004 97
  1H-247 1H 333036 97

12. Date on Which Alleged Act of Discrimination Took Place
04/18/99

13. Explain the specific actions or situation that resulted in your allegation(s) as to how you believe you were discriminated against (treated differently from other employees or applicants) because of race, color, religion, national origin, sex, age, or disability.

| 14. I have discussed my complaint with an EEO counselor | 15. Name and Signature of EEO Counselor |
|---|---|
| ☐ Yes (Date of final interview: _____ )  ☑ No | PAT JACKSON |

16. Corrective Action Sought

17. Signature of Complainant
Thomas J Butler

18. Date of This Complaint

TransFORM PS Form 2565, December 1995

U S Postal Service

# Notice of Right to File Individual Complaint

| Counselee Name (Last, First, MI) | Informal Case No |
|---|---|
| BUTLER, TOM | 1H333004799 |

This notice will attest to the fact that on _____ I advised you of the actions taken concerning the allegation(s) of discrimination which you brought to my attention. If the matters which you raised during the precomplaint processing stage have not been resolved, you have the right to file a formal complaint within 15 calendar days of the date this notice is received. PS Form 2565, EEO Complaint of Discrimination in the Postal Service, is being provided to you for this purpose. The complaint must be in writing, signed by you and delivered to:

> EEO OFFICE - SOUTH FL DISTRICT
> C/L ROSALIND MOULTRY-HOWARD
> 2200 NW 72 AVENUE
> MIAMI, FL 33152-9411

The complaint will be deemed timely filed if it is delivered in person or postmarked before the expiration of the 15 calendar day filing period, or, in the absence of a legible postmark, if it is received by mail within 5 calendar days of the expiration of the 15-day filing period.

An EEO discrimination complaint can be processed only if the complainant alleges he or she has been discriminated against on the basis of race, color, religion, sex, national origin, age, disability or retaliation for past EEO activity. In addition, courts have ruled the complainant has the burden of presenting evidence which would give rise to an inference of discrimination. A complaint must contain the following information:

(1) Your name, address, position, and level:

-- If you change your address, you have a regulatory requirement to immediately report the change to the EEO Compliance and Appeals Coordinator located in your area. (Employees at Postal Service Headquarters and Headquarters Field Units, and employees of the Inspection Service should notify the EEO Appeals Review Specialist at Postal Service Headquarters.)

(2) The specific action or matter complained of, the date of occurrence, and the names of the official(s) who took the action alleged to be discriminatory;

-- You cannot add matters which were not discussed during counseling.

(3) The specific type of discrimination alleged, e.g., race - black, sex - female, etc.:

-- If you allege disability discrimination, the alleged disability must be more than a temporary condition.

-- If you allege age discrimination, you must have been at least 40 years of age on the date the alleged discriminatory action occurred.

(4) A brief statement of the facts which led you to believe you were discriminated against, and the names of similarly situated individuals whom you believe were treated differently than you.

-- If you allege a failure to accommodate a disability or your religion, you must explain the accommodation sought and why you sought it.

-- If you allege retaliation you must show a connection between the action about which you are complaining and your past EEO activity, and you must show that management was aware that you had engaged in protected activity when the alleged discriminatory action occurred

(5) The name of the EEO Counselor and the date the Notice of Right to File was received.

---

## Privacy Act Notice / USPS Standards of Conduct

**Privacy Act Notice.** The collection of this information is authorized by Public law 92-261. Equal Employment Act of 1972, 29 U.S.C., sections 621 et seq. and 701 et seq., and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes, where pertinent in a legal proceeding to which the USPS is a party or has an interest, to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center

for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

**USPS Standards of Conduct.** Postal Service regulations require all postal employees to cooperate in any postal investigation. Failure to supply the requested information could result in disciplinary action (ELM 666).

---

| Signature of Counselee | Date | Signature of Counselor | Date |
|---|---|---|---|
| *[signature]* | | | |

---

Counselor: If Notice of Right to File is provided to Counselee by mail, it must be sent certified, return receipt requested. Attach signed PS Form 3811, Domestic Return Receipt, to this notice to evidence date of Counselee's receipt.

