UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



FILED BY _____ D.C.
2002 APR -2 PM 3:07

| IN RE: | 01-2444-CIV-JAL | 02-20112-CIV-JAL | 02-20113-CIV-JAL |
|---|---|---|---|
| | 01-2599-CIV-JAL | 01-4917-CIV-JAL | 02-60172-CIV-JAL |
| | 01-6736-CIV-JAL | 01-6685-CIV-JAL | 02-80129-CIV-JAL |
| | 00-740-CIV-JAL | 01-1959-CIV-JAL | 01-2046-CIV-JAL |
| | 02-20239-CIV-JAL | 01-9059-CIV-JAL | 01-4519-CIV-JAL |
| | 02-20043-CIV-JAL | 00-4479-CIV-JAL | 02-60293-CIV-JAL |
| | 00-7023-CIV-JAL | 00-578-CIV-JAL | 02-20608-CIV-JAL |
| | 01-4444-CIV-JAL | 01-267-CIV-JAL | 01-351-CIV-JAL |
| | 02-20111-CIV-JAL | 01-387-CIV-JAL | 02-20024-CIV-JAL |
| | 00-887-CIV-JAL | 00-169-CIV-JAL | 01-4316-CIV-JAL |
| | 02-20825-CIV-JAL | 97-6195-CIV-JAL | 00-6193-CIV-JAL |
| | 01-7954-CIV-JAL | 01-7096-CIV-JAL | 01-4308-CIV-JAL |
| | 00-7420-CIV-JAL | 00-2406-CIV-JAL | 01-7740-CIV-JAL |
| | 01-7765-CIV-JAL | 01-7706-CIV-JAL | 96-8070-CIV-JAL |
| | 01-415-CIV-JAL | 00-4484-CIV-JAL | 00-2996-CIV-JAL |
| | 01-2088-CIV-JAL | 01-1387-CIV-JAL | 00-6993-CIV-JAL |
| | 01-1481-CIV-JAL | 01-4871-CIV-JAL | 01-837-CIV-JAL |
| | 01-1962-CIV-JAL | 00-4189-CIV-JAL | 01-1688-CIV-JAL |
| | 01-4637-CIV-JAL | 99-8939-CIV-JAL | 01-4598-CIV-JAL |
| | 02-20207-CIV-JAL | 99-0528-CIV-JAL | 01-7814-CIV-JAL |
| | 01-4869-CIV-JAL | 00-1693-CIV-JAL | 97-3924-CIV-JAL |
| | 00-2451-CIV-JAL | 01-2406-CIV-JAL | 01-5093-CIV-JAL |
| | 00-4982-CIV-JAL | 00-3199-CIV-JAL | 01-4201-CIV-JAL |
| | 00-635-CIV-JAL | 01-1518-CIV-JAL | 02-20115-CIV-JAL |
| | 01-2172-CIV-JAL | 01-1609-CIV-JAL | 00-3480-CIV-JAL |
| | 01-4419-CIV-JAL | 01-2194-CIV-JAL | 00-4709-CIV-JAL |
| | 02-20122-CIV-JAL | 02-20879-CIV-JAL | 01-6502-CIV-JAL |
| | 02-60035-CIV-JAL | 01-8871-CIV-JAL | 01-288-CIV-JAL |
| | 00-3449-CIV-JAL | 02-20091-CIV-JAL | 00-1951-CIV-JAL |
| | 01-4930-CIV-JAL | 99-64-CIV-JAL | 01-2766-CIV-JAL |
| | 00-891-CIV-JAL | 00-7685-CIV-JAL | 00-2187-CIV-JAL |
| | 01-2809-CIV-JAL | 01-4868-CIV-JAL | 02-20487-CIV-JAL |
| | 02-20336-CIV-JAL | 01-4079-CIV-JAL | 01-6826-CIV-JAL |
| | 02-20411-CIV-JAL | 00-4506-CIV-JAL | 01-5088-CIV-JAL |
| | 00-1114-CIV-JAL | 01-6619-CIV-JAL | 01-2854-CIV-JAL |
| | 01-3480-CIV-JAL | 01-4176-CIV-JAL | 01-2261-CIV-JAL |
| | 02-20683-CIV-JAL | 01-4569-CIV-JAL | 01-4804-CIV-JAL |
| | 00-2700-CIV-JAL | 01-2025-CIV-JAL | 01-4732-CIV-JAL |
| | 99-0600-CIV-JAL | 01-4830-CIV-JAL | 01-2724-CIV-JAL |
| | 02-20291-CIV-JAL | 00-4120-CIV-JAL | 01-4565-CIV-JAL |

| | | |
|---|---|---|
| 01-7910-CIV-JAL | 01-6605-CIV-JAL | 01-4797-CIV-JAL |
| 01-3438-CIV-JAL | 01-4345-CIV-JAL | 00-3306-CIV-JAL |
| 01-4723-CIV-JAL | 01-4157-CIV-JAL | 02-20162-CIV-JAL |
| 00-4809-CIV-JAL | 02-20875-CIV-JAL | 01-6732-CIV-JAL |
| 00-2536-CIV-JAL | 01-4802-CIV-JAL | 01-6546-CIV-JAL |
| 01-8012-CIV-JAL | 02-20038-CIV-JAL | 99-1317-CIV-JAL |
| 00-535-CIV-JAL | 02-20368-CIV-JAL | 01-4645-CIV-JAL |
| 97-2510-CIV-JAL | 00-7195-CIV-JAL | 01-1217-CIV-JAL |
| 01-6650-CIV-JAL | 01-807-CIV-JAL | 01-0442-CIV-JAL |
| 00-0684-CIV-JAL | 00-4680-CIV-JAL | 01-1329-CIV-JAL |
| 00-4702-CIV-JAL | | |

_____/

## CERTIFICATION REGARDING REFERRED CASES

This Cause comes before the undersigned *sua sponte*. Pursuant to Administrative Order 2002-02, the undersigned hereby certifies that, as of April 1, 2002, the above-captioned cases had no pending, fully-briefed, referred motions. As a result, the above-captioned cases should be transferred to the new magistrate judge designated in Administrative Order 2002-02.

DONE AND ORDERED, in Chambers, at Miami, Florida, this ____ day of April, 2002.

WILLIAM C. TURNOFF
United States Magistrate Judge

c:   Honorable Joan A. Lenard
     Honorable Andrea M. Simonton