UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6193-CIV-LENARD

THOMAS BUTLER,

    Plaintiff,

v.

WILLIAM M. HENDERSON,
POSTMASTER GENERAL,

    Defendant.
_____/



## ORDER OF MAGISTRATE REASSIGNMENT

In accordance with Administrative Order No. 2002-02, the undersigned has reviewed the file in the above-styled case and has determined that the case should be reassigned to United States Magistrate Judge Andrea M. Simonton. Therefore, it is hereby

**ORDERED AND ADJUDGED** that the Clerk of the Court shall make such reassignment. It is further

**ORDERED AND ADJUDGED** that all orders of reference entered in the above-styled case remain in full force and effect except that hereafter Magistrate Judge Andrea M. Simonton shall be responsible for acting pursuant to such orders.

DONE AND ORDERED, in Chambers, at Miami, Florida, this  5  day of April, 2002.

_____
JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

c:      Magistrate Andrea A. Simonton
        Magistrate William C. Turnoff
        Stewart Lee Karlin, Esquire
        Charles S. White, Esquire