UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6193-CIV-LENARD/SIMONTON

THOMAS BUTLER,

   Plaintiff(s),

vs.

WILLIAM J. HENDERSON, POSTMASTER GENERAL,

   Defendant(s).
_____/

FILED by _____ D.C.

MAY 2 4 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**ORDER REQUIRING COMPLETION OF FORM
CONSENTING TO JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE FOR FINAL DISPOSITION**

In light of the advantages offered by trial before a magistrate judge, such as an earlier, specially-set trial date, the parties are urged to consider consenting to magistrate jurisdiction for trial and other related matters. Therefore, within 20 days of this order, counsel shall, after conferring with their respective clients, complete and submit for filing with the Clerk's office, their copies of the attached form entitled "Consent to Jurisdiction by a United States Judge for Final Disposition."

**DONE AND ORDERED** in Chambers at Miami, Florida this 24 day of May, 2002.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

Copies furnished to:   Magistrate Judge Andrea M. Simonton

Stewart Lee Karlin, Esq.
400 S.E. 8th Street
Ft. Lauderdale, FL 33316

Charles S. White, Esq.
Assistant U. S. Attorney
99 N.E. 4th Street
Miami, FL 33131



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6193-CIV-LENARD/SIMONTON

THOMAS BUTLER,

     Plaintiff(s),

vs.

WILLIAM J. HENDERSON, POSTMASTER GENERAL,

     Defendant(s).
_____/

**CONSENT TO JURISDICTION BY A
UNITED STATES MAGISTRATE JUDGE FOR FINAL DISPOSITION**

In accordance with the provisions of Title 28 U.S.C. 636(c), the undersigned party to the above-captioned civil matter, by and through undersigned counsel, hereby voluntarily consents to have a United States Judge decide the following matters and issue a final order or judgment with respect thereto:

| | | | |
|---|---|---|---|
| 1. | Motions concerning Discovery | Yes ____ | No ____ |
| 2. | Motions for Costs | Yes ____ | No ____ |
| 3. | Motions for Attorney's Fees | Yes ____ | No ____ |
| 4. | Motions for Sanctions | Yes ____ | No ____ |
| 5. | Motions to Dismiss | Yes ____ | No ____ |
| 6. | Motions for Summary Judgment | Yes ____ | No ____ |
| 6. | Jury or Non-Jury Trial on Merits | Yes ____ | No ____ |
| 7. | Other _____ | Yes ____ | No ____ |

_____
(Date)

_____
Signature

Counsel for _____

Copies furnished to:

Clerk of Court
301 North Miami Avenue, #150
Miami, FL 33128