UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6193-CIV-LENARD/SIMONTON

THOMAS BUTLER,

      Plaintiff(s),

vs.

WILLIAM J. HENDERSON, POSTMASTER
GENERAL,

      Defendant(s).

_____/

FILED by _____ D.C.

JUN 2 6 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**ORDER TO SHOW CAUSE**

**THIS MATTER** is before the court <u>sua sponte</u>. The Court issued an Order Requiring Completion of Form Consenting to Jurisdiction by a United States Magistrate Judge for Final Disposition (D.E. #56) on May 24, 2002. After review of the file and being fully advised in the premises, it is

**ORDERED AND ADJUDGED:**

1.     The Plaintiff and Defendant shall comply with this Court's Order of May 24, 2002 and complete and file with the Clerk of Court the Form Consenting to Jurisdiction by a United States Magistrate Judge for Final Disposition, (a copy of which is attached) as previously ordered, **on or before 4:00 p.m. on July 5, 2002.**

2.     **Failure to submit notice of good cause for noncompliance on or before July 5, 2002, will subject the party or counsel to appropriate penalties, including but not limited to dismissal of the cause, or the striking of defenses and entry of judgment pursuant to S.D. Fla. L.R. 16.1M.**

-2-

Case No. 00-6193-CIV-LENARD/SIMONTON

**DONE AND ORDERED** in Chambers at Miami, Florida this 26 day of June, 2002.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

Copies furnished to:        Magistrate Judge Andrea M. Simonton

Stewart Lee Karlin, Esq.                                Charles S. White, Esq.
400 S.E. 8th Street                                     Assistant U. S. Attorney
Ft. Lauderdale, FL 33316                                99 N.E. 4th Street
                                                        Miami, FL 33131

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CASE NO. 00-6193-CIV-LENARD/SIMONTON**

**THOMAS BUTLER,**

 Plaintiff(s),

vs.

**WILLIAM J. HENDERSON, POSTMASTER
GENERAL,**

 Defendant(s).

_____/

**CONSENT TO JURISDICTION BY A
UNITED STATES MAGISTRATE JUDGE FOR FINAL DISPOSITION**

 In accordance with the provisions of Title 28 U.S.C. 636(c), the undersigned party to the above-captioned civil matter, by and through undersigned counsel, hereby voluntarily consents to have a United States Magistrate Judge decide the following matters and issue a final order or judgment with respect thereto:

| | | | |
|---|---|---|---|
| 1. | Motions concerning Discovery | Yes _____ | No _____ |
| 2. | Motions for Costs | Yes _____ | No _____ |
| 3. | Motions for Attorney's Fees | Yes _____ | No _____ |
| 4. | Motions for Sanctions | Yes _____ | No _____ |
| 5. | Motions to Dismiss | Yes _____ | No _____ |
| 6. | Motions for Summary Judgment | Yes _____ | No _____ |
| 6. | Jury or Non-Jury Trial on Merits | Yes _____ | No _____ |
| 7. | Other _____ | Yes _____ | No _____ |

_____
 (Date)

_____
Signature

Counsel for _____

Original filed with:
Clerk of Court
301 North Miami Avenue, #150
Miami, FL 33128