UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6193-CIV-LENARD/SIMONTON

THOMAS BUTLER,

    Plaintiff(s),

vs.

WILLIAM J. HENDERSON, POSTMASTER GENERAL,

    Defendant(s).
_____/

### CONSENT TO JURISDICTION BY A
### UNITED STATES MAGISTRATE JUDGE FOR FINAL DISPOSITION

In accordance with the provisions of Title 28 U.S.C. 636(c), the undersigned party to the above-captioned civil matter, by and through undersigned counsel, hereby voluntarily consents to have a United States Magistrate Judge decide the following matters and issue a final order or judgment with respect thereto:

| # | Matter | Yes | No |
|---|---|---|---|
| 1. | Motions concerning Discovery | X | |
| 2. | Motions for Costs | X | |
| 3. | Motions for Attorney's Fees | X | |
| 4. | Motions for Sanctions | X | |
| 5. | Motions to Dismiss | X | |
| 6. | Motions for Summary Judgment | X | |
| 6. | Jury or Non-Jury Trial on Merits | X | |
| 7. | Other _____ | X | |

7-3-02
(Date)

Signature: S. Teodor Karlson
Fla. Bar No. 961159

Counsel for Plaintiff

Original filed with:
Clerk of Court
301 North Miami Avenue, #150
Miami, FL 33128

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing by hand to: CHARLES S. WHITE, Assistant U.S. Attorney , 99 N.E. 4th Street, Miami, FL 33131 on this .5th day of July, 2002.

STEWART LEE KARLIN, ESQ.
Florida Bar No. 0961159
315 Southeast 7th Street
Fort Lauderdale, Florida 33301
(954) 462-1201