Case 0:00-cv-06193-AMS   Document 60   Entered on FLSD Docket 07/08/2002   Page 1 of 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 00-6193-CIV-LENARD

THOMAS BUTLER,

        Plaintiff,

v.

WILLIAM HENDERSON,
POST MASTER GENERAL, of the
UNITED STATES POSTAL SERVICE
AGENCY,

        Defendant.
_____/

### PLAINTIFF'S RESPONSE TO THE ORDER TO SHOW CAUSE

1. I am plaintiff's counsel in the above captioned matter and submit this response pursuant to the Court Order to show cause pertaining to why plaintiff did not file the consent form.

2. Although plaintiff has no reason to doubt the consent form and order was faxed to plaintiff's counsel by the clerk, (since he received the form on two other cases assigned to Your Honor which were timely filed) but it was not calendared nor filed in plaintiff's file. Plaintiff meant no disrespect to the Court for this inadvertent calendar error and thus respectfully submit that under the circumstances a sanction is not warranted. Contemporaneously herein, plaintiff is filing the consent form.

Dated: Fort Lauderdale, Florida
       July 3, 2002



_____
STEWART LEE KARLIN, ESQ.
Attorney for Plaintiff
The Advocate Building-Second Floor
315 S.E. 7th Street
Fort Lauderdale, Florida 33301
(954) 462-1201
edlawkarlin@aol.com
Florida Bar No. 0961159

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing by hand to: CHARLES S. WHITE, Assistant U.S. Attorney, 99 N.E. 4th Street, Miami, FL 33131 on this 5th day of July, 2002.

_____
STEWART LEE KARLIN, ESQ.
Florida Bar No. 0961159
315 SE 7th Street, 2nd Floor
Fort Lauderdale, Florida 33301
(954) 462-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6193-CIV-LENARD/SIMONTON

THOMAS BUTLER,

    Plaintiff(s),

vs.

WILLIAM J. HENDERSON, POSTMASTER GENERAL,

    Defendant(s).
_____/

## CONSENT TO JURISDICTION BY A
## UNITED STATES MAGISTRATE JUDGE FOR FINAL DISPOSITION

In accordance with the provisions of Title 28 U.S.C. 636(c), the undersigned party to the above-captioned civil matter, by and through undersigned counsel, hereby voluntarily consents to have a United States Magistrate Judge decide the following matters and issue a final order or judgment with respect thereto:

| # | Matter | Yes | No |
|---|---|---|---|
| 1. | Motions concerning Discovery | X | |
| 2. | Motions for Costs | X | |
| 3. | Motions for Attorney's Fees | X | |
| 4. | Motions for Sanctions | X | |
| 5. | Motions to Dismiss | X | |
| 6. | Motions for Summary Judgment | X | |
| 6. | Jury or Non-Jury Trial on Merits | X | |
| 7. | Other _____ | | |

7-3-02
(Date)

Signature: _____ STEWART KARLSON
                                               Fla. Bar No. 961159

Counsel for Plaintiff

Original filed with:
Clerk of Court
301 North Miami Avenue, #150
Miami, FL 33128

"Exhibit A"

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing by hand to: CHARLES S. WHITE, Assistant U.S. Attorney , 99 N.E. 4th Street, Miami, FL 33131 on this .5th day of July, 2002.

STEWART LEE KARLIN, ESQ.
Florida Bar No. 0961159
315 Southeast 7th Street
Fort Lauderdale, Florida 33301
(954) 462-1201