UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6193-CIV-LENARD/SIMONTON

THOMAS BUTLER,

    Plaintiff(s),

vs.

WILLIAM J. HENDERSON, POSTMASTER GENERAL,

    Defendant(s).
_____/



### ORDER OF FULL REFERRAL TO MAGISTRATE

**THIS CAUSE** is before the Court on the parties Consent to Jurisdiction by a United States Magistrate Judge for Final Disposition (D.E. #58, 59). The parties have stipulated to the full exercise of jurisdiction by a United States Magistrate Judge to conduct any and all further proceedings in this case, including he entry of final judgment. Therefore, pursuant to 28 U.S.C. §636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, it is hereby

**ORDERED AND ADJUDGED** that this case is referred to **United States Magistrate Judge Andrea M. Simonton** to conduct any and all proceedings required in this case, including the entry of final judgment.

**DONE AND ORDERED** in Chambers at Miami, Florida this 8 day of July, 2002.

                                        JOAN A. LENARD
                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:    Magistrate Judge Andrea M. Simonton

Stewart Lee Karlin, Esq.                            Charles S. White, Esq.
400 S.E. 8th Street                                     Assistant U. S. Attorney
Ft. Lauderdale, FL 33316                        99 N.E. 4th Street
                                                  Miami, FL 33131

