UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6193-CIV-LENARD/SIMONTON

FILED by _____ D.C.
SEP 20 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

THOMAS P. BUTLER,

    Plaintiff,

v.

WILLIAM J. HENDERSON, Post Master General,

    Defendant.
_____/

### ORDER SETTING HEARING

Presently pending before this Court is Defendant William J. Henderson's Motion for Summary Judgment (DE #19, filed 8/3/02). This case has been referred to the undersigned Magistrate Judge by the Honorable Joan A. Lenard, United States District Judge (DE #61, filed 7/08/02). Therefore, it is hereby

**ORDERED AND ADJUDGED** that a hearing on this Motion is set for Wednesday, September 25, 2002 at 11:00 a.m., in Courtroom XI, United States Courthouse, 300 NE 1st Avenue, Miami, Florida.

**DONE AND ORDERED** at Miami, Florida, this 19th day of September, 2002.

ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable Joan A. Lenard
   United States District Judge
Stewart Lee Karlin, Esq.
   Fax #(305)462-3151
   (Attorney for Plaintiff)

**AUSA Charles A. White, Esq.**
**Fax #(305)530-7139**
**(Attorney for Defendant)**