CIVIL MINUTES/CALENDAR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**COURTROOM XI    TIME: 2:00 PM**

MAGISTRATE JUDGE **ANDREA M. SIMONTON**

Case No. 00-6193-CIV-LENARD    Date OCTOBER 1, 2002    END: 3:15

Clerk CHERLE GUTIERREZ    Tape No. 02FX 87-1363 & 88-1

Court Reporter N/A

Title of Case THOMAS P. BUTLER V. WILLIAM J. HENDERSON, POST MASTER GENERAL (John Potter)

P. Attorney(s) STEWART KARLIN, plaintiff present

D. Attorney(s) CHARLES A. WHITE-AUSA + Randle Smith - USPS Asst. Dist. Counsel

Reason for Hearing DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Result of Hearing Motion hearing held. The Court grants the Government's ore tenus motion for more definate statement, plaintiff has 20 days to file. The Court denies, w/o prejudice, the motion to dismiss or for summary judgment. Order to follow.