UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6193-CIV-LENARD/SIMONTON

THOMAS BUTLER,

    Plaintiff,

v.                                                                      <u>CONSENT CASE</u>

JOHN E. POTTER,[1]
POSTMASTER GENERAL,

    Defendant.
_____/

<u>ORDER GRANTING ORE TENUS MOTION FOR MORE DEFINITE STATEMENT AND DENYING, WITHOUT PREJUDICE, DEFENDANT'S RENEWED MOTION TO DISMISS OR, IN THE ALTERNATIVE, RENEWED MOTION FOR SUMMARY JUDGMENT</u>

This Cause is before the court upon the Defendant's Motion to Dismiss or in the Alternative Motion for Summary Judgment (DE #19)[2] and the Defendant's Renewed Motion to Dismiss or, in the Alternative, Renewed Motion for Summary Judgment (DE #44). The Parties have consented to jurisdiction by a United States Magistrate Judge for final disposition, and the Honorable Joan A. Lenard, United States District Judge has entered an Order of Full Referral to Magistrate. (DE# 61). The Motions have been fully briefed, and a hearing was held on October 1, 2002. For the reasons stated on the record at the hearing, it is hereby

---

[1] Pursuant to Fed. R. Civ. P. 25(d), John E. Potter is automatically substituted in place of William J. Henderson as a defendant in this case.

[2] The Defendant initially filed a Motion to Dismiss or in the Alternative Motion for Summary Judgment (DE# 19). The District Court dismissed the Motion for Summary Judgment, noting that the parties had not had adequate time to conduct discovery, and reserved ruling on the Motion to Dismiss. (DE# 38).

**ORDERED AND ADJUDGED** that the Defendant's unopposed ore tenus Motion for a More Definite Statement is **GRANTED**. Plaintiff shall file an Amended Complaint on or before October 21, 2002. It is further

**ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss (DE# 19) and the Defendant's Renewed Motion to Dismiss or in the Alternative Renewed Motion for Summary Judgment (DE# 44) are **DENIED WITHOUT PREJUDICE..** It is further

**ORDERED AND ADJUDGED** that the Clerk of the Court shall substitute John E. Potter in place of William J. Henderson as the named defendant Postmaster General.

**DONE AND ORDERED** at Miami, Florida, this 2nd day of October, 2002.

ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Stewart Lee Karlin, Esq.
315 S.E. 7th St.
The Advocate Building–Second Floor
Fort Lauderdale, FL 33301
Facsimile # 954-462-3151
(Counsel for Plaintiff)

AUSA Charles S. White, Esq.
United States Attorney's Office
99 N.E. 4th St.
Miami, FL 33131
Facsimile # 305-530-7139
(Counsel for Defendant)