# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

THOMAS BUTLER,

                **Case No.: 00-6193-CIV-LENARD**
                **MAGISTRATE JUDGE SIMONTON**

         Plaintiff,

                **THIS IS A CONSENT CASE**

v.

WILLIAM HENDERSON,
POST MASTER GENERAL, of the
UNITED STATES POSTAL SERVICE
AGENCY,

         Defendant.

_____/

## PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME

      COMES NOW the plaintiff, THOMAS BUTLER, by and through the undersigned attorney and respectfully moves the Court to enlarge the time within the plaintiff may file an amended complaint:

    1.     Pursuant to a Court order, plaintiff must file his amended complaint by October 21, 2002.

    2.     Plaintiff is requesting an extension until October 25, 2002 to serve and file an amended complaint..

    3.     Plaintiff's counsel has been involved in preparation for a due process hearing for October 21, 22 and 23. The case is entitled *C.J.D. v. School Board of Broward County, Florida, Case No. 01-1848E* which involves representing a disabled child in obtaining special services for the child. There has been an inordinate amount of

preparation time for the hearing. In addition, the undersigned has had numerous other matters such as mediations, depositions, hearing, and other deadlines.

4.    There is absolutely no prejudice in granting this short continuance. Thus, this short continuance will not impact on any dates in the scheduling order or discovery.

7.    Plaintiff has attempted to reach the attorney for the defendant and have been unable to reach him but expect that he would consented to this short continuance based upon numerous other dealing with him.

WHEREFORE, for all the foregoing reasons, the plaintiff requests that the Motion be granted.

## MEMORANDUM OF LAW

In support of the foregoing motion, plaintiff relies upon local Rule 7.1 (A)(3), of the United States District Court for the Southern District of Florida.,

Dated:   Fort Lauderdale, Florida
         October 20, 2002

_____
STEWART LEE KARLIN, ESQ.
Attorney for Plaintiff
315 SE 7th Street, 2nd Floor
Fort Lauderdale, Florida 33301
(954) 462-1201
Fla Bar No. 961159

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing  by hand to: CHARLES S.

WHITE, Assistant U.S. Attorney, U.S. Attorney for the Southern District, , 99 N.E. 4th Street,

Miami, FL 33131 on this 20th  day of October, 2002.

STEWART LEE KARLIN, ESQ.
Florida Bar No. 0961159
315 SE 7th Street, 2nd Floor
Fort Lauderdale, Florida 33301
(954) 462-1201