

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

THOMAS BUTLER,

          Plaintiff,

v.

WILLIAM HENDERSON,
POST MASTER GENERAL, of the
UNITED STATES POSTAL SERVICE
AGENCY,

          Defendant.
_____/

Case No.: 00-6193-CIV-LENARD
MAGISTRATE JUDGE SIMONTON

THIS IS A CONSENT CASE

## ORDER

THIS CAUSE has come before the Court upon the motion for extension of time filed by plaintiff. The Court has considered the motion, and being otherwise duly advised, it is

ORDERED AND ADJUDGED that said motion be and the same is hereby GRANTED. The plaintiff shall have up to and including October 25, 2002, within which to serve and file an amended complaint..

DONE AND ORDERED in Chambers in Dade County, Miami, Florida this 24th day of October, 2002

                                                                             _____
                                                                             U.S. Magistrate Judge

Copies Furnished to:
Stewart Lee Karlin, Esq.
Charles White, Asst. U.S. Attorney