FILED BY _____JC_____ D.C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

2002 NOV -1 PM 3:56

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA- MIA

Case No. 00-6193-CIV-LENARD/Simonton

THOMAS BUTLER,

    Plaintiff,

v.

JOHN POTTER,
POSTMASTER GENERAL,
United States Postal Service,

    Defendant.
_____/

## DEFENDANT'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

COMES NOW Defendant, Postmaster General, United States Postal Service, by and through the undersigned counsel, and files this Answer to Plaintiff's Second Amended Complaint. Defendant responds to the enumerated paragraphs in Plaintiff's Complaint as follows.

1. Paragraph 1 consists of a preliminary statement which contains jurisdictional averments, to which no response is required. To the extent a response is deemed necessary, denied.

2. Paragraph 2 consists of jurisdictional averments or otherwise calls for conclusions of law, to which no response is necessary. To the extent a response is deemed necessary, denied.

3. Defendant admits that Plaintiff has filed discrimination complaints. The remainder of Paragraph 3 calls for a conclusion of law, to which no response is required. To the extent a response is deemed necessary, denied. Defendant further denies that Plaintiff was subjected to any unlawful discrimination whatsoever by Defendant.

4. Paragraph 4 calls for a conclusion of law, to which no response is required.

5. Admitted.

6. Defendant admits that Plaintiff filed discrimination complaints. The remainder of the paragraph calls for conclusions of law, to which no response is required.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

The remainder of the Complaint consists of a prayer for damages, to which no response is required. Notwithstanding the foregoing, Defendant denies that Plaintiff is entitled to any damages from Defendant, or to any relief whatsoever.

Any allegations contained in the complaint that were not specifically admitted, denied, or modified in this Answer are hereby denied.

## AFFIRMATIVE DEFENSES

18. Plaintiff has failed to state a claim upon which relief may be granted.

19. Plaintiff has failed to exhaust his mandatory administrative remedies prior to filing this lawsuit in federal district court.

20. Plaintiff has failed to file this action within the required limitations period.

21. The Court lacks subject matter jurisdiction over claims in this action.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By _____
CHARLES S. WHITE
Assistant United States Attorney
Fla. Bar No. 394981
99 N.E. 4th Street, Suite 322
Miami, Florida 33131
Tel. (305) 961-9286
Fax. (305) 530-7139

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was furnished by U.S. Mail on November 1, 2002 to Stewart Lee Karlin, Esq., Counsel for Plaintiff, 315 S.E.7th Street, Suite 200, Ft. Lauderdale, Florida 33301.

By _____
CHARLES S. WHITE
Assistant United States Attorney