UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6193-CIV-LENARD/SIMONTON

THOMAS P. BUTLER,

    Plaintiff,

v.

JOHN E. POTTER, Post Master General,

    Defendant.
_____/



### ORDER SETTING STATUS CONFERENCE AND SCHEDULING HEARING

This Cause is before the court sua sponte. The Parties have consented to jurisdiction by a United States Magistrate Judge for final disposition, and the Honorable Joan A. Lenard, United States District Judge has entered an Order of Full Referral to Magistrate. (DE# 61). The Court having reviewed the matter and being otherwise duly advised in the premises, does hereby

**ORDER** that a telephonic status conference is set for Friday, December 20, 2002 at 9:00 a.m. to establish the pretrial schedule and select a date certain for the trial.

**DONE AND ORDERED** at Miami, Florida, this 19th day of December, 2002.

                              ANDREA M. SIMONTON
                              UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Stewart Lee Karlin, Esq.
315 S.E. 7th St.
The Advocate Building–Second Floor
Fort Lauderdale, FL 33301
Facsimile # 954-462-3151
(Counsel for Plaintiff)

AUSA Charles S. White, Esq.
United States Attorney's Office
99 N.E. 4th St.
Miami, FL 33131
Facsimile # 305-530-7139
(Counsel for Defendant)

