**CIVIL MINUTES/CALENDAR**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**COURTROOM XI     TIME: 9:00 AM**



FILED by _____ D.C.

DEC 20 2002

MAGISTRATE JUDGE **ANDREA M. SIMONTON**

Case No. 00-6193-CIV-LENARD     Date DECEMBER 20, 2002  END: 9:20

Clerk   CHERLE GUTIERREZ     Tape No.  02FX- 109 - 3185 &
110 - 1

Court Reporter N/A

Title of Case THOMAS P. BUTLER V. WILLIAM J. HENDERSON, POST MASTER

GENERAL

P. Attorney(s)  STEWART KARLIN

D. Attorney(s)  CHARLES A. WHITE-AUSA

Reason for Hearing TELEPHONIC STATUS CONFERENCE

Result of Hearing  Status conference held. Mediation
to be held by 3/28/03. The pretrial stipulation
and any motions in limine are due 4/8/03. The
pretrial Conference is set for 4/18/03 @ 10 a.m.
The jury trial is set for 4/28/03 at 9 a.m.
Jury instructions and proposed jury instructions
are due 9 a.m. on 4/28/03. Order to follow.