IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED by NW D.C.
MAR 13 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

CASE NO. 00-6193-CIV LENARD/Simonton

THOMAS BUTLER,

    Plaintiff,

v.                                          CONSENT CASE

JOHN POTTER, Postmaster,
United States Postal Service,

    Defendant.
_____/

### ORDER OF DISCLOSURE OF SETTLEMENT AGREEMENT

THIS CAUSE is before the Court upon the Defendant's unopposed Motion for an order authorizing the disclosure of the terms of the Settlement Agreement entered into by the parties in proceedings before the Merit Systems Protection Board, Appeal Number AT-0752-97-0767-I-1, for use in the above-styled proceedings.

Upon review of all relevant portions of the records, it is hereby:

ORDERED AND ADJUDGED THAT the Settlement Agreement entered into by the parties in proceedings before the Merit Systems Protection Board, Appeal Number AT-0752-97-0767-I-1, shall be disclosed for use in the above-styled proceedings;

IT IS FURTHER ORDERED AND ADJUDGED THAT the Court's order of disclosure of the Settlement Agreement does not prejudice the rights of the parties to raise objections to the discovery of, or admissibility of, any document, or to assert any applicable privilege.

DONE and ORDERED in chambers at Miami, Florida this 13th day of March, 2003.

                                                        ANDREA M. SIMONTON
                                                        UNITED STATES MAGISTRATE JUDGE

cc:    Stewart Lee Karlin, Esq.
        Charles S. White, AUSA