UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
MAR 2 7 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

Case No.: 00-6193-CIV-LENARD/SIMONTON

THOMAS BUTLER,

        Plaintiff,

**THIS IS A CONSENT CASE**

v.

WILLIAM HENDERSON,
POST MASTER GENERAL, of the
UNITED STATES POSTAL SERVICE
AGENCY,

        Defendant.
_____/

## ORDER

THIS CAUSE has come before the Court upon the motion for extension of time filed by plaintiff. The Court has considered the motion, and being otherwise duly advised, it is

ORDERED AND ADJUDGED that said motion be and the same is hereby GRANTED. The plaintiff shall have up to and including April 14, 2003, within which to serve and file a response to defendant's summary judgment.

DONE AND ORDERED in Chambers in Dade County, Miami, Florida this 27th day of March ___, 2003.

                                                                U.S. Magistrate Judge

Copies Furnished to:
Stewart Lee Karlin, Esq.
Charles White, Asst. U.S. Attorney