IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



CASE NO. 00-6193-CIV LENARD/Simonton

THOMAS BUTLER,

    Plaintiff,

v.                                                                             CONSENT CASE

JOHN E. POTTER, Postmaster,
U.S. Postal Service,

    Defendant.
_____/

## UNOPPOSED MOTION TO EXTEND PRE-TRIAL STIPULATION DEADLINE

COMES NOW the Defendant, by and through the undersigned Assistant United States Attorney, pursuant to Rule 6(b), Federal Rules of Civil Procedure, to file this UNOPPOSED Motion to Extend the time within which the parties shall file their Joint Pre-Trial Stipulation, and as grounds therefore would show as follows:

1. On March 13, 2003, the Court ordered the parties to prepare and file a Joint Pre-Trial Stipulation.

2. Although the parties have been working diligently to complete the Joint Pre-Trial Stipulation, it is not yet complete.[1]

3. Working together, the Joint Pre-Trial Stipulation will be completed and filed by Wednesday, April 16, 2003.

4. In compliance with Local Rule 7.1A(3) of this Court, on April 8, 2003, the undersigned counsel contacted counsel for the Plaintiff regarding the subject of this motion, who advise that the motion is unopposed.

---

[1]This case was filed under Title VII of the Civil Rights Act of 1964, as amended (42 U.S.C.§2000e), as amended, based upon allegations of wrongful discrimination based upon Plaintiff's race, national origin and upon retaliation by employees of the Defendant.



WHEREFORE, the Defendant respectfully requests, without opposition, that the date within which the parties shall file their Joint Pre-Trial Stipulation be extended until Wednesday, April 16, 2003.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By _____
CHARLES S. WHITE
Assistant United States Attorney
Fla. Bar No. 394981
99 N.E. 4th Street, Suit 300
Miami, Florida 33131
Tel. (305) 961-9286
Fax. (305) 530-7139

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was furnished by U.S. Mail on April 8, 2003 to Stewart Lee Carlin, Esq., Counsel for Plaintiff Butler, 315 S.E.. 7th Street, Suite 200, Ft. Lauderdale, Florida 33301.

By _____
CHARLES S. WHITE
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6193-CIV LENARD/Simonton

THOMAS BUTLER,

    Plaintiff,

v.                                     CONSENT CASE

JOHN POTTER, Postmaster,
United States Postal Service,

    Defendant.
_____/

### ORDER OF EXTENDING PRE-TRIAL STIPULATION DEADLINE

THIS CAUSE is before the Court upon the unopposed Motion of the Defendant, pursuant to Rule 6(b), Federal Rules of Civil Procedure, for an order enlarging the time within which the parties may file their Joint Pre-Trial Stipulation in this case.

Upon review of all relevant portions of the records, it is hereby:

ORDERED AND ADJUDGED THAT the Defendant's Motion is GRANTED. The parties shall file their Joint Pre-Trial Stipulation in this case on or before Wednesday, April 16, 2003. .

DONE and ORDERED in chambers at Miami, Florida this _____ day of April, 2003.

                                              ANDREA M. SIMONTON
                                             UNITED STATES MAGISTRATE JUDGE

cc:    Stewart Lee Carlin, counsel for Plaintiff Butler
        Charles S. White, AUSA

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



CASE NO. 00-6193-CIV LENARD/Simonton

THOMAS BUTLER,

    Plaintiff,

v.                                            CONSENT CASE

JOHN E. POTTER, Postmaster,
U.S. Postal Service,

    Defendant.
_____/

### UNOPPOSED MOTION TO EXTEND PRE-TRIAL STIPULATION DEADLINE

COMES NOW the Defendant, by and through the undersigned Assistant United States Attorney, pursuant to Rule 6(b), Federal Rules of Civil Procedure, to file this UNOPPOSED Motion to Extend the time within which the parties shall file their Joint Pre-Trial Stipulation, and as grounds therefore would show as follows:

1. On March 13, 2003, the Court ordered the parties to prepare and file a Joint Pre-Trial Stipulation.

2. Although the parties have been working diligently to complete the Joint Pre-Trial Stipulation, it is not yet complete.[1]

3. Working together, the Joint Pre-Trial Stipulation will be completed and filed by Wednesday, April 16, 2003.

4. In compliance with Local Rule 7.1A(3) of this Court, on April 8, 2003, the undersigned counsel contacted counsel for the Plaintiff regarding the subject of this motion, who advise that the motion is unopposed.

---

[1] This case was filed under Title VII of the Civil Rights Act of 1964, as amended (42 U.S.C. §2000e), as amended, based upon allegations of wrongful discrimination based upon Plaintiff's race, national origin and upon retaliation by employees of the Defendant.



WHEREFORE, the Defendant respectfully requests, without opposition, that the date within which the parties shall file their Joint Pre-Trial Stipulation be extended until Wednesday, April 16, 2003.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By _____
CHARLES S. WHITE
Assistant United States Attorney
Fla. Bar No. 394981
99 N.E. 4th Street, Suit 300
Miami, Florida 33131
Tel. (305) 961-9286
Fax. (305) 530-7139

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was furnished by U.S. Mail on April 8, 2003 to Stewart Lee Carlin, Esq., Counsel for Plaintiff Butler, 315 S.E.. 7th Street, Suite 200, Ft. Lauderdale, Florida 33301.

By _____
CHARLES S. WHITE
Assistant United States Attorney

2

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6193-CIV LENARD/Simonton

THOMAS BUTLER,

          Plaintiff,

v.                                                CONSENT CASE

JOHN POTTER, Postmaster,
United States Postal Service,

          Defendant.
_____/

## ORDER OF EXTENDING PRE-TRIAL STIPULATION DEADLINE

THIS CAUSE is before the Court upon the unopposed Motion of the Defendant, pursuant to Rule 6(b), Federal Rules of Civil Procedure, for an order enlarging the time within which the parties may file their Joint Pre-Trial Stipulation in this case.

Upon review of all relevant portions of the records, it is hereby:

ORDERED AND ADJUDGED THAT the Defendant's Motion is GRANTED. The parties shall file their Joint Pre-Trial Stipulation in this case on or before Wednesday, April 16, 2003. .

DONE and ORDERED in chambers at Miami, Florida this _____ day of April, 2003.

                                                        _____
                                                        ANDREA M. SIMONTON
                                                        UNITED STATES MAGISTRATE JUDGE

cc:    Stewart Lee Carlin, counsel for Plaintiff Butler
        Charles S. White, AUSA