IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
APR 0 9 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

CASE NO. 00-6193-CIV LENARD/Simonton

THOMAS BUTLER,

    Plaintiff,

v.                                    CONSENT CASE

JOHN POTTER, Postmaster,
United States Postal Service,

    Defendant.
_____/

### ORDER OF EXTENDING PRE-TRIAL STIPULATION DEADLINE

THIS CAUSE is before the Court upon the unopposed Motion of the Defendant, pursuant to Rule 6(b), Federal Rules of Civil Procedure, for an order enlarging the time within which the parties may file their Joint Pre-Trial Stipulation in this case.

Upon review of all relevant portions of the records, it is hereby:

ORDERED AND ADJUDGED THAT the Defendant's Motion is GRANTED. The parties shall file their Joint Pre-Trial Stipulation in this case on or before Wednesday, April 16, 2003. .

DONE and ORDERED in chambers at Miami, Florida this 9th day of April, 2003.

                        ANDREA M. SIMONTON
                        UNITED STATES MAGISTRATE JUDGE

cc:    Stewart Lee Carlin, counsel for Plaintiff Butler
       Charles S. White, AUSA