UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 00-6193-CIV-LENARD/SIMONTON

THOMAS BUTLER,

    Plaintiff,

v.                                     **THIS IS A CONSENT CASE**

JOHN POTTER,
POST MASTER GENERAL, of the
UNITED STATES POSTAL SERVICE
AGENCY,

    Defendant.
_____/

### PLAINTIFF'S MOTION ON CONSENT FOR AN EXTENSION OF TIME

COMES NOW the plaintiff, THOMAS BUTLER, by and through the undersigned attorney and respectfully moves the Court to enlarge the time within the plaintiff may file a response to Defendant's Motion for Summary Judgment:

1.    Pursuant to the local rules and the order of this Court, plaintiff must file his response to Defendant's Motion for Summary Judgment on or about April 14, 2003.

2.    Plaintiff is requesting a two day extension until April 16, 2003 to serve and file a response.

3.    Plaintiff's counsel has been involved in preparation for a due process hearing for March 25, 26, 27, and 28 in the case entitled *J.D. W. v. School Board of Dade County, Florida, Case No. 02-3747E* which involves representing a disabled child in obtaining special services for the child. Beside the actual continuous trial time, there has been an inordinate amount of preparation time for the hearing. In addition, the undersigned has had numerous other matters

such as mediations, depositions, hearings, and other deadlines. *For example, S.S. v. the School Board of Broward County,  A.A. v. the School Board of Broward County,* and *J.C. v. Palm Beach School Board,* are due process hearings which are scheduled in the next eight weeks as well as *Lee County School Board v. Dr. John Sanders,* a termination case where I am representing the former Superintendent of Schools.

4. There is absolutely no prejudice in granting a two day continuance. Thus, this short continuance will not impact on any other dates in the scheduling order.

5. Plaintiff has contacted the attorney for the defendant and he has no objection to this extension.

WHEREFORE, for all the foregoing reasons, the plaintiff requests that the Motion be granted.

## MEMORANDUM OF LAW

In support of the foregoing motion, plaintiff relies upon local Rule 7.1 (A)(3), of the United States District Court for the Southern District of Florida.,

Dated: Fort Lauderdale, Florida
April 14, 2003

STEWART LEE KARLIN, P.A.
Attorney for Plaintiff
The Advocate Building-2nd Floor
315 S.E. 7th Street
Fort Lauderdale, Florida 33301
(954) 462-1201
edlawkarlin@aol.com
Florida Bar No. 0961159

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing by hand to: CHARLES S. WHITE, Assistant U.S. Attorney, U.S. Attorney for the Southern District, 99 N.E. 4th Street, Miami, Florida 33131 on this 14th day of April, 2003

STEWART LEE KARLIN, P.A.
Attorney for Plaintiff
The Advocate Building-2nd Floor
315 S.E. 7th Street
Fort Lauderdale, Florida 33301
(954) 462-1201
edlawkarlin@aol.com
Florida Bar No. 0961159