

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 00-6193-CIV-LENARD/SIMONTON

THOMAS BUTLER,

        Plaintiff,

                                 THIS IS A CONSENT CASE

v.

JOHN POTTER,
POST MASTER GENERAL, of the
UNITED STATES POSTAL SERVICE
AGENCY,

        Defendant.
_____/

## ORDER

THIS CAUSE has come before the Court upon the motion for extension of time filed by plaintiff. The Court has considered the motion, and being otherwise duly advised, it is

ORDERED AND ADJUDGED that said motion be and the same is hereby GRANTED. The plaintiff shall have up to and including April 16, 2003, within which to serve and file a response to defendant's summary judgment. Due to this extension, the pretrial conference previously set for April 18, 2003, is cancelled and will be reset by further Order.

DONE AND ORDERED in Chambers in Dade County, Miami, Florida this 15 day of April ___, 2003.

                                                      _____
                                                      U.S. Magistrate Judge

Copies Furnished to:
Stewart Lee Karlin, Esq.
Charles White, Asst. U.S. Attorney