UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NIGHT BOX
FILED
APR 16 2003

Case No.: 00-6193-CIV-LENARD/SIMONTON

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

THOMAS BUTLER,

    Plaintiff,

v.

**THIS IS A CONSENT CASE**

JOHN POTTER,
POST MASTER GENERAL, of the
UNITED STATES POSTAL SERVICE
AGENCY,

    Defendant.
_____/

### PLAINTIFF'S MOTION ON CONSENT FOR AN EXTENSION OF TIME

COMES NOW the plaintiff, THOMAS BUTLER, by and through the undersigned attorney and respectfully moves the Court to enlarge the time within the parties may file the joint pretrial stipulation:

1. Pursuant to the local rules and the order of this Court, the parties must file the joint pretrial stipulation by April 16, 2003.

2. Plaintiff is requesting a five day extension until April 21, 2003 to file the joint pretrial stipulation..

3. Plaintiff's counsel has been involved in preparation for a due process hearing for March 25, 26, 27, and 28 in the case entitled *J.D. W. v. School Board of Dade County, Florida, Case No. 02-3747E* which involves representing a disabled child in obtaining special services for the child. Beside the actual continuous trial time, there has been an inordinate amount of preparation time for the hearing. In addition, the undersigned has had numerous other matters