UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NIGHT BOX FILED
APR 16 2003
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

Case No.: 00-6193-CIV-LENARD/SIMONTON

THOMAS BUTLER,

    Plaintiff,

v.

WILLIAM HENDERSON,
POST MASTER GENERAL, of the
UNITED STATES POSTAL SERVICE
AGENCY,

    Defendant.
_____/

THIS IS A CONSENT CASE

### NOTICE OF FILING PLAINTIFF'S AFFIDAVIT

Plaintiff, hereby serves notice to all parties concerned that he is filing the attached affidavit in opposition to Defendant's Summary Judgment Motion.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to: Charles S. White, ASUA, U.S. Attorney, 99 N.E. 4th Street, Miami, Florida 33131, on this 16th day of April, 2003.

STEWART LEE KARLIN, P.A.
Attorney for Plaintiff
The Advocate Building-2nd Floor
315 S.E. 7th Street
Fort Lauderdale, Florida 33301
(954) 462-1201
edlawkarlin@aol.com
Florida Bar No. 0961159

