# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

NIGHT ...

### Case No.: 00-6193-CIV-LENARD/SIMONTON

APR : 5 2003

CLARENCE ...
**CLERK,** USDC / SDFL ...

THOMAS BUTLER,

            Plaintiff,

v.

                                    **AFFIDAVIT**

WILLIAM HENDERSON,
POST MASTER GENERAL, of the
UNITED STATES POSTAL SERVICE
AGENCY,

            Defendant.
_____/

        BEFORE ME, the undersigned authority duly qualified to administer oaths and

take acknowledgments, personally appeared THOMAS BUTLER, who being by me

first duly sworn upon his oath, deposes and states that:

        1.      I am the plaintiff in the above captioned matter and submit this affidavit

in connection with the on going pattern of retaliation by the Postal Service.

        2.      Mr. Fernandez who was my supervisor continuously harassed me which

eventually led to my filing EEOC charges against him on or about March 20, 1997. He



was verbally abusive and shouted at me. I noticed that he did not treat other Hispanic supervisors that way. In fact, he threatened me, stated that "this is your training week, wait to next week" and he constantly threatened to reassign me and demote me(" I will see that you will never work as a supervisor again"). EEOC Charge No. 1H 333 0018-97 (Defendant' Laury Exhibit "8 and 14 ")

3.    Also, my work performance was criticized by Mr. Fernandez in the presence of my subordinate employees in an effort to embarrass and humiliate me This happened on several occasions and I never saw Mr. Fernandez behave in such a manor with other supervisors that he managed.   EEOC Charge No. 1H 333 0018-97 (Defendant' Laury Exhibit "8 and 14 ")

4.    Another example of the harassment was Mr. Fernandez deliberately scheduling a meetings during plaintiff's lunch hour. To my knowledge, I have not seen any other supervisors forced to eat their lunch during a meeting .EEOC Charge No. 1H 333 0018-97  My schedule was constantly changed ( five times or more)  to make it impossible for me to learn the operation and workers which impeded my performance as a supervisor. EEOC Charge No. 1H 333 0018-97  (Defendant' Laury Exhibit "8 and 14 ")

5.    The abuse got so bad that I began to suffer from depression and work related stress anxiety.  I even had to go to the emergency room of a hospital and was

subsequently placed on medication due to the harassment and constant threats by Mr.

Fernandez who was forced to resign due to sexually harassing women and helping an

employee falsify documents. (See Exhibit "A"-medical documentation) . Since filing

my initial EEO in March, 1997, EEOC Charge No. 1H 333 0018-97, the Postal Service

has waged a retaliatory campaign against me which has caused a hostile work

environment and led to my termination. (I have been subsequently reinstated) It should

be noted that Robert Brace, MDO, knew about my filing an EEO complaint in March

or April, 1997 because I told him. He worked closely with Mr. Fernandez and I

believe that he told Mr. Fernandez about the EEO filing.

6.    Thereafter, on or about April 14, 1997, I submitted medical

documentation that I was able to return to work part-time. (Dillon Exhibit "2")

Although postal employees are allowed to return to work when injured on the job on

a part-time basis for medical reasons, Mr. Fernandez the alleged discriminating official

advised me in writing on May 2, 1997, that because I could only work part-time and

not under his supervision, that the request to return to work was denied. (Laury

Defendant Exhibit " 11  ")   This is against Postal Policy. Thereafter, on May 8, 1997,

I submitted an additional letter which cleared me to work full-time with the only

restriction being that I could not be supervised by the alleged discriminating official,

Mr. Fernandez, at least for the time being. (Dillon Defendant Exhibit "4" ) Thereafter,

I spoke to Mr. Dillon on or about May 15, 1997. I believe I told him that I thought that the enforced leave was wrong, that the action violates FMLA and postal policy and also mentioned my prior EEO activity against Mr. Fernandez.    Despite the clearance to work, Robert Dillon advised me on May 27, 1997 that my enforced leave would continue. (Dillon Exhibit "5"  )

7.    I was denied work on Tour II (away from Mr. Fernandez) that was available in May, 1997 but was filled by a temporary supervisor, Ray Otero (Hispanic) in retaliation for my prior EEO activity in March, 1997.

8.    Thereafter, on June 6, 1997, I filed my formal charge of discrimination alleging a hostile work environment and retaliation for being placed on enforced leave. I also filed a Merit System Protection Board hearing on June 6, 1997 regarding my enforced leave. (Defendant' Laury Exhibit 14 " and Dillon Exhibit "7")

9.    In October, 1997, my mental state plummeted dramatically from March, 1997. My life was in a downward spiral. I had uncontrollable feeling of hopelessness and despair which totally consumed me. I found it difficult to get out of bed. I did not even take care of my personal hygiene. My wife had taken over the financial matters and wrote the checks and paid the bills because I did not have the awareness to do so. I was even diagnosed as suicidal. I was under significant doses of medication such as Prozac and Klonopin.  The drugs impacted my inability to think clearly and I was

unable to focus.  See Exhibit "A"

10.    Although I signed the settlement agreement, I do not believe it was knowing and voluntary since my mental state did not allow me to understand and comprehend the agreement and the consequences of signing it since I was in a major depression and unable to focus.

11.    I never met my attorney in person.  He was a union attorney who was based in Dunedin, Florida who forwarded the agreement by mail.   He told me on the telephone to sign the agreement and I would go back to work. When I signed the agreement, I did not comprehend what I was signing and the consequences of signing the agreement would result in waiving my EEOC rights.

12.    I had  filed my first EEO in March, 1997 regarding harassment.  The Defendant failed to allow me to return to work for several months after taking medical leave, despite the fact that I had been cleared by my doctor and the medical unit of the defendant to return to work. In addition, the defendant was obligated to reinstate me under the FMLA and limited duty procedures.  (Exhibit "E")  As a direct consequence of defendant not allowing me to return to work, I was not eligible for the Economic Value Added Credit EEOC Charge No. 1H 333 0036-97 (Laury Exhibit "22")

13.    The harassment continued.  Numerous inflammatory comments were made by management to me such as but not limited to being called stupid, look for a

new job, I'm tired of your nonchalant attitude, and even an insensitive remark was made concerning the death of my brother ;. These comments were made by Rosie Carlies, Manager of Distribution and Operations EEOC Charge No. 1H 333 0011-98, EEOC Charge No. 1H 333 0047-99, , EEOC Charge No. 1H 333 0012-00. Laury Exhibits 25, 33, and 39; also see Exhibit "B"

14.    I was kicked out of a staff meeting without cause by Rosie Carlies. EEOC Charge No. 1H 333 0047-99 and EEOC Charge No. 1H 333 0012-00. In fact, I was forced to work OCR, DBCS, BCS, SWYB, platform, manual flats, manual letters, and FSM. I am unaware of any other supervisor who had to work in so many different operations during a short period of time as another form of harassment. Laury Exhibits 25, and 39, also see Exhibit "B"

15.    I received a biased and unfounded letter of warning having to many workers in the operation when a short time later Ms. Ettienne had almost twice the allotted number (I had only three more than the allotment) but she was not given a letter of warning to my knowledge.    EEOC Charge No. 1H 333 0047-99 and EEOC    It should be noted that I believe I did file a formal complaint of discrimination on EEOC Charge No. 1H 333 0047-99. Laury Exhibit 25 and Exhibit B.

16.    Ms. Carlies ordered me to leave the building without just cause in front of co-workers and subordinate employees which was extraordinarily embarrassing.

EEOC Charge No. 1H 333 0012-00. She clearly knew about my EEOC charge since she was aware of the settlement and my reinstatement. (See e-mail dated 10/15/97 as Exhibit "C ") Moreover, her reaction and the comments were made to me due to my being labeled at troublemaker which was common knowledge among management at my facility for my EEO activity. Exhibit "D"

17.   It is clear to me that the Postal Service targeted me due to retaliation which resulted in a hostile work environment and which caused my discharge from my life time civil service career at the Postal Service, although I have been subsequently reinstated.


_Thomas Butler_

THOMAS BUTLER

**STATE OF FLORIDA  )**
**COUNTY OF BROWARD     )**

I hereby certify that on this day personally appeared before me, an officer duly authorized to administer oath and take acknowledgments, THOMAS BUTLER, known to be the person described in and who executed the foregoing.

In witness thereof, I have hereunto set my hand and affixed my official seal this 16th day of April, 2003.

(X ) personally known to me or,

( ) has produced a _____ (type of identification)

who (x) did or ( ) did not take an oath.



Stewart L Karlin
My Commission CC838297
Expires May 18, 2003

_____
Notary, State of Florida at Large

_____
My Commission Expires:

Page 8 of 8

**EXHIBIT "A"**

# Evelyn Lopez-Brignoni, M.D.

(305) 670-1411
Fax (305) 670-2811

1031 Ives Dairy Road
Suite 234 - Bldg. #4
N. Miami Beach, FL 33179

9400 S. Dadeland Blvd.
PH - 7
Miami, FL 33156

June 12, 1997

United States Postal Service
General Mail Facility
Medical Department

Att.:   Dr. Vicente

Re:    Thomas Butler
       SS #:  314/62/0751

Dear Dr. Vicente:

I have been informed by Mr. Butler that he has not been allowed to return to work under the criteria which I recommended in my letter to Ms. Feindt dated May 8, 1997.

It is clear that he cannot return to work under the conditions which led to his decompensation. This is likely to lead to further deterioration and perhaps even suicidal behavior, which could clearly be prevented easily. He needs ongoing care and medication to assist him in dealing with his depression.

Under the present conditions, I cannot release him to return to his duties. He needs to be allowed to recover and function in as stress-free an environment as possible. He has been forced to use his sick and annual leave until he can be released unconditionally.

Please feel free to contact me for any further questions.

Sincerely,

Evelyn Lopez-Brignoni, M. D.





Physician
**U.S. Department of Labor**
Employment Standards Administration
Office of Workers' Compensation Programs

Record of...

| 1. Patient's name | Last | First | Middle | 2. Date of injury | 3. OWCP File Number | OMB No. 1215-0103 Expires: 9-30-91 |
|---|---|---|---|---|---|---|
| | BUTLER | THOMAS | P | mo. day yr. 3 3 97 | 060678257 | |

4. What history of injury (or injury or disease) did patient give you?

*Panic attacks c elements of PTSD related to work situation*

5. Is there any history or evidence of concurrent or pre-existing injury or disease or physical impairment? (If yes, please describe.)  ☐ Yes ☑ No    ICD-9 Code

6. What are your findings? Include results of X-rays, laboratory reports, etc.
*Pt unable to focus due to overwhelming anxiety (& panic attacks Pt also became quite dysphoric and anhedonic*

7. What is your diagnosis?
*Major depression c panic attacks*     ICD-9 Code  296.2

8. Do you believe the condition found was caused or aggravated by an employment activity? (Please explain answer.)
☑ Yes  ☐ No   *R'ship c abusive supervisor led to profound dysphoria 2° abuse*

9. Did injury require hospitalization? If no, go to item #13.  ☐ Yes ☑ No | 10. Date of admission mo. day yr. | 11. Date of discharge mo. day yr. | 12. Additional hospitalization required If yes, describe in "Remarks." (Item 25) ☐ Yes ☐ No

What treatment did you provide?
*Psychopharmacology*

| 14. Date of first examination mo. day yr. 3 11 97 | 15. Date(s) of treatment mo. day yr. 3 20 97 | mo. day yr. | mo. day yr. | 16. Date of discharge from treatment mo. day yr. |
|---|---|---|---|---|

| 17. Period of total disability From mo. day yr. 3 05 97 Thru mo. day yr. 4 14 97 | 18. Period of partial disability From mo. day yr. 4 15 97 Thru mo. day yr. 5 12 97 | 19. Date employee able to resume light work mo. day yr. 4 14 97 |
|---|---|---|

| 20. Date employee is able to resume regular work mo. day yr. 5 8 97 | 21. Has employee been advised that he/she can return to work? ☑ Yes ☐ No | 22. If yes, on what date was he/she advised? mo. day yr. 5 8 97 |
|---|---|---|

| 23. If employee is able to resume only light work, indicate the extent of physical limitations and the type of work that could reasonably be performed with these limitations. (Continue in item #25 if necessary.) | 24. Are any permanent effects expected as a result of this injury? If yes, describe in item #25. ☐ Yes ☐ No |
|---|---|

25. Remarks

| 26. If you have referred the employee to another physician, provide the following: Name Address | State  ZIP | Specialty 27. What was the reason for this referral? ☐ Consultation ☐ Treatment |
|---|---|---|

28. Signature
I certify that the statements in response to the questions asked above are true, complete, and correct to the best of my knowledge. Further, I understand that any false or misleading statement or any misrepresentation or concealment of material fact, which is knowingly made, may subject me to felony/criminal prosecution.

Signature of physician _____  Date 11/14/97

29. Name of physician _____ | 30. Tax ID Number

Address _____ | 31. Do you specialize? ☑ Yes ☐ No

State  ZIP | 32. If yes, indicate specialty *Psychiatry*

CA-20
Rev. June 1990

DEA # BL 1629899

EVELYN LOPEZ - BRIGNONI, M.D. P.A.
9400 S. Dadeland Blvd.
PH - 7
Miami, FL 33156
Phone (305) 670-1411 • Fax (305) 670-2811

Name _Thomas Butler_

Address _____ Date _6-12-97_

℞

① Prozac 20mg #30

Sig: ↑ cap po q am

② Klonopin 0.5 mg #90

Sig: ↑ po q am
      ↑↑ po hs prn

☐ Label

Refil _____ times PRN  NR _____

_____ M.D.

To insure brand name dispensed, prescriber must write "Medically Necessary" on
the prescription

05/15/88                                01102730328

---

M _____
        HAS AN APPOINTMENT ON

☐ MON.   ☐ TUE.   ☐ WED.   ☐ THUR.   ☐ FRI.

DATE _6/19/97_ AT _2⁰⁰_              A.M.
                                      P.M.

EVELYN LOPEZ-BRIGNONI, M.D. P.A.
9400 S. DADELAND BLVD.        PHONE (305) 670-1411
PH - 7
MIAMI, FL 33156              FAX (305) 670-2811
IF UNABLE TO KEEP APPOINTMENT, KINDLY GIVE 24 HRS NOTICE.

**EXHIBIT "B"**

**UNITED STATES**
**POSTAL SERVICE**

**EO Investigative Affidavit**

(Complainant)

| | Page No. | No. Pages | Case No. |
|---|---|---|---|
| | 1 | 1 | 1-H-333-0018-97 |

| 1. Affiant's Name First, Middle, Last) | 2. Employing Postal Facility |
|---|---|
| Tom Butler | South FL Mail Pro. Center |

| 3. Position Title | 4. Grade Level | 5. Postal Address and ZIP + 4 | 6. Unit Assigned |
|---|---|---|---|
| Supervisor, Dist Cons | EAS 16 | 16000 Pines Blvd. Pembroke Pines, FL 33082-9998 | |

### Privacy Act Statement

The collection of this information is authorized by Public Law 90-351, Equal Employment Act of 1972, 29 U.S.C. sections 621 et seq. and 701 et seq., and Executive Order 11478 as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfil an agency function; to the Federal Records Center for storage; to the

Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Provision of the information requested is mandatory for the complainant, and for the Postal Service and other Federal employee witnesses. Failure of the complainant to provide requested information could result in the complaint being dismissed. Failure of Postal Service and other Federal employees to provide requested information could result in disciplinary action. Provision of the information requested by other persons is voluntary and failure to provide such information will result in no adverse effect.

---

1. Is your position and place of employment the same as it was on (date of incident) 3/5/97?

   ___ EAC 16 , SFMPC ; YES    ___ T-3 ___

2. Please state what purviews are being alleged by you; sex, color, age, race, religion, reprisal/retaliation, physical/mental disabilities; (based on the purviews accepted in the investigation letter) (Example: sex - male, religion - Catholic, etc.)

   RETALIATION
   COLOR - WHITE
   RELIGION - QUAKER
   AGE - OVER 40
   RACE - CAUCASIAN (NON HISPANIC)
   NATIONAL ORIGIN - USA
   SEX - MALE

| Affiant's Signature | Date |
|---|---|
| √ Thomas P Butler | √ 12-29-97 |

**UNITED STATES**
**POSTAL SERVICE**

## Investigative Affidavit

(Continuation Sheet)

| Page No. | No. Pages | Case No. |
|----------|-----------|----------|
| 2 | 2 | 1-H-333-0018-97 |

3. The Scope of Investigation letter stated that you are alleging the following: "Complainant alleges discrimination based on race, color, religion, sex, nat.origin, and age in that on 5/5/97 — _3/5/9_ he was harassed by his supervisor about his job performance and subsequently placed on enforced leave" Explain specifically why you believe you were discriminated against and which Management Official(s) discriminated against you.

_I am the only white male non-hispanic over age 40, of Quaker Religion RLGH in the USA, before I-1 to be continually harassed and intimidated by Sergio Fernandez mgr. mr Fernandez a hispanic male, under age 40, was booted, born in cuba. As stated about 3-5-97, after a formal meeting in the mr office (present to Sergio - Rose) I was counseling employee To he Sergio, mr Fernandez broke up the counseling and began harrasing me about my operation (which he has pulled me away from for 40 min. for). Mr Fernandez has been harassing me and creating a stressed environment for me since I first came to the SFMPC. He has made me_

4. Are you aware of a policy/regulation relative to the action or situation? (ELM, National Agreement, Written Postal Policy, etc.) (Please include a copy of these policies if available.)

_YES_

5. Do you know of any similarly situated employee(s) treated differently than you? (Names, pay locations, facility, work #, how they were treated differently. Example: If sex as purview: Jane Smith, Pay location 107, Female, Chicago Post Office, 555-5555)

_ROBERT BRACE - Pay Location 101, male, under 40, NON CAUCASIAN, NON QUAKER He was never embarrassed, humiliated, threatened, or intimidated by Sergio Fernandez_

_I am the only known individual place on enforced leave in our District_

| Affiant's Signature | Date |
|---------------------|------|
| ✓ Thomas P Butler | ✓ 12-29-97 |

Originating Office  Processing Center
PC Box 19357, Dept. SFO
W. Palm Beach, FL 33416-9357

AIPS EEO



**UNITED STATES POSTAL SERVICE**

EEO Investigative Affidavit
(Continuation Sheet)

| Page No. | No. Pages | Case No. |
|---|---|---|
| 3 | 3 | 1-H-333-0018-97 |

(continued) — have lunch during a meeting that was scheduled at my lunch time. On 2/19 He was vindictive toward me concerning a staffing problem, he stated "I'll take care of that, I'll put you in charge of the FSM." On 2/25/97 He threatened me stating "This is your training week. Wait till next week." On 7/12/96 He changed my hours worked. I had Joann Feindt correct this violation of FLSA. On 3/9/97 some employees met with Joann Feindt concerning employee complaints of Sergio Fernandez. I feel my operation & self have suffered corresponding reprisal. On numerous occasions Mr Fernandez has humiliated and embarrassed me in front of my employees and peers. He intimidates employees & supervisors on the workroom floor. On 3/9/97 I went home stressed out.

On 7/25/97 I received a package from Labor Relations (Tobe Lowe). In the package was low from Jack Watson dated in Feb of 1997. I had never seen this low. I was aware that I was going to get the letter let alone discover it by accident in the package from Tobe Lowe on 7-25-97 early 5 months after the alledged letter was dated. I believe it to be an unethical and discriminatory cedure. Furthermore I contend it was designed to be retaliatory and discriminatory to my prior EEO 3-7-97. (Bob Dillon, Jack Watson, Sergio Fernandez, Tobe Lowe, Joann Feindt)

On 11-4-97 Keith Maynard (Acting Plant Manager) notified me of exclusion from EVA bonus citing lack of contribution. I felt like my nerves had been hammered thinking that my MSPA case had been resolved, then this retaliation occurred threatening me with additional is of income pain and suffering. I told Keith this was unfair & unethical since I had been cleared to work by the USPS medical unit and my doctor. He stated he didn't know of my case and would back to me the following Monday (He has yet to get back with me as of 12-29-97). He insisted I had a lack contribution which I again stated it was not my fault. I subsequently had to go home having a apse of my prior condition.

Note also it took nearly 5 months and 4 attempts in writing including a letter to Postmaster General Marvin Runyon in order to get a chance to see my official Personnel e. Note Mike Balcom SADIG T-3 received 10 times the amount of EVA that I received

| Affiant's Signature | Date |
|---|---|
| ✓ Thomas P Butler | ✓ 12-29-97 |

Originating Office  Processing Center
PO Box 19357, Dept. SFD
N Palm Beach, FL 33416-9357

UNITED STATES
POSTAL SERVICE
Investigative Affidavit
(Continuation Sheet)

| Page No. 4 | No. Pages 4 | Case No. 1-H-333-0018-97 |
|---|---|---|

6. Mr. Tom Butler the Scope of Investigation letter stated Complainant alleges discrimination based on race, color, religion, sex, nat. origin, and age in that on 5/5/97 he was harassed by his supervisor about his job performance and subsequently placed on enforced leave. Was this resolved with the grievance procedure? If not, what do you want to resolve this complaint?

NO!

1. Attorney Cost and Fees
2. Medical Cost and Fees
3. Compensatory and Punitive Damages/Place $5000 + $10,000 Pain & Suffering
4. Made Whole - Return of All Lost Wage Differential or Step Savings, Interest or + Benefits
5. Harassment and Intimidation Be Stopped
6. Reinstatement of All EUP monies
7. Reimbursed Phone Calls (to work place, NAPS, Labor, Injury and Washington D.C., Resealing msg Attorneys etc related to this situation
8. Reimbursed Mileage - Doctor Drugstore, Injury and NAPS Job Search, Labor, meeting related to this situation
9. Reimbursed - Attorney Fees - Court Fees
10. Return Interest on Loans forced to take out on Retirement Policies
11. Reimbursed for mailings and paper copy costs
12. Reimbursed TSP
13. Reimbursed for time completing all EEO forms and medical paperwork, Driving, Copying Mailing, Counseling etc.
14. LWOP Destroyed Feb 1997 - Jack Watson wrote
15. all Info regarding these EEO Be expunged from all Files after settlement (within 15 days).
16. I want to know how my EEO can get into a Labor Package of Defense when it was never issued.
17. Additional $10,000 for false LWOP Feb 1997
18. Additional $10,000 for false work hours by Sonja Fernandez on 4-12-98.

| Affiant's Signature | Date |
|---|---|
| Thomas P Butler | 12-29-97 |

Originating Office:  Processing Center
PO Box 19357, Dept. SFO
W. Palm Beach, FL 33416-9357

# EEO Investigative Affidavit
(Continuation Sheet)

| Page Number | Number of Pages |
|---|---|
| | |

Case Number
1-H-333-0018-97

Check off all of the statements that apply to you or that have applied to you at any time within the last two years.

☐ 1. I have had a change in my family status caused by marriage, divorce, or separation. The specific event which caused this change was _____, which occurred on date: _____

☐ 2. There has been a death in my family or of someone close to me. The name of the deceased is _____. His/her relationship to me was _____

☐ 3. I have had relationship problems.

☐ 4. I have had marital problems.

☑ 5. I have participated in (individual,) marital, relationship, or family counseling.
*NOT FOR FAMILY OF SOMEONE CLOSE — ONLY IN REGARDS TO STRESS FROM RELATIONSHIP TO MGR SERGIO FERNANDEZ*

☑ 6. I have been seriously ill or diagnosed with a serious illness. *IN CONJUNCTION WITH MY DOCTOR LOPEZ BLANCA,*
*DEPRESSION, ANXIETY, STRESS DUE TO MANAGER SERGE FERNANDEZ*

☑ 7. A member of my family or someone close to me has been seriously ill or has been diagnosed with a serious illness. His/her relationship to me is _BROTHER - DAVID_
*ONGOING PROBLEMS SINCE HIS BIRTH (AGE 47)*

☑ 8. I, a member of my family, or someone close to me has had legal problems.
*ME, RESOLVING THIS EEO COMPLAINT, AND STRESS FROM MANAGER*

☐ 9. There has been a change in the number of people residing in my household.

☐ 10. I have changed my residence.

☑ 11. I have had financial difficulties. Check any which apply.
  ☐ Tax problems.
  ☐ Delinquent debts.
  ☐ Mortgage or foreclosure problems.
  ☑ New financial obligations. *SETTLING EEO Complaint, due to stress from manager*
  ☐ Other: _____

☑ 12. A traumatic event(s) occurred in my life, e.g., automobile accident, fire, flood, other natural disaster, victim of crime. The traumatic event(s) was: _STRESS FROM MGR SERGIO FERNANDEZ_
which occurred on the following date _March 5 1997_ ; and
_____, which occurred on the following date

☑ 13. I, my spouse, or someone with whom I am/was living experienced a change in employment, for example: changed job, lost a job, was demoted, or laid off, or was reduced in pay. ~~*I was not allowed to return to work after my doctor released me ~~~~*~~
*~~*I was allowed*~~ MY WIFE was allowed to excell in sales*

☐ 14. I have had dietary problems. Check any which apply.
  ☐ Rapid weight loss.
  ☐ Anorexia.
  ☐ Bulimia.
  ☐ Rapid weight gain.
  ☐ Other: _____

Affiant's Signature _Thomas P Butler_     Date _1-26-98_

| | Case No. |
|---|---|
| **UNITED STATES POSTAL SERVICE** (CERTIFICATION) | 1-H-333-0018-97 |

I have read the attached statement, consisting of _____ pages, and it is true and complete to the best of my knowledge and belief. In making this statement, I understand Section 1001, Title 18 of the U.S. Code which states:

"Whoever, in any manner within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme or device a material fact or makes any false, fictitious or fraudulent statements or representation, or makes or uses any false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry, shall be fined not more than $10,000 or imprisoned not more than 5 years, or both."

## Privacy Act Statement

The collection of this information is authorized by Public Law 92-261, Equal Employment Act of 1972, 29 U.S.C., sections 621 et seq. and 701 et.seq.; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations; contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction, and to a labor organization as required by the National Labor Relations Act. Provision of the information requested is mandatory for the complainant and for the Postal Service and other Federal employee witnesses. Failure of the complainant to provide requested information could result in the complaint being dismissed. Failure of Postal Service and other Federal employees to provide requested information could result in disciplinary action. Provision of the information requested by other persons is voluntary and failure to provide such information will result in no adverse effect.

## Oath/Affirmation

Subscribed and (sworn) (affirmed) before me _____ on this ___ day of _____, 19 ___.

| EEO Investigator's Signature | Affiant's Signature (Sign in the presence of EEO Investigator) |
|---|---|
| Please do not write in this area | Please do not write in this area |

## Declaration

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

(Affiant, sign and date if attached statement was not completed in the presence of the EEO Investigator)

| Affiant's Signature _Thomas P Butler_ | Date _1-26-95_ |
|---|---|

PS Form 2571 September 1992

U.S. Postal Service
## EEO Complaint of Discrimination
## in the Postal Service

*IN PERSON*

See Instructions and Privacy Act Statement
on Reverse

| 1. Name | 2. SSN 42 | Case No. |
|---|---|---|
| Butler Tom | 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 | 1-H-333-0036-97 |

| 3. Mailing Address | 4. Home Phone | 5. Work Phone |
|---|---|---|
| 7840 CAMINO REAL A-105 MIAMI FL 33143-6871 | (305) 271-1898 | (594) 436-4356 |

| 6. Position Title (USPS Employees Only) | 7. Grade Level (USPS Employees Only) |
|---|---|
| S.D.O. | 16 |

| 8. Installation Where You Believe Discrimination Occurred (Identify Installation, City, State, and Zip+4) | 9. Name & Title of Person(s) Who Took the Action(s) You Allege Was Discriminatory |
|---|---|
| SFMPC PEMBROKE PINES FL 33082-9998 | I AM NOT SURE who sent the low TO TOBE LOWE I SUSPECT BOB DILLON, SERGIO FERNA or JACK WATSON MAY HAVE. I NEED YOU TO INVEST. THE SAME How could A low Show up in my F BY ACCIDENT. |

10. I designate this person to be my representative.

| a. Name | Title |
|---|---|
| ALAN DONELAN | VICE PRESIDENT NAPS |

| Mailing Address 1800 CORAL WAY    MIAMI FL |
|---|

| b. Home Phone | c. Work Phone (305) 869-5109 |
|---|---|

| 11. Type of Discrimination Alleged | 12. Date on Which Alleged Act of Discrimination Took Place |
|---|---|
| Race (Specify): WHITE NON HISPANIC   Sex (Specify): MALE Color (Specify): WHITE   Age (Specify): 43 Religion (Specify): QUAKER   Retaliation (Specify Prior EEO Activity 3-7-97 National Origin (Specify): USA   Disability (Specify): | 7/25/97 |

13. Explain the specific actions or situation that resulted in your allegation(s) as to how you believe you were discriminated against (treated differently from other employees or applicants) because of race, color, religion, national origin, sex, age, or disability.

ON 7/25/97 I received a package from Labor Relations (Tobe Lowe) in the package was a low from JACK WATSON dated in Feb of 1992 I had never seen this low. I was unaware This I was e~ To get the Letter CER along discover it By Accident in the package from TOBE LOWE on 7-25 (Nearly 5 months after the alledged Letter was dated I believe it to be an unethical and disc~ procedure. Furthermore, I contend it was DESIGNED to be retaliatory and discrimynatory to Prior EEO of 3-7-97. only white SOO on Tour 1 That was Retaliated against with an unethical Low.

| 14. I have discussed my complaint with an EEO Counselor Yes (Date of final interview: Per Certified # 2 361 220 No NO DISCUSSION HAS TAKEN PLACE   CSO | 15. Name and Signature of EEO Counselor |
|---|---|

16. Corrective Action Sought HAVE MR FERNANDEZ STOP Harassing ME - 10-25-97 REASSIGNED TO T-3
2. USPS PAY MEDICAL COSTS AND FEES — OWCP accepted claim
3. USPS RETURN my Sick, A/L AND MONIES FOR Holiday pay, night differential OT
4. USPS pay compensatory or punitive damage award of $5,000        7. ATTORNEY COST &FEES
5. USPS not affect my rights to EVA for this year        6. LOW DESTROYED - Tobe stated it was

| 17. Signature of Complaint Thomas P Butler | 18. Date of this Complaint 10-28-97 |
|---|---|

PS Form 2565, December 1995

32 B

MAY 1 3 1998

**UNITED STATES**
**POSTAL SERVICE**
**EEO Investigative Affidavit**
(Complainant)

| | Page No. | No. Pages | Case No. |
|---|---|---|---|
| | 1 | 1 | 1-H-333-0036-97 |

| 1. Affiant's Name (First, Middle, Last) | 2. Employing Postal Facility |
|---|---|
| Tom Butler | South Florida |

| 3. Position Title | 4. Grade Level | 5. Postal Address and ZIP + 4 | 6. Unit Assigned |
|---|---|---|---|
| SUPERVISOR DISTRIBUTION & OPERATIONS | 16 | 16000 Pines Blvd. Pembroke Pines, FL 33026-9998 | T-3 PLATFORM |

## Privacy Act Statement

The collection of this information is authorized by Public Law 92-261, Equal Employment Act of 1972, 29 U.S.C., sections 621 et seq. and 701 et.seq.; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the

Office of Management and Budget for review of private relief legislation, to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Provision of the information requested is mandatory for the complainant, and for the Postal Service and other Federal employee witnesses. Failure of the complainant to provide requested information could result in the complaint being dismissed. Failure of Postal Service and other Federal employees to provide requested information could result in disciplinary action. Provision of the information requested by other persons is voluntary and failure to provide such information will result in no adverse effect.

1. Is your position and place of employment the same as it was on (date of incident) 7/25/97?
   YES   LEVEL 16 SUPERVISOR AT THE SFMPC

2. Please state what purviews are being alleged by you; sex, color, age, race, religion, reprisal/retaliation, physical/mental disabilities; (based on the purviews accepted in the investigation letter) (Example:  sex - male, religion - Catholic, etc.)
   SEX - MALE
   COLOR - WHITE , NON HISPANIC
   AGE - 43 NOW 44
   RELIGION - Society of FRIENDS (QUAKER)
   RACE - CAUCASIAN
   REPRISAL/RETALIATION (PRIOR EEO ACTIVITY)

| Affiant's Signature | Date |
|---|---|
| Thomas P Butler | May 4, 1998 |

PAGE NO.

**UNITED STATES**
**POSTAL SERVICE**

EEO Investigative Affidavit
(Continuation Sheet)

| Page No. 2 | No. Pages | Case No. 1-H-333-0036-97 |
|---|---|---|

3. The Scope of Investigation letter stated that you are alleging the following: "Complainant alleges discrimination based on Race(Caucasian), Color(White), Religion(Quaker), Sex(Male), Age(43) & Reprisal(Prior EEO Activity), in that on 7/25/97 he was given a copy of a L.O.W. which he had never received." Explain specifically why you believe you were discriminated against and which Management Official(s) discriminated against you.

On 3/5/97 I had been harrassed by Latin Male Supervisor, under 40, non Quaker to the point of Serious medical Treatment. The harrassment is documented by witness statements, my own testimony, + harrassing unethical documents. The LOW was snuck into my file without my knowing of its existence. I received a positive evaluation but later was rejected for EVA Bonus. I was denied advancement for Environmental Compliance Coordinator by an employee that had better qualifications even though I had a college degree in the field (Bicbay) and other employee did not have. management did not let me review my personnel file until after 5 months, 4 attempts and a letter to Marvin Runyon asking for his help. 1 yr + two months later I continue to get no resolution from this case (only more time responding, more effort to heal myself)

4. Are you aware of a policy/regulation relative to the action or situation? (ELM, National Agreement, Written Postal Policy, etc.) (Please include a copy of these policies if available.) Yes

ELM 1   Employee Code of Conduct - no unethical statements - LLow -

ELM 2   Employee Code of Conduct > Do not take work hours away from Employee that has worked
        FLSA                    )    those hours (as Sergio did to me)

3   EEO Discrimination - Zero Tolerance - (not allowed to return to work, Low, Loss of EVA, Resolution? ER

4   Zero Tolerance - Threats made by Sergio Fernandez toward me

5   Not allowed to return to work - MSPB decission allowed me to return to work

5. Do you know of any similarly situated employee(s) treated differently than you? (Names, pay locations, facility, work #, how they were treated differently. Example: If sex as purview: Jane Smith, Pay location 107, Female, Chicago Post Office, 555-5555)

436-4359   Robert Brace, Pay Location 101, male, under 40. SFMPC 436-4359 non Caucasian, non Quaker, E
436-4359   Josephine DeJesus, Pay Location 101, female, under 40, SFMPC 436-4359 non Caucasian, non Quaker, n.

Neither were given LOW in their file without their knowledge and n retaliation to Prior EEO activity & MSPB activity.

| Affiant's Signature  Thomas P Butler | Date  5-4-98 |
|---|---|

**UNITED STATES POSTAL SERVICE**

**EEO Investigative Affidavit**
(Continuation Sheet)

| Page No. | No. Pages | Case No. |
|---|---|---|
| 3 | | 1-H-333-(1036-97 |

6.  (Answer only if this complaint relates to Reprisal, inclusive of prior EEO activity, witness in an EEO investigation and/or representative in prior EEO Complaints).  Please explain what specific case(s) and on what date this specific case(s) took place which causes you to believe that the action taken by the Responsible Management Official was an act of Reprisal.  (It is necessary to be very specific with regard to the above requested information.)  Also, please comment on the specific involvement, if any, of the Responsible Management Official(s) and if applicable how and when the Responsible Management Official became aware of your EEO activity.  (Include specific case numbers, dates, copies of all related documentation regarding the above.)

333 0015 97     Prior EEO  3-12-97 - harrassment by Sergio Fernandez   3-5-97   Fernandez    DOE

333 0011 97             10-27-97 - unethical Love sneak into file  7-25-97  Fernandez, Dillon, Love, watson

4 333 0036 97          11-17-97 - Disallowment of EVA    11-4-97   Maynard

∴ all of the above has been documented and submitted to EEO office

I want to point out that the EEO office already has this information. They are requesting it again which will take additional time, money, and energy to compile it again. I feel the Punitive & Compensatable moneys will have to be raised to adjust to these requests.

1  only individual in our district put on enforced leave, Fernandez, Dillon, L² Relations

2  harrassment by Fernandez - JoAnn - why is he doing it? "You tell me" Tom

3.  "    "    " - JoAnn, Watson   AL to Indiana at X-mas - approved at last minute

4.  "    "    " - have Dorey lunch during meeting   10 Disc Annes

5.  FLSA violation Fernandez - JoAnn, surprised but resolved it few months later

6  harrassment + intimidation - 8/16/97 Anita Williams - witness Letter
        7/19/97  NAPS minutes
        7/19/97  Katherine Radicioni - witness
                 Ruth Murray Letter - witness
                 Sharen Ricci Statement - witness — Dillon, Fernandez, Fer...
        7/13/97  Ed Cuevas Letter - witness
        7/2/97   Sharen Ricci Letter, witness

7. retaliation — Easment evaluation  11-20-96 - Keith Maynard, never get back to me as promised
                                      note Mike Balcam received 10 X my EVA bucks

# 333 0016 97  8  EEO harrassment by Sergio Fernandez   3-12-97   Fernandez

# 333 0011 97  9  EEO unethical Love   10-27-97   Fernandez Dillon Watson, Love

# 333 0036 97  10  EEO Disallowment of EVA   11-17-97   Maynard

| Affiant's Signature | Date |
|---|---|
| Thomas P Butler | 5-4-98 |

**UNITED STATES POSTAL SERVICE**

**EEO Investigative Affidavit**

(Continuation Sheet)

| Page No. | No. Pages | Case No. |
|---|---|---|
| 4 | | 1-H-333-J036-97 |

7. Mr. Tom Butler  the Scope of Investigation letter stated Complainant alleges discrimination based on Race(Caucasian), Color(White), Religion(Quaker), Sex(Male), Age(43) & Reprisal(Prior EEO Activity), in that on 7/25/97 he was given a copy of a L.O.W. which he had never received..  Was this resolved with the grievance procedure? If not, what do you want to resolve this complaint?

No & M I wrote a Letter To Dillon about how unethical it was for management to put A LOW into my file without my ever having seen it, especially when I was under attack by management because of a health condition brought about by harrassment & intimidation from manager Sergio Fernandez, I contacted Toby Lowe, dacher Specialist and she called me back stating that it would be removed, it should nt have been there, Dillon Also responded with a Letter to me at Armuy Any That I hadnt seen it and that it should not have been there. They told me they would have it removed from my file, But This doesnot wipe out The ongoing harrassment, intimidation and stress That I had been receiving.  it is JUST Another example of The RETALIATION I have been receiving.

1. Throw out Low of Feb 1997 From Tuck Watson - Done by Dillon per Letter Aug 6, 1997
2. ATTORNEY COST & FEES
3. MEDICAL COST & FEES
4. Compensitory & Punitive Demanges Award
5. Return of all leave, night differential, ot & Benefits
6. INTEREST ON LOANS
7. Harrassment & INTimidation be stopped
8. EVA Bonus
9. TO BE MADE WHOLE
10. Reimbursed phone calls to cart, doctor, NAPS labor injury comp - washington DC, MSPB
11. TSP made whole
12. Reimbursed mileage to doctor, drug store, injury comp NAPS, Job search, Labor, MEDIATO (Proposed Decissons - Robert Dillon)
13. Leave buyback plus wdp not to count AGAINST
14. Reimbursement for mailings
15. Reimbursement coust for preparing documentation EEO forms, medical paperwork, copying.
16. Reimbursement Driving Time, Lost leisure Time

17. $35,500 Pa ando Settlement fiber Law & FLSA violate 4-12-
18. $10,000 out of pocket/lei expenses To prepare all information
19. ADDITIONAL $5,000 for Res To Last Two EEO's
$50,000 Total For Pund Suffe RETAL Discrim
$50,000 FOR W.FE P Su

| Affiant's Signature | Date |
|---|---|
| Thomas P Butler | 5-11-98 |

FEB 06 1998

U.S. Postal Service

# EEO Complaint of Discrimination
## in the Postal Service

See Instructions and Privacy Act Statement
on Reverse

| 1. Name | 2. SSN | Case No. |
|---|---|---|
| Butler, Tom | 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 | 1-H-333-0011-98 |

| 3. Mailing Address | 4. Home Phone | 5. Work Phone |
|---|---|---|
| 7940 CAMINO REAL P-105 MIAMI FL 33143-6371 | 305 271-1898 | 954 436-4356 |

| 6. Position Title (USPS Employees Only) | 7. Grade Level (USPS Employees Only) |
|---|---|
| SDO-16, SUPERVISER DIST OPNS | EAS 16 |

| 8. Installation Where You Believe Discrimination Occurred (Identify Installation, City, State, and Zip+4) | 9. Name & Title of Person(s) Who Took the Action(s) You Allege Was Discriminatory |
|---|---|
| SFMPC 16000 PINES BLVD PEMBROKE PINES FL 33082-9998 | SERGIO FERNANDEZ    JACK WATSON   RETALIATION BOB DILLON         KEITH MAYNARD ★ JOHN FEINOT TUBE LONE |

| 10. I designate this person to be my representative. MYSELF AND ATTORNEY, IF NOT RESOLVED |
|---|

| a. Name | Title |
|---|---|
| THOMAS P BUTLER | SDO-16 SUPERVISER DIST OPNS |

| Mailing Address |
|---|
| 7940 CAMINO REAL P-105 |

| b. Home Phone | c. Work Phone |
|---|---|
| (305) 271-1898 | 954 436-4356 |

| 11. Type of Discrimination Alleged | | 12. Date on Which Alleged Act of Discrimination Took Place |
|---|---|---|
| Race (Specify): CACAUSSON       Sex (Specify): MALE Color (Specify): WHITE         Age (Specify): 44 Religion (Specify): QUAKER      Retaliation (Specify Prior EEO Activity 3/7/97 ★ National Origin (Specify): USA    Disability (Specify): | | 11-4-97 |

13. Explain the specific actions or situation that resulted in your allegation(s) as to how you believe you were discriminated against (treated differently from other employees or applicants) because of race, color, religion, national origin, sex, age, or disability.

KEITH MAYNARD (ACTING PLANT MANAGER) notified me of EXCLUSION FROM EVA BONUS STATING Lack of CERTIFICATION. I FELT MY MSPB CASE RESOLVED. Then This retaliation. I Told KEITH This was unfair & unethical since I had been cleared to work by the USPS Medical unit and my doctor but was not allowed to return to work until 10/25/97. IT was not my fault. IN ADDITION it was due to Discriminatory Practice of SERGIO FERNANDEZ. He said he didn't know of any case and would get back to me Monday. How can he exclude me from a Bonus not Knowing the facts? He has yet to GET BACK TO ME. How could he not know about Prior EEO ACTIVITY?

| 14. I have discussed my complaint with an EEO Counselor Yes (Date of final interview): Per Certified # Z 36,200 29 No | 15. Name and Signature of EEO Counselor |
|---|---|

16. Corrective Action Sought

REINSTATEMENT OF EVA; TSP; $1000 FOR TIME + PREPARATION AND RELATED EXPENSES FOR this and SEE ATTACHED for RETALIATION!

| 17. Signature of Complaint | 18. Date of this Complaint |
|---|---|
| Thomas P Butler | 2-4-98 |

PS Form 2565, December 1995

PAGE NO. 111

I have reported in an EEO Form that I was the only white male Non Hispanic, over age 40, of Quaker Religion Born in the USA, supervisor on T-1 To be continually harassed and intimidated by MOO SERGIO FIERNANDEZ. MR FERNANDEZ IS A HISPANIC MALE, under age 40, NON Quaker, BORN IN CUBA.

I am the only known individual in our district to be placed on enforced Leave. I've indicated that soc16 Robert Bract, pay location 101, male, under 40, non caucasian, NON QUAKER, WAS NEVER EMBARASSED, humiliated, threatened or intimidated by MOO SERGIO FERNANDEZ.

As stated about 3-5-97, date of injury, After a 30 minute meeting in the MOO office (Angelo, Tom, Sergio - Rosie), I was counseling employee Julio Burgos (per Sergio Fernandez request) Mr Fernandez Broke up the counseling and began harassing me about my operation (which he had pulled me away from for a 40 minutes)

Within 15 minutes after this Harassment my condition worsened To the Point I was dizzy, and couldn't function and had to request To Leave (3971), As I was Driving home I feared that my health was not normal, experiencing symptoms that were unusual to me I then drove immediately to the nearest Emergency medical Treatment Facility (MEMORIAL WEST HOSPITAL) (documentation provided), MEMORIAL WEST REFERRED ME TO SEE A Psychiatrist Thereby acknowledging The potential severity of my injury. Dr Evelyn Lopez diligently Evaluated and treated me and submitted diagnosis to Post management and the Post medical unit of Dr Vicente Gene submitted), The Doctors findings support my claim PAGE NO.

[illegible] from my manager Sergio Fernandez.
[illegible] stated that the incident of 3/5/97 triggered my stress to a level requiring immediate medical attention. Mr. Fernandez had been harassing me and creating a stressed environment for me since [illegible] first came to SFMPC. He has made me have lunch during a meeting that was scheduled at my lunch time (supportive statement provided). On [illegible] he was vindictive toward me concerning a staffing problem, he stated "I'll take care of that, [illegible] put you in charge of the FSM". On 2/25/97 He threatened me stating "This is your training week wait till next week." On [illegible]/96 He [illegible] changed my work hours (constant [illegible]), a direct violation of FLSA. I had Joann Foridt correct this violation. On 3/4/97 some employees met with Joann Foridt concerning employee complaints of Sergio Fernandez, I feel my operation and self have suffered corresponding reprisal. On numerous occasions Mr Fernandez has humiliated and embarrassed me in front of my employees and peers. He intimidates employees and supervisors on the workroom floor. (supporting documents [illegible] - Letter [illegible] [illegible] Williams; [illegible] minutes [illegible]; Letter July 9, 1997 Katherine [illegible]; Letter [illegible] Ruth [illegible]; Statement of Facts, Sharon Ricci; Letter [illegible] Ed [illegible] [illegible] [illegible] Sharon Ricci.

On 11/20/96 I received an EAS Merit Performance Evaluation from MDO Sergio Fernandez, [illegible] meeting the objectives and expectations of the position. On [illegible]/97 Keith Maynard (Acting Plant manager) notified me of exclusion from EAS Bonus [illegible] [illegible]

[illegible]

this retaliation occurred Threatening me with additional
loss of income pain and suffering, I told Keith This was
unfair and unethical Since I had been doured to work
by the USPS medical unit and my doctor, however I wasn't
allowed to work. He stated he didn't know of my case
and would get back to me the following monday (He
has yet to get back with me as of 2/5/97. He insisted I had
a lack of constriction which I again stated, it was not
my fault. I subsequently had to go home having a
relapse of my prior condition. _____

   On 7/25/97 I received a package from Labor Relations
(Tobe Love) In The package was a Low From Jack
Watson dated in Feb of 1997. I had never seen this Low I was
unaware That I was even going to get the Letter lot alone
discover it by accident in the package from Tobe Love on
7-25-97 (nearly 5 months after the alledged Letter was
dated. I believe it to be an unethical and discriminatory
Procedure. Furthermore I contend, it was designed to be retaliator
and discriminatory to my prior EEO of 3-7-97 (Bob Little,
Jack Watson, Sergio Fernandez, Tobe Love, Serena Fenner).

      I have 9 other Letters from employees attesting
To my character (R.c Amezquita, supervisory operations; P Garcia, Amci;
Lori Larkins; Leda Barton, data site; Norm Thompson; Dianne
Love; Sandra Castro; and Brenda Fite).

      NOTE, it also Took nearly 5 months and Ha attempts
in writing including a letter to Postmaster General
Marvin Runyon in order to get a ___
me a official Personnel File (was nothing amended)



NOTE TOO, Mike Baleog sad 15 I-3, received 10 times the amount of EVA that I received.

The date of my Injury was 3.5.97. Today is 2.5.98, eleven months later and my leisure time is still being picked apart from voluminous reports, correspondence, AFFIDAVITS, etc trying to resolve this EEO, that is a direct result of having discriminatory practices levied on me initially by MOO Fernandez, and subsequently retaliatorially discrimination by MOO Fernandez and others.

I want to point out that my Sick Leave Balance was very good prior to this incident. I have letters of recognition concerning sick leave accumulation of 250 hrs within 3 years of service, and over 500 hours of sick leave accumulated in less than 7 years of service (documentation provided)

Workers Compensation was provided with copies of medical costs, fees, phone calls, mileage, ~~interest~~ interest on loans ~~from~~ Retirement Plans; mailing expenses, paper costs, time to completing all EEO forms, medical paperwork, driving, copying mailing counseling, lost leisure time, as well as requests for the return of all leave, night differential, OT; Thrift Savings, Bonus Holidays, ~~and~~ an pile EVA. I have over 1 Foot of paper documentation at my home, and I have sent at least twice this amount out to various agencies, doctors, lawyers, NARS representatives. I have asked for $35,000 in additional money to cover ~~...~~ Pain, Suffering, False Laws Feb 1997, and FLSA violation based on. Another $10,000 would total $45,000 and would compensate for a years Salary related to out of pocket/leisure expenses to prepare all this ...



UNITED STATES
POSTAL SERVICE

**EEO Investigative Affidavit**

(Continuation Sheet)

| Page No. 2 | No. Pages | Case No. 1-H-333-0011-98SFD |
|---|---|---|

3. The Scope of investigation letter stated that you are alleging the following: "Complainant alleges discrimination based on Race(Caucasian), Color (White), Religion(Quaker),Origin(USA), Sex(Male), Retaliation(Prior EEO Activity), and Age(43) in that on 11.4.97 he was excluded from the EVA bonus due to lack of contribution." **Explain specifically why you believe you were discriminated against and which Management Official(s) discriminated against you.**

_[handwritten response]_ On 3847 I had been harassed by latin male supervisor, order to new worker to the point requiring acute medical treatment. The harassment is documented by witness statements, my own testimony and harassing unethical document. The law was sick putting file without my knowing of its existence I received a positive evaluation but was later rejected for EVA Bonus I was denied advancement for Environmental Compliance Coordinator by an employee that had "better qualifications even though I had a college degree in the field (Biology) and the other employee didn't. Management did not let me review my personnel file until after 5 months, 4 attempts and a let. to marvin Roye asking for his help Management persists to slap me taking advantage of my religion order of turning the cheek, seeing it as a sign of weakness.

4. Are you aware of a policy/regulation relative to the action or situation? (ELM, National Agreement, Written Postal Policy, etc.) (Please include a copy of these policies if available.)

_[handwritten]_ YES

Em 1 Employee Code of Conduct - no unethical statements, law

Em 2 Employee Code of Conduct - Do not take work hours away from an Employee VISA that has worked those hours (as Sergio did to me)

3 EEO Discrimination Zero tolerance (not allowed to return to work, loss of work, retaliate etc.

4 EEO violation - Threats made by Sergio Fernandez toward me if ever allowed to Return to work - msib decision allowed me to return to work.

5. Do you know of any similarly situated employee(s) treated differently than you? (Names, pay locations, facility, work #, how they were treated differently. Example: If sex as purview: Jane Smith, Pay location 107, Female, Chicago Post Office, 555-5555)

_[handwritten]_ Robert Bruce - pay location 101 male under 40 Non Caucasian Non Quaker He was never embarrassed, humiliated Threatened or intimidated by Sergio Fernandez te D.O. was Her a medical setback because of This Treatment then was retaliated against by not being allowed to return to work per 2 Dr. his instructions, then told the didn't deserve EVA because so wasn't working enough (which could not have been the case if Keith Maynard had not excluded me from this bonus and had management not Retaliated against me by trying to prevent my standing through the EEO Process.

| Affiant's Signature _[signature: Thomas J Bailes]_ | Date 6-22-98 |
|---|---|

**UNITED STATES
POSTAL SERVICE**

EEO Investigative Affidavit

(Continuation Sheet)

| Page No. | No. Pages | Case No |
|----------|-----------|---------|
| 3 | | 1-H-333-0011-98SFB |

6. Answer only if this complaint relates to Reprisal, inclusive of prior EEO activity, witness in an EEO investigation and/or representative in prior EEO Complaints). Please explain what specific case(s) and on what date this specific case(s) took place which causes you to believe that the action taken by the Responsible Management Official was an act of Reprisal. (It is necessary to be very specific with regard to the above requested information.) Also, please comment on the specific involvement, if any, of the Responsible Management Official(s) and if applicable how and when the Responsible Management Official became aware of your EEO activity. (Include specific case numbers, dates, copies of all related documentation regarding the above.)

1. H-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  harassment by Sergio Fernandez  3-12-97  Fernandez
2. H-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  Prior EEO  10-27-97  methical low/snack mk file  7-25-97  Fernandez, Dillon, Labor Rel
3. H-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  Prior EEO  11-17-97 - disallowment of EUA  11-4-97  Maynard

all of the above have been documented and submitted to the EEO office.

I want to point out that the EEO office already has this information. They are requesting it again, which will take additional time, money, and energy to compile it again. I feel the punitive and compensable moneys will have to be raised to adjust to these requests.

1. only individual in our district put on enforced leave  Fernandez, Dillon, Labor Relations
2. harassment by Fernandez — Jenny why is he doing it? "You tell me  Tom
3. harassment by Fernandez — Jenny, LATSO's  p/c to Indian at X-mas approved so we may at last minute gets denied
4. harassment by Fernandez — Hung my lunch during meeting
5. FLSA violation Fernandez — Jenny, suspised but rescheduled rate on that Lat.
6. harassment & intimidation witnesses  3/16/97  Anita Williams  Letter
   7-19/97  NAPS meeting minutes
   2-19-97  Katherine Redi,  statement
   Ruth Murray  Letter
   Sharon Ricci  statement (Her Supervisor)
   7-15-97  Ed Gomez  statement
   2-12-97  Sharon Ricci  statement

7. Retaliation - EAS Merit Evaluation  11-26-96  Keith Maynard, never got good evaluation as MPO. I put in we was not that good.

8. EEO harassment by Sergio Fernandez  3-12-97  Fernandez
9. EEO methical low  10-27-97  Fernandez, Dillon, Labor Rel
10. EEO Disallowment of EUA  11-17-97  Maynard

| Affiant's Signature | Date |
|---------------------|------|
| Thomas F. Butler | 6-22-98 |

Affidavit                      PAGE NO.



**UNITED STATES POSTAL SERVICE**

EEO Investigative Affidavit

(Continuation Sheet)

| Page No. 1 | No. Pages | Case No. 1-H-333-0011-98SFD |
|---|---|---|

7   Mr. Tom Butler  the Scope of Investigation letter stated Complainant alleges discrimination based on Race(Caucasian), Color (White), Religion(Quaker),Origin(USA), Sex(Male), Retaliation(Prior EEO  Activity), and Age(43) in that on  11/4/97 he was excluded from the EVA bonus due to lack of contribution..  Was this resolved with the grievance procedure? if not, what do you want to resolve this complaint?  *NO*

1. Threat Low of Feb 1997 From Jack Watson - Done by Dillon per Letter Aug 6 XXX

2. Attorney cost & Fees

3. Medical costs & Fees

4. Compensatory & Punitive Damages paid

5. Return of all Leave, night differential, OT & benefits

6. Interest on losses repaid

7. Harassment & Intimidation be stopped

8. EVA Bonus

9. To be made whole

10. Reimbursed phone calls to work, doctor, Naps, Labor, injury Comp (wash DC), MSPB

11. TSP made whole

12. Reimbursed mileage to doctor, Drug store, injury Comp, NAPS, Tub Score A, Labor (meeting proposed designee Robert Dillon)

13. Leave buyback plus not not to count against

14. Reimbursement for mailings

15. Reimbursement cost for preparing documentation, EEO forms, medical paperwork, copying

16. Reimbursement Doing Time, lost leisure Time

17. $5,000 Pain & Suffering, False how & FLSA violations 9/12/96

18. $5,000 out of pocket/Leisure expenses to prepare all this information

19. ADDITIONAL $5,000 for Responses to Latest Three EEO's

20. ADDITIONAL $5,000 for This EEO

    $55,000 total - For Pain, Suffering Retaliation, Discrimination
    $5,5,000          - Female Pain & Suffering

| Affiant's Signature | Date |
|---|---|
| *Thomas L Butler* | 6.22.95 |

**Affidavit**        PAGE NO. 8

C.2 543 966

# UNITED STATES
# POSTAL SERVICE

| Case No. |
| --- |
| 1-H-333-0011-98SFD |

(CERTIFICATION)

have read the attached statement, consisting of ___6___ pages, and it is true and complete to the best of my    knowledge and belief. In making this statement, I understand Section 1001, Title 18 of the U.S. Code which    states:

"Whoever, in any manner within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme or device a material fact or makes any false, fictitious or fraudulent statements or representation, or makes or uses any false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry, shall be fined not more than $10,000 or imprisoned not more than 5 years, or both."

## Privacy Act Statement

The collection of this information is authorized by Public Law 92-261, Equal Employment Act of 1972, 29 U.S.C., sections 621 et seq. and 701 et seq., and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits, to a congressional office at your request, to an expert, consultant, or other person under contract with the USPS to fulfill an agency function, to the Federal Records Center for storage; to the

Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Provision of the information requested is mandatory for the complainant, and for the Postal Service and other Federal employee witnesses. Failure of the complainant to provide requested information could result in the complaint being dismissed. Failure of Postal Service and other Federal employees to provide requested information could result in disciplinary action. Provision of the information requested by other persons is voluntary and failure to provide such information will result in no adverse effect.

## Oath/Affirmation

Subscribed and (sworn) (affirmed) before me, on this _____ day of _____, 19 ____.

| EEO Investigator's Signature | Affiant's Signature (Sign in the presence of EEO investigator) |
| --- | --- |
| Please do not write in this area | Please do not write in this area |

## Declaration

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

*(Affiant, sign and date if attached statement was not completed in the presence of the EEO Investigator)*

| Affiant's Signature | Date |
| --- | --- |
| *[signature]* | 6-22-98 |

PS Form 2571, September 1992

Originating Office  Processing Center
P.O. Box 19357 Dept SFD C
In Palm Beach  FL 334-19-857

A.PS.INC
AFF.QUALITA

# Affidavit    A    5 of 6

PAGE NO    7

# EEO Investigative Affidavit
(Continuation Sheet)

Page Number _____    Number of Pages _____

Case Number _____

Case Number _____

JUL 3 1 '98

Check off all of the statements that apply to you or that have applied to you at any time within the last two years

☐ 1. I have had a change in my family status caused by marriage, divorce, or separation. The specific event which caused this change was _____ which occurred on (date): _____

☐ 2. There has been a death in my family or of someone close to me. The name of the deceased is _DAVID BUTLER_. His/her relationship to me was _BROTHER_ _DIED APRIL 12 1998_

☐ 3. I have had relationship problems.

☐ 4. I have had marital problems.

☑ 5. I have participated in individual, marital, relationship, or family counseling. _DUE TO March 5 1997 INCIDENT WITH MR FERNANDEZ'S HARASSMENT OF ME, the_

☑ 6. I have been seriously ill or diagnosed with a serious illness. _Point of severe stress anxiety and inconvenience with my Doctor Lopez Brignoni_ _SEE #5 Depression anxiety, stress due to MANAGER SERGIO Fernandez_

☑ 7. A member of my family or someone close to me has been seriously ill or has been diagnosed with a serious illness. His/her relationship to me is _SEE #2 - BroTher - Death_ _HE HAD HAD ONGOING PROBLEMS SINCE His BirTh (age 48)_

☑ 8. I, a member of my family, or someone close to me has had legal problems. _ME, RESOLVING THIS EEO COMPLAINT, AND STRESS FROM MANAGER_

☐ 9. There has been a change in the number of people residing in my household.

☑ 10. I have changed my residence.

☑ 11. I have had financial difficulties. Check any which apply
- ☐ Tax problems.
- ☐ Delinquent debts.
- ☐ Mortgage or foreclosure problems
- ☑ New financial obligations. _SETTLING EEO COMPLAINT DUE TO STRESS FROM MANAGER_
- ☑ Other: _SEE #5 and This EEO BASED ON RETALIATION of ME_

☐ 12. A traumatic event(s) occurred in my life, e.g., automobile accident, fire, flood, other natural disaster, victim of crime. The traumatic event(s) was _see #2 -death -brother_ which occurred on the following date _April 12 1998_; and _STRESS FROM MAD SERGIO FERNANDEZ_, which occurred on the following date _March 5 1997_

☑ 13. I, my spouse, or someone with whom I am/was living experienced a change in employment, for example: changed job, lost a job, was demoted or laid off, or was reduced in pay. _see #5_ _ATTEMPT To reTurn MSPB AND SUBSEQUENT EEO FOR RETALIAT-_

☐ 14. I have had dietary problems. Check any which apply.
- ☐ Rapid weight loss.
- ☐ Anorexia.
- ☐ Bulimia.
- ☐ Rapid weight gain.
- ☐ Other: _____

_I was NOT allowed To return To work after my doctor released me. My wife has continued to excell in sales_

Affiant's Signature _Thomas P Butler_     Date _7-14-98_

PS Form 2569-C, August 1994

**E X H I B I T   " D "**

U.S. Postal Service

# Information for
# Precomplaint Counseling

99-447

| Certified No. | or Hand Delivered On |
|---|---|
| By (Initials) | Informal No. |

Important: Please Read Carefully. This is the only notification that you will receive regarding the necessity for you to complete this form. This form should be completed and returned to the EEO Office within 10 calendar days.

On __4-14__, 19 99 you requested an appointment with an EEO Counselor.

## A. Requester Information

| Name (Last, First, MI) | Social Security No. | Home Telephone No. |
|---|---|---|
| Rhea Ton | 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 | (305) 271-1898 |

Mailing Address
7840 CAMINO REAL P-105    MIAMI, FL 33143-6371

| Postal Facility Where You Work | Position Title | Grade Level | Office Telephone No. |
|---|---|---|---|
| SFMPC | SDO | EAS-16 | (594) 436-4356 |

| Pay Location | Tour | Off Days (If Tour I, Show Nights Off) | Duty Hours |
|---|---|---|---|
| 301 | 3 | MON, TUE | 1600-0050 |

| Employment Status (Check One) | | | | Time in Current Position |
|---|---|---|---|---|
| ☐ Applicant | ☐ Casual | ☐ TE | ☑ Career | ≈ 10 Years ___ Months |

## B. Discrimination Factors

In the Postal Service, prohibited discrimination includes actions taken based on your Race, Color, Religion, Sex, Age (40 +), National Origin, Physical and/or Mental Disability, or Retaliation (actions based on your participation in prior EEO activity). These categories are referred to on this form as factors. RACE, COLOR, SEX, RETALIATION, NATIONAL ORIGIN

What Factor(s) of Discrimination Are You Alleging (Be Specific; Describe, i.e., Race-Black, Sex-Female)?
RACE - WHITE NON HISPANIC                    NATIONAL ORIGIN - USA
SEX - MALE
RETALIATION - PRIOR EEO's
    - EVENTS OF MANAGERS EARLIER TOWARD ME PRIOR TO LOW

For Retaliation Allegations Only: If you are alleging retaliation discrimination, provide the date(s) and specifics of the EEO activity which you feel caused you to be retaliated against.

1. On __3-12-97__, 19 97, I engaged in EEO activity.    Case No.: 1H 333-0018-97

2. On __10-27-97__, 19 97, I engaged in EEO activity.    Case No.: 1H 333-001 98

3. On __11-17-97__, " 97 " " " " "    1H 333-0036-97

## C. Description of Incident/Activity

Please use the space below to briefly describe the incident or activity which prompted you to seek EEO counseling at this time

On __APRIL 15__, 19 99, the following occurred: I RECEIVED Two statements from employees AL Risk and Johnny Sanchez ATTESTING TO THE FACT THAT I was discriminated AGAINST BY LIZ ERALES concerning a LOW that was issued to me for having more than 3 employees in my operation (SEE 4B). I had appealed the LOW to BoB Dillon and subsequently THE SE AREA. Both appeals were overturned, the LOW ~~EEO~~ ACTION STOOD. When I received the two statements on April 15, 1999 I knew THAT I had been discriminated against saw Disparity of Treatment because LIZ ERALES received no LOW. RETALIATION from prior EEO's became even clearer. I wish This continued harrassment would stop.

Explain why you believe, based on the factors you cited in Section B, that you were treated differently than other employees in similar situations.

1. ___LIZ ETTIENNE___          ___BLACK, HAITIAN, FEMALE, NO RETALIATION___
      (Name of Employee)                  (Factor(s) describing employee. i.e., Race-Black, Sex-Female)

   was treated differently than I when:

2. _____          _____
      (Name of Employee)                  (Factor(s) describing employee. i.e., Race-Black, Sex-Female)

   was treated differently than I when:

3. _____          _____
      (Name of Employee)                  (Factor(s) describing employee. i.e., Race-Black, Sex-Female)

   was treated differently than I when:

---

## D. Officials Responsible for Action

Provide the name(s) of the official(s) who took the action which prompted you to seek counseling at this time.

| 1a. Name ROSIE CARLIES    Low | b. Title MDO |
|---|---|
| c. Office SFMPC | d. Grade Level ? |
| 2a. Name SE AREA MANAGEMENT - STEP B<br>BOB Dillon, R    STEP A | b. Title<br>ACTING PLANT MANAGER |
| c. Office SFMPC | d. Grade Level |

Retaliation Allegations Only: Was/were the official(s) listed in Section D above aware of your prior EEO activity (Explain)?    ☒Yes  ☐No

1a Rosie Carlies        PROBABLY

2a BoB Dillon        YES
2b SE AREA MANAGEMENT        PROBABLY Karen Borowski,
   HUMAN Resources

---

## E. Resolution Sought

What are you seeking as a resolution to your complaint?

1 THROW out Low
2 ATTorney COSTS & FEES
3. compensatory + Punitive Damages
4. Harassment + intimidation be stopped
5 TO BE MADE WHOLE

6 Reimbursement for phone calls to doctor, attorney, maps,
7 Reimbursement for mileage to doctor, attorney, maps
8 Reimbursement for mailings
9. 300,000 For Pain Suffering, Retaliation, Discrimination
10 300,000 For Pain + Suffering For wife
11 Reimbursement for driving Time and Lost Leisure Time
12 TSP made whole
13. obtain EUA Boxes
14. return all leave, medi + Differential + benefits
   & reimbursement cost of preparing Documentation Exhibits
   copying + medical postmarts

---

## F. Grievance/MSPB Appeal

On the incident which prompted you to seek EEO counseling, have you:

| | | |
|---|---|---|
| 1. Filed a grievance on the issue? | ☒No  ☐Yes | If yes, _____ _____<br>                                    (Date)          (Step) |
| 2. Filed an MSPB appeal on this issue? | ☒No  ☐Yes | If yes, _____<br>                        (Date Filed) |
| 3. Veteran's Preference? | ☒No  ☐Yes | If yes, number of points _____ |

TransFORM PS Form 2564-A, December 1995 (Page 2 of 3)

## G. Anonymity

You have the right to remain anonymous at the Counseling stage of EEO Complaint Processing.

Do you desire anonymity?  ☐ Yes  ☑ No

## H. Representation

You have the right to retain representation of your choice.  (Check One)

☐ I authorize the person listed below to represent me.

(Name of Representative)                     (Title)

(Organization)

(Mailing Address)

(City/State/ZIP + 4)                        (Telephone Number)

☑ I waive the right to representation at this time.

## I. Privacy Act Statement/USPS Standards of Conduct

Privacy Act Notice. The collection of this information is authorized by Public Law 92-261, Equal Employment Act of 1972; 29 U.S.C., sections 621 et seq. and 701 et. seq.; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center

for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

USPS Standards of Conduct. Postal Service regulations require all postal employees to cooperate in any postal investigation. Failure to supply the requested information could result in disciplinary action (ELM 666).

## J. Documentation

Please attach any documentation you wish to submit to support your allegation(s).  Include a copy of any written action(s) which caused you to seek counseling at this time.

Note: If you are alleging mental and/or physical disability, you MUST submit medical documentation of your disability at this time or during counseling.

## K. Authorization

| Your Signature *Thomas P Butler* | Date 4-19-99 |

Return To:

---

### NOTICE:  COMPLETE THIS SECTION ONLY IF YOU NO LONGER SEEK EEO COUNSELING

I hereby request that you close this file from processing.  I fully understand that this complaint file will not be reopened once closed, and I waive my right to any further EEO Appeal on this matter.  I stipulate that my decision not to pursue counseling is voluntary and did not result from threat, coercion, intimidation, promise or inducement.

| Your Signature | Date |

*proposed /disrespect*

*t. H 333 0047 99*

*470 0390*

UNITED STATES
POSTAL SERVICE

September 30, 1999            CERTIFIED NO.  Z 419 468 162
                             RETURN RECEIPT REQUEST

Tom Butler
7840 Camino Real #1-5
Miami, FL  33143-6871

RE:  Final Interview Notice (outcome of EEO pre-complaint counseling)
**Case No. 1H-333-0047-99**, date of incident 04-18-99 .

Dear Counselee:

Due to the time restraint mandated by the CFR 1614, your complaint was not resolved.
Therefore we are forwarding your rights to appeal this matter.

Enclosed you will find a NOTICE OF RIGHT TO FILE AN INDIVIDUAL
COMPLAINT Form 2579.  Also, enclosed is a Form 2565, EEO COMPLAINT OF
DISCRIMINATION IN THE US POSTAL SERVICE.  Should you decide to pursue this
matter formally, please complete the Form 2565 in its entirety and submit to the SR. EEO
COMPLAINTS PROCESSING SPECIALIST, US POSTAL SERVICE, SOUTH
FLORIDA DISTRICT, 2200  NW 72 AVENUE, MIAMI, FL  33152-9411, within **fifteen
(15) days** of receipt of this letter.

The date you receive this notice will become the date of final interview.  Thank you for
your cooperation.

**PENALTY ENVELOPES WILL NOT BE ACCEPTED TO SUBMIT YOUR P.S.
FORM 2565 (APPEAL FORM).**

*Rosalind Moultry-Howard*
Mgr. EEO Complaint Processing
South Florida District

Attachments
cc:  file
     Regular Mail w/attachments

rmh                                          *EEO    Rosalind  Weaver*

U.S. Postal Service

# EEO Complaint of Discrimination
# in the Postal Service

See Instructions and Privacy Act Statement
on Reverse

| 1. Name | 2. SSN | Case No. |
|---|---|---|
| TOM BUTLER | 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 | 1H333004799 |

| 3. Mailing Address | 4. Home Phone | 5. Work Phone |
|---|---|---|
| *[illegible] REAL P...* *Miami FL 33...* | *[illegible]* | *[illegible]* |

| 6. Position Title (USPS Employees Only) | 7. Grade Level (USPS Employees Only) |
|---|---|
| *SOC* | *[illegible]* |

| 8. Installation Where You Believe Discrimination Occurred (Identify Installation, City, State, and ZIP+4) | 9. Name & Title of Person(s) Who Took the Action(s) You Allege Was Discriminatory |
|---|---|
| *SEMA* *[illegible] PINES BLVD* *PEMBROKE PINES FL 33...* | *[illegible]* *BEN DIRECT - ACTING PLANT MANAGER* *KAREN BERNSAU - ...SUPT MANAGEMENT H...* |

10. I designate this person to be my representative.

| a. Name | Title |
|---|---|
| *Tom BUTLER* | *SOC* |

Mailing Address
*7540 CAMINO REAL PineS*
*MiAMi, FL 33143-6971*

| b. Home Phone | c. Work Phone |
|---|---|
| *305 271-1997* | *594-438 #356* |

11. Type of Discrimination Alleged

- [x] Race (Specify): *[illegible] Caucasian [illegible]*
- [x] Color (Specify): *WHiTE*
- [x] Religion (Specify): *CHRISTiAN*
- [ ] National Origin (Specify): *AMERICAN*
- [x] Sex (Specify): *MALE*
- [x] Age (Specify): *45*
- [x] Retaliation (Specify Prior EEO Activity): *3-2-47  1H 333004997* *12-27-97  1H 353-011-98* *11-7-97  1H 333030-97*
- [ ] Disability (Specify)

| 12. Date on Which Alleged Act of Discrimination Took Place |
|---|
| ~~1998~~ 04/18/99 |

13. Explain the specific actions or situation that resulted in your allegation(s) as to how you believe you were discriminated against (treated differently from other employees or applicants because of race, color, religion, national origin, sex, age, or disability. *[illegible]*

*SEE [illegible] ... "[illegible] ACTION of a Supervisor"*

| 14. I have discussed my complaint with an EEO counselor | 15. Name and Signature of EEO Counselor |
|---|---|
| [ ] Yes (Date of final interview: _____ ) [x] No | *[signature]* PAT JACKSON |

16. Corrective Action Sought
*[illegible handwritten text]*

| 17. Signature of Complainant | 18. Date of This Complaint |
|---|---|
| *Thomas T Butler* | |

TransFORM PS Form 2565, December 1995

U.S. Postal Service

# Notice of Right to File Individual Complaint

| Counselee Name (Last, First, MI) | Informal Case No. |
|---|---|
| BUTLER, TOM | 1H333004799 |

This notice will attest to the fact that on _____ I advised you of the actions taken concerning the allegation(s) of discrimination which you brought to my attention. If the matters which you raised during the precomplaint processing stage have not been resolved, you have the right to file a formal complaint within 15 calendar days of the date this notice is received. PS Form 2565, EEO Complaint of Discrimination in the Postal Service, is being provided to you for this purpose. The complaint must be in writing, signed by you and delivered to:

> EEO OFFICE - SOUTH FL DISTRICT
> C/L ROSALIND MOULTRY-HOWARD
> 2200 NW 72 AVENUE
> MIAMI, FL  33152-9411

The complaint will be deemed timely filed if it is delivered in person or postmarked before the expiration of the 15 calendar day filing period, or, in the absence of a legible postmark, if it is received by mail within 5 calendar days of the expiration of the 15-day filing period.

An EEO discrimination complaint can be processed only if the complainant alleges he or she has been discriminated against on the basis of race, color, religion, sex, national origin, age, disability or retaliation for past EEO activity. In addition, courts have ruled the complainant has the burden of presenting evidence which would give rise to an inference of discrimination. A complaint must contain the following information:

(1) Your name, address, position, and level:

-- If you change your address, you have a regulatory requirement to immediately report the change to the EEO Compliance and Appeals Coordinator located in your area. (Employees at Postal Service Headquarters and Headquarters Field Units, and employees of the Inspection Service should notify the EEO Appeals Review Specialist at Postal Service Headquarters.)

(2) The specific action or matter complained of, the date of occurrence, and the names of the official(s) who took the action alleged to be discriminatory;

-- You cannot add matters which were not discussed during counseling.

(3) The specific type of discrimination alleged, e.g., race - black, sex - female, etc.;

-- If you allege disability discrimination, the alleged disability must be more than a temporary condition.

-- If you allege age discrimination, you must have been at least 40 years of age on the date the alleged discriminatory action occurred.

(4) A brief statement of the facts which led you to believe you were discriminated against, and the names of similarly situated individuals whom you believe were treated differently than you.

-- If you allege a failure to accommodate a disability or your religion, you must explain the accommodation sought and why you sought it.

-- If you allege retaliation you must show a connection between the action about which you are complaining and your past EEO activity, and you must show that management was aware that you had engaged in protected activity when the alleged discriminatory action occurred.

(5) The name of the EEO Counselor and the date the Notice of Right to File was received.

---

## Privacy Act Notice / USPS Standards of Conduct

Privacy Act Notice. The collection of this information is authorized by Public Law 92-261, Equal Employment Act of 1972; 29 U.S.C., sections 621 et seq. and 701 et. seq., and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center

for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

USPS Standards of Conduct. Postal Service regulations require all postal employees to cooperate in any postal investigation. Failure to supply the requested information could result in disciplinary action (ELM 666).

| Signature of Counselee | Date | Signature of Counselor | Date |
|---|---|---|---|

Counselor, if Notice of Right to File is provided to Counselee by mail, it must be sent certified, return receipt requested. Attach signed PS Form 3811, Domestic Return Receipt, to this notice to evidence date of Counselee's receipt.



0.0364

**U.S. Postal Service**

## Information for Precomplaint Counseling

| Certified No | Or Hand Delivered No |
|---|---|
| By (Initials) | Informal No |

**Important: Please Read Carefully.** This is the only notification that you will receive regarding the need in order to complete this form. This form should be completed and returned to the EEO Office *within 10 calendar days.*

On _1-27-00_ , you requested an appointment with an EEO Counselor.
(Month, Day, Year)

### A. Requester Information

| Name (Last, First, MI) | Social Security No | Home Telephone No |
|---|---|---|
| BUTLER Tom | 3-4-52-9 | 271-19 |

| Mailing Address | |
|---|---|
| 14 ... | Apt P-105 / Miami, Fl 33143-6871 |

| Postal Facility Where You Work | Position Title | Grade Level | Office Telephone No |
|---|---|---|---|
| SFMPC | SDC | 16 | 459 ... 066 |

| Pay Location | Tour | Off Days (If Tour I, Show Nights Off) | Duty Hours |
|---|---|---|---|
| 3-1 | | Mon Off, Tu Off | 1600 0050 |

| Employment Status (Check One) | | | | Time in Current Position (Yr) |
|---|---|---|---|---|
| ☐ Applicant  ☐ Casual  ☐ TE  ☑ Career | | | | 10 years ____ months |

### B. Discrimination Factors

In the Postal Service, prohibited discrimination includes actions taken based on your Race, Color, Religion, Sex, Age (40+), National Origin, Physical and/or Mental Disability, or Retaliation (actions based on your participation in prior EEO activity). These categories are referred to on this form as factors.

What Factor(s) of Discrimination Are You Alleging? (Be Specific; Describe, i.e., Race-Black, Sex-Female)
RACE - CAUCASIAN        (RETALIATION - EEO 1 # 333-0047-99)
COLOR - WHITE
SEX - MALE

**For Retaliation Allegations Only:** If you are alleging retaliation discrimination, provide the date(s) and specifics of the EEO activity which you feel caused you to be retaliated against.

1. On _4-14-99_ , I engaged in EEO activity. Case No. _1 H 333 ... 047 ... 9_
(Month, Day, Year)

2. On _____ , I engaged in EEO activity. Case No. _____
(Month, Day, Year)

### C. Description of Incident/Activity

Please use the space below to briefly describe the incident or activity which prompted you to seek EEO counseling at this time.

On _1/25/2000_ , the following occurred
(Month, Day, Year)

I RECEIVED A LETTER ... from ... regarding
A PROPOSED LETTER ... in ... a (7) Day Time out ...

_____

_____

_____

Explain why you believe, based on the factors cited in *2*, or *3* that you were treated different than other employees in similar situations  *RETALIATION*

1. _LIZ ETTIENVE_                                    Race - BLACK        Color - BLACK
   (Name of Employee)                               Sex - FEMALE        *2*
                                                   (Factor/s describing employee i.e. Race-Black, Sex-Female)
was treated different than I when _MAE GULLEE (BLACK female) gave me (WHITE MALE) A loan of 7 DAYS_
_For Violation, BUT WHILE LIZ ETTIENE (BLACK female) WAS NOT GIVEN LOW for SAME_
_Violation. Sandy Richardson (BLACK female) SUSTAINED DECISION retaliating in supporting_
_MAE GULLEE 2ND LOW._

2. _____              _____
   (Name of Employee)                          (Factor/s describing employee i.e. Race-Black, Sex-Female)
was treated different than I when.
_____
_____

3. _____              _____
   (Name of Employee)                          (Factor/s describing employee i.e. Race-Black, Sex-Female)
was treated different than I when.
_____
_____

---

**D. Officials Responsible for Action**

Provide the name(s) of the official(s) who took the action which prompted you to seek counseling at this time

| 1a. Name | ROSE GULLEE | b Title | MDC |
|---|---|---|---|
| c. Office | SFMC (DETAILED) | d. Grade Level | |
| 2a. Name | SANDY RICHARDSON | b Title | PLANT MANAGER |
| c. Office | SFMC | d. Grade Level | |

Retaliation Allegations Only: Was/were the official(s) listed in Section D above aware of your prior EEO activity?
(Explain)  MAE GULLEE WAS INCOHYGATED ACTIVE IN 4-14-99 , I FILED SINCE Richardson
☑ Yes  ☐ No  AS IT EEO #333-0047-99 PRIOR TO THE PREFERED LOW IN LIEU of 7 DAYS from
                  SIX SPENNON AND SENON REVIEW of Nov 4, 1999 (The day after being SENT HOME) IN Section

**E. Resolution Sought**  Ettlee (Bill Vickenson was SE instiling in her office).

What are you seeking as a resolution to your complaint?

_Dissolve BOTH Low's FROM ALL RECORDS_
_$300,000 For Retaliatory Discrimination._

---

**F. Grievance/MSPB Appeal**

On the incident which prompted you to seek EEO counseling, have you

| 1 | Filed a grievance on the issue? | ☐ No ☑ Yes | If yes | 12-5-99 | B |
| | | | (Date) | (Step) |
| 2 | Filed a MSPB appeal on this issue? | ☑ No ☐ Yes | If yes | 2-1-00 | |
| | PRIOR EEO | | | (Date Filed) | |
| 3 | Veteran's Preference? | ☑ No ☐ Yes | If yes, number of points _____ | |

---

**G. Anonymity**

You have the right to remain anonymous at the Counseling stage at EEO Complaint Processing

Do you desire anonymity?    ☐ Yes    ☑ No

U.S. Postal Service

# EEO Complaint of Discrimination
## in the Postal Service

See Instructions and Privacy Act Statement
on Reverse

| 1. Name | 2. SSN | Case No. |
|---|---|---|
| TOM BUTLER | 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 | 1H333004799 |

| 3. Mailing Address | 4. Home Phone | 5. Work Phone |
|---|---|---|
| *[handwritten address]* Miami FL 33143-0571 | *[handwritten]* | *[handwritten]* |

| 6. Position Title (USPS Employees Only) | 7. Grade Level (USPS Employees Only) |
|---|---|
| *SDC* | *[handwritten]* |

| 8. Installation Where You Believe Discrimination Occurred (Identify Installation, City, State, and ZIP+4) | 9. Name & Title of Person(s) Who Took the Action(s) You Allege Was Discriminatory |
|---|---|
| *SFMPC* *Pembroke Pines Blvd* *Pembroke Pines FL 33052* | *[handwritten names]* *KAREN BEREISKI* *[handwritten]* |

**10. I designate this person to be my representative.**

| a. Name | Title |
|---|---|
| *Tom Butler* | *SDC* |

Mailing Address
*[handwritten address]* Miami, FL 33143-0571

| b. Home Phone | c. Work Phone |
|---|---|
| *305 271-1595* | *594-436 #350* |

| 11. Type of Discrimination Alleged | 12. Date on Which Alleged Act of Discrimination Took Place |
|---|---|
| ☑ Race (Specify): *[handwritten]* ☑ Sex (Specify): *MALE* | *[handwritten]* |
| ☑ Color (Specify): *WHITE* ☑ Age (Specify): *45* | |
| ☑ Religion (Specify): *QUAKER* ☑ Retaliation (Specify Prior EEO Activity): *[handwritten]* | |
| ☑ National Origin (Specify): *AMERICAN* ☐ Disability (Specify): *[handwritten]* | 04/18/99 |

**13. Explain the specific actions or situation that resulted in your allegation(s) as to how you believe you were discriminated against (treated differently from other employees or applicants) because of race, color, religion, national origin, sex, age, or disability.** *[handwritten]*

*[handwritten text]*

| 14. I have discussed my complaint with an EEO counselor | 15. Name and Signature of EEO Counselor |
|---|---|
| ☐ Yes (Date of final interview: _____ ) ☑ No | *[signature]* **PAT JACKSON** |

**16. Corrective Action Sought**

*[handwritten text — multiple numbered items]*

| 17. Signature of Complainant | 18. Date of This Complaint |
|---|---|
| *Thomas P Butler* | |

TransFORM PS Form 2565, December 1995

U S Postal Service

# Notice of Right to File Individual Complaint

| Counselee Name (Last, First, MI) | Informal Case No |
|---|---|
| BUTLER, TOM | 1H333004799 |

This notice will attest to the fact that on _____ I advised you of the actions taken concerning the allegation(s) of discrimination which you brought to my attention. If the matters which you raised during the precomplaint processing stage have not been resolved, you have the right to file a formal complaint within 15 calendar days of the date this notice is received. PS Form 2565, EEO Complaint of Discrimination in the Postal Service, is being provided to you for this purpose. The complaint must be in writing, signed by you and delivered to:

> EEO OFFICE - SOUTH FL DISTRICT
> C/L ROSALIND MOULTRY-HOWARD
> 2200 NW 72 AVENUE
> MIAMI, FL  33152-9411

The complaint will be deemed timely filed if it is delivered in person or postmarked before the expiration of the 15 calendar day filing period, or, in the absence of a legible postmark, if it is received by mail within 5 calendar days of the expiration of the 15-day filing period.

An EEO discrimination complaint can be processed only if the complainant alleges he or she has been discriminated against on the basis of race, color, religion, sex, national origin, age, disability or retaliation for past EEO activity. In addition, courts have ruled the complainant has the burden of presenting evidence which would give rise to an inference of discrimination. A complaint must contain the following information:

(1) Your name, address, position, and level:

-- If you change your address, you have a regulatory requirement to immediately report the change to the EEO Compliance and Appeals Coordinator located in your area. (Employees at Postal Service Headquarters and Headquarters Field Units, and employees of the Inspection Service should notify the EEO Appeals Review Specialist at Postal Service Headquarters.)

(2) The specific action or matter complained of, the date of occurrence, and the names of the official(s) who took the action alleged to be discriminatory:

-- You cannot add matters which were not discussed during counseling.

(3) The specific type of discrimination alleged, e.g., race - black, sex - female, etc.:

-- If you allege disability discrimination, the alleged disability must be more than a temporary condition.

-- If you allege age discrimination, you must have been at least 40 years of age on the date the alleged discriminatory action occurred.

(4) A brief statement of the facts which led you to believe you were discriminated against, and the names of similarly situated individuals whom you believe were treated differently than you.

-- If you allege a failure to accommodate a disability or your religion, you must explain the accommodation sought and why you sought it.

-- If you allege retaliation you must show a connection between the action about which you are complaining and your past EEO activity, and you must show that management was aware that you had engaged in protected activity when the alleged discriminatory action occurred.

(5) The name of the EEO Counselor and the date the Notice of Right to File was received.

---

## Privacy Act Notice / USPS Standards of Conduct

Privacy Act Notice. The collection of this information is authorized by Public Law 92-261, Equal Employment Act of 1972; 29 U.S.C. sections 621 et seq. and 701 et seq., and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes, where pertinent, in a legal proceeding to which the USPS is a party or has an interest, to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

USPS Standards of Conduct. Postal Service regulations require all postal employees to cooperate in any postal investigation. Failure to supply the requested information could result in disciplinary action (ELM 666).

---

| Signature of Counselee | Date | Signature of Counselor | Date |
|---|---|---|---|
| *[signature]* | | | |

Counselor, if Notice of Right to File is provided to Counselee by mail, it must be sent certified, return receipt requested. Attach signed PS Form 3811, Domestic Return Receipt, to this notice to evidence date of Counselee's receipt.

TransFORM PS Form 2579-A, December 1995

# E X H I B I T  " E "

U.S. Postal Service

# Notice of Right to File Individual Complaint

| Counselee Name (Last, First, MI) | Informal Case No. |
|---|---|
| BUTLER, TOM | 1H333001200 |

This notice will attest to the fact that on ___"DATE OF RECEIPT"___ I advised you of the actions taken concerning the allegation(s) of discrimination which you brought to my attention. If the matters which you raised during the precomplaint processing stage have not been resolved, you have the right to file a formal complaint within 15 calendar days of the date this notice is received. PS Form 2565, EEO Complaint of Discrimination in the Postal Service, is being provided to you for this purpose. The complaint must be in writing, signed by you and delivered to:

> EEO COMPLAINT PROCESSING
> 2200 NW 72 AVENUE
> SUITE 213
> MIAMI          FL    33152-9411

The complaint will be deemed timely filed if it is delivered in person or postmarked before the expiration of the 15 calendar day filing period, or, in the absence of a legible postmark, if it is received by mail within 5 calendar days of the expiration of the 15-day filing period.

An EEO discrimination complaint can be processed only if the complainant alleges he or she has been discriminated against on the basis of race, color, religion, sex, national origin, age, disability or retaliation for past EEO activity. In addition, courts have ruled the complainant has the burden of presenting evidence which would give rise to an inference of discrimination. A complaint must contain the following information:

(1) Your name, address, position, and level;

-- If you change your address, you have a regulatory requirement to immediately report the change to the EEO Compliance and Appeals Coordinator located in your area. (Employees at Postal Service Headquarters and Headquarters Field Units, and employees of the Inspection Service should notify the EEO Appeals Review Specialist at Postal Service Headquarters.)

(2) The specific action or matter complained of, the date of occurrence, and the names of the official(s) who took the action alleged to be discriminatory;

-- You cannot add matters which were not discussed during counseling.

(3) The specific type of discrimination alleged, e.g., race - black, sex - female, etc.;

-- If you allege disability discrimination, the alleged disability must be more than a temporary condition.

-- If youe allege age discrimination, you must have been at least 40 years of age on the date the alleged discriminatory action occurred.

(4) A brief statement of the facts which led you to believe you were discriminated against, and the names of similarly situated individuals whom you believe were treated differently than you.

-- If you allege a failure to accommodate a disability or your religion, you must explain the accommodation sought and why you sought it.

-- If you allege retaliation you must show a connection between the action about which you are complaining and your past EEO activity, and you must show that management was aware that you had engaged in protected activity when the alleged discriminatory action occurred.

(5) The name of the EEO Counselor and the date the Notice of Right to File was received.

## Privacy Act Notice / USPS Standards of Conduct

Privacy Act Notice. The collection of this information is authorized by Public Law 92-261, Equal Employment Act of 1972; 29 U.S.C., sections 621 et seq. and 701 et. seq.; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function, to the Federal Records Center

for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction, and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

USPS Standards of Conduct. Postal Service regulations require all postal employees to cooperate in any postal investigation. Failure to supply the requested information could result in disciplinary action (ELM 666).

| Signature of Counselee | Date | Signature of Counselor | Date |
|---|---|---|---|
| Thomas P Butler | 3-8-00 | FOR ROSALIND MOULTEY-HOWARD | 3/1/00 |

Counselor, if Notice of Right to File is provided to Counselee by mail, it must be sent certified, return receipt requested. Attach signed PS Form 3811, Domestic Return Receipt, to this notice to evidence date of Counselee's receipt.

PS Form 2579-A, December 1995

U S Postal Service

# EEO Complaint of Discrimination
## in the Postal Service

See Instructions and Privacy Act Statement
on Reverse

| 1. Name | 2. SSN | Case No. |
|---|---|---|
| TOM BUTLER | 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 | 1H333001200 |

| 3. Mailing Address | 4. Home Phone | 5. Work Phone |
|---|---|---|
| 7840 CAMINO REAL P-105 MIAMI FL 33143-6871 | 305 271-1898 | (954) 436-4356 |

| 6. Position Title (USPS Employees Only) | 7. Grade Level (USPS Employees Only) |
|---|---|
| SDO | 16 |

| 8. Installation Where You Believe Discrimination Occurred (Identify Installation, City, State, and ZIP+4) | 9. Name & Title of Person(s) Who Took the Action(s) You Allege Was Discriminatory |
|---|---|
| SFMPC 16000 PINES BLVD. PEMBROKE PINES, FL 33082 | ROSIE CARLIES MAO T- |

10. I designate this person to be my representative. *I RESERVE THIS RIGHT AT THIS TIME*

| a. Name | Title |
|---|---|
| Tom Butler | SDO |

| Mailing Address | |
|---|---|
| 7840 CAMINO REAL P-105 MIAMI FL 33143-6871 | |

| b. Home Phone | c. Work Phone |
|---|---|
| (305) 271-1898 | 954-436-4356 |

**11. Type of Discrimination Alleged**

- ☒ Race (Specify): CAUASION
- ☒ Color (Specify): WHITE
- ☐ Religion (Specify):
- ☐ National Origin (Specify):
- ☒ Sex (Specify): MALE
- ☐ Age (Specify):
- ☒ Retaliation (Specify Prior EEO Activity):
- ☐ Disability (Specify):

**12. Date on Which Alleged Act of Discrimination Took Place**

1/25/00

13. Explain the specific actions or situation that resulted in your allegation(s) as to how you believe you were discriminated against (treated differently from other employees or applicants) because of race, color, religion, national origin, sex, age, or disability.

SEE 3 page ATTACHMENT dated 3-13-00

14. I have discussed my complaint with an EEO counselor

- ☐ Yes (Date of final interview: _____)
- ☒ No

15. Name and Signature of EEO Counselor

FOR ROSALIND MOULTRY-HOWARD

16. Corrective Action Sought

$300,000

| 17. Signature of Complainant | 18. Date of This Complaint |
|---|---|
| Thomas P Butler | 3-8-00 |

TransFORM PS Form 2565 December 1995

I H 333-0012-00
3-13-00

ON 4-14-99, I OPPOSED DISCRIMINATORY PRACTICES OF
THE DEFENDANT (IH333-0047-99). MOO CARLIES HAD
TREATED ME MORE HARSHLY THAN THAN LIZ ETTIENNE,
A BLACK FEMALE WHO HAD NOT PARTICIPATED IN PROTECTED
ACTS AGAINST THE DEFENDANT. BECAUSE I PARTICIPATED
IN EEO ACTIVITIES AGAINST THE DEFENDANT, THE DEFENDANT
WAS MOTIVATED TO INTENTIONALLY DISCRIMINATE AGAINST
ME. THE DEFENDANT INTENTIONALLY INFLICTED EMOTIONAL
HARM TO CAUSE FUTURE HARM. SHE HAS REPEATEDLY USED
HARSH LANGUAGE TO INTIMIDATE ME WHICH IS A DIRECT AND
UNFAIR LABOR PRACTICE. WHERE ON 8-5-98 MOO CARLIES
STATED "You had better Look for a NEW JOB." Three weeks
LATER MOO CARLIES ISSUED ME A Letter of Warning. MOO
CARLIES FURTHER STATED "I'm TIRED OF YOUR NON CHALENT
ATTITUDE." I HAD EXPLAINED TO HER THAT I WAS
TAKING MEDICINE FOR A PRIOR ON THE JOB INJURY CONDITION
AND ALSO FOR THE FACT THAT MY BROTHER HAD JUST DIED ON
4-12-98. SHE STATED, "I wish I HAD SOME OF THAT."

A DIRECT CORRELATION EXISTED BETWEEN BOB D.llon
PRESSURING MOO Carlise TO Take ACTION AGAINST ME FOR
PARTICIPATING IN PRIOR PROTECTED ACTIVITIES. THE Timing
of Bob Dillon's AFFIDAVIT (5-29-98), Dillon's Coercion
OF THE DEFENDANT concerning Robie Laughlin Interrogation,
and MOO CARLIES THREAT TO THE PLAINTIFF (8-5-98) AND MOO's
CARLIES DISCIPLINE OF THE DEFENDANT (Low 8-21-98) SHOW
DISCRIMINATORY INTENT.

THE PSYCHOLOGY IS QUITE SIMPLE. THE DEFENDANT

MRS CARLISE WAS IN CONTROL. SHE DECIDED TO DISCRIMINATE OR NOT AS SHE CHOSE. AFTER I FILED EEO charges Against her, The DYNAMICS CHANGED. THE EEO BECAME A PROFOUND CHALLENGE TO HER SUPERVISORY AUTHORITY. HER OWN BEHAVIOR BECAME SCRUTINIZED BY UPPER MANAGEMENT. Now, MRS CARLISE, WITH THE HELP OF THE Agency IS BUILDING A PAPER TRAIL AGAINST ME, ATTEMPTING TO PROVE TO HER SUPERIORS THAT SHE WAS RIGHT ALL ALONG.

SECTION 704 of the Civil Rights Act of 1964 Protects The PLAINTIFF FOR PARTICIPATING IN THE PROCEEDINGS UNDER THE ACT. However, MRS CARLIES DEVISED A SYSTEM OF CONTINUING VIOLATIONS. HER INTENT AND MOTIVE WAS HIDDEN BY THE PLAINTIFFS SO CALLED "INADEQUATE PERFORMANCE."

MANAGERS ESPECIALLY CONCERNED with "Challenges to His/HER AUTHORITY" May RETALLIATE IN SUCH A WAY THAT His/HER MOTIVATION IS QUITE CLEAR, SUCH AS AN ADVERSE ACTION TOWARD A THIRTEEN YEAR EMPLOYEE Soon After learning THAT A CHARGE OF DISCRIMINATION HAS BEEN FILED. RETALIATION IS BY DEFINITION AN INTENTIONAL VIOLATION of THE Civil Rights Act. Words spoken Reflect the illegal intent. Rosie STATED "You BETTER Look FOR A NEW JOB," MRS CARLIES ALSO STATED TO THE PLAINTIFF THAT "You Look STUPID." THIS WAS JUST MOMENTS BEFORE SHE KICKED THE PLAINTIFF OUT OF THE BUILDING, IN FRONT OF OTHER EMPLOYEES AND SUBSEQUENTLY ISSUED THE PLAINTIFF ADDITIONAL DISCIPLINE IN ANOTHER LOW IN lieu of play SUSPENSION, EFFECTIVELY SUSPENDING THE PLAINTIFF TWICE. FOR THE SAME REASON (DOUBLE JEPARDY). Coupled with The FACT THAT MRS CARLIES (T-2) WAS NOT EVEN MY MGR (T-3) AND THE TIMING OF

THESE EVENTS SUGGESTS RETALIATION. EVIDENCE HAS SHOWN THAT MANAGEMENT WAS UPSET, HAD MOTIVE FOR RETALIATION, AND RETALIATED. THE FACT THAT MDO CARLIES WAS UPSET FURTHER STRENGTHENS THIS CASE. THE VEILED THREATS WAS THE METHOD THE BOSS USED WARNING THE COMPLAINANT THAT HIS PROTECTED ACTIVITIES WERE IN-COMPATITABLE WITH HIS JOB. THE IMPOSITION OF NEW STANDARDS FOR THE PLAINTIFF (WHITE, MALE) THAN FOR LIZ ETTIENNE (BLACK FEMALE) STRONGLY SUGGESTS RETALIATION BY MDO CARLIES (BLACK FEMALE) AGAINST THE PLAINTIFF (WHITE MALE).

FOR THESE REASONS, PLAINTIFF ASKS FOR JUDGEMENT AGAINST THE DEFENDANT FOR DAMAGES OF $300,000, PAYMENT OF ATTORNEY FEES & COSTS PURSUANT TO 42 USC § 2000 E. 5(k) and all other relief the court DEEMS APPROPRIATE

THOMAS P BUTLER

3-13-00

*Bulling ... numbered*

**UNITED STATES POSTAL SERVICE**

Information for
Precomplaint Counseling   *00 072*

**Important: Please Read Carefully.** This is the only notification that you will receive regarding the necessity for you to complete this form. This form should be completed and returned to the EEO Office **within 10 calendar days.**

On: *11-4-99* you requested an appointment with an EEO Counselor.

### A. Requester Information

| Name (Last, First, MI) *Butler, Tom* | Social Security No. | Home Telephone No. |
|---|---|---|

Mailing Address: *7840 Camino Real P105 / Miami Fl 33145*

| Postal Facility Where You Work: *SFMF* | Position Title: *SC.* | Grade Level *16* | Office Telephone No. *954 436 4336* |
|---|---|---|---|

| Pay Location *301* | Tour *3* | Off Days (If Tour 1, Show Nights Off) *Monday, Tuesday* | Duty Hours *1600 - 0050* |
|---|---|---|---|

| Employment Status (Check One) | | | | Time in Current Position |
|---|---|---|---|---|
| Applicant | Casual | TE | Career ✓ | Years *10* Months |

Discrimination Factors   *RETALIATION*

In the Postal Service prohibited discrimination includes actions taken based on your **Race, Color, Religion, Sex, Age (+40), National Origin, Physical and/or Mental Disability,** or **Retaliation** (actions based on your participation in prior EEO activity). These categories are referred to on this form as factors.

What Factor(s) of Discrimination Are You Alleging (Be Specific. Describe, i.e. Race-Black; Sex-Female
*RACE WHITE NON HISPANIC       RELIGION Roman Catholic
RETALIATION ✓   1H 333-0018-97              1H 333-0011-98
AGE 45          1H 333-0047-99             1 H 333-0036-97*

For Retaliation Allegations Only: If you are alleging retaliation discrimination, provide the date(s) and specifics of the EEO activity which you feel caused you to be retaliated against.

| | On | | I engaged in EEO Activity | Case Number: |
|---|---|---|---|---|
| 1. | *4-14-99* | | I engaged in EEO Activity | *1 H 333 0047-99* |
| | *3-12-97* | | | *1 H 333 0018-97* |
| 2. | *11-17-97* | | I engaged in EEO Activity | *H 333 0011-98* |
| | *10-27-97* | | | *1 H 333 0036-97* |

### C. Description of Incident/Activity

Please use the space below to briefly describe the incident or activity which prompted you to seek EEO counseling at this time.

On *11-3-99* , the following occurred:

*see attached "Description of Incident/Activity"*

PS Form 2564-A, May 1993 (Page 1 of 3)

**G. Anonymity**

You have the right to remain anonymous at the counseling stage of the EEO complaints processing.

Do you desire anonymity:    ☐   Yes        ☑        No

You have the right to retain representation of your choice. (Check One)

I authorize the person listed below to represent me.

| Name of Representative: _Tom Butler_ | Title: _500_ |
|---|---|
| Organization: _NAPS Branch 599_ | |
| Mailing Address: _7840 Camino Real P-105_ | |
| City /State/Zip + 4: _Miami FL 33143 6871_ | Telephone No. _(305) 271-1505_ |

I waive the right to representation at this time        Yes        (No)

**I. Privacy Act Statement**

The collection of this information is authorized by Public Law 92-261, Equal Employment Act of 1972, 29 U.S.C., sections 621 et seq. and 701 et.seq., and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits;  to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the

Office of Management and Budget for review of private relief legislation, to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Provision of the information requested is mandatory for the complainant, and for the Postal Service and other Federal employee witnesses. Failure of the complainant to provide requested information could result in the complaint being dismissed. Failure of Postal Service and other Federal employees to provide requested information could result in disciplinary action. Provision of the information requested by other persons is voluntary and failure to provide such information will result in no adverse effect.

**J. Documentation**

Please attach any documentation you wish to submit to support your allegation(s). Include a copy of any written action(s) which caused you to seek counseling at this time.

Note: If you are alleging mental and/or physical disability, you MUST submit medical documentation of your disability at this time or during counseling.

**K. Authorization**

| Your signature  _Thomas P Butler_ | Date  _11-6-99_ |
|---|---|

Return to:

EEO COMPLAINTS PROCESSING
SOUTH FL DISTRICT
U.S. POSTAL SERVICE
MIAMI FL  33152 9411

**NOTICE:  COMPLETE THIS SECTION ONLY IF YOU NO LONGER SEEK EEO COUNSELING**

I hereby request that you close this file from processing. I fully understand that this complaint file will not be reopened once closed, and I waive my right to any further EEO Appeal on this matter. I stipulate that my decision not to pursue counseling is voluntary and did not result from threat, coercion, intimidation, promise or inducement.

| Signature | Date |
|---|---|

## H. Representation

You have the right to retain representation of your choice. (Check One)

☐ I authorize the person listed below to represent me.

_____    _____
(Name of Representative)                (Title)

_____    _____
(Organization)

_____    _____
(Mailing Address)

_____    _____
(City, State/Zip +4)                  (Telephone Number)

☒ I waive the right to representation at this time.

## I. Privacy Act Notice

Privacy Act Notice. The collection of this information is authorized by the Equal Employment Opportunity Act of 1972, 42 U.S.C. 2000e-16; The Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. 633a; The Rehabilitation Act of 1973, as amended, 29 U.S.C. 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witness

## J. Documentation

Please attach any documentation you wish to submit to support your allegation(s). Include a copy of any written action(s) which caused you to seek counseling at this time.

Note: If you are alleging mental and/or physical disability, you MUST submit medical documentation of your disability at this time or during counseling.

## K. Authorization

| Your Signature _Thomas P. Butler_ | Date _2-1-00_ |

Return To:

┌

┘

## NOTICE  COMPLETE THIS SECTION ONLY IF YOU NO LONGER SEEK EEO COUNSELING

I hereby request that you close this file from processing. I fully understand that this complaint file will not be reopened once closed, and I waive my right to any further EEO Appeal on this matter. I stipulate that my decision not to pursue counseling is voluntary and did not result from threat, coercion, intimidation, promise or inducement.

| Your Signature | Date |

Explain why you believe based on the factors you cited in Section B that you were treated differently than other employees in similar situations.  *RETALIATION*

| 1. Name of Employee: | (Factor(s) describing employee i.e., Race-Black, Sex-Female) |
|---|---|
| was treated differently than I when: | |
| 2. Name of Employee: | (Factor(s) describing employee, i.e., Race-Black, Sex-Female) |
| was treated differently than I when: | |
| 3. Name of Employee : | (Factor(s) describing employee, i.e., Race-Black, Sex-Female) |
| was treated differently than I when: | |

**D. Official(s) Responsible for Action:**

Provide the name(s) of the official(s) who took the action which prompted you to seek counseling at this time.

| 1,a. Name:  *ROSIE CARLIES* | b. Title  *MDO* |
|---|---|
| c. Office:  *SFMPC* | d. Grade level |
| 2a. Name | b. Title |
| c. Office | d. Grade Level |

Retaliation Allegations Only: Was/were the official(s) listed in Section D above aware of your prior EEO activity (Explain)?  (Yes)    No

*YES; see the attached "Description of Incident / Activity*

**E. Resolution Sought**

What are you seeking as a resolution to your complaint?

*$300,000*
*To be made whole for everything since 1997*
*These continuing violations be stopped.*

**F. Grievance/MSPB Appeal**

On the incident which prompted you to seek EEO counseling, have you:

| 1. File a grievance on the issue? | Yes? | No? ✓ | If yes, | Date | | Step |
|---|---|---|---|---|---|---|
| 2. Filed an MSPB appeal on this issue? | Yes? | No? v | If yes, | | Date | |
| 3. Veteran's Preference? | Yes? | No? | If yes, , number of points: | | | |

PS Form 2564-A, May 1993 (Page 2 of 3)

I am an "Aggrieved Employee" see e.g. Diaz v. A.Force, EEOC Appeal No. 05931049 (April 24,1990); Studer v. USPS, EEOC Appeal No. 05931044 (April 21, 1994); Studer v. USPS, EEOC Appeal No. 01954734 (June 13, 1996); Earley v. GSA, EEOC Appeal No. 01953947 (May 7, 1996); Bandong v. VA, EEOC Appeal No. 01941997 (May 13, 1994); Staten v. USPS, EEOC Appeal No. 01872557 (September 11, 1987). I am still taking medicine prescribed by a psychiatrist to treat an on the Job injury that was accepted by OWCP, and that stemmed from Discriminatory Action/s by the Agency Against me and subsequently have been retaliatory for prior EEO Activity, MSPB Activity and Union Activity. I have also and continuing to be harmed in my pursuit of Promotional Opportunities, that have had damaging effects to my Postal Careers. See Diaz, EEOC Appeal No 05931049 (citing Trafficante v. Metropolitan Life Ins. Co, 409 U.S. 205 (1972).

I have contacted MSPB relevant to new law violation pertaining to the FMLA, and other related Agency Law violations committed against me (such as FMLA, FLSA, Right to review my OPF Timely, Retaliation and the Agency Fraudently Placing other Discipline in my file (Low Feb 1997) in an attempt to discredit me. See id, (citing Hackett v. McGuire Bros, 445 F. 2d 447 (3d Cir. 1971). I have not been treated Fairly or Equitably. The Agency has not afforded me any promotional advancement even though I have been qualified for numerous positions since I have been at the SFMPC. For example, I was qualified for the Account Representative, and the environmental Coordinator positions. I have lost and continue to lose extreme amounts of leisure time in representing myself, trying to right an injustice toward me. The numerous Research and Responses pertaining to these injustices have been on going for nearly 3 years. My abilities to supervise my Direct Reports have been undermined by the agencys continuous attacks upon my credability and standing at the SFMPC. This is evident in the numerous statements from employees,

2564-A (CONTINUATION)

c. "DESCRIPTION OF INCIDENT/ACTIVITY"

ON 11-3-99  MDO CARLIES FORCED ME TO LEAVE THE BUILDING AT APPROXIMATELY 4:30PM, SHE WAS IRATE, HOSTILE AND UNPROFESSIONAL. SHE STATED THAT SOMETHING WAS WRONG WITH ME, SHE SHOUTED AT ME AND I QUOTE HER, "YOU LOOK STUPID", AFTER THE SECOND TIME SHE STATED "YOU LOOK STUPID!" I FELT IT WAS UNSAFE TO BE IN A ROOM ALONE WITH HER, I KNEW MY BOSS, MDO CHRIS POWELL WAS IN THE NEXT ROOM, SO I ESCAPED OUT THE BACK DOOR, CIRCLED AROUND TO THE DOOR AT THE ENTRANCE OF THE ROOM CHRIS POWELL WAS IN AND MOTIONED FOR HIM TO COME OUT. HE STOPPED HIS CONVERSATION AND OBLIGED MY REQUEST. I TOLD HIM THAT I COULDN'T BE IN THAT ROOM WITH HER WHEN SHE WAS BEHAVING SUBSTANDARDLY AND RIDICULING ME. HE STATED HE WOULD TALK TO HER AND TOLD ME TO WAIT BY DATA SITE AT THE EXIT OF THE BUILDING. HE LATER RETURNED AND TOLD ME TO GO HOME AS SHE HAD ORDERED ME. I TOLD CHRIS THAT I DID NOT VIOLATE ANY LAW, I DIDN'T STEAL POSTAL PROPERTY, I DID NOT THREATEN HER OR ANYONE ELSE, I DIDN'T COMMITT ANY UNSAFE ACT. AND THEREFORE REMOVEAL FROM THE BUILDING WAS AN ADVERSE ACTION THAT WAS SEVERE, INAPPROPRIATE DISCIPLINE. IT WAS RETALIATORY BASED ON A PRIOR EEO THAT I HAD FILED ON MDO CARLISE ON 4-14-99. THE FACT THAT I DESCRIBED SPECIFIC ALLEGATIONS OF DISCRIMINATION (OCT 13, 1999) OF MDO CARLIES IN A RESPONE, NEARLY TWO WEEKS PRIOR TO THIS INCIDENT INCENSED HER TO THE POINT OF RETALIATION WITH A VENGENCE, this news is sherry

 I REPORTED THIS HOSTLE ACTION IMMEDIATELY TO THE UNITED STATES POSTAL INSPECTION SERVICE AS SOON AS I ARRIVED HOME. MY BODY WAS TREMERTING, MY HEART WAS PALPITATING AND I FELT AN ONSLAUGHT OF A MEDICAL CONDITION THAT I WAS TRYING TO HEAL FROM, I COULDN'T SLEEP SO I TOOK SOME POWERFUL MEDICATION (KLONOPIN) TO CALM MY NERVES DOWN. I WAS EXTREMELY SHAKEN UP, MDO CARLIES WAS AWARE OF MY CONDITION BECAUSE I HAD TALKED TO HER ABOUT IT. SHE HAD ONCE EVEN STATED THAT SHE WISHED SHE HAD SOME OF THAT MEDICATION I WAS TAKING AFTER SHE HAD BELLIGERANTLY STATED ON THAT SHE WAS SICK AND FIRED OF YOUR NON CHALANT ATTITUDE, 6/3/98 at 545pm that "YOUR NON CHALANT ATTITUDE IS GETTING ON MY NERVES."

MDO CARLIES FULLY KNOWING THAT I WAS IN A PROTECTED STATUS, I WAS WHITE, 45, MALE, CAUCASION, QUAKER THAT HAD BEEN DISCRIMINATED AGAINST BY HER (IH333-0047-99)

SHE USED THIS METHOD OF ATTACK BECAUSE SHE KNEW I HAD BEEN AND W. CURRENTLY IN UNION ACTIVITY BY REPREPRESENTING MYSELF AS A REPRESENTATIVE OF NAPS BRANCH 599, IN THE EEO CASE ) H 333-0047-99 AND IN THE STEP A AND STEP B APPEALS OF THAT GRIEVANCE. SHE KNEW THAT THROUGH MY DEFEAT IN STEP A & STEP B THAT SHE COULD WALK ALL OVER ME AND FURTHER HUMILIATE ME OVER THE LOUD SPEAKER. INDEED, IT WAS THE EMPLOYEES THAT HAD NOTIFIED ME THAT SHE WAS PAGING ME, AND AS ONE EMPLOYEE TOLD ME, SHE HAD NEVER HEARD ROSIES SO MAD AT ANYONE.

AS A MATTER OF FACT SHE HAD BEEN IN ATTENDANCE AT ONE NAPS BRANCH 599 MEETINGS THAT I TOO ATTENDED. IN ANOTHER CASE I CAME TO THE DEFENSE OF A FELLOW EMPLOYEE JEFF FISTE) WHEN MDO CARLIES WAS RIDICULING HIM IN FRONT OF A GROUP OF PEERS IN A STAFF MEETING. I FELT THAT WAS INAPPROPRIATE AND UNPROFESSIONAL BEHAVIOR ON ROSE'S PART AND REQUESTED THAT SHE NOT CONTINUE IN THIS MANNER. SHE WAS HUMILIATING JEFF. SHE KICKED JEFF OUT OF THE MEETING AND THEN KICKED ME OUT TOO, I HAVE A WITNESS STATEMENT FROM ANOTHER SUPERVISOR STATING SUCH (VINCE DARCHE).

THE EEO CASE I H333-0047-99 ILLUSTRATES THE DISPARITY OF TREATMENT I RECEIVED FROM MDO CARLIES VS THAT OF EMPLOYEE LIZ ETTIENE. DOCUMENTARY EVIDENCE IN THE FORM OF TWO STATEMENTS FROM mail handlers Johnny Sanchez AND AL RISK ATTEST TO THIS unfair TREATMENT. THIS NEW MATTER IS JUST ANOTHER EXAMPLE OF THE DOCTRINE OF CONTINUING VIOLATIONS AGAINST ME.

IN ADDITION TO RECEIVING PHYSICAL AND MENTAL HARM FROM THIS ACTION, I ALSO HAVE EXPERIENCED DAILY HUMILIATION FROM EMPLOYEES ON THE WORK ROOM FLOOR. THEY HAVE STATED THAT I HAVE BEEN SINGLED OUT BY MANAGEMENT AS THE FALL GUY. JUST WHEN THINGS WERE BEGINNING TO BECOME NORMAL IN MY HOUSEHOLD, MY WIFE SADLY EXPRESSED HOW SHE COULDN'T SLEEP AND WAS WORRIED ABOUT OUR FUTURE. SHE VERY SHAKEN FROM THIS LATEST EVENT AND UNDERSTANDS THE PAIN AFFLICTING THAT I MUST AGAIN ENDURE.

ATTESTING To how management Treated me without dignity
or respect for so long, See id. (citing Taylor vs USPS)
EEOC Appeal No 05900367 (June 2, 1990); Hammards v USPS,
EEOC Appeal No 05900463 (October 31, 1990)) I suffered
and am still suffering from an adverse action sent to the
MSPB, which will be reopened because of newly discovered Law
Violations pertaining to FMLA, See Wisnousky v Justice, EEOC Appeal
No. 01932459 (Feb. 1, 1994).

Rosie Carlies has had access to priveledged information through
direct access by nature of having been Acting Plant MGR 1
on 95-98 Rosies comment to me "You'd better look for a new
Job" is a direct threat and intent to cause me occupational
harm. This is a Threat of loss of income (imposed & real).
This further harms my chances of regaining stature in the
workplace. My repetation has been harmed.

In seeking $300,000 and to be made whole Justice delayed
is justice denied.

UNION Representative

Thomas P Butler

THOMAS P BUTLER

11-7-99

**EXHIBIT "C"**

```
Author:   JAY A MERCIER at PPFL001L
Date:     11/5/97 11:09 AM
Priority: Urgent
TO: JOANN FEINDT, KEITH MAYNORD
CC: PATSY P BANKS at MIFL001L
Subject: Re: Tom Butler/EVA
```

I have a meeting today with Patsy to discuss this case and I will
call you afterwards.

_____ Reply Separator _____

```
Subject: Tom Butler/EVA
Author:  KEITH MAYNORD at PPFL001L
Date:    11/4/97 9:49 PM
```

I met with SDO Tom Butler this afternoon at 4:30 to inform him of his
exclusion from EVA for FY-97. I explained to him that EVA is an
incentive program based on contribution, and he had been excluded for
lack of contribution, resulting from his long term absence in FY-97.

He did not take this well, and stated that he couldn't understand how
the Postal service could do this, knowing his situation, and the fact
that his claim had just been supported by OWCP and Labor(?)

Tom stated he will pursue this to the highest degree, as He was denied
from returning to work by management, which resulted in his long term
absence.

I told him that I would check into his situation, and get back with
him ASAP, as it is a little different than most other cases.

Jay, what are our liabilities on this case, in terms of Excluding him
from EVA, in light of him winning his appeal ?  Also, He is already
working on his next case, informing MDO Don Shandor of he was stressed
as a result of his meeting with me. He saw NAPS Rep Quinlan today as
well.

Please call me on Weds and lets talk about this case and our
liabilities.

```
Author:   KAREN B BLOOM at PPFL001L
Date:     5/29/97  10:01 AM
Priority: Urgent
Receipt Requested
TO: SERGIO FERNANDEZ, ROBERT J DILLON
CC: KEITH MAYNORD, PAMELA J'BREITUNG
Subject: TOM BUTLER  OPF
```

Personnel has called yet again.  The situation with Mr. Butler's missing
OPF has now been brought to the attention fo J. Mercier, Mgr., H/R.

In addition. Mr. Butler upon learning that we have had his OPF since
the end of Feburary, failed to let him see it, and have now apparently
lost it - has requested Mr. Runyon's address so that he can inform
Mr. Runyon about his entire situation and that he feels we are
deliberately withholding this information from him and have conveniently
mislaid his OPF:  I'm sure you can see that this is "snowballing" into
a major administrative error - on our part - unless we can show otherwise.

I need your help - soon.

```
_____  Forward Header  _____
Subject: TOM BUTLER  OPF
Author:   KAREN B BLOOM at PPFL001L
Date:     5/28/97 4:40 PM
```

Personnel says they sent us Butler's OPF back on 2/27 - per Mr,
Butler's request.

He claims to have never seen it and Personnel says we never returned
it to them.

Please search your offices and other places where this file may
have been mislaid.  Ask the Reg. Clerk to research records for
receipt/delivery of Reg #R222425572.  Who signed for it (probably me) -but
if someone else received it, that would point me in another direction where
I might possibly locate it.

Let me know what you find - or if you remember ANYTHING about receiving
this OPF, returning it to Personnel, etc.

THANKS

*cc: Patsy w/ original to JoAnn most*

*JoAnn - Patsy has contacted Dept of Labor on their case and received their explanation for approving this claim. She is also gathering information on prior similar claims which ~~been so advise~~ w/ you ~~~~ Jay 11/7*

**UNITED STATES**
**POSTAL SERVICE**

November 5, 1997

MEMORANDUM FOR:      Jay Mercier
                     Mgr., Human Resources

SUBJECT:             Thomas P. Butler/OWCP Claim

Reference the attached letter from OWCP dated October 15, 1997, stating Mr. Butler's claim for occupational disease (depression) has been accepted.

The MSPB settlement dated October 7, 1997, negotiated by the Labor Relations Office and Mr. Butler's legal representative clearly states there are no provisions for back pay (attached).

I have spoken to Patsy Banks regarding this matter and she is in the process of following up with the OWCP claims examiner to clarify the circumstances surrounding this case.

I am extremely concerned about the message being sent to our EAS employees if in fact the OWCP claim is upheld. I have estimated the back pay Mr. Butler would receive to be approximately $25,000 - for simply remaining at home and claiming "depression" to justify his personal reasons for not wanting to work his assigned hours and/or under the direction of a specific supervisor.

I am requesting your personal guidance and involvement to ensure the terms of the MSPB decision are adhered to.

JoAnn Feindt
A/Senior Plant Manager

Attachments

MGR HUMAN RESOURCES
SOUTH FLORIDA D___

NOV 7 1997

PEMBROKE PINES, FL
33082-9638

*OTR 14 Folder*

PO BOX 829997
PEMBROKE PINES, FL 33082-9997
(954)438-1137
Fax: (954)438-4365

**EXHIBIT "D"**

```
Author:  KAREN B BLOOM at PPFL001L
Date:    10/15/97  11:44 AM
Priority: Normal
Receipt Requested
TO: ROBERT J DILLON, ROSIE C MILLER, DONALD W SHANDOR
CC: KEITH MAYNORD
Subject: TOM BUTLER
```

Per the terms of Mr. Butler's settlement, he will return
to work on Saturday, 10/25.  He will be assigned to Tour 3
with Thu/Fri off days, variable hours.

He has been instructed to meet with Rosie when he reports on 10/25.
At that time, Rosie will advise him of his schedule (hours/assignment)

Rosie, please ensure you are here by 1500 on Saturday, 10/25.  If
you have questions regarding this settlement contact Keith.

Thanks

**UNITED STATES**
**POSTAL SERVICE**

DATE:      August 4, 1997

OUR REF:   RJDillon:ca:9701

TO:        Toby Lowe
           Labor Relations Specialist

The following are my responses to the interrogatories RE Thomas
Butler.  I have answered them in the order presented.

1.   Sergio Fernandez
     16000 Pines Blvd
     Pembroke Pines FL  33082
     Mgr. Distribution Operations

2.   To the best of my knowledge, Mr. Fernandez has worked for the
USPS for 13 years.

Machine Distribution Clerk     Fort Lauderdale GMF
Supervisor Mails, Level 15     Fort Lauderdale GMF
Supervisor Mails, Level 16     Fort Lauderdale GMF
General Supervisor Mails       South Florida MPC
Mgr Distribution Operations    South Florida P&DC

3.   My knowledge of who Mr. Fernandez discussed this case with is
limited.  Those that I do know of are:

     @ South Florida P&DC
     16000 Pines Blvd
     Pembroke Pines

     Joann Feindt, Plant Manager
     Robert Dillon, Sr. MDO
     Keith Maynord, Mgr. In Plant Support
     Robert Brace, A/MDO

- 2 -

@ Miami P&DC

Mike Yagodnik, MDO
Steve Murray, Sr. Labor Relations Specialist

Beyond this list, I don't know of anyone else who Mr. Fernandez had discussions. I do not know the dates of the conversations, and only approximate dates of those to which I was present.

I believe I was involved in a conversation during the latter days of April which involved Mr. Fernandez and Ms. Feindt. Reference was made to discussions with Mr. Yagodnik and Mr. Murray.

As to each individuals knowledge of this matter, I could only speculate. Each did know the nature of the limitations requested by Mr. Butler and the circumstances there in.

4. In addition to #3 above, the only additional individual I can recall who I know has knowledge is Mr. Robert Quinlan, an SDO at South Florida and Mr. Butler's NAPS Rep.

5. I am only aware of the investigation that I was involved in. As the manager responsible for responding to his Appeal I met with Mr. Butler and Mr. Quinlan on May 15. I had received a written Appeal on May 13.

The investigation was conducted to determine the validity of both the agencies actions and Mr. Butler's Appeal. My findings were sent to the Sr. Labor Relations Specialist, Steve Murray on 5/16.

- 3 -

6.  Other than myself during the Appeal process, the Plant Manager, Joann Feindt and Mr. Butler's immediate manager, Sergio Fernandez, have, to my understanding, been involved in this process.  I am not aware of any documents obtained by the other parties, or there whereabouts.  As stated in #5 above, my records were forwarded to Steve Murray.

7.  I have no knowledge in this area.

8.  I have no knowledge in this area.

9.  Yes, I was the issuing official in the following actions:

    November 22, 1995  Letter of Proposed Reduction in Grade & Pay. Resolved by Plant Manager, William Pete Stokes.

    May 31, 1995  LOW-failure to perform duties in a satisfactory manner.

10. I am not aware of any others.

11. N/A

12. While I do not have access to the evaluations requested, based on the information provided me, he has received satisfactory ratings to each of the evaluations in question.


Robert J Dillon
Sr MDO
South Florida P&DC

**EXHIBIT "E"**

**865.3   Posting**

Instructions to be followed in an emergency must be posted in medical/health units and on bulletin boards at appropriate places throughout the facility.

**866   Rehabilitation After Work-Related Injury/Illness**

Through coordination with the injury compensation program, every effort will be made to return the employee with a work-related injury/illness to some duty by:

a.   Assessing the physical ability of an employee so that the employee can return to the workforce as a productive individual and recommending assignments in which the pace and physical requirements minimize risk of reinjury.

b.   Consulting with the treating physician to effectively monitor, at regular intervals, the capabilities of employees with work-related injury or illness. Also consulting when necessary with the appropriate specialists to resolve differences of opinion between the treating physician and the postal medical officer.

**867   General Procedures**

**867.1   Agreements**

**867.11   Special**

The National Medical Director is responsible for the medical specifications of contracts requiring periodic physical examinations for a special category of employees (e.g., PCES) as required by management.

**867.12   Medical Surveys**

Exposure to toxic substances is identified and quantified by the senior safety specialist, or safety officer. The Field Division Medical Officer negotiates the surveillance. Such surveys must be coordinated with the Service Center Medical Director. The Field Division Director, Human Resources, implements appropriate action and notifies the Regional Director, Human Resources.