UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 00-6193-CIV-LENARD/SIMONTON



THOMAS BUTLER,

        Plaintiff,

                              THIS IS A CONSENT CASE

v.

JOHN POTTER,
POST MASTER GENERAL, of the
UNITED STATES POSTAL SERVICE
AGENCY,

        Defendant.
_____/

## ORDER

THIS CAUSE has come before the Court upon the motion for extension of time filed by plaintiff. The Court has considered the motion, and being otherwise duly advised, it is

ORDERED AND ADJUDGED that said motion be and the same is hereby GRANTED. The parties shall have up to and including April 21, 2003, within which to file the joint pretrial stipulation

DONE AND ORDERED in Chambers in Dade County, Miami, Florida this 17th day of April ___, 2003.

                                                                         U.S. Magistrate Judge

Copies Furnished to:
Stewart Lee Karlin, Esq.
Charles White, Asst. U.S. Attorney