UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  : 00-6193-CIV-SIMONTON
JUDGE    : ANDREA M. SIMONTON
TRIAL DATE:

THOMAS BUTLER

    Plaintiff(s),          **MEDIATORS REPORT**

vs.

WILLIAM HENDERSON

    Defendant(s).

*********************************

COMES NOW Cindy Niad Hannah, Esq., the undersigned certified Mediator from **FLORIDA MEDIATION GROUP** and reports to this Honorable Court:

The Mediation was held on: 04-15-2003 11:30.

____    AN AGREEMENT WAS REACHED.

    ____ Mediation Agreement attached, with the parties consent.

X    No Agreement was reached; Impasse.

____    The parties wish to continue settlement negotiations and may reconvene for a Continuation of the Mediation. Notice of the date, time and place shall be furnished to the parties and filed with the court. If no Notice of Mediation Agreement or Post-Mediation Agreement is filed on or before _____/_____/_____/ this matter shall be considered at an Impasse.

____    A Post-Mediation Settlement was reached, as per information received on ___/___/___, from _____.

____    Other:_____

_____.

Certified Mediator, **FLORIDA MEDIATION GROUP** - FMG# 0-42423

(X)
44 W. Flagler St.          ( )
19th Floor                110 SE Sixth Street
Miami, FL. 33130          Ground Floor
(305) 579-9990            Ft. Lauderdale, FL. 33301
                          (954) 522-9991

Copies to:
Clerk of Court
Counsel of record
Parties, (if unrepresented)
4/15/03

medrept.fed