FILED by ____ D.C.

APR 2 1 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:00-6193-CIV-LENARD/SIMONTON

THOMAS BUTLER,

      Plaintiff,

v.                                      CONSENT CASE

JOHN POTTER,
Postmaster General,

      Defendant.
_____/

## ORDER REQUIRING REPLY RE: MOTION FOR SUMMARY JUDGMENT AND SETTING ORAL ARGUMENT AND CONTINUING DEADLINE FOR PRETRIAL STIPULATION AND TRIAL

Presently pending before this Court is Defendant's Motion for Summary Judgment (DE # 74, filed 3/14/03). Due to unopposed extensions of time, Plaintiff's response was filed via nightbox on April 16, 2003. Plaintiff's Reply is presently due on April 23, 2003.

The trial in this case was specially set to commence on April 28, 2003, based upon the premise that no extensions would be needed with respect to the briefing of dispositive motions. Due to the extensions granted upon a showing of good cause, the summary judgment motion will not be ripe until the Thursday which precedes the Monday trial date. The pretrial stipulation deadline has also been extended based upon the agreement of the parties. Based upon these unopposed extensions, which were reasonably requested, and to permit the orderly consideration of the pending motion for summary judgment, the undersigned has determined that the interests of justice require that the deadline for submission of the Joint Pretrial Stipulation, as well as the trial date, be continued until after the disposition of the present motion for summary judgment. Preparation of these matters may well be affected by the disposition of the motion for summary judgment.

In addition, based upon a review of the documents filed, the Defendant is directed to file a Reply to the Plaintiff's Response in opposition to the Motion for Summary Judgment which specifically replies to the Plaintiff's claim that there is a material dispute over whether he was mentally competent to enter into the settlement agreement, as well as any other matters deemed appropriate. Since a Reply is optional absent an Order of the Court, Defendant will be granted an extension of time to file this Court-ordered Reply.

Therefore, based upon a review of the record as a whole, it is hereby

**ORDERED** that Defendant shall file its Reply regarding its Motion for Summary Judgment on or before Monday, April 28, 2003. It is further

**ORDERED** that oral argument on the pending Motion for Summary Judgment is set for Tuesday, May 13, 2003, at 2:00 p.m. in Courtroom XI, 300 N.E. 1st Ave., Miami, Florida.

If any party has a conflict regarding the date of the hearing, that party shall coordinate with the other parties to find proposed alternative available dates. This can be accomplished via a conference call with the Judicial Assistant to the undersigned Magistrate Judge. It is further

**ORDERED** that the deadline for filing the pretrial stipulation and the trial date are hereby **VACATED**, and will be reset by further Order following the disposition of the Motion for Summary Judgment.

**DONE AND ORDERED** in chambers at Miami, Florida, this 21st day of April, 2003.

ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

2

Copies furnished to:
Stewart Lee Karlin, Esq.
    315 S.E. 7th St.
    The Advocate Building–Second Floor
    Fort Lauderdale, FL 33301
    Facsimile # 954-462-3151
    (Counsel for Plaintiff)

AUSA Charles S. White, Esq.
    United States Attorney's Office
    99 N.E. 4th St.
    Miami, FL 33131
    Facsimile # 305-530-7139
    (Counsel for Defendant)