CIVIL MINUTES/CALENDAR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**COURTROOM XI    TIME: 2:00 PM**



FILED by _____ D.C.
MAY 13 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

MAGISTRATE JUDGE **ANDREA M. SIMONTON**

Case No. 00-6193-CIV-LENARD    Date MAY 13, 2003    END: 3:20

Clerk CHERLE GUTIERREZ    Tape No. N/A

Court Reporter Carl Schanzleh

Title of Case THOMAS P. BUTLER V. JOHN POTTER, POSTMASTER GENERAL

P. Attorney(s) STEWART KARLIN

D. Attorney(s) CHARLES A. WHITE-AUSA + Randall Smith, Esq. - USPS

Reason for Hearing ORAL ARGUMENT ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Result of Hearing Motion hearing held. The Government has 10 days to file a post hearing submission; the defendant has 10 days to respond. Order to follow.

103/02