IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6193-CIV LENARD/Simonton

THOMAS BUTLER,

    Plaintiff,

v.

JOHN POTTER, Postmaster,
United States Postal Service,

    Defendant.
_____/

CONSENT CASE

### NOTICE OF SUPPLEMENTAL FILING OF EXCERPTS OF PLAINTIFF'S DEPOSITION

COMES NOW the Defendant, by and through the undersigned counsel, to provide this Notice Of Supplemental Filing Of Excerpts of Plaintiff's Deposition referred to in Defendant's Motion for Summary Judgment and incorporated Concise Statement of Material Facts As To Which There Exists No Genuine Issue To Be Tried (CSMF) including the following:

1. Deposition Cover pages 1-4;
2. Pages 49-60.[1]

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By _____
CHARLES S. WHITE
Assistant United States Attorney
Fla. Bar No. 394981
99 N.E. 4th Street, Suite 322
Miami, Florida 33131
Tel. (305) 961-9286
Fax. (305) 530-7139

---

[1] In Defendant's Notice of Filing filed March 14, 2003, the Defendant noted that pages 48-61 were included in the filing (See Entry #10). However, upon review of the record, pages 51-60 were missing. Upon examination of the Original Transcripts of the deposition provided to the undersigned by the Court Reporter, pages 51-60 were also missing. Accordingly, the missing pages are herewith filed as a supplement to the Defendant's previous filing.



CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was furnished by Hand Delivery on May 13, 2003 to Stewart Lee Karlin, Esq., Attorney for Plaintiff, 315 S.E. 7th Street, Suite 200 Ft. Lauderdale, Florida 33301.

By _____

## Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-01337-CIV SEITZ

THOMAS BUTLER

    Plaintiff,

vs.

JOHN POTTER, Postmaster,
United States Postal Service

    Defendants.

_____/

99 Northeast 4th Street
3rd Floor
Miami, Florida 33132-2111
February 6, 2003
3:30 p.m.

Deposition of THOMAS BUTLER

Taken before Elaine Somma, Certified Shorthand Reporter and Notary Public in and for the State of Florida at large, pursuant to Notice of Taking Deposition filed in the above cause.

- - - - - - - - -

## Page 2

APPEARANCES:

ON BEHALF OF THE PLAINTIFF:
STEWART LEE KARLIN, P.A
315 S.E. 7th Street
Second Floor
Fort Lauderdale, Florida 33131
BY: STEWART KARLIN

ON BEHALF OF THE GOVERNMENT
U.S. ATTORNEY'S OFFICE
99 Northeast 4th Street
Suite 300
Miami, Florida 33132
BY: CHARLES WHITE
    ASSISTANT U.S. ATTORNEY

ALSO PRESENT:
Randle Smith, Attorney
U.S. Postal Service

Laura Taylor-Laury
Labor Relations Specialist
U.S. Postal Service

INDEX

| Witness | Direct | Cross |
|---|---|---|
| Thomas P. Butler | 4 | |

## Page 3

EXHIBITS

|  | PAGE |
|---|---|
| Government Exhibit No. 1 | 9 |
| Government Exhibit No. 2 | 12 |
| Government Exhibit No. 3 | 15 |
| Government Exhibit No. 4 | 19 |
| Government Exhibit No. 5 | 23 |
| Government Exhibit No. 6 | 29 |
| Government Exhibit No. 7 | 43 |
| Government Exhibit No. 8 | 51 |
| Government Exhibit No. 9 | 55 |
| Government Exhibit No. 10 | 56 |
| Government Exhibit No. 11 | 59 |
| Government Exhibit No. 12 | 62 |
| Government Exhibit No. 13 | 68 |
| Government Exhibit No. 14 | 75 |
| Government Exhibit No. 15 | 80 |
| Government Exhibit No. 16 | 88 |
| Government Exhibit No. 17 | 90 |
| Government Exhibit No. 18 | 102 |
| Government Exhibit No. 19 | 104 |
| Government Exhibit No. 20 | 105 |

## Page 4

Thereupon:

THOMAS BUTLER,
was called as a witness by the Government, was first duly sworn and testified as follows:

    DIRECT EXAMINATION

BY MR. WHITE:

    Q  My name is Charles White and I am an Assistant U.S. Attorney representing the Postal Service in the case that you have filed.

    We are here for your deposition today so I would like to get some ground rules straight before we begin.

    Let me start by asking can you state your name for us?

    A  Thomas P. Butler.

    Q  You are the plaintiff in this action; is that correct?

    A  Yes.

    Q  Have you ever given a deposition before?

    A  I don't recall.

    Q  Have you ever given testimony under oath in a proceeding before?

    A  I don't recall.

    Q  Is there anything that would refresh your recollection about whether or not you have, perhaps even