UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6193-CIV-LENARD/SIMONTON

THOMAS P. BUTLER,

    Plaintiff,

v.                                                               <u>CONSENT CASE</u>

JOHN E. POTTER, Post
Master General,

    Defendant.
_____/

<u>ORDER GRANTING PLAINTIFF'S MOTION TO SUPPLEMENT RECORD DE# 100)</u>

This Cause is before the court upon the Plaintiff's unopposed Motion to Supplement Record. (DE# 100). The Plaintiff seeks an order allowing the declaration of Dr. Lopez to be deemed part of the record in the motion for summary judgment. Based upon review of the Motion and the record as a whole, it is hereby

**ORDERED AND ADJUDGED** that the Plaintiff's Motion to Supplement Record (**DE# 100**) is **GRANTED**.

**DONE AND ORDERED** in chambers at Miami, Florida, this 15th day of May, 2003.

                                                     ANDREA M. SIMONTON
                                                     UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Stewart Lee Karlin, Esq.
   315 S.E. 7th St.
   The Advocate Building–Second Floor
   Fort Lauderdale, FL 33301
   Facsimile # 954-462-3151
   (Counsel for Plaintiff)

AUSA Charles S. White, Esq.
   United States Attorney's Office
   99 N.E. 4th St.
   Miami, FL 33131
   Facsimile # 305-530-7139
   (Counsel for Defendant)