UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by OW D.C.
MAY 19 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

CASE NO. 00-6193-CIV-LENARD/SIMONTON

THOMAS P. BUTLER,

    Plaintiff,

v.                                         **CONSENT CASE**

JOHN E. POTTER, Post
Master General,

    Defendant.
_____/

### ORDER SETTING SUPPLEMENTAL BRIEFING SCHEDULE

This matter was before the Court on May 13, 2003, for oral argument on Defendant's Motion for Summary Judgment. During the argument, the Defendant requested leave of Court to submit a supplemental memorandum, which was granted. This Order incorporates that ruling. Therefore, it is hereby

**ORDERED AND ADJUDGED** that the Defendant's Motion to file a Supplemental Memorandum is **GRANTED**, and shall be filed on or before May 27, 2003. The Plaintiff may file a Supplemental Memorandum on or before June 9, 2003.

**DONE AND ORDERED** in chambers at Miami, Florida, this 18th day of May, 2003.

ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Stewart Lee Karlin, Esq.
   315 S.E. 7th St.
   The Advocate Building–Second Floor
   Fort Lauderdale, FL 33301
   Facsimile # 954-462-3151
   (Counsel for Plaintiff)

AUSA Charles S. White, Esq.
   United States Attorney's Office
   99 N.E. 4th St.
   Miami, FL 33131
   Facsimile # 305-530-7139
   (Counsel for Defendant)

