UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6193-CIV-LENARD/SIMONTON

THOMAS BUTLER,

    Plaintiff,

v.   CONSENT CASE   **CLOSED CIVIL CASE**

JOHN POTTER,
POSTMASTER GENERAL,

    Defendant.
_____/

### FINAL JUDGMENT

On April 1, 2005, the undersigned granted summary judgment for Defendant. Therefore, this Court hereby enters Final Judgment in favor of Defendant, pursuant to Fed.R.Civ.P. 58. The Clerk of the Court is ordered to close this case. All pending motions are denied as moot.

**DONE AND ORDERED** in Miami, Florida on this _1st_ day of April, 2005.

ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Stewart Lee Karlin, Esq.
   315 S.E. 7th St.
   The Advocate Building–Second Floor
   Fort Lauderdale, FL 33301
   Facsimile # 954-462-3151
   (Counsel for Plaintiff)
AUSA Charles S. White, Esq.
   United States Attorney's Office
   99 N.E. 4th St.
   Miami, FL 33131
   Facsimile # 305-530-7139
   (Counsel for Defendant)

