YOU COULD HAVE RECEIVED THIS NOTICE YESTERDAY BY FAX!

Just complete and return the request form below and you will receive notice of orders and judgments within hours of their entry.  It's FREE and it's FAST!


NOTE: If you are no longer an attorney on this case, please disregard
      this notice.

Thomas P. Butler
7840 Camino Real P-105
Miami, FL  33143 -

```
FILED by _____ D.C.
DKTG

JUN 0 8 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI
```

----------------------------

0:00-cv-06193 #107 - |Simonton
33 page(s).
04/05/2005

----------------------------

AUTHORIZATION FOR E-NOTICING

I hereby authorize the Clerk of Court for the Southern District of Florida to transmit notification of judgments, orders, and hearings by facsimile in any case in which this capability exists and I appear as attorney of record.  I understand this electronic transmission will be in lieu of notice by mail. The following telephone number is designated for facsimile transmission:

Fax Phone# _____        Firm Name _____

Phone #      _____        Attorney Name _____

Florida Bar# _____        Street Address _____

Signature _____         City,State,Zip _____


List of My Active Case #'s _____

_____

      FAX this completed form to the Clerk's Office at (305) 523-5209.
For information please call our E-NOTICING help line at (305) 523-5212.

NOTICE:  Only certain Judges are E-NOTICING, so you must continue to provide
envelopes for cases before non-participating Judges.  Call the help line above
for the list of participating judges.
NOTICE:  Be sure to promptly notify the Clerk of Court in writing of any changes
to your name, address, firm, or fax number.  A notification should be sent for
each of your active cases.

Control #: CV-fax_hp-46347



MAIL RETURNED
AS UNDELIVERABLE