**E X H I B I T   " E "**

U.S. Postal Service

# Notice of Right to File Individual Complaint

| Counselee Name (Last, First, MI) | Informal Case No. |
|---|---|
| BUTLER, TOM | 1H333001200 |

This notice will attest to the fact that on _____ "*DATE OF RECEIPT*" _____ I advised you of the actions taken concerning the allegation(s) of discrimination which you brought to my attention. If the matters which you raised during the precomplaint processing stage have not been resolved, you have the right to file a formal complaint within 15 calendar days of the date this notice is received. PS Form 2565, EEO Complaint of Discrimination in the Postal Service, is being provided to you for this purpose. The complaint must be in writing, signed by you and delivered to:

> EEO COMPLAINT PROCESSING
> 2200 NW 72 AVENUE
> SUITE 213
> MIAMI              FL    33152-9411

The complaint will be deemed timely filed if it is delivered in person or postmarked before the expiration of the 15 calendar day filing period, or, in the absence of a legible postmark, if it is received by mail within 5 calendar days of the expiration of the 15-day filing period.

An EEO discrimination complaint can be processed only if the complainant alleges he or she has been discriminated against on the basis of race, color, religion, sex, national origin, age, disability or retaliation for past EEO activity. In addition, courts have ruled the complainant has the burden of presenting evidence which would give rise to an inference of discrimination. A complaint must contain the following information:

(1) Your name, address, position, and level;

-- If you change your address, you have a regulatory requirement to immediately report the change to the EEO Compliance and Appeals Coordinator located in your area. (Employees at Postal Service Headquarters and Headquarters Field Units, and employees of the Inspection Service should notify the EEO Appeals Review Specialist at Postal Service Headquarters.)

(2) The specific action or matter complained of, the date of occurrence, and the names of the official(s) who took the action alleged to be discriminatory;

-- You cannot add matters which were not discussed during counseling.

(3) The specific type of discrimination alleged, e.g., race - black, sex - female, etc.;

-- If you allege disability discrimination, the alleged disability must be more than a temporary condition.

-- If youe allege age discrimination, you must have been at least 40 years of age on the date the alleged discriminatory action occurred.

(4) A brief statement of the facts which led you to believe you were discriminated against, and the names of similarly situated individuals whom you believe were treated differently than you.

-- If you allege a failure to accommodate a disability or your religion, you must explain the accommodation sought and why you sought it.

-- If you allege retaliation you must show a connection between the action about which you are complaining and your past EEO activity, and you must show that management was aware that you had engaged in protected activity when the alleged discriminatory action occurred.

(5) The name of the EEO Counselor and the date the Notice of Right to File was received.

## Privacy Act Notice / USPS Standards of Conduct

**Privacy Act Notice.** The collection of this information is authorized by Public Law 92-261, Equal Employment Act of 1972; 29 U.S.C., sections 821 et seq. and 701 et. seq.; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes, where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits, to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits, to a congressional office at your request, to an expert, consultant, or other person under contract with the USPS to fulfill an agency function, to the Federal Records Center

for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction, and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

**USPS Standards of Conduct.** Postal Service regulations require all postal employees to cooperate in any postal investigation. Failure to supply the requested information could result in disciplinary action (ELM 666).

| Signature of Counselee | Date | Signature of Counselor | Date |
|---|---|---|---|
| *Thomas P Butler* | 3-8-00 | *Hidel S.S.* FOR ROSALIND MOULTRY-HOWARD | 3/1/00 |

Counselor, if Notice of Right to File is provided to Counselee by mail, it must be sent certified, return receipt requested. Attach signed PS Form 3811, Domestic Return Receipt, to this notice to evidence date of Counselee's receipt.

U S Postal Service

# EEO Complaint of Discrimination
## in the Postal Service

See Instructions and Privacy Act Statement on Reverse

| 1. Name | 2. SSN | Case No. |
|---|---|---|
| TOM BUTLER | 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 | 1H333001200 |

| 3. Mailing Address | 4. Home Phone | 5. Work Phone |
|---|---|---|
| 7840 CAMINO REAL P-105 MIAMI FL 33143-6871 | 305 271-1898 | (954) 436-4356 |

| 6. Position Title (USPS Employees Only) | 7. Grade Level (USPS Employees Only) |
|---|---|
| SDO | 16 |

| 8. Installation Where You Believe Discrimination Occurred (Identify Installation, City, State, and ZIP+4) | 9. Name & Title of Person(s) Who Took the Action(s) You Allege Was Discriminatory |
|---|---|
| SFMPC 16000 PINES BLVD. PEMBROKE PINES, FL 33082 | ROSIE CARLIES MAO T |

10. I designate this person to be my representative. I RESERVE THIS RIGHT AT THIS TIME

| a. Name | Title |
|---|---|
| Tom BUTLER | SDO |

Mailing Address 7840 CAMINO REAL P-105 MIAMI FL 33143-6871

| b. Home Phone | c. Work Phone |
|---|---|
| (305) 271-1898 | 954-436-4356 |

11. Type of Discrimination Alleged

- [X] Race (Specify): CAUASION
- [X] Color (Specify): WHITE
- [ ] Religion (Specify):
- [ ] National Origin (Specify):
- [X] Sex (Specify): MALE
- [ ] Age (Specify):
- [X] Retaliation (Specify Prior EEO Activity):
- [ ] Disability (Specify):

12. Date on Which Alleged Act of Discrimination Took Place: 1/25/00

13. Explain the specific actions or situation that resulted in your allegation(s) as to how you believe you were discriminated against (treated differently from other employees or applicants) because of race, color, religion, national origin, sex, age, or disability.

SEE 3 page ATTACHMENT dated 3-13-00

14. I have discussed my complaint with an EEO counselor
- [ ] Yes (Date of final interview: )
- [X] No

15. Name and Signature of EEO Counselor
FOR ROSALIND MOULTRY-HOWARD

16. Corrective Action Sought
$300,000

| 17. Signature of Complainant | 18. Date of This Complaint |
|---|---|
| Thomas P Butler | 3-8-00 |

TransFORM PS Form 2565 December 1995

1 H 333-0012-00

3-13-00

ON 4-14-99, I OPPOSED DISCRIMINATORY PRACTICES OF
THE DEFENDANT (1 H 333-0047-99). MDO CARLIES HAD
TREATED ME MORE HARSHLY THAN THAN LIZ ETTIENNE,
A BLACK FEMALE WHO HAD NOT PARTICIPATED IN PROTECTED
ACTS AGAINST THE DEFENDANT. BECAUSE I PARTICIPATED
IN EEO ACTIVITIES AGAINST THE DEFENDANT, THE DEFENDANT
WAS MOTIVATED TO INTENTIONALLY DISCRIMINATE AGAINST
ME. THE DEFENDANT INTENTIONALLY INFLICTED EMOTIONAL
HARM TO CAUSE FUTURE HARM. SHE HAS REPEATEDLY USED
HARSH LANGUAGE TO INTIMIDATE ME WHICH IS A DIRECT AND
UNFAIR LABOR PRACTICE. WHERE ON 8-5-98 MDO CARLIES
STATED "You had better Look for a NEW JOB." Three weeks
LATER MDO CARLIES ISSUED ME A Letter of Warning. MDO
CARLIES Further STATED "I'm TIRED OF YOUR NON CHALENT
ATTITUDE." I HAD EXPLAINED TO HER THAT I WAS
TAKING MEDICINE FOR A PRIOR ON THE JOB INJURY CONDITION
AND ALSO FOR THE FACT THAT MY BROTHER HAD JUST DIED ON
4-12-98. SHE STATED, "I WISH I HAD SOME OF THAT."

A DIRECT CORRELATION EXISTED BETWEEN BOB Dillon
PRESSURING MDO Carlise TO Take ACTION AGAINST ME FOR
PARTICIPATING IN PRIOR PROTECTED ACTIVITIES, THE TIMING
of Bob Dillon's AFFIDAVIT (5-28-98), Dillon's COERCION
OF THE DEFENDANT concesning R-bie Laughlin INTERrogation (7-
and MDO CARLIES THREAT TO THE PLAINTIFF (8-5-98) AND MDO'S
CARLIES DISCIPLINE OF The DEFENDANT (LOW 8-21-98) SHOW
DISCRIMINATORY INTENT.

   THE PSYCHOLOGY IS QUITE SIMPLE. THE DEFENDANT

MDO CARLISE WAS IN CONTROL. SHE DECIDED TO DISCRIMINATE OR NOT AS SHE CHOSE. AFTER I FILED EEO changes Against her, the DYNAMICS CHANGED. THE EEO BECAME A PROFOUND CHALLENGE TO HER SUPERVISORY AUTHORITY. HER own BEHAVIOR BECAME SCRUTINIZED BY UPPER MANAGEMENT. Now, MDO CARLISES, WITH THE HELP OF THE Agency IS BUILDING A PAPER TRAIL AGAINST ME, ATTEMPTING TO PROVE TO HER SUPERIORS THAT SHE WAS RIGHT ALL ALONG.

SECTION 704 of the Civil Rights Act of 1964 Protects the PLAINTIFF FOR PARTICIPATING IN THE PROCEEDINGS UNDER THE ACT. HOWEVER, MDO CARLIES DEVISED A SYSTEM OF CONTINUING VIOLATIONS, HER INTENT AND MOTIVE WAS HIDDEN BY THE PLAINTIFFS SO CALLED "INADEQUATE PERFORMANCE."

MANAGERS ESPECIALLY CONCERNED WITH "Challenges TO HIS/HER AUTHORITY" MAY RETALLIATE IN SUCH A WAY THAT HIS/HER MOTIVATION IS QUITE CLEAR, SUCH AS AN ADVERSE ACTION TOWARD A THIRTEEN YEAR EMPLOYEE Soon AFTER learning THAT A CHARGE OF DISCRIMINATION HAS BEEN FILED. RETALIATION IS BY DEFINITION AN INTENTIONAL VIOLATION of THE Civil Rights Act. Words spoken Reflect the illegal intent. ROSIE STATED "YOU BETTER LOOK FOR A NEW JOB." MDO CARLIES ALSO STATED TO THE PLAINTIFF THAT "You LOOK STUPID." THIS WAS JUST MOMENTS BEFORE SHE KICKED THE PLAINTIFF OUT OF THE BUILDING, IN FRONT OF OTHER EMPLOYEES AND SUBSEQUENTLY ISSUED THE PLAINTIFF ADDITIONAL DISCIPLINE IN ANOTHER LOW IN lieu of 1 DAY SUSPENSION, EFFECTIVELY SUSPENDING THE PLAINTIFF TWICE. FOR THE SAME REASON (DOUBLE JEPORDY). Coupled with The FACT THAT MDO CARLIES (T-2) WAS

THESE EVENTS SUGGESTS RETALIATION. EVIDENCE HAS SHOWN THAT MANAGEMENT WAS UPSET, HAD MOTIVE FOR RETALIATION, AND RETALIATED. THE FACT THAT MRS CARLIES WAS UPSET FURTHER STRENGTHENS THIS CASE. THE VEILED THREATS WAS THE METHOD THE BOSS USED WARNING THE COMPLAINANT THAT HIS PROTECTED ACTIVITIES WERE IN-COMPATITABLE WITH HIS JOB. THE IMPOSITION OF NEW STANDARDS FOR THE PLAINTIFF (WHITE, MALE) THAN FOR LIZ ETTIENNE (BLACK FEMALE) STRONGLY SUGGESTS RETALIATION BY MRS CARLIES (BLACK FEMALE) AGAINST THE PLANTIFF (WHITE MALE).

FOR THESE REASONS, PLAINTIFF ASKS FOR JUDGEMENT AGAINST THE DEFENDANT FOR DAMAGES OF $300,000, payment OF ATTORNEY fees & COSTS PURSUANT TO 42 USC $2000 E. 5(K) and all other relief the court DEEMS APPROPRIATE

*Thomas P Butler*
THOMAS P BUTLER
3-13-00

*Bolding v. Winberg*



**UNITED STATES POSTAL SERVICE**    **Information for Precomplaint Counseling**    *00 072*

Important: **Please Read Carefully.** This is the only notification that you will receive regarding the necessity for you to complete this form. This form should be completed and returned to the EEO Office within 10 calendar days.

On: _11-4-99_ you requested an appointment with an EEO Counselor.

**A. Requester Information**

| Name (Last, First, MI) _BUTLER, TOM_ | Social Security No. | Home Telephone No. |
|---|---|---|

Mailing Address: _7840 CAMINO REAL P 105 / Miami, Fl 33145_

| Postal Facility Where You Work: _SFMF_ | Position Title: | Grade Level _16_ | Office Telephone No. _954 436-4336_ |
|---|---|---|---|

| Pay Location _301_ | Tour _3_ | Off Days (If Tour 1, Show Nights Off) _MONDAY, TUESDAY_ | Duty Hours _1600 -0050_ |
|---|---|---|---|

Employment Status (Check One)

Applicant    Casual    TE    Career ✓

Time in Current Position: Years _10_    Months

Discrimination Factors _RETALIATION_

In the Postal Service prohibited discrimination includes actions taken based on your **Race, Color, Religion, Sex, Age (+40), National Origin, Physical and/or Mental Disability,** or **Retaliation** (actions based on your participation in prior EEO activity). These categories are referred to on this form as factors.

What Factor(s) of Discrimination Are You Alleging (Be Specific. Describe, i.e. Race-Black; Sex-Female
RACE WHITE NON HISPANIC        RELIGION Religion Quaker
RETALIATION ✓    1 H 333-0018-99    1 H 333-0011 98
AGE 45    1 H 333-0047-99    1 H 333-0036-97

**For Retaliation Allegations Only:** If you are alleging retaliation discrimination, provide the date(s) and specifics of the EEO activity which you feel caused you to be retaliated against.

| 1. On | 4-14-99 / 3-12-97 | I engaged in EEO Activity | Case Number: 1 H 333 0047-99 / 1 H 333 0018-97 |
|---|---|---|---|
| 2. On | 11-17-97 / 10-27-97 | I engaged in EEO Activity | Case Number: HI 333 0011-98 / 1 H 333 0036-97 |

**C. Description of Incident/Activity**

Please use the space below to briefly describe the incident or activity which prompted you to seek EEO counseling at this time.

On _11-3-99_ , the following occurred:

_see attache "Description of Incident/Activity"_

*(vertical text, right margin):* SOUTH FLORIDA DISTRICT 99 NOV 12 PM 2:07 RECEIVED EEO Program

PS Form 2564-A, May 1993 (Page 1 of 3)

**G. Anonymity**

You have the right to remain anonymous at the counseling stage of the EEO complaints processing.

Do you desire anonymity:  ☐  Yes        ☑  No

You have the right to retain representation of your choice. (Check One)

I authorize the person listed below to represent me.

| Name of Representative: ___Tom Butler___ | Title: 500 |
|---|---|
| Organization: NAPS Branch 599 | |
| Mailing Address: 7840 Camino Real    P-105 | |
| City /State/Zip + 4: Miami FL 33143 6871 | Telephone No. (305) 271-1595 |

I waive the right to representation at this time      Yes      (No)

**I.  Privacy Act Statement**

The collection of this information is authorized by Public Law 92-261, Equal Employment Act of 1972, 29 U.S.C., sections 621 et seq. and 701 et.seq.; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits;  to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the

Office of Management and Budget for review of private relief legislation, to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Provision of the information requested is mandatory for the complainant, and for the Postal Service and other Federal employee witnesses. Failure of the complainant to provide requested information could result in the complaint being dismissed. Failure of Postal Service and other Federal employees to provide requested information could result in disciplinary action. Provision of the information requested by other persons is voluntary and failure to provide such information will result in no adverse effect

**J.  Documentation**

Please attach any documentation you wish to submit to support your allegation(s. Include a copy of any written action(s) which caused you to seek counseling at this time.

Note:  If you are alleging mental and/or physical disability, you MUST submit medical documentation of your disability at this time or during counseling.

**K.  Authorization**

| Your signature  *Thomas P Butler* | Date  11-6-99 | |
|---|---|---|

Return to:

EEO COMPLAINTS PROCESSING
SOUTH FL DISTRICT
U.S. POSTAL SERVICE
MIAMI FL 33152 9411

**NOTICE:  COMPLETE THIS SECTION ONLY IF YOU NO LONGER SEEK EEO COUNSELING**

I hereby request that you close this file from processing.  I fully understand that this complaint file will not be reopened once closed, and I waive my right to any further EEO Appeal on this matter.  I stipulate that my decision not to pursue counseling is voluntary and did not result from threat, coercion, intimidation, promise or inducement.

| Signature | Date |
|---|---|
| | |

## H. Representation

You have the right to retain representation of your choice. (Check One)

☐ I authorize the person listed below to represent me.

| | |
|---|---|
| (Name of Representative) | (Title) |

(Organization)

(Mailing Address)

| | |
|---|---|
| (City/State/Zip +4) | (Telephone Number) |

☒ I waive the right to representation at this time.

## I. Privacy Act Notice

Privacy Act Notice. The collection of this information is authorized by the Equal Employment Opportunity Act of 1972, 42 U.S.C. 2000e-16; The Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. 633a; The Rehabilitation Act of 1973, as amended, 29 U.S.C. 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witness

## J. Documentation

Please attach any documentation you wish to submit to support your allegation(s). Include a copy of any written action(s) which caused you to seek counseling at this time.

Note: If you are alleging mental and/or physical disability, you MUST submit medical documentation of your disability at this time or during counseling.

## K. Authorization

| Your Signature                           | Date        |
|------------------------------------------|-------------|
| *Thomas P. Butler*                       | 3-1-00      |

Return To:

---

NOTICE  COMPLETE THIS SECTION ONLY IF YOU NO LONGER SEEK EEO COUNSELING

I hereby request that you close this file from processing. I fully understand that this complaint file will not be reopened once closed, and I waive my right to any further EEO Appeal on this matter. I stipulate that my decision not to pursue counseling is voluntary and did not result from threat, coercion, intimidation, promise or inducement

| Your Signature | Date |
|----------------|------|
| | |

Explain why you believe based on the factors you cited in Section B that you were treated differently than other employees in similar situations. *RETALIATION*

| 1. Name of Employee: | (Factor(s) describing employee i.e., Race-Black, Sex-Female) |
|---|---|
| | |
| was treated differently than I when: | |
| 2. Name of Employee: | (Factor(s) describing employee, i.e., Race-Black, Sex-Female) |
| was treated differently than I when: | |
| | |
| 3. Name of Employee : | (Factor(s) describing employee, i.e., Race-Black, Sex-Female) |
| was treated differently than I when: | |

**D. Official(s) Responsible for Action:**

Provide the name(s) of the official(s) who took the action which prompted you to seek counseling at this time.

| 1,a. Name: *ROSIE CARLIES* | b. Title *MDO* |
|---|---|
| c. Office: *SFMPC* | d. Grade level |
| 2a. Name | b. Title |
| c. Office | d. Grade Level |

Retaliation Allegations Only: Was/were the official(s) listed in Section D above aware of your prior EEO activity (Explain)? (Yes)    No

*YES, see the attached "Description of Incident/Activity*

**E. Resolution Sought**

What are you seeking as a resolution to your complaint?

*$300,000*
*To be made whole for everything since 1997*
*These continuing violations be stopped.*

**F. Grievance/MSPB Appeal**

On the incident which prompted you to seek EEO counseling, have you:

| | | | | | | |
|---|---|---|---|---|---|---|
| 1.  File a grievance on the issue? | Yes? | No? ✓ | If yes, | Date | | Step |
| 2.  Filed an MSPB appeal on this issue? | Yes? | No? ✓ | If yes, | | Date | |
| 3.  Veteran's Preference? | Yes? | No? | If yes, , number of points: | | | |

PS Form 2564-A, May 1993 (Page 2 of 3)

# Additional Attachment
# Not Scanned :

☒ **Legal Size Document**

☐ **Large Exhibit**

☐ **Double Sided**

☐ **Extradition Papers**

☐ **Other** _